Case No. 1:23-cv-01116-NYW-KAS Document 16 filed 06/28/23 USDC Colorado pg 1 of 2
Case No. 1:23-cv-01116-NYW-KAS Document 16 filed 06/28/23 USDC Colorado pg 2 of 2

Huerfano County Property Search    pg 1 of 2

| 454802 | GUERRERO, JOSE TRUSTEE OF | Total Actual Value |
| - | MOUNTAIN LAKE MINISTRY TRUST 2110 CHAUTARD DR, UNIT C PUEBLO | $1,334 |




Property has no X and Y coordinates.

### KEY INFORMATION

| Account # | 454802 |
|---|---|
| Owner | GUERRERO, JOSE TRUSTEE OF |
| Situs Address | - |
| Legal Description | TWP 28S RNG 67W SEC 14: SW4160 AC MOL 276-228 264-86 359-964 364-819 361324 361326 380277 396620 399754 418652 418653 419731 419732 426396 426397 |
| Use Code | 40000 AGRICULTURAL |
| Tax District | 100 |
| Total Land Size | 160 |

### ASSESSMENT DETAILS

|  | Actual | Assessed |
|---|---|---|
| Land Value | $1,334 | $352 |
| Improvement Value | $0 | $0 |
| Total Value | $1,334 | $352 |

### LAND DETAILS

| AREA | UNIT TYPE |
|---|---|
| 160 | AC |

### BUILDINGS

No data to display

### SUB AREAS

No data to display

### EXTRA FEATURES

Exhibit 1                                              001

## SALE HISTORY

|   | DOCUMENT # | BOOK | PAGE | SALE DATE | SALE PRICE | IMP / VACANT |
|---|---|---|---|---|---|---|
| - | 426396 | 426396 | - | 04/25/2022 | $0 | V |
| Grantor | DEHERRERA, SUSAN MARGARET, CYNTHIA L & DANIEL | | | | | |
| Grantee | GUERRERO, JOSE AS TRUSTEE OF | | | | | |
| Sale Verified | U | | | | | |
|   | - | 418652 | - | 02/12/2019 | $0 | V |
|   | - | 419732 | - | 08/20/2020 | $225,000 | V |

## PERMITS

No data to display

Data last updated: 01/04/2023

Exhibit 1    002