COUNTY COURT
HUERFANO COUNTY
COLORADO
401 Main Street
Walsenburg, Colorado 81089

*FOR COURT USE ONLY*

JOSE ANGELO GUERRERO,

Petitioner,

vs.

JEFF BENSMAN,

Respondent.

Case No. 2022C000047
Division/Courtroom C

For Petitioner:

Taylor Minshall, Esq.

For Respondent:

Jeff Bensman, Pro Se

The matter came on for hearing on November 10, 2022, before the HONORABLE JOHN DAVID MOCHEL, Judge of the Huerfano County Court, and the following proceedings were had.

Transcript Prepared By:

Verbatim Reporting & Transcription, LLC
281.724.8600

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                                 **001**

2

I N D E X

                              PAGE

PROCEEDINGS . . . . . . . . . . . . . . . . . . 3

    WITNESSES:
    CALLED BY THE PETITIONER:

    JOSE GUERRERO, JR.
    Direct Examination by Mr. Minshall . . . . . . . . . . 4

    JEFF BENSMAN
    Direct Examination by Mr. Minshall . . . . . . . . . 28

CLOSING ARGUMENT BY MR. MINSHALL. . . . . . . . . . . . . 53

COURT'S FINDINGS AND ORDERS . . . . . . . . . . . 52, 54, 57

TRANSCRIBER'S CERTIFICATE . . . . . . . . . . . . . . . 61


E X H I B I T S

                                ADMITTED

PETITIONER'S EXHIBITS:

1 - Photo of Respondent in uniform. . . . . . . . . . . . 10


RESPONDENT'S EXHIBITS:

A - Captain LaPorte's body cam footage. . . . . . . . . . 44

B - Video of courthouse camera footage .. . . . . . . . . 44

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047  11/10/2022  Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                              **002**

3

<pre>
 1                  P R O C E E D I N G S
 2            THE COURT:  This is case 22C47.  I have Jose
 3   Guerrero represented by Mr. Minshall; is that correct?
 4   Minshall or Minshall?
 5            MR. MINSHALL:  Good morning, Your Honor.
 6   Attorney Taylor Minshall.
 7            THE COURT:  Minshall, thank you, sir.  And then
 8   we have Jeff Bensman who is also present here in the courtroom
 9   as the Respondent.  Gentlemen, we have exactly an hour so I'd
10   like to get started on this.  Obviously, Mr. Minshall, you
11   understand §13-14-106.  I trust that you -- you do.  Let's go
12   ahead and get started.  Would you like to make an opening
13   statement, or would you just like to go ahead and present your
14   case in chief?
15            MR. MINSHALL:  I'll just waive the opening
16   statement, Your Honor --
17            THE COURT:  Yes, sir.
18            MR. MINSHALL:  -- consideration of time.  May I
19   speak at the podium, please?
20            THE COURT:  Of course.  Yes, sir.
21            MR. MINSHALL:  Thank you.
22        (Pause)
23            MR. MINSHALL:  Your Honor, at this time I call
24   the Petitioner, Mr. Guerrero, to testify.
25            THE COURT:  Yes.  Mr. Guerrero, can you please
</pre>

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                    003

4

1   come to the witness stand so I can swear you in?  Mr. Guerrero,

2   can you raise your right hand for me?

3            (Oath administered)

4                 THE WITNESS:  Yes.

5                 THE COURT:  Okay.  Please have a seat and then

6   is there a microphone near you?  If you could just make certain

7   that microphone is -- is close to your mouth, just so we can

8   get this on the record, sir, can you state your full name for

9   the record?

10                 THE WITNESS:  Jose Guerrero, Jr.

11                 THE COURT:  Can you spell your last name?

12                 THE WITNESS:  G-u-e-r-r-e-r-o.

13                 THE COURT:  Mr. Minshall, your witness, sir.

14                 MR. MINSHALL:  Thank you, Your Honor.

15                      JOSE GUERRERO, JR.

16   called as a witness on his own behalf, having been first duly

17   sworn, did testify upon his oath as follows on:

18                      DIRECT EXAMINATION

19   BY MR. MINSHALL:

20       Q    Good morning, Mr. Guerrero.

21       A    Good morning.

22       Q    What is your current residential address?

23       A    Well, we don't have an address out there.  The post

24   office wouldn't give us an address, but it's Section 14,

25   Southwest corner.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                    **004**

5

| | | |
|---|---|---|
| 1 | Q | And how -- who do you reside there with? |
| 2 | A | My wife, Susan. |
| 3 | Q | And how long have you resided there? |
| 4 | A | Two years.  Two years. |
| 5 | Q | Do you own the property? |
| 6 | A | No, I'm a trustee. |
| 7 | Q | Okay.  And what is your occupation? |

8      A     Well, I was a builder, but because of all this I've
9 had a stroke, and the doctor also found that one of my heart
10 valves is working at 60 percent, and so it's just this stress
11 has just been overwhelming for my wife and I, physically and
12 mentally.

13      Q     Do you work full time?

14      A     I used to, yeah.

15      Q     No longer?  All right.  Mr. Guerrero, I now want to
16 discuss the reason that we are here today.  How are you
17 involved with Jeff Bensman?

18      A     Well, it all started, we had purchased a backhoe.  It
19 was being delivered on March 30th, 2021.  The semi truck driver
20 had parked off of the side of the road onto our property, and
21 as he was taking the chains off of the -- the backhoe that was
22 holding it down on the trailer, Jeff Bensman drove up in a -- a
23 sheriff's vehicle and parked behind the trailer blocking us
24 from taking the backhoe down.  At that point, I walked up to
25 him and I said, what are you doing?  He said he was a code

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                                 **005**

6

1    enforcement officer for the Huerfano County, and he told me

2    that we can't have that backhoe.

3        Q    Okay.  And during that encounter --

4             THE RESPONDENT:  Objection, Your Honor.

5             THE COURT:  What's your objection, sir?

6             THE RESPONDENT:  What day, time, and proof does he

7    have that I was there?

8             THE COURT:  I don't really know if that's a legal

9    objection, sir, but I do have a question, Mr. Minshall.  What's

10   the approximate day and time this encounter happened between

11   Mr. Bensman and your client?  Can you -- can you elicit that

12   from your -- your client?

13            MR. MINSHALL:  Certainly, Your Honor.

14   BY MR. MINSHALL:

15       Q    What date did you first meet Jeff Bensman?

16            THE RESPONDENT:  No, no, no.  What date did this

17   happen on?  Not the date we met, what day did this happen on?

18            THE WITNESS:  March 30th, 2021.

19   BY MR. MINSHALL:

20       Q    And was that the same date of this encounter

21   involving the backhoe?

22       A    Exactly.

23       Q    Thank you.

24            THE RESPONDENT:  And proof that I was there?

25            THE COURT:  Mr. Bensman.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                    **006**

7

| | |
|---|---|
| 1 | THE RESPONDENT: Because I don't think I was. |
| 2 | THE COURT: Mr. Bensman, I can't have you |
| 3 | interrupt. What you're going to be allowed to do is cross |
| 4 | examine Mr. Guerrero once Mr. Minshall is completed with his |
| 5 | direct examination of Mr. Guerrero. Do you understand that? |
| 6 | THE RESPONDENT: Yes, I completely understand, |
| 7 | Your Honor. |
| 8 | THE COURT: Thank you, sir. Go ahead, please |
| 9 | proceed. |
| 10 | MR. MINSHALL: Thank you, Your Honor. |
| 11 | BY MR. MINSHALL: |
| 12 | Q   And Mr. Guerrero, how did Mr. Bensman appear to you |
| 13 | on March 30th, 2021? |
| 14 | A   Very aggressive even to the point where the truck |
| 15 | driver heard Mr. Bensman hollering at me, and he walked over |
| 16 | and was recording the interaction between Mr. Bensman and |
| 17 | -- and I. And he actually told Mr. Bensman that he was |
| 18 | trespassing; he was on private property. And I also told Mr. |
| 19 | Bensman that -- that he was trespassing, I asked him to leave, |
| 20 | he was blocking us from bringing the backhoe down off of the |
| 21 | trailer, and he said, at that point, that he was going to call |
| 22 | the sheriff's department which he did. |
| 23 | Q   And what happened after that? |
| 24 | A   We waited for the sheriff's department, and I could |
| 25 | hear him communicating with the sheriff's department, you know, |

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                                        **007**

8

1  Mr. Bensman was communicating with the sheriff's department,

2  and I was (indiscernible) you know, what am I doing wrong?  And

3  he could not come up with anything, you know?  He just said you

4  can't have this backhoe.  What are you going to do with it and

5  stuff like that.  And it's our business.

6       Q    Did the sheriff's department arrive?

7       A    No.  They -- they called Mr. Bensman back and said

8  that, you know, I'm not threatening him, and there's -- they

9  called off the cop going up there.  There was -- there was no

10  infraction that I was doing.

11       Q    Okay.  And I appreciate you sharing your perception

12  of Mr. Bensman's demeanor that day.  As to his actual

13  appearance, can you speak as to his appearance, how he appeared

14  to you that day?

15       A    Yeah.  Very aggressive, he had full body armor, he

16  had a badge, he had a very large pistol which we've encountered

17  with -- with, every time that we've encountered -- encountered

18  with him for the next five months after that, and at one point

19  he even took his pistol out.  And we have video of that.  So it

20  was very threatening, very intimidation -- intimidating.  I'm

21  62 years old, I know when I'm being threatened.  I'm not some

22  young kid.  We -- we feel that our lives are -- are being

23  threatened.

24       Q    Thank you, Mr. Guerrero.

25            MR. MINSHALL:  Your Honor, may I please approach the

Jose Angelo Guerrero sv. Jeff Bensman  2022C000047  11/10/2022  Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4                                                    008

9

1    witness?

2                    THE COURT:  Sure.  What do you intend to show

3    him, sir, just for the record?

4                    MR. MINSHALL:  I have what's been marked as

5    Exhibit 1.

6                    THE COURT:  Okay.

7                    MR. MINSHALL:  To show him Exhibit 1.

8                    THE COURT:  Okay.

9                    MR. MINSHALL:  Can I show it to you as well?

10                   THE COURT:  Yes, sir, please.

11                   MR. MINSHALL:  And I have a copy for the

12   Respondent as well.

13                   THE COURT:  Very good.  Thank you, sir.  Has Mr.

14   Bensman already received a copy of this?

15                   THE RESPONDENT:  No, I have not, Your Honor.

16                   THE COURT:  He's going to do it right now, Mr.

17   Bensman, hold on.

18   BY MR. MINSHALL:

19       Q    Mr. Guerrero, when you look at what's been marked as

20   Petitioner's Exhibit number 1, do you recognize this document?

21       A    Yes, I do.

22       Q    What is it?

23       A    It's a -- Jeff Bensman nearly poking my wife in the

24   eye with his finger.  He's wearing the body armor at the time,

25   his body has got a badge, and he's got a very large gun.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                            **009**

10

1     Q   Does this photo correctly and accurate portray how

2 Mr. Bensman appeared to you during this particular -- or during

3 your encounters with him as a code enforcement officer?

4     A   Yes.

5     Q   Has the photo been altered in any way?

6     A   No.

7            MR. MINSHALL:  Your Honor, I move to admit what

8 has been marked as Petitioner's Exhibit 1 into evidence.

9            THE COURT:  Mr. Bensman, any legal objection?

10           THE RESPONDENT:  Yes.

11           THE COURT:  What is your legal objection?

12           THE RESPONDENT:  It is relevance to what we're

13 here for.  This is about a protection order, this isn't about a

14 character assassination, or listing out my -- my issued

15 equipment as a former code enforcement officer with Huerfano

16 County.  This has nothing to do with what we're here for.

17           THE COURT:  Understood.  Mr. Bensman --

18           THE RESPONDENT:  This has wasted a lot of my

19 time.

20           THE COURT:  Well, Mr. Bensman, I'm sorry.  Sorry

21 that you feel it's a waste of your time.  Your legal objection

22 is overruled.  Petitioner's Exhibit 1 is now admitted into

23 evidence.  Please proceed.

24                 (Petitioner's Exhibit 1 admitted)

25           MR. MINSHALL:  Thank you, Your Honor.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                    **010**

11

BY MR. MINSHALL:

    Q    Mr. Guerrero, did you give Mr. Bensman permission to enter or access your property on March 30th, 2021?

    A    No.  Actually I asked him three times if he would please leave, and he refused.  And I asked him again, you know, what are we doing wrong?  And he had nothing to say other than we can't have that backhoe.

    Q    When was your next encounter with Mr. Bensman?  After March 30th, 2021?

    A    April.

    Q    Please tell us what happened in April of 2021?

    A    Let's see, April was the -- can you help me a little bit?  I can't -- I'm really upset with this whole thing.  I have a note here, can I look at my note?

            THE COURT:  You've made notes to yourself to remind yourself of your testimony; is that my understanding?

            THE WITNESS:  Yeah, because there's been so many incidents, Your Honor, that --

            THE COURT:  Well, you can't refer to notes.

            THE WITNESS:  Okay.

            THE COURT:  As part of your testimony.  Your testimony is from your personal knowledge and memory.  If you can't recall what happened in April of 2021, then we can move on to another month.  But you can't refer to notes; this is memory.

Jose Angelo Guerrero sv. Jeff Bensman    2022C000047    11/10/2022    Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                                 **011**

12

1        THE WITNESS:  I believe in April was --

2  BY MR. MINSHALL:

3        Q    Or if you can't remember the month, just the second

4  time you had an encounter with Mr. Bensman.

5        A    The second time?

6        Q    Yes.

7        A    There were so many times, I believe I was digging a

8  hole for one of the neighbors.

9        Q    Okay.  And what happened?

10       A    I was on the backhoe.  The neighbor, James, he had me

11  -- he wanted to put a trampoline and stuff like that, so I was

12  digging a hole for him with my back -- my backhoe.  He's got a

13  fenced off property, a barbed wire fenced off with gates.  Jeff

14  Bensman drove through the gates on to the property, and -- and

15  basically blocked me from -- from operating my backhoe.  At

16  which point I got off of my backhoe.  Jeff Bensman confronted

17  the -- the neighbor, and the neighbor asked him what are we

18  doing wrong?  And Jeff Bensman said nothing, I'm just looking

19  around.  He goes -- the neighbor told him, well, you're on

20  private property, you need to leave.  And that's when Jeff

21  Bensman approached me, and was just like with his gun again,

22  and his hand on the side, was just glaring at me.

23       Q    Did you feel physically threatened at that point?

24       A    Oh, yeah, definitely.

25       Q    What did you do after this encounter?

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                          012

13

1      A     I didn't say anything, not one word.  I just got back

2   on my backhoe, and he got back in his vehicle.

3      Q     Understood.  After the encounter, what did you do?

4   Did you report this to the police?

5      A     Yeah.  There's been -- there's been several reports

6   to the sheriff's department with every one of these incidences

7   that have happened.

8      Q     And did you ever have an encounter with Mr. Bensman

9   at the police department or sheriff's office?

10     A     Yes.  That encounter, we -- this was -- I was parked

11  on the -- the side of the -- the road on our property, and a

12  truck -- I was talking to the neighbor, and a truck pulled up

13  and they started yelling get off the f-ing road and I was like

14  I'm not on the road.  And so I went -- I -- I was very troubled

15  by this because of all the things that had been happening from

16  -- from every angle.  And so the -- the truck, the guy -- the

17  guy in the truck got out, and I didn't recognize who it was at

18  first, and it was -- I told him, I said why are you -- why are

19  you hollering at me, cussing at me?

20         And he said he was Laurie -- she was our real estate

21  agent, her husband, Bill.  And I looked in the truck and I saw

22  Laurie there, and I saw Bill, and he got out of the truck and

23  he told me, he goes, you're nothing but a thief and a ripoff.

24  And I was like, what are you talking about?  You showed her

25  this, because Laurie is the one that actually sold us the

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                    013

14

1   property, which was --

2              THE RESPONDENT:  Your Honor, I -- I object.

3   This has nothing to do with everything that's written in his

4   -- in his case.  This is just fluff, and -- and none of it --

5              THE COURT:  I understand.  The legal objection

6   is relevance.  How do you respond, sir, in terms of relevance?

7   Are we going to -- is he going to come back on track?

8              MR. MINSHALL:  Yes, Your Honor.  We're setting a

9   foundation of how we're arriving at the sheriff's office in

10  another encounter.

11             THE COURT:  Okay.  Mr. Bensman, I understand;

12  your objection is overruled at this time, but for expediency

13  sake I'd like to -- to get back to relevance after we've laid

14  the foundation, so please continue.

15                  DIRECT EXAMINATION CONTINUED

16  BY MR. MINSHALL:

17      Q    So Mr. Guerrero, please finish recounting the

18  instance that led to your next encounter with Mr. Bensman at

19  the sheriff's office.

20      A    So he -- so he gets out of the truck, he threatens to

21  kick my ass.  And you know, we felt threatened, so we went down

22  to the sheriff's department over here, and to make a complaint.

23  And as we were talking to one of the -- the sheriff deputies,

24  Mr. Bensman came out of the sheriff's department and

25  interrupted our conversation, and -- and started threatening us

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                          **014**

15

1  and saying we need to cease and desist.

2      Q    And how did you interpret Mr. Bensman's order to

3  cease and desist?

4      A    I'm sorry, what's that?

5      Q    How did you interpret Mr. Bensman's order to cease

6  and desist?

7      A    What I interpreted was that because we were

8  advertising the property, he specifically said that we needed

9  to take down whatever we had on the website.

10     Q    And you were given that order from Mr. Bensman at the

11  sheriff's office?

12     A    Yes, yes.  And the sheriff's deputy stepped in and

13  said, you know, this is going to have to wait, I'm trying to

14  talk to Mr. Guerrero.  And so Mr. Bensman walked away.  And

15  then he came back again --

16          THE RESPONDENT:  Your Honor, I object.  I would

17  like to see evidence of this conversation.

18          THE COURT:  Sir, this is simply testimony.

19  You're going to have an opportunity to cross examine, and

20  there's no jury here.  I'm the arbiter of law, and I'm also the

21  fact finder, and -- and --

22          THE RESPONDENT:  Okay.

23          THE COURT:  Let me do my job, please.  Okay?

24  Thank you, Mr. Bensman.  Please proceed.

25  BY MR. MINSHALL:

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                        **015**

16

1      Q    Mr. Guerrero, I'm going to fast forward now.  Please

2 tell me what happened on July 14th, 2021?

3      A    I believe that was when we had a young couple that

4 was --

5      Q    I'm speaking as to your next encounter with Mr.

6 Bensman.  The next encounter with Mr. Bensman on your property.

7      A    I believe that was when we were installing the -- the

8 well pump.

9      Q    Please tell us about that.

10     A    Okay.  We had hired a -- a -- a water works licensed

11 contractor.

12     Q    In what month and year?

13     A    That was August -- July, in July of 2021.

14     Q    Okay, thank you.  Continue, please.

15     A    And we were already had the -- the well there, so he

16 was installing the -- the well pump, and the cistern and -- and

17 so I -- I -- I was doing the digging with the backhoe and stuff

18 like that for -- and I noticed this -- this black truck, and as

19 a matter of fact it's -- it's Bensman's truck that right out

20 here, the flatbed truck was -- was parked alongside of our

21 property, and it was watching us.  But I didn't know it was

22 Bensman's -- Bensman's because I had never seen him in his

23 personal vehicle.  And so, you know, I went over -- I went over

24 to day hi, you know, because a lot of people that -- that

25 -- that come on to our property and you know, we have a lot of

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                        **016**

17

1    wildlife out there, and you know, we meet a lot new people that

2    -- that they love the views, they come up there, they look at

3    the lakes and stuff like that, so we go up to them and talk to

4    them, and then we have a farm so we give them vegetables, or --

5         Q    So let's keep the conversation on the encounter.  So

6    what happened when you saw Mr. Bensman on your property on that

7    day?

8         A    Well, when I first -- when I saw him I got off the

9    backhoe and I looked, and then he started backing up like 300

10   feet, and I was like, man, that's really strange, what's

11   -- what's going on, so I drove up there, and -- and didn't know

12   who he was until I got there, and I didn't recognize him

13   actually until I got there and I asked him, I said what, you

14   know, what's going on, what do you -- what are you doing?  And

15   he told me, he goes -- oh, and I asked him who are you?  He

16   says I'm -- I'm Jeff Bensman with the Huerfano County Code

17   Enforcement.  And then I realized who it was.

18              And -- and -- and I asked him, well, you know,

19   you're stalking us, what are you doing?  You've been sitting

20   here for several minutes, almost an hour, he was sitting there

21   watching us.  And -- and he said it was none of my business.

22   And so I just drove past him, turned around, and came back over

23   to the -- where we were installing the -- the pump for the

24   well.  And then that's when he drove up in his truck and had

25   the Bar S Ranch or whatever on the side of it, and the building

Jose Angelo Guerrero sv. Jeff Bensman  2022C000047  11/10/2022  Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4                                    017

18

1  inspector, Terry Sandoval, was in his -- his truck.  Terry

2  Sandoval is the building inspector for the Huerfano County.

3  They drove up on our property through out gates, and that's

4  when I walked over to them, and Bensman had his body armor, and

5  he has his pistol out.  And -- and I told him, I said I'm

6  asking you to leave.  I asked him three times, please leave,

7  and -- and they said, well, you know, we got a call from Robin

8  Sachs, we don't have to leave, we're investigating.  I said

9  investigating what?  You know, what are we doing?  Show me

10  something, a piece of paper, a warrant, or  -- or do you want

11  to come and -- and -- and harass us again, or investigate.

12  What are we doing wrong?  And they said nothing.

13      Q   What was the stated purpose for their presence on the

14  property that day?

15      A   They said they had gotten a call from Robin Sachs who

16  is with the health department.  She oversees like if we're

17  going to do a septic system, or --

18      Q   Did they tell you why there were there other than

19  they received a call and they're there to investigate?

20      A   They -- yeah, they just said they just wanted to see

21  what we were doing.  And I told them we're not building

22  anything.  That's -- and the -- that's when Terry Sandoval, the

23  building inspector says I -- I understand that.  And so then I

24  said so if we're not building anything, and you're a building

25  inspector, then I'm asking you to leave.  We're not building

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                        **018**

19

1  anything  And they said, well, we do these calls all the time,

2  every time.  So I -- I said, what, every time that somebody is

3  installing a pump for their well?  And they said, yes, we do

4  this all the time.

5      Q    Was the interaction just verbal, or did things

6  escalate?

7      A    No, it escalated.  On this photo here where Jeff

8  Bensman is pointing his finger at my wife, he approached one of

9  the workers and my concern was for the workers.  With my past

10 experience -- experience with Jeff because he's got this pistol

11 on him.

12     Q    What did he do?

13     A    I -- I -- I actually walked between, Jeff was walking

14 towards the worker pointing at him, he says where's your

15 contractor's license, where's your contractor's license?  And I

16 told him, I said it's on his door.  And he goes well I want to

17 see the contractor's license.  And I -- and I told him, he

18 doesn't need a contractor license, and he's walking towards the

19 workers, so what I -- I was concerned for the worker.  He's a

20 big guy, and he shut off the pump, and he started talking

21 towards Jeff too, and I -- I got in between them, and I said, I

22 told him, I said -- I said don't do it.  I said he's got a gun.

23     Q    You told this to who?

24     A    The worker.

25     Q    Okay.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4                                                    019

20

1     A   So I got in between them, and I had my back to Jeff

2  Bensman, and that's when Jeff Bensman came up behind me,

3  grabbed me by the biceps, spun me around, and started hitting

4  me on the chest.

5     Q   And what did Jeff say at that point, or did he say

6  anything?

7     A   It was -- it was --

8           THE RESPONDENT:  Your Honor.

9           THE WITNESS:  Yeah, it was just -- he was saying

10  that he was --

11           THE COURT:  Hold on, hold on a second.  Mr.

12  Bensman, I heard you say Your Honor.

13           THE RESPONDENT:  Yeah.

14           THE COURT:  Again, okay?  I'm trying to explain

15  to you how kind of the decorum of the court works.  You might

16  completely disagree and think this is the furthest thing from

17  the truth, but you will have your opportunity to present to the

18  Court, and you'll have an opportunity to cross examine Mr.

19  Guerrero.  I can't have you interrupt, okay?  Thank you, sir.

20  Please continue.

21           THE WITNESS:  Jeff Bensman said he was an

22  officer of the Court, and he's investigating us, or whatever,

23  what we're doing.  They do it all the time.  He says he's a

24  code enforcement officer with Huerfano County, and he assaulted

25  me.  He assaulted and battery.

Jose Angelo Guerrero sv. Jeff Bensman  2022C000047  11/10/2022  Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                          **020**

21

BY MR. MINSHALL:

    Q    Was that the only instance, the only encounter of physical contact?

    A    No.

    Q    With Mr. Bensman?

    A    No.  There was, when he came over to our place, and --

    Q    When was that, Mr. Guerrero?

    A    I believe it was in August.

    Q    Of which year?

    A    Of 2021.

    Q    Okay, and what happened?

    A    He had, he knocked on the door, and I opened the door.  He identified himself again as with the sheriff's department, code enforcement, Huerfano County, and as I was walking down the steps, he hit me in the chest with the summons for Susan to come to court.  And right in the abdomen, right here, right in the lower cage.  It knocked the air out of me. I went down, and he says there, you've been served.  And he turned around and walked away.

    Q    And what did you do after this encounter?

    A    Well, I -- I was in shock because my aorta had ruptured just before that, and so I'm -- I -- I thought, man, it -- this punch was hard it knocked the air out of me.  I -- I was concerned about my aorta.  So I just, I went back inside

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                          021

22

1   and I told Susan.  I picked up the summons because it fell to

2   the ground.  I picked up the paper and I saw it was a summons,

3   and I told him -- I told Susan, I said Jeff just punched me in

4   the -- in the -- in the abdomen.

5        Q    Did you report this encounter?

6        A    Yeah.  We went down to the -- the sheriff's

7   department, and -- and told them what happened.  And the

8   sheriff -- sheriff said that he was going to investigate, and

9   --

10       Q    And it was shortly after -- I'm sorry, I thought

11  -- after you reported this was in, again, just to clarify, this

12  was in August of 2021?

13       A    Yes.

14       Q    Okay.  To your knowledge, was Jeff Bensman still

15  serving as a code enforcement officer at the end of August,

16  2021?

17       A    No.

18       Q    How did you learn of Mr. Bensman's termination as a

19  code enforcement officer?

20       A    Well, we watch on the Zoom, the County Commissioner's

21  meetings, and they had discussed that they had fired Jeff

22  Bensman.  I believe it was in August, early August, and that's

23  how we had learned that -- that he was fired.  Also the

24  sheriff, Cruz Newman, told me that because of this incident

25  that they -- they fired Jeff Bensman because he was a -- he

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4                                          022

23

1   wasn't only doing this to me; Jeff Bensman has done this to the

2   neighbors.

3           THE COURT:  Let's move on.

4   BY MR. MINSHALL:

5       Q    What was your next encounter with Mr. Bensman?

6       A    There was another encounter with, I don't know if I

7   said this or not, we had a couple that was staying with us.

8       Q    I want to move just to the very last encounter with

9   Mr. Bensman.

10      A    Well, we had the -- the last encounter was the last

11  court that Susan had over here.

12      Q    And when was that, approximately the month and the

13  year, please?

14      A    It was August of 2022.

15      Q    Okay.  And what happened at that date?  At this

16  courthouse here?

17      A    Yes.  Yeah, it was -- and it had nothing to do with

18  Jeff Bensman, it was -- it had to do with Jeff Ackie (ph).

19      Q    Okay.  And when -- when you -- so tell me about your

20  encounter with Mr. Bensman even though it was unrelated -- your

21  court appearance here was unrelated to him, tell me what

22  happened specifically with Mr. Bensman at this courthouse?

23      A    Well, he -- he was in the audience, and then when,

24  after the Court, the Judge, this Judge here, sorry, I have a

25  hard time saying your last name.

Jose Angelo Guerrero sv. Jeff Bensman    2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4                                    023

24

1          THE COURT:  Judge Mochel.

2          THE WITNESS:  Mochel.

3  BY MR. MINSHALL:

4     Q    Go ahead, Mr. Guerrero.

5     A    The sheriff deputies had escorted Mr. Bensman and

6  Mary over there, and everyone else, out of the court, the

7  courthouse, and so there was two sheriff deputies that stayed

8  up with us up here, and one of them got a call saying that it

9  was all clear, that we could leave the courthouse also.  So

10  they wanted to make sure there was no interaction.

11     Q    Okay.

12     A    And so when we left the courthouse we were walking

13  over to the car and that's when Jeff Bensman was -- was in his

14  truck parked in front of us, and he gets out of his vehicle

15  with his gun, and --

16     Q    Was he wearing a gun inside the courthouse?

17     A    No.

18     Q    But he was wearing a gun outside the courthouse?

19     A    Yes.  He went to his vehicle and retrieved his gun,

20  and got out of his vehicle.  When I saw that, I told Susan, I

21  said get in the car, get in the car, he's got a gun.

22     Q    Was he a law enforcement officer at that point to

23  your knowledge?

24     A    No, no.  And he came towards us like he was going to

25  draw; he had his hands on his sides, and -- and very

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                        **024**

25

1    intimidating walking towards us, and I told Susan get in the

2    car, get in the car, and she got in the car and then she got

3    out.  She was just crying and screaming, saying, you know, what

4    -- what is going on, are you going to kill us?  So she hollered

5    to the sheriff deputy, I think he name is Mr. Prosaro (ph), or

6    something like that.

7          Q    What did the sheriff's deputy do?

8          A    He went over to the car and he goes what's going on,

9    what's going on?  And -- and -- and we pointed, he's got a gun,

10   he got out of his truck and he's coming towards us, and we

11   looked over towards him and that's when Jeff Bensman turned

12   around, and -- and got back in his truck.

13         Q    Did he drive away?

14         A    Yes.

15         Q    Okay.

16              MR. MINSHALL:  Your Honor, I have no further

17   questions for this witness at this time.  But I would like to

18   keep the witness available for redirect if necessary.

19              THE COURT:  Absolutely.  I -- I have a question.

20   Just, I'm trying to clarify timeline.

21              MR. MINSHALL:  Yes.

22              THE COURT:  And it's important because I'm the

23   fact finder as well here.  So I just want to make certain I

24   understand.  And Mr. Minshall I know that you're -- you're

25   limited because I know that Mr. Guerrero has admitted that he

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                                 **025**

26

1   has, you know, some -- some challenges with -- with memory and

2   exact dates, but I just want to make certain I understand this.

3   So in March we have an incident, that you have elicited direct

4   testimony.  March 30th roughly the initial contact with -- with

5   Mr. Bensman.  And then we have April of 2021, a second time

6   where he was digging a hole for a neighbor, another alleged

7   confrontation.  Then we have an incident at the sheriff's

8   department.  Was this -- what was the date that it was your

9   understanding with from your client?

10                  MR. MINSHALL:  Your Honor, my understanding is

11  after that altercation involving the neighbor is when my client

12  went to the sheriff's deputies office.

13                  THE COURT:  So shortly after?

14                  MR. MINSHALL:  My understanding is shortly

15  after.

16                  THE COURT:  Okay.  Thank you, sir.

17                  MR. MINSHALL:  It could have even been that same

18  day.

19                  THE COURT:  I appreciate it.  Thank you, sir.

20  That clarifies some things.  Mr. Bensman, now is your

21  opportunity to cross examine Mr. Guerrero.  And I just want to

22  caution you, it's clear that -- that neither of you like each

23  other, but I just want you to be respectful to one another.  So

24  this is your opportunity, sir, if you wish to cross examine

25  him.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047  11/10/2022  Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                          **026**

27

1                    THE RESPONDENT:  No.  I -- I have no questions
2      for him, sir.  Because you know, everything --
3                    THE COURT:  Understood.
4                    THE WITNESS:  And Your Honor, it is not that I
5      don't like him --
6                    THE COURT:  Sir, that's okay.
7                    THE WITNESS:  I -- I -- I -- it's not, I just
8      want to make it clear that I --
9                    THE COURT:  Mr. Guerrero, you don't have to say
10     anything else, it's okay.  Okay?  There's obviously a
11     disagreement between you both.  I -- I probably misspoke.  Mr.
12     Guerrero, you can have a seat back next to your Counsel.  Thank
13     you for your testimony.  Mr. Minshall, what other evidence or
14     any other witnesses would you like to call at this time?
15                   MR. MINSHALL:  Your Honor, at this time I'd like
16     to call the Respondent, Mr. Bensman, to testify.
17                   THE COURT:  Okay.
18                   THE RESPONDENT:  Do I have to testify?
19                   THE COURT:  You can be -- you can be questioned.
20     Yes, sir.  Because --
21                   THE RESPONDENT:  Okay.
22                   THE COURT:  You're going to be providing -- you
23     can have a seat, Mr. Minshall.  You don't mind if he stays
24     seated, do you, sir?
25                   THE RESPONDENT:  No.  Thank you, Your Honor.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                              **027**

28

1          THE COURT:  I just need to swear you in.  Can

2  you raise your right hand for me?

3          (Oath administered)

4          THE WITNESS:  Yes, I do.

5          THE COURT:  Mr. Bensman, thank you, sir.  Now

6  again, this is your opportunity to -- to answer Mr. Minshall's

7  questions, but I want you to know that you will be provided

8  your own opportunity to present your case in chief.  I just

9  want you to know that you will have your day in court, okay?

10  So again, I don't want you to be frustrated, Mr. Minshall does

11  have a right to question you about certain things.  But I just

12  -- I'm just trying to keep it civil, okay?  So please just

13  answer his questions as asked.  Mr. Minshall, go ahead.

14          MR. MINSHALL:  Thank you, Your Honor.

15                   JEFF BENSMAN

16  called as a witness on behalf of the Petitioner, having been

17  first duly sworn, did testify upon his oath as follows on:

18                 DIRECT EXAMINATION

19  BY MR. MINSHALL:

20     Q    Mr. Bensman, approximately what was the duration of

21  when you were employed as a code enforcement officer with the

22  county?

23     A    What does that have to do with this?

24          THE COURT:  Again, if you could please answer

25  his questions.  I think what you're alluding to is an objection

Exhibit 4                                              028

29

1   of relevance.  All of these incidents outside of this

2   allegation happened in August of 2022 was during your official

3   duties as code enforcement officer.  I find it relevant, please

4   answer the question.

5           THE WITNESS:  I was employed as the chief code

6   enforcement officer for Huerfano County from March 15th, 2021

7   until August 18th, 2021.

8   BY MR. MINSHALL:

9       Q    Thank you, Mr. Bensman.  And in your capacity as a

10  code enforcement officer, you were issued a -- a name plate, it

11  stated your name and your rank on your shirt, correct?

12      A    Yes.

13      Q    Were you also issued a firearm?

14      A    No, I was not issued a firearm.

15      Q    The pistol that -- that is depicted as strapped to

16  your waist in the photo marked as Petitioner's Exhibit number

17  1, was that a personal pistol?

18      A    Personal property.

19      Q    And what type of pistol is it?

20      A    The long Colt SAA, single action, 45 caliber.

21      Q    Thank you, sir.  And was the County aware, or did the

22  County authorize you to carry a personal firearm during your

23  duties?

24      A    When I was out in the field we found it necessary at

25  times because of the people that I had to deal with, and I was

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                             **029**

30

1    out working alone.

2         Q    Understood, thank you.  Were you also issued a badge

3    as a code enforcement officer?

4         A    Yes, and body armor.

5         Q    Thank you, sir.  And I understand that you have a,

6    actually a long history in law enforcement.  You were also a

7    law enforcement officer for about 12 years prior to being a

8    code enforcement officer?

9         A    No, that's not true.

10        Q    Okay.  Did you work as a corrections officer?

11        A    Yes, I did for three years.

12        Q    Okay.  And when you had these encounters that you

13   heard today, you heard Mr. Guerrero testify to these encounters

14   that he had with you on his land.  Do you recall going on to

15   his property?

16        A    I went along to Mr. Guerrero's property approximately

17   three different times.

18        Q    Okay.  And when you were on the property were you

19   conducting -- were you conducting any investigations?

20        A    Always.

21        Q    Okay.  And when you had asked for permission, were

22   you ever granted permission from Mr. Guerrero?

23        A    I never asked for permission.  As code enforcement

24   officer we were -- we were requested either by complaints from

25   neighbors, or from other county officials to investigate

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4                                          030

31

1    complaints.

2        Q    So in order to conduct the investigation you did not

3    require his permission to access or stay on the property?

4        A    We would ask simply as a courtesy but it was not

5    necessary according to -- according to what we were instructed.

6        Q    And when you refer to what you were instructed, that

7    was Huerfano County code enforcement policy, correct?

8        A    It's also by our former attorney.

9        Q    Okay.  And at no time that you had been on the

10   property did you ever obtain an administrative warrant, did

11   you?

12       A    No, no, no.  No, but I did file several complaints.

13   One was for, he was running an illegal campground, no license.

14   He was installing multiple -- he had misinformed the health

15   department and installed multiple septic tanks without proper

16   permitting.  And then he had several tiny homes, and then he

17   also had people that were allegedly renting from him, parking

18   their RVs on the property without any kind of permit.

19       Q    Okay.  Thank you, Mr. Bensman.  You heard Mr.

20   Guerrero testify about a particular encounter, and this one was

21   in early August of 2021.  This one involved a summons that you

22   heard Mr. Guerrero talk about.  Do you recall that incident?

23       A    Vaguely.

24       Q    Did you serve Mr. Guerrero with a summons?

25       A    Yes, I did.

Jose Angelo Guerrero sv. Jeff Bensman    2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                    **031**

32

1     Q    Okay.  And that was on his property, correct?

2     A    Yes, it was.

3     Q    Was that that August -- August 2nd, 2021?

4     A    I don't know, it could have been, possibly.  I have

5  no clear memory of that.

6     Q    Do you have a memory of when you were terminated?

7     A    Yes.  I told you already.

8     Q    And what date was that?

9     A    August 18th.  Do you need an ink pen?

10    Q    Is that August 18th of 2021?

11    A    Yes.

12    Q    So that was just days after you had served Mr.

13 Guerrero with that summons, correct?

14    A    Weeks, not days, weeks.

15    Q    The same month, correct?

16    A    Yes.

17         MR. MINSHALL:  No further questions, Your Honor.

18         THE COURT:  Mr. Minshall, any other witnesses at

19 all?  Anything at all with your case in chief, sir, today?

20         MR. MINSHALL:  No, Your Honor.  The Petitioner

21 rests.

22         THE COURT:  Okay, thank you, sir.  Mr. Bensman,

23 now is your opportunity, sir.  Do you -- do you have any

24 exhibits, do you have any evidence?

25         THE RESPONDENT:  Yes, I do.  I have two videos

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                    032

33

1  from the county courthouse, and also from Sergeant LaPorte's

2  personal body camera that disputes I never touched a weapon on

3  that day.

4          THE COURT:  When all of our -- are we -- are we

5  referencing?

6          THE RESPONDENT:  What this is all about.

7          THE COURT:  Hold on sir.  I just want to make

8  sure and I understand because we have a lot of alleged

9  instances, and -- and I want to just -- so this is August 2022;

10 is that correct?

11         THE RESPONDENT:  Yes.

12         THE COURT:  This is at the courthouse.  This is

13 the most recent.  This is outside of your duties as code

14 enforcement officer, most recent; is that correct?  Okay, okay.

15 Do you have a copy for -- for Mr. Minshall?

16         THE RESPONDENT:  I do.

17         THE COURT:  Okay, perfect.

18         THE RESPONDENT:  Right there.

19         THE COURT:  Could I -- Sergeant, can I see that?

20         THE SERGEANT:  Yes, sir.

21         MR. MINSHALL:  Your Honor, is there a way for me

22 to access this information?

23         THE COURT:  Do you have a computer?

24         THE RESPONDENT:  No, I do not.

25         THE COURT:  If not what we can do, sir, is I can

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4                          033

34

1  publish it, and then you can see, and obviously you can, you

2  know, any objections at that time.

3                      MR. MINSHALL:  Thank you, Your Honor.

4                      THE COURT:  Captain, I'm sorry.  Captain, I'm

5  sorry.  Thank you, sir.  So -- so now I have two here.  What

6  -- which is which?

7                      THE RESPONDENT:  Okay.  The --

8                      THE COURT:  Which one do you want me to open up

9  first?  I see a thing that's Exhibit A, and some other one.

10                     THE RESPONDENT:  The smaller one, and the larger

11 one is his body camera.

12                     THE COURT:  And it was Captain LaPorte that

13 actually responded out there, in the parking lot?

14                     THE RESPONDENT:  Yes.  He's standing right

15 there.

16                     THE COURT:  Ms. Angel, can I give this to you,

17 and you can put it on?

18          (Pause)

19                     THE COURT:  Okay, let's see if it will.

20          (Pause)

21                     THE CLERK:  Judge, I need to find the USB cord.

22 I'll be two minutes.

23                     THE COURT:  I think it will be easier, it will

24 plug right in, won't it Cheryl?  Will you do that for me?

25 Thank you, ma'am.  And I believe in looking at it very quickly,

Jose Angelo Guerrero sv. Jeff Bensman  2022C000047  11/10/2022  Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                    034

35

1 Mr. Bensman, I think it captures everything. I don't think you

2 need to because I show Sergeant LaPorte body cam, and I also

3 show the courthouse one and two. I don't know if that's --

4         THE RESPONDENT: I'm not sure, Your Honor. My

5 former attorney recorded that.

6     (Pause)

7         THE COURT: No luck with that, Angel? I can

8 -- I want try it from here.

9     (Pause)

10         THE COURT: It's not clicking though. I have it

11 -- I'm showing jury rail which is what that is right there. Is

12 -- is Renee (ph) available?

13         THE CLERK: I will see.

14     (Pause)

15         THE CLERK: Esther is on her way.

16         THE COURT: Thank you.

17     (Pause)

18         THE COURT: Esther, thank you so much. Is there

19 any way that with this USB that was given I could share on that

20 screen as well as the audio, ma'am?

21         MS. ESTHER: Yes. And it's being shared by the

22 attorney's table?

23         THE COURT: No, it's going to be here. I have

24 control of it.

25         MS. ESTHER: Okay.

Jose Angelo Guerrero sv. Jeff Bensman  2022C000047  11/10/2022  Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**               035

36

1              THE COURT:  These gentlemen have a laptop.  It's

2    going to be -- it's going to be from here.  There's got to be a

3    way that I can publish this and show them that, is there not?

4              MS. ESTHER:  I know how to do it from the

5    attorney's tables.

6              THE CLERK:  He has a computer.

7              THE RESPONDENT:  I have a computer.

8              THE COURT:  Okay.  There's no way I can control

9    it from here?

10             THE RESPONDENT:  Please, be my guest.

11             MS. ESTHER:  I've never done that, so there

12   probably is a way but I don't know how.

13             THE COURT:  Okay.

14             MS. ESTHER:  I don't want to mess anything up.

15             THE COURT:  Okay, so.

16             MS. ESTHER:  I'm sorry.

17             THE COURT:  It's all right.  So Mr. Bensman has

18   a computer?  Is there any way that you could display it from

19   attorney table? That'd be one and two.

20             MS. ESTHER:  I believe that is one.

21             THE COURT:  Perfect, perfect.  Ms. Bensman.

22             THE RESPONDENT:  Yes?

23             THE COURT:  Go ahead and put this in your

24   computer, okay?  And then is there a -- is there a cord like a

25   USB or something that connects to your computer?

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                        036

1    MS. ESTHER:  It should already be hooked up, so.

2    THE COURT:  Attorney table one.

3    THE RESPONDENT:  Hold on.

4    (Pause)

5    THE COURT:  Mr. Bensman, go down to your actual

6  -- yeah, your different drives, it should be the -- it should

7  be either D or -- there you go.  So if you could first click on

8  a port body cam.  And in terms of audio I'm able to control it

9  from here, make it louder?

10    MS. ESTHER:  Let's see when it starts playing.

11    THE COURT:  Go ahead and double click on the

12  port body cam, sir.  The little CueIT, okay.

13    MS. ESTHER:  Can you increase the volume on

14  there?

15    THE COURT:  Can you increase the volume on your

16  computer, sir?

17    THE RESPONDENT:  Yeah, it is, it's clear.

18    THE COURT:  Can you drag it up for me?

19    THE RESPONDENT:  I'm trying.

20    THE COURT:  Yes, sir.

21  9:21:52

22    (Video played)

23    THE PETITIONER:  You got out of the truck, you

24  pointed a gun.

25    PETITIONER'S WIFE:  (Indiscernible).

Jose Angelo Guerrero sv. Jeff Bensman    2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                      **037**

38

1              THE PETITIONER:  And they -- they don't stop,

2    man.  They don't stop.  We haven't threatened him once.  We're

3    Christians.

4              THE OFFICER:  I respect that.  You said you were

5    going to get a -- you -- you said you were going to get an

6    attorney?

7              THE PETITIONER:  Yeah.  But he said I can't.

8    It's always --

9              THE OFFICER:  Who said -- who said you can't?

10             THE PETITIONER:  The judge, what's his name?

11             THE OFFICER:  No.  I think -- I think Judge

12   Mochel was advocating, actually supported that decision but I

13   don't want to speak for the judge.

14             THE PETITIONER:  Yeah, I know.

15             THE OFFICER:  But it will probably be in yours

16   -- it would be a good idea.

17             THE PETITIONER:  Yeah.

18             THE OFFICER:  You know, they had a -- the other

19   side has a professional attorney, so I mean, you might get

20   somebody that has a really good handle on this.

21             THE PETITIONER:  Yeah, you saw the gun.

22             THE OFFICER:  I saw him but I didn't see -- did

23   he have a gun?

24             THE PETITIONER:  Yeah (indiscernible) and they

25   fired him because he assaulted us (indiscernible).  You were in

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                    **038**

39

1  court, right?

2           THE OFFICER:  I was, yeah.

3           THE PETITIONER:  He dug a 200 foot trench on our

4  property, so that when she drives over it (indiscernible) she

5  would have gotten killed.

6  9:13:56

7           THE COURT:  Mr. Bensman, let me ask you this;

8  does Captain LaPorte interview you next or no?

9           THE RESPONDENT:  Did he what?

10          THE COURT:  Does he interview you next or is

11 this video only depicting his interview of Mr. Guerrero?

12          THE RESPONDENT:  Only his.

13          THE COURT:  Okay.

14          MR. MINSHALL:  Your Honor, would it be possible

15 to fast forward to the very beginning of the video showing the

16 truck that's pulling away?

17          THE COURT:  Yeah.  Mr. Bensman, is there any way

18 that (indiscernible)?  Okay.  Well, I don't see anymore value

19 in this, so if we could -- we could shut this off because this

20 is really just -- this is him interviewing Mr. Guerrero.

21          MR. MINSHALL:  Your Honor, would we actually

22 just fast forward to the very beginning of the video?  I just

23 want to make sure.

24          THE COURT:  Do you want it wound all the way

25 back?

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript

**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                        039

40

1          MR. MINSHALL:  If you don't mind, please, to the

2   very beginning.

3          THE RESPONDENT:  There's a lot of

4   (indiscernible) and I would request the same thing.

5          THE COURT:  Mr. Bensman, but I'm telling you in

6   terms of what I deem to be valuable or not, and I'm your fact

7   finder.  I know what I need to see, and what I need to look at,

8   trust -- trust me, please.  Can you rewind the video?

9          THE RESPONDENT:  Yep.

10          THE COURT:  You can just -- that works.

11          THE RESPONDENT:  There we go.

12          THE COURT:  Yes, sir.

13          THE RESPONDENT:  I'm sorry, I'm not terribly

14   technical.

15          THE COURT:  No, that's okay.  I'm not either

16   with this wonderful equipment here we're working on.

17          THE RESPONDENT:  Now this shows my truck in the

18   right-hand side.  It also shows my truck pulling away on the

19   right-hand side, driving through the parking lot between the

20   -- the old jail and the old courthouse.

21          MR. MINSHALL:  Okay.  Thank you, Your Honor.  So

22   I want to see.

23          THE COURT:  Okay.  Can we fast forward then a

24   minute?  I've seen this.  Mr. Bensman, if you could get back to

25   your computer and if you could show the court camera, any

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                        **040**

41

```
 1   -- any cameras that maybe captured.
 2                 THE RESPONDENT:  Yeah.
 3                 THE COURT:  This -- this incident.
 4                 THE RESPONDENT:  Okay, yeah.
 5                 THE COURT:  Go ahead and just close out of
 6   there.  That will work.
 7                 THE RESPONDENT:  This is the security camera.
 8                 THE COURT:  Yes, sir.
 9                 THE RESPONDENT:  Okay, let's see if we can get
10   sound here.
11                 MR. MINSHALL:  I don't think the -- I don't
12   think the courthouse cameras are going to have sound, sir.
13                 THE COURT:  Mr. Bensman, the silver vehicle
14   that's four door, is that Mr. Guerrero's vehicle?
15                 THE RESPONDENT:  I believe so.
16                 THE COURT:  Is there any way, just because this
17   is a 12 minute and 30 second video, we could maybe fast forward
18   it until you see your truck and it becomes relevant?  Okay,
19   back up, please.  Stop right there.
20          (Pause)
21                 THE COURT:  Is this you coming into court?
22                 THE RESPONDENT:  No, it's not me.
23                 THE COURT:  That's not -- that's not your truck?
24                 THE RESPONDENT:  No.  My truck is over here.
25   That's my truck.
```

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                    041

42

```
 1                THE COURT:  Okay.  Can we fast forward a little
 2   bit to maybe we see you guys at the courthouse?  Okay, stop.
 3                THE RESPONDENT:  There I am, right there.
 4   That's me getting in the truck in the blue shirt.  I get in,
 5   close the door.
 6           (Pause)
 7                MR. MINSHALL:  Your Honor, is it possible just
 8   to maximize the screen so we can get a little better
 9   resolution?
10                THE COURT:  Sir, is there any way you can just
11   go back to that square at the top right of he actual, the
12   -- yes, sir.  And then just click on that, it will maximize it.
13   Thank you, sir.
14                MR. MINSHALL:  Thank you.
15                THE COURT:  No.  Mr. Bensman --
16                THE RESPONDENT:  Yes?
17                THE COURT:  Because this is your -- your
18   opportunity, and obviously you're presenting your case in
19   chief, and you're showing courthouse camera one, I want to ask
20   you, I don't see your door close but I see you waiting.  Are
21   you waiting for something?  Why have you not left yet?  Are you
22   waiting for someone?
23                THE RESPONDENT:  I don't know.
24                THE COURT:  You don't know why you haven't left?
25                THE RESPONDENT:  I can't remember.  I might have
```

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                      **042**

43

1   been waiting on Jeff Ackie, or somebody; I don't know.

2                     THE COURT:  Now, you heard the testimony.  Mr.

3   Guerrero indicates that you exited your vehicle and you had a

4   sidearm.  Do you --

5                     THE RESPONDENT:  Let's -- let's scrape on

6   through, that's -- okay, well let's hold on.  Now, I'm out.

7                     THE COURT:  Okay.  Now tell me this, though, I'm

8   just asking you, okay?  This is my chance to ask you some

9   questions.

10                    THE RESPONDENT:  Right there.  I'm out, there's

11  nothing in my hands.

12                    THE COURT:  But can I ask you, why you exited

13  the vehicle when you saw Mr. Guerrero exit the courthouse?

14                    THE RESPONDENT:  No.  I can't.

15                    THE COURT:  You can't?

16                    THE RESPONDENT:  No.  I didn't say anything to

17  him.

18                    THE COURT:  You just wanted to look at him?

19                    THE RESPONDENT:  No, I don't -- I think I was

20  looking for Jeff Ackie.  And there, I left.  And that was it.

21  Now --

22                    THE COURT:  Mr. Bensman, let me ask you just

23  -- just for time sake, is the courthouse camera two going to be

24  -- reveal anything to the courthouse camera one is not?

25                    THE RESPONDENT:  No, it's just another view of

Jose Angelo Guerrero sv. Jeff Bensman    2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                        **043**

44

1    the same thing.

2              THE COURT:  Okay.  Mr. Minshall, Captain

3    LaPorte, I mean, really it just kind of makes some concerns

4    that I guess your client has shared with you, and that you

5    elicited from direct examination of him, but I want to ask you,

6    do you have any objection to we'll call it Respondent's Exhibit

7    Alpha and Bravo, Alpha being Captain LaPorte's body cam,

8    Respondent's Exhibit Bravo being the courthouse camera one

9    being admitted into evidence?

10             MR. MINSHALL:  No objections, Your Honor.

11             THE COURT:  Okay.  So Respondent's Exhibit Alpha

12   and Bravo have been admitted into evidence.  If I didn't say it

13   on the record, I'm pretty sure I did, but Petitioner's Exhibit

14   1 is also been admitted into evidence.

15                  (Respondent's Exhibits A and B admitted)

16             THE COURT:  Mr. Bensman, what else do you want

17   the Court to consider?

18             THE RESPONDENT:  At the -- at the time when Joe

19   Guerrero was installing the septic tanks, and Terry Sandoval

20   arrived on his property.  Yes, in fact, I was on, and there was

21   a verbal confrontation, and I stopped it immediately.  I

22   disarmed myself, I put my weapon under the seat in my vehicle,

23   closed the door and locked it.  And went back over, and I said

24   okay, now we can discuss this, okay?  I disarmed myself.  When

25   he was talking about the incidences with the backhoe, I had

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4                                                    044

45

1    received calls that Joe Guerrero had parked the backhoe

2    completely across County Road 504.  And I went out there to

3    investigate, and in fact, it was parked across the road, and he

4    was telling his neighbors that he owned County Road 504.  He

5    also informed Terry Sandoval the same thing.  We informed him

6    he did not own any part of the road, and that he was not

7    allowed to block the road.  And this was not an isolated

8    incident.  We had three different calls where he had parked

9    that backhoe across the road, okay?  And that's what brought me

10   out there.

11            And I was a county code enforcement officer.  I

12   wasn't a sheriff's deputy, I wasn't a law enforcement officer,

13   I was a code enforcement officer, so my job was to respond when

14   someone complained, and his neighbors complained a lot.

15   Furthermore, another office within the county informed me that

16   he had -- he was running an illegal campground.

17            MR. MINSHALL:  Objection, Your Honor, hearsay.

18            THE COURT:  What's your objection, sir?

19            MR. MINSHALL:  Relevance.

20            THE RESPONDENT:  Relevance, leads back to Joe

21   Guerrero's false testimony of telling the courts that I was

22   arriving there without even further --

23            THE COURT:  I'm going to sustain the objection

24   based on hearsay just because these individuals that have

25   informed me, they aren't here to actually obviously corroborate

Jose Angelo Guerrero sv. Jeff Bensman  2022C000047  11/10/2022  Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                                045

46

1   the statement, that's important.  Hearsay is an out of court

2   statement made by declarant to prove the truth of the matter

3   asserted.

4                    THE RESPONDENT:  And they made the same

5   statements.

6                    THE COURT:  I -- I -- I disagree.  But Mr.

7   Bensman, what else do you want the Court to consider?  What

8   other evidence?

9                    THE RESPONDENT:  Well, I was painted as a -- as

10  a violent person, I am not a violent person.  I was a

11  reactionary.  I was brought out only when someone who had

12  called and complained, and we had numerous complaints, okay?

13  We posted on the side of a tiny house that he had claimed he

14  was using for storage, it was not storage because he had

15  installed -- he installed a propane tank to heat the house,

16  okay?  And the -- and the house had been sitting there and been

17  in use, not in use.

18                   THE COURT:  Mr. Bensman, I'm not trying to cut

19  you off -- I'm not trying to cut you off, I understand that you

20  believe that you had a lawful legitimate purpose there, and

21  your official duties as a code enforcement officer knows those

22  are the contacts.  I have a few questions for you, you're under

23  oath, okay?

24                   THE RESPONDENT:  Okay.  Go ahead.

25                   THE COURT:  You heard testimony from Mr.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                                                    **046**

47

1    Guerrero indicating that at the sheriff's department you

2    threatened to kick his ass.

3             THE RESPONDENT:  No, that's not --

4             THE COURT:  Did you threaten to kick his ass?

5    There's been no -- there's been no supporting corroborating

6    evidence of that but you heard what Mr. Guerrero cited.  I'm

7    asking you, did you --

8             THE RESPONDENT:  No.

9             THE COURT:  -- threaten to kick his ass?  Have

10   you ever threatened to kick his ass at any point in time with

11   those words, I'll kick your ass?

12           THE RESPONDENT?  No.  I have not, Your Honor,

13   never.

14           THE COURT:  There's an incident of a summons.  I

15   guess, I don't know, there's been -- I'm not going to co-mingle

16   previous instances, that would be inappropriate for the Court,

17   but I have heard testimony from Mr. Guerrero in the past and

18   sadly a lot of this stems from that 21M244 case, or 44 case

19   that has been dismissed against Ms. Herrera.  I think that   -

20   - that solves a lot of problems, so the code -- the criminal

21   case, the County Attorney I guess that had the -- the

22   prosecutorial obligation, that moved to dismiss without

23   prejudice, I saw that, and I'm hoping a lot of this resolves

24   some issues.  But there's apparently some medical issues with

25   Mr. Guerrero, and he testified that you shoved a summons in, I

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**        **047**

48

1  guess where he had recently had an aortic collapse, and you

2  shoved it in such a violent way that he collapsed and dropped

3  the summons.  Do you recall giving him the summons?

4          THE RESPONDENT:  I recall giving him the

5  summons.  I don't recall him collapsing.

6          THE COURT:  Describe how you issued the summons

7  to him.

8          THE RESPONDENT:  I handed it to him, he refused

9  to take it, I dropped it.  I said you've been served.

10         THE COURT:  Did you ever shove him to his -- did

11  you shove it into his chest?

12         THE RESPONDENT:  No.

13         THE COURT:  And you wear body camera footage as

14  a code enforcement officer?

15         THE RESPONDENT:  Probably somewhere I imagine.

16         THE COURT:  So you do?

17         THE RESPONDENT:  I -- I --

18         THE COURT:  I'm asking you.

19         THE RESPONDENT:  No, not me personally.

20         THE COURT:  Okay, okay.

21         THE RESPONDENT:  No, I don't.

22         THE COURT:  Okay, I just -- I didn't know.

23         THE RESPONDENT:  No.

24         THE COURT:  I just asked.

25         THE RESPONDENT:  No.  But if I would have

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4                                              048

49

1   assaulted Joe Guerrero in such a manner I would have thought

2   that charges would have been brought about me as a result

3   thereof.

4           THE COURT:  Okay.  I have a question.

5           THE RESPONDENT:  And obviously they weren't

6   because obviously it didn't happen.

7           THE COURT:  I have a question because I just

8   want to understand this.  There was an investigation allegedly

9   that -- that occurred based upon a complaint right after they

10  issued the summons against you by Mr. Guerrero.  And I'm asking

11  you -- you're under oath.

12          THE RESPONDENT:  Yes, sir.

13          THE COURT:  Were you terminated from the

14  Huerfano County Sheriff's Department because of any

15  investigation that was sustained with any kind of physical

16  force used against Mr. Guerrero?

17          THE RESPONDENT:  No.

18          THE COURT:  Okay.

19          THE RESPONDENT:  Absolutely not.

20          THE COURT:  Okay.

21          THE RESPONDENT:  That is a complete falsehood,

22  sir.

23          THE COURT:  What other evidence do you want the

24  Court to consider?

25          THE RESPONDENT:  That on his -- on his

Jose Angelo Guerrero sv. Jeff Bensman    2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4                                      049

50

1  protection order he claims -- he claims that I -- on the road

2  that I was watching his property, and began backing up 200

3  feet.  Joe Guerrero -- there is a report to the sheriff's

4  department that Joe Guerrero did in fact drive off his property

5  at a high rate of speed onto County Road 504, forcing me off

6  the road in my code enforcement vehicle, and a report was

7  filed.

8             MS. MINSHALL:  Objection, Your Honor, hearsay.

9             THE RESPONDENT:  No, it's not hearsay, it is

10 actually a -- there is a police report.

11            THE COURT:  Correct, but essentially you're

12 testifying about a report that we can't verify, or

13 authenticate.  That's really what --

14            THE RESPONDENT:  I asked the sheriff's

15 department for a copy of the report and was not given it.

16            THE COURT:  I understand.

17            THE RESPONDENT:  Yet.

18            THE COURT:  I -- I understand, sir.  The

19 objection is -- is sustained.  I can't hear about the report if

20 you don't have it in hand.  It's -- it's --

21            THE RESPONDENT:  But he was allowed to put it on

22 here as a statement.

23            THE COURT:  Sir, let me be really clear about

24 this so you understand.  There is no jury here.  People can put

25 whatever they want to.  They can -- they can make anything they

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047  11/10/2022  Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                              **050**

51

1  want, and write it, and I understand that that's kind of an ex

2  parte communication.  But that's how the process works with a

3  Title 13 civil protection order.  You're served with it, you're

4  given notice, it doesn't mean that the Court is going to

5  consider it.

6             THE RESPONDENT:  Okay.

7             THE COURT:  There's no jury here.  There's no

8  bias here because I'm going to decide what evidence I want to

9  consider, and what evidence I'm going apply more weight to.  I

10 hope that makes sense.

11            THE RESPONDENT:  To a degree it does; however,

12 over and over again Mr. Guerrero's attorney has tried to paint

13 me as a violent man.  I am not a violent man.  I was doing a

14 very difficult job, and I was doing it all alone.  I have no

15 back up.

16            THE COURT:  Yes, sir.  Mr. Bensman, anything

17 else you want the Court --

18            THE RESPONDENT:  I was dealing with somebody

19 like Mr. Guerrero over and over again, who is a claimed

20 sovereign citizen, and I have had plenty of experience with

21 sovereign citizens as a detention officer.

22            THE COURT:  Mr. Bensman, I -- I appreciate that,

23 I understand.  Anything else you want the Court to consider?

24            THE RESPONDENT:  Yeah.  Nothing happened, that

25 this is all a lie.  Just like all of Joe Guerrero's other

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                051

52

1    stuff.  It's all a lie.

2                     THE COURT:  Yes, sir.

3                     THE RESPONDENT:  The man lies continuously.  He

4    lied about -- he -- I was told he had COVID.  I asked for

5    proof, bring a doctor's statement.

6                THE COURT:  And Mr. Bensman, I didn't want to bring

7    that up, but -- but I appreciate you doing it.  I think

8    procedurally I should.  This motion was filed --

9                     THE RESPONDENT:  Well then why not?

10                    THE COURT:  Mr. Bensman, hold on and I'll

11   explain that.  This motion was filed without a proposed order.

12   I understand you approached the litigant, you don't understand

13   how it works in the Court.  But without a proposed order it

14   never goes to my inbox.  So my staff just informed me, my Las

15   Animas County staff informed me of that yesterday.  Huerfano

16   County Courts have their -- there's a new staff, they should

17   know, they should have urged you to file what's called a

18   proposed order.  You don't just file a motion.

19                    THE RESPONDENT:  In other words this is a --

20   this is --

21                    THE COURT:  Mr. Bensman, let me finish, let me

22   finish.

23                    THE RESPONDENT:  Okay.

24                THE COURT:  Mr. Bensman, I would have denied your

25   motion anyways, and if you want me to put it on the record your

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                    **052**

53

1  motion is denied because as an officer of the Court if Mr.

2  Minshall files something and he is an active in good standing

3  attorney, and as an officer of the Court he is telling the

4  Court that his client has COVID, I'm not going to question

5  that, okay?  I'm not going to make him provide proof of COVID.

6  I granted the continuance, you're upset at it, and I'm sorry

7  for that.  But we're going to move on.  Your motion was denied,

8  and that's why I didn't even respond to it, but you didn't do a

9  proposed order to the Court.  It never went to my inbox for me

10 to be aware of it.

11            THE RESPONDENT:  Okay.  I was told only a motion

12 was necessary.

13            THE COURT:  Mr. Bensman, anything else, sir?

14            THE RESPONDENT:  No. I don't -- I -- I -- I

15 don't even know why I'm here.

16            THE COURT:  Okay.

17            THE RESPONDENT:  No, nothing else.

18            THE COURT:  Okay.  Thank you, Mr. Bensman.

19            THE RESPONDENT:  This is stupid.

20            THE COURT:  Now, Mr. Minshall, you obviously you

21 know you bear the burden here.  Any closing, anything you want

22 the Court to consider before I make my ruling, sir?

23            MR. MINSHALL:  Yes, Your Honor.  I'll give just

24 a brief closing statement.

25            THE COURT:  Yes, sir.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                    053

54

1          MR. MINSHALL:  Based on the evidence submitted

2     today, we even heard Mr. Bensman say that he is a reactionary

3     man, and that's exactly what the evidence has shown, that the

4     testimony of Mr. Guerrero, and even the -- the photographic

5     evidence, and even in the video evidence that was submitted by

6     Mr. Bensman himself.

7          It shows that the Respondent, Mr. Bensman, has a

8     pattern of engaging in behavior that's intimidating, harassing,

9     and even involving physical violence that has in the past

10    placed the protected party, Mr. Guerrero, at risk of eminent

11    danger, and Mr. Bensman, in light of his recent termination

12    following just days after the last encounter with Mr. Guerrero

13    on his property, given that he's likely to continue to engage

14    in such behavior, or behavior that's designed to intimidate, or

15    retaliate against Mr. Guerrero if the permanent protection

16    order is not granted.  For those reasons, Your Honor,

17    Petitioner respectfully asks that the Court grant his request

18    for a permanent protective order.

19          THE COURT:  Yes, sir.  Mr. Minshall, thank you.

20    Thank you for being here.  Thank you for -- for representing

21    Mr. Guerrero.  I think it's been very helpful, especially

22    trying to -- to paint a picture and a timeline.  So I certainly

23    appreciate your representation and your professionalism here

24    today.

25          Let me tell you what the Court has in terms of

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                    **054**

55

1   evidence, okay?  We have Petitioner's Exhibit 1 which shows I
2   guess in official capacity.  Mr. Bensman, I don't see body
3   armor but I do see some kind of a -- of a badge, and then I see
4   some kind of maybe a name plate, I see yellow suspenders, and I
5   do see a -- an open carry of a -- of a single action revolver.
6   I -- I -- this doesn't show me threats, I -- I don't find that
7   to be threatening.  When you look, though, and you -- you look
8   at March 30th, you look at April 2021, you look at these
9   -- these instances, all of them except for the August 2022,
10  just a few months ago in this year were with Mr. Bensman in his
11  official capacity as a code enforcement officer responding to
12  complaints.
13          When you look at Title 13, Article 14, Section 106,
14  what a court is supposed to look at is there's two prongs, and
15  you know this, Mr. Minshall, one is that acts of threats,
16  harassment, intimidation occur.  I -- I don't know if you've
17  proven the first prong, let's go ahead and just say maybe you
18  did, but sadly the second prong is what this Court is really
19  strongly considering, and I don't find that you've met that
20  burden there.  Unless permanently restrained these acts will
21  continue.
22          Once Mr. Bensman was terminated, whatever, there's no
23  evidence of why he was terminated.  Nothing was presented to
24  the Court of why he was terminated back in August of 2021.  But
25  nothing happened until August 2022 in a separate matter where

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                          055

56

1  Mr. Bensman was here maybe started as a witness, maybe an

2  interested party in other protection orders involving Mr.

3  Guerrero and Ms. Herrera.  And -- and from the video which is

4  Respondent's Exhibit Alpha and Bravo, this Court has nothing,

5  there was no visibility of a weapon, there was no instance of a

6  threat, there's been no evidence to the Court at all that Mr.

7  Bensman was threatening them on that day in time in August of

8  2022.  I want to also put this on the record because I think

9  this is interesting, and this is direct testimony from Mr.

10  Guerrero, okay?

11          So we have a picture, and you did a very good job,

12  Mr. Minshall of -- of eliciting this.  March 30th, 2021 initial

13  contact as a code enforcement officer, that's the first

14  contact.  Allegedly hollering at Mr. Guerrero, that's what your

15  client testified to.  We have April 2021, we have a second

16  time, digging a hole for a neighbor, again, there was a

17  confrontation with Mr. Bensman as a code enforcement officer,

18  and your client, Mr. Guerrero.  Then we, shortly after there's

19  an incident at the sheriff's department.

20          Mr. Guerrero indicated he testified to that Mr.

21  Bensman threatened to kick his ass, and he also said, hey, you

22  need to cease and desist, and was very intimidating is what Mr.

23  Guerrero's words were.  But what's interesting is is Mr.

24  Guerrero's own testimony back in June to July of 2021 he

25  testified that he saw Mr. Bensman in his personal vehicle

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                056

57

1  driving near his road, and Mr. Guerrero confronted him, and

2  said he didn't know who he was, and he even -- his -- his

3  testimony for the Court was who are you?  You would have

4  figured if Mr. Guerrero was so intimidated by Mr. Bensman in

5  the previous instances regardless whether he was wearing this

6  outfit, or his own personal get up, that Mr. Guerrero would

7  have identified who this intimidator is.  And so I think that's

8  very interesting and telling in terms of credibility of Mr.

9  Guerrero's testimony here today.

10         Regardless of the testimony and the evidence

11  before the Court it is clear to me at this point in time that

12  the second prong has not been made under §13-14-106.  Mr.

13  Bensman is no longer a code enforcement officer.  21M144 has

14  been dismissed without prejudice.  I don't see it coming back.

15  Ms. de Herrera is no longer facing a criminal complaint by the

16  Huerfano County Code Enforcement.  And my hope is, is that Mr.

17  Bensman and Mr. Guerrero are going to just never see each other

18  again.  Mr. Bensman has indicated on the record previously

19  before you were consulted and hired, Mr. Minshall, he lives 60

20  miles away.

21         I don't see him having any contact with Mr.

22  Guerrero.  I think Mr. Guerrero is safe.  I don't see any other

23  instances.  I do want to caution you this, though, Mr. Bensman.

24  If for whatever reason you come across Mr. Guerrero, I want you

25  to know that there is a record of this, okay?  Any future

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4                                                    057

58

1  instances to where a reasonable person could feel that you are
2  threatening them, it could be a different story if there were
3  future actions brought by Mr. Guerrero.  I just want you to
4  understand that, okay?  Just because that second prong wasn't
5  met, and I find that unless permanently restrained these acts
6  will continue, they will not continue based upon your
7  termination as a code enforcement officer.  I don't see it
8  relevant or necessary to issue this permanent, it doesn't mean
9  that Mr. Guerrero, if other instances occur could maybe meet
10 his burden.  I just want to caution you on that, that's all I'm
11 saying, sir.
12             THE RESPONDENT:  So you're hanging that out as
13 a --
14             THE COURT:  I want you to just be cautious.  If
15 you come across Mr. Guerrero.  This is a small community.
16             THE RESPONDENT:  Absolutely.
17             THE COURT:  It's not a threat.  I want you to be
18 cautious is all.
19             THE RESPONDENT:  I understand.
20             THE COURT:  Because it's clear that Mr. Guerrero
21 is intimidated of you, he's -- he's gone to these lengths to
22 actually, to show that.  So I'm just telling you I would just
23 have caution with that and avoid contact.
24             THE RESPONDENT:  I -- I haven't had any contact
25 with the man since I left the County.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                          058

59

1            THE COURT:  Mr. Bensman.

2            THE RESPONDENT:  Other than what --

3            THE COURT:  Mr. Bensman, this protection order

4    is vacated.  I thank everyone's time.  Mr. Minshall, thank you

5    for being here as well.  Mr. Bensman --

6            THE RESPONDENT:  Yes?

7            THE COURT:  -- because you're already headed out

8    of the courtroom, maybe I could just have you leave first.  I

9    don't want there to be any issues at all.

10           THE RESPONDENT:  Oh, no.  No problem.  And we're

11   trying to figure out what to do with these, Your Honor.

12           THE COURT:  I need -- I need what was consider

13   -- I just need the short one.  The short contains what I need.

14   The little one that's marked as -- as A.  If we could please,

15   yes, have a record for the Court.  And Mr. Bensman, you have a

16   good day.

17           THE RESPONDENT:  You do the same, Your Honor.

18   Thank you.

19           THE COURT:  Mr. Minshall, I could kindly ask, if

20   you could just wait a few moments, allow Mr. Bensman time to

21   vacate and leave the -- the immediate area, and that way that

22   you and your client, there's just no -- no issues.

23           MR. MINSHALL:  Certainly, Your Honor.

24           THE COURT:  Okay.

25           MR. MINSHALL:  I appreciate it.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                    059

60

1                    THE COURT:  I want everyone to feel safe.  Okay.

2   Captain LaPorte, thank you being here, sir.

3                    CAPTAIN LAPORTE:  No problem.

4           (Proceedings concluded at 9:37:30 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                    **060**

61

```
 1                    TRANSCRIBER'S CERTIFICATION

 2   STATE OF TEXAS        )
                           )      SS.
 3   COUNTY OF HARRIS      )

 4        I, Nina Cady, do hereby certify that I have listened to

 5   the electronic recording of the foregoing; further that the

 6   foregoing transcript pages 1 through 60, were reduced to

 7   typewritten form from an electronic recording of the

 8   proceedings held November 10, 2022, in the Huerfano County

 9   Court, Jose Angelo Guerrero vs. Jeff Bensman; and that the

10   foregoing is an accurate record of the proceedings as above

11   transcribed in this matter on the date set forth.

12        DATED this 7th day of February, 2023.

13

14

                                   /s/ Nina Cady
15                                Nina Cady

16

17

18

19

20

21

22

23

24

25
```

Jose Angelo Guerrero sv. Jeff Bensman    2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**                                                    061