**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01610-DDD-MDB

SUSAN DEHERRERA, and
JOSE GUERRERO,

    Plaintiffs,

v.

HUERFANO COUNTY, a municipality,
JEFF BENSMAN, in his individual capacity,
TERRY SANDOVAL, in his individual capacity,
SAM JENSEN, in his individual capacity,

    Defendants.

---

### AFFIDAVIT OF TERRY SANDOVAL

---

STATE OF COLORADO    )
                                   ) ss
COUNTY OF HUERFANO   )

    1.    I began my employment as Huerfano County ("County") Chief Building Inspector in January 2019. I voluntarily resigned my position with the County in February 2023.

    2.    As Chief Building Inspector, I had no supervisory responsibility over County Code Enforcement Officer Jeff Bensman. As County Building Inspector, I had no reporting obligations to Mr. Bensman.

    3.    On July 13, 2021, I received a complaint from the County Health Department regarding the improper installation of a cistern/well on a 160-acre undeveloped parcel of property bearing the following legal description: TWP 28S RNG 67W SEC 14: SW4160 AC MOL 276-228 264-86 359-964 364-819 361324 361326 380277 396620 399754 418652 418653 419731 419732 426396 426397 ("property").

EXHIBIT A

4. In response to the complaint, I drove a white County vehicle out to the property.

5. When I arrived at the property, I saw two Water Works Plus trucks, one of which was equipped with a crane, two Water Works Plus employees, a large dirt pile and two RVs/trailers in the distance.

6. I parked my County vehicle near the end of the dirt pile.

7. I was unarmed at the time.

8. Mr. Bensman parked his vehicle behind my vehicle.

9. After Mr. Bensman walked up to my vehicle, I got out of my vehicle. At that point, we were both met by Plaintiff Jose Guerrero.

10. I attempted to speak to Mr. Guerrero; however, he began yelling at us to get off the property.

11. I advised Mr. Guerrero that I was the Building Inspector and had the right to be on the property.

12. I briefly spoke to Plaintiff Susan DeHerrera a short time later and advised her that I had received a complaint from the County Health Department.

13. I then briefly spoke to the Water Works Plus employees before leaving the property.

14. I did not enter Plaintiffs' RV during my short visit to the property.

15. I never approached Plaintiffs' RV, which was approximately forty feet away from where I spoke to Plaintiffs and the Water Works Plus employees, during my short visit to the property.

16. I did not engage in any physical force during my short visit to the property.

17. I never threatened to use physical force during my short visit to the property.

18. I was at the property for approximately ten minutes on July 13, 2021.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Terry Sandoval

STATE OF COLORADO   )
                    ) ss
COUNTY OF Pueblo    )

> Edi Colletti
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20244016312
> MY COMMISSION EXPIRES 04/26/2028

Subscribed and sworn before me this 19th day of March, 2025, by Terry Sandoval, personally known to me.

My Commission expires 04-26-2028.

_____
Notary Public

3