Case No. 1:23-cv-01610-DDD-MDB   Document 68-2   filed 03/21/25   USDC Colorado
pg 1 of 3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
DeHerrera and Guerrero v. Huerfano County, et al.
U.S. Dist. Court, Dist. of Colo., Case No. 23-cv-01610-DDD-MDB

### HUERFANO COUNTY

Job Description

Title: Chief Building Inspector

FLSA: Non-Exempt

DEPT.: Administration

Reports to: Planning Director

HUERFANO COUNTY

**DEFINITION**

Under general direction, plans, organizes and directs the Building Section of the Planning Department; provides policy guidance and direction in accordance with applicable laws, regulations and ordinances; and does other work as required. Acts as the Building Official for Huerfano County.

**DISTINGUISHING CHARACTERISTICS**

This single position is responsible for the operation of the Building Section of the Planning Department. The incumbent administers a comprehensive building plan check, and inspection program in the County's unincorporated areas through the enforcement of Federal, State and County codes, ordinances and regulations. This position serves as the Building Official for the County. This position has on-going program responsibility for the section including building inspection; and building plan check.

**TYPICAL TASKS**

Plans, organizes and performs the work of the Building Section. Assures the consistent and fair enforcement of State, Federal and County building codes, ordinances and administrative orders. Performs the analysis and review of building plans to determine if proposed construction complies with the International Construction Code and other state and local Codes, including energy and accessibility regulations. Establishes and maintains inspection standards for the construction of buildings. Develops policies and procedures for the section and acts as an internal consultant in building permit application processing, building plan check and building inspection program areas. Determines occupancy classification of buildings. Interprets building codes and makes final professional and technical determinations in difficult cases for building permit issuance and code enforcement. Inspects for structural and mechanical standards for compliance with the uniform building codes and energy regulations. Acts as staff expert for the Building Appeals Board, Board of County Commissioners and the public. Represents the County at judicial proceedings for building inspections and other technical matters. Assists in the preparation of proposed section budget. Administers the maintenance of plan check and inspection records. Coordinates the plan check and building inspection program with other planning sections, County departments other agencies. Input, access and analyze data using a computer terminal. Prepare reports and correspondence. Attends meetings and conferences.

**EMPLOYMENT STANDARDS**

Sandoval 017

EXHIBIT B

Case No. 1:23-cv-01610-DDD-MDB    Document 68-2    filed 03/21/25    USDC Colorado
pg 2 of 3
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
DeHerrera and Guerrero v. Huerfano County, et al.
U.S. Dist. Court, Dist. of Colo., Case No. 23-cv-01610-DDD-MDB

**Knowledge**

- Thorough knowledge of the uniform codes affecting building inspection.
- Thorough knowledge of construction methods, building materials and tools and safety standards.
- Thorough knowledge of State and County regulations relating to the technical requirements for building permit applications and collection of fees for same.
- Working knowledge of principles and practices of supervision and training.
- Working knowledge of seismic and energy considerations in the design and construction of buildings and structures.
- Some knowledge of the principles and practices of organization, management and budgeting.
- Some knowledge of the application of data processing to building inspection operations.
- Some knowledge of the functional responsibilities of a local planning department.
- Identifies need for special inspectors to be employed.

**Abilities**

- Plan, organize and direct a comprehensive building permit plan check and building inspection program.
- Plan, organize, direct and evaluate the work of staff.
- Formulate, interpret, explain and advise on specific building codes, ordinances and administrative order requirements.
- Formulate, interpret, explain and advise on specific codes and ordinances relating to the processing of building permit applications.
- Establish and maintain an effective relationship with those contacted in the course of work.
- Analyze complex technical and administrative problems, develop sound recommendations, and implement solutions.
- Conduct difficult inspections, enforce regulations and detect deviations from approved plans and specifications.
- Analyze, interpret and check complex building plans and specifications.
- Coordinate the Building Permit plan check and Building Inspection program with other Planning
- sections, County departments and other agencies.
- Write effectively, prepare concise reports and speak effectively before groups.
- Perform field inspections in adverse environmental conditions such as broken or hilly terrain and construction sites.
- Input, access and analyze data using a computer.

**Training and Experience**

1) High school diploma or GED.
2) Five 5 years of progressively responsible building inspection experience, including two (2) years of supervisory experience; or an equivalent combination of education, training or work experience which demonstrates the ability to perform the duties of the position.
3) Possession of, or ability to obtain, certification as a Building Inspector and Residential Building Official.
4) Valid Colorado Driver's License and clean driving record.

Any combination of training and experience which would provide the required knowledge and abilities is qualifying. A typical way to obtain these knowledge and abilities would be:

Sandoval 018

Case No. 1:23-cv-01610-DDD-MDB Document 68-2 filed 03/21/25 USDC Colorado pg 3 of 3

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
DeHerrera and Guerrero v. Huerfano County, et al.
U.S. Dist. Court, Dist. of Colo., Case No. 23-cv-01610-DDD-MDB

**SPECIAL REQUIREMENTS**

License/Certificate/Registration/Professional Membership Requirements:

Possession of a valid Colorado class C driver license or the ability to obtain same within 30 days of hire.

Certification by the ICBO/ICC as a Building Inspector AND one of the following specialty certifications: Plumbing Inspector, Mechanical Inspector, Electrical Inspector, or Building Code Accessibility Usability Specialist. Within two years of the date of hire, must obtain certification by the Colorado Building Officials as a Colorado Building Official.

- Effectively present information and respond to questions.
- Ability to handle several tasks at the same time.
- Function independently.
- Mental capacities to make independent decisions.
- Talk, hear, stand, walk, use stairs, sit; use of hands or fingers, handle or feel objects, tools, or controls; and reach with hands and arms.
- Bend or stoop repeatedly or continually.
- Specific vision abilities required for close vision and ability to adjust focus.
- Travel throughout county.
- Strength to lift and carry materials weighting up to 60 pounds.
- Hearing and speech to communicate effectively in person and over the telephone.
- Perform inspections on sites having limited access due to rough grading and/or in various stages of on-going construction.
- Perceive the full range of the color spectrum, such as when inspecting electrical wires.
- Ascend and descend ladders or unfinished stairs without handrails and work at heights greater than 10 feet.
- Work safely without presenting a direct threat to self or others.
- Inspect dark or unlit construction using a flashlight.
- Lift arm above shoulder level while measuring or performing inspections.
- Physically capable of operating County vehicles on County business vehicles safely.

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions

Please view Job Openings – Help Wanted at http://www.huerfano.us

Sandoval 019