IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB
_____

VIDEOCONFERENCE DEPOSITION OF JOSE GUERRERO
January 23, 2025
_____

SUSAN DEHERRERA AND JOSE GUERRERO,

Plaintiffs,

vs.

HUERFANO COUNTY, a municipality, JEFF BENSMAN, in his individual capacity, TERRY SANDOVAL, in his individual capacity, and SAM JENSEN, in his individual capacity,

Defendants.
_____

PURSUANT TO NOTICE, the deposition of JOSE GUERRERO, called for examination by the Defendants herein, was taken remotely, commencing at 2:34 p.m., on Thursday, January 23, 2025, before K. Michelle Dittmer, Registered Professional Reporter and Notary Public in and for the State of Colorado.

EXHIBIT D

```
 1   then there was another -- and then there was another
 2   moment where he didn't?
 3                MR. MINSHALL:  Objection.  Form.
 4        Q.   (By Mr. Hegarty)  I'm just asking if you
 5   remember, Joe.
 6        A.   No.  At that point in time, I -- I was --
 7   I was more -- I turned my attention towards Terry
 8   Sandoval, and so I didn't even notice that -- that he did
 9   do that.  So if he did do that, then -- then -- then he
10   did, but my -- my focus at that point in time was -- was
11   keeping Terry Sandoval away from -- from my wife because,
12   you know, she was really upset.
13        Q.   And Mr. Bensman, he never entered the --
14   the -- let me back up.
15                Susan, she gave the name "fifth wheel" to
16   the beige-and-brown camping trailer that y'all had on
17   your property and you lived in and I think you're in
18   right now.
19                Does that sound right to you?
20        A.   Yes.
21        Q.   That day, July 13, 2021, Mr. Bensman did
22   not enter the fifth wheel, correct?
23        A.   No.
24        Q.   And Susan -- Susan said that he didn't
25   come within 10 feet of the fifth wheel, and she said that
```

Page 140

1  I, JOSE GUERRERO, hereby certify that I have
2  read the foregoing transcript and that the same and
   accompanying correction sheets, if any, constitute a true
3  and complete record of my testimony.

| PAGE | LINE | NOW READS | SHOULD READ |
|---|---|---|---|
| 22. | 21 | on the northwest corner | On the northeast corner |
| 49. | 20 | ~~Colorado Wildwood Dierectors~~ | Colorado Welding and ~~Erectors~~ |
| 67. | 24 | do not hold the deed | they do not hold the deed |
| 80. | 4 | He had his own stories | He had his own store |
| 80. | 12 | contractor's, so they | contractor's form, so they |
| 105. | 15 | any unholy or crept | any unholy or corrupt |

_[signature]_
JOSE GUERRERO

Subscribed and sworn to before me this 26 day of February, 2025.

My Commission expires: December 22, 2027

_[signature]_ Elaine D Vanotti
Notary Public
Address: 315 South Union Ave
Pueblo, Co 81003

ELAINE D VANOTTI
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19954018924
MY COMMISSION EXPIRES 12/22/2027