**EXHIBIT E**

Civil Action No. 1:23-cv-01610-DDD-MDB
*DeHerrera,* et al *v. Huerfano County,* et al

**Ex E_DEF BENSMAN 0002_joe guerrero body cam footage**

**MEDIA FILE  CONVENTIONALLY SUBMITTED VIA THUMB DRIVE**