

EXHIBIT F



EX 17

