

EXHIBIT G

EX 19