# EXHIBIT H

Civil Action No. 1:23-cv-01610-DDD-MDB
*DeHerrera,* et al *v. Huerfano County,* et al

**Ex H_GUERRERO 000088-VID_20210713_113735622**

**MEDIA FILE  CONVENTIONALLY SUBMITTED VIA THUMB DRIVE**