| | | |
|---|---|---|
| 1 | COUNTY COURT<br>HUERFANO COUNTY<br>COLORADO<br>401 Main Street<br>Walsenburg, Colorado 81089 | *FOR COURT USE ONLY* |
| 5 | JOSE ANGELO GUERRERO,<br><br>Petitioner,<br><br>vs.<br><br>JEFF BENSMAN,<br><br>Respondent. | Case No. 2022C000047<br>Division/Courtroom C |
| 10 | For Petitioner:<br><br>Taylor Minshall, Esq.<br><br>For Respondent:<br><br>Jeff Bensman, Pro Se | |

14      The matter came on for hearing on November 10, 2022,
before the HONORABLE JOHN DAVID MOCHEL, Judge of the Huerfano
15  County Court, and the following proceedings were had.

Transcript Prepared By:

Verbatim Reporting & Transcription, LLC
281.724.8600

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

Exhibit 4


EXHIBIT C
GUERRERO_000026

3

```
 1                    P R O C E E D I N G S
 2             THE COURT:  This is case 22C47.  I have Jose
 3  Guerrero represented by Mr. Minshall; is that correct?
 4  Minshall or Minshall?
 5             MR. MINSHALL:  Good morning, Your Honor.
 6  Attorney Taylor Minshall.
 7             THE COURT:  Minshall, thank you, sir.  And then
 8  we have Jeff Bensman who is also present here in the courtroom
 9  as the Respondent.  Gentlemen, we have exactly an hour so I'd
10  like to get started on this.  Obviously, Mr. Minshall, you
11  understand §13-14-106.  I trust that you -- you do.  Let's go
12  ahead and get started.  Would you like to make an opening
13  statement, or would you just like to go ahead and present your
14  case in chief?
15             MR. MINSHALL:  I'll just waive the opening
16  statement, Your Honor --
17             THE COURT:  Yes, sir.
18             MR. MINSHALL:  -- consideration of time.  May I
19  speak at the podium, please?
20             THE COURT:  Of course.  Yes, sir.
21             MR. MINSHALL:  Thank you.
22        (Pause)
23             MR. MINSHALL:  Your Honor, at this time I call
24  the Petitioner, Mr. Guerrero, to testify.
25             THE COURT:  Yes.  Mr. Guerrero, can you please
```

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4

GUERRERO_000028

```
                                                                     18
 1  inspector, Terry Sandoval, was in his -- his truck.  Terry
 2  Sandoval is the building inspector for the Huerfano County.
 3  They drove up on our property through out gates, and that's
 4  when I walked over to them, and Bensman had his body armor, and
 5  he has his pistol out.  And -- and I told him, I said I'm
 6  asking you to leave.  I asked him three times, please leave,
 7  and -- and they said, well, you know, we got a call from Robin
 8  Sachs, we don't have to leave, we're investigating.  I said
 9  investigating what?  You know, what are we doing?  Show me
10  something, a piece of paper, a warrant, or  -- or do you want
11  to come and -- and -- and harass us again, or investigate.
12  What are we doing wrong?  And they said nothing.
13       Q   What was the stated purpose for their presence on the
14  property that day?
15       A   They said they had gotten a call from Robin Sachs who
16  is with the health department.  She oversees like if we're
17  going to do a septic system, or --
18       Q   Did they tell you why there were there other than
19  they received a call and they're there to investigate?
20       A   They -- yeah, they just said they just wanted to see
21  what we were doing.  And I told them we're not building
22  anything.  That's -- and the -- that's when Terry Sandoval, the
23  building inspector says I -- I understand that.  And so then I
24  said so if we're not building anything, and you're a building
25  inspector, then I'm asking you to leave.  We're not building
```

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
**Verbatim Reporting & Transcription LLC (281) 724-8600**

**Exhibit 4**

GUERRERO_000043

30

1  out working alone.
2      Q   Understood, thank you.  Were you also issued a badge
3  as a code enforcement officer?
4      A   Yes, and body armor.
5      Q   Thank you, sir.  And I understand that you have a,
6  actually a long history in law enforcement.  You were also a
7  law enforcement officer for about 12 years prior to being a
8  code enforcement officer?
9      A   No, that's not true.
10     Q   Okay.  Did you work as a corrections officer?
11     A   Yes, I did for three years.
12     Q   Okay.  And when you had these encounters that you
13 heard today, you heard Mr. Guerrero testify to these encounters
14 that he had with you on his land.  Do you recall going on to
15 his property?
16     A   I went along to Mr. Guerrero's property approximately
17 three different times.
18     Q   Okay.  And when you were on the property were you
19 conducting -- were you conducting any investigations?
20     A   Always.
21     Q   Okay.  And when you had asked for permission, were
22 you ever granted permission from Mr. Guerrero?
23     A   I never asked for permission.  As code enforcement
24 officer we were -- we were requested either by complaints from
25 neighbors, or from other county officials to investigate

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4

GUERRERO_000055

                                                                31

1  complaints.
2       Q    So in order to conduct the investigation you did not
3  require his permission to access or stay on the property?
4       A    We would ask simply as a courtesy but it was not
5  necessary according to -- according to what we were instructed.
6       Q    And when you refer to what you were instructed, that
7  was Huerfano County code enforcement policy, correct?
8       A    It's also by our former attorney.
9       Q    Okay.  And at no time that you had been on the
10 property did you ever obtain an administrative warrant, did
11 you?
12      A    No, no, no.  No, but I did file several complaints.
13 One was for, he was running an illegal campground, no license.
14 He was installing multiple -- he had misinformed the health
15 department and installed multiple septic tanks without proper
16 permitting.  And then he had several tiny homes, and then he
17 also had people that were allegedly renting from him, parking
18 their RVs on the property without any kind of permit.
19      Q    Okay.  Thank you, Mr. Bensman.  You heard Mr.
20 Guerrero testify about a particular encounter, and this one was
21 in early August of 2021.  This one involved a summons that you
22 heard Mr. Guerrero talk about.  Do you recall that incident?
23      A    Vaguely.
24      Q    Did you serve Mr. Guerrero with a summons?
25      A    Yes, I did.

Jose Angelo Guerrero sv. Jeff Bensman   2022C000047   11/10/2022   Transcript
Verbatim Reporting & Transcription LLC (281) 724-8600

Exhibit 4

GUERRERO_000056