

**EXHIBIT D**