IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB

_____

DEPOSITION OF SUSAN MARGARET DeHERRERA
January 23, 2025

_____

SUSAN DeHERRERA AND JOSE GUERRERO,

Plaintiffs,

vs.

HUERFANO COUNTY, a municipality, JEFF BENSMAN, in his
individual capacity, TERRY SANDOVAL, in his individual
capacity, and SAM JENSEN, in his individual capacity,

Defendants.

_____

PURSUANT TO NOTICE, the deposition of SUSAN

DeHERRERA, called for examination by the Defendants

herein, was taken remotely, commencing at 9:14 a.m., on

Thursday, January 23, 2025 before K. Michelle Dittmer,

Registered Professional Reporter and Notary Public in

and for the State of Colorado.

**EXHIBIT E**

```
 1                    P R O C E E D I N G S

 2                         *   *   *

 3                    SUSAN MARGARET DeHERRERA,

 4    having been first duly sworn, was examined and

 5    testified as follows:

 6                    MR. HEGARTY:  I'm going to go ahead and go

 7    first.

 8                         EXAMINATION

 9    BY MR. HEGARTY:

10         Q.   Good morning, Susan.

11         A.   Good morning.

12         Q.   We met off the record for the first time.

13    My name is Matthew Hegarty, and I represent Defendant

14    Jeff Bensman in this case.

15              Can you please state your full name and

16    spell your last name for the court reporter.

17         A.   Susan Margaret DeHerrera,

18    D-e-H-e-r-r-e-r-a.

19         Q.   Thank you.

20              May I call you Susan?

21         A.   Yes.  Thanks.

22         Q.   Susan, what's your current home address?

23         A.   935 Cherrycrest Drive, Pueblo --

24         Q.   And is --

25         A.   -- Colorado.
```

1    she had just put the sign up, and she didn't even have

2    the information on it, she would have to check in the

3    office to see what the price was on it and that we could

4    see the property if we wanted.  And so I was like,

5    "Okay."

6                    And like I said, we were only looking for

7    5 acres, and so then she says, "Yeah."  He says they --

8    "Take a look at it."  He -- she had her husband come and

9    take us all over the property.  It was beautiful

10   property.  It was amazing.

11                   And so the next day, we put a deposit

12   down.

13            Q.    And then eventually, you ended up -- you,

14   Susan, ended up having ownership interest in the property

15   for a little bit?

16            A.    Yes.

17            Q.    Who is Cynthia Brooks?

18            A.    That's my sister.

19            Q.    And who's Daniel Brooks?

20            A.    My brother-in-law.

21            Q.    And did they -- the two of them have

22   ownership interest in the subject property with you at

23   the same time?

24            A.    No.  They actually wanted to support me in

25   it.  She -- she was interested in what I wanted to do

1    with it, but she -- they -- she -- they basically

2    cosigned to help us get it.

3            Q.    So the two of their names, Cynthia and

4    David, were on the Deed, along with yours?

5            A.    Yes, I believe so.

6            Q.    And the person you bought it from, is that

7    person's name David Vucetich, V-u-c-e-t-i-c-h?

8            A.    Yes.

9            Q.    And who's he?

10           A.    The owner of the property before we

11    purchased it.

12           Q.    Did you ever meet him?

13           A.    Yes, we did.

14           Q.    At the closing or before closing?

15           A.    Actually, we -- let me see.  Did we meet

16    him at the closing?  We -- we met him afterwards.  He was

17    actually grading the road at the time, and -- and we --

18    we just waved him down, I think -- I don't know, we had a

19    question for him or something about the area.

20                 And he says, "Oh, actually, I'm the one

21    who sold you the property."  It was kind of fascinating,

22    just that we ran into him.

23           Q.    Was -- and was he grading one of the roads

24    on or adjoining the property on the day that you and Joe

25    came out there?

1              A.    No.   Huh-uh.   It was after we bought it.

2    Yeah --

3              Q.    Okay.

4              A.    -- I don't remember exactly when, but it

5    was after we bought it.

6              Q.    And the purchase price that you and Daniel

7    and Cynthia bought it from Mr. Vucetich, that was

8    $225,000; is that right?

9              A.    Yes.

10             Q.    Do you recollect how the three of you came

11   up with the money for that?

12             A.    How we came up with the money for it?

13             Q.    Correct.

14             A.    We -- we submitted for a loan application.

15   And the deposit, we had some savings that we used and

16   borrowed some money from family.

17             Q.    And on the day that Mr. Bensman and

18   Mr. Sandoval came out in July 2021 to inspect the subject

19   property, you were the -- you and Cynthia and David were

20   all the legal owners of the property, is that right, that

21   day?

22             A.    On the day that when?

23             Q.    Well -- so you're -- yes, on the day that

24   Mr. Bensman and Mr. Sandoval came out to inspect the

25   subject property, you and Cynthia and David were the

1    owners of the subject property, correct?

2         A.    They were on the Deed.  I was the only one

3    at the property at any time.  They were -- they lived in

4    Phoenix, Arizona, so they just basically cosigned to help

5    us get the property.

6         Q.    And then did you and Cynthia and David

7    subsequently convey the subject property to Joe as a

8    trustee of the Mountain Lake Ministry Trust?

9         A.    Yes.

10        Q.    And that transaction closed April 25,

11   2022?

12        A.    Yes.

13        Q.    How did that come about?

14        A.    We -- I had wanted to do -- that's what I

15   said, my sister was interested in what I was doing

16   because I wanted to build a ministry.  You know, Joe had

17   ideas about doing commercial stuff with it.  I had ideas

18   about ministry, always.  My heart has always been in

19   ministry.

20              And so we -- first, I started with a

21   501(c)(3) because that's what I did in the past with

22   the -- the youth center.  So I submitted for a 501(c)(3),

23   got that, explained what we wanted to do.

24              For me, I wanted to build a farm, teach

25   the people how to farm.  And in that, there's a lot of

1    money and getting donations to help us keep going, until

2    we couldn't any longer.

3                   Q.    What -- I apologize.  I had to cough.

4    Excuse me.

5                   What operations were on the subject

6    property with the ministry that you were trying to set

7    up, other than farming?

8                   A.    Other than farming?  It was -- it was all

9    related to farming.  We had -- you know, that was the

10   thing, that the county had this agritourism, and I

11   thought it was a great idea.  I mean, they -- they

12   supported agritourism, where you're able to bring in

13   people to enjoy the property as they had the experience

14   of the farming and ranching and things like that.

15                  So we had members who wanted to come and

16   they came, and they made donations as they came in to see

17   the property.  We were show -- we -- we were -- you know,

18   shared what we did with the ministry and we -- we -- you

19   know, ministered to them.  There were some that came in

20   that we even had helping us take care of the animals and

21   the farm and just different things like that.

22                  That's how we -- we operated in the

23   ministry, bringing in members and sharing with them what

24   we did.  They loved it.  It was peaceful.  It's

25   everything that we wanted it to be for the people.  They

1              Q.   And the second Water Works truck has its

2    hood up.

3                   Do you see that?

4              A.   Yes.

5              Q.   And it also has a crane coming out of it

6    or --

7              A.   Yes, yes.

8              Q.   And then in the foreground is a little

9    white pickup truck with a bed cover.

10                  Do you see that?

11             A.   Yes.

12             Q.   And the door is open; is that right?

13             A.   That's correct.

14             Q.   And do you understand that to be

15   Mr. Sandoval's truck?

16             A.   I believe so.

17             Q.   I'm now sharing what's been marked for

18   purposes of identification as Deposition Exhibit 9.

19                  Do you see that?

20             A.   Yes.

21             Q.   And the time stamp on this screenshot from

22   Mr. Bensman's body cam is 17:39:33 GMT.

23                  Do you see that?

24             A.   Yes, I do.

25             Q.   And it says a minute and 39 seconds into

1    the video.

2              Do you see that?

3         A.   Yes.

4         Q.   And it looks like this screenshot is a bit

5    to the right of the last exhibit.

6              Do you see that?

7         A.   Yes.

8         Q.   We can still see parts of both of the

9    Water Works Plus trucks.

10             Do you see that?

11        A.   Yes.

12        Q.   We can still see Mr. Sandoval's truck, the

13   truck he was driving; it's now in the center of the

14   frame.

15             Do you see that?

16        A.   Yes.

17        Q.   And then to the right of Mr. Sandoval's

18   truck, there is a portion of a pile of dirt.

19             Do you see that?

20        A.   Yes.

21        Q.   What was that pile of dirt?

22        A.   That was where we were -- it was the dirt

23   that Joe had dug up.  He -- he had to dig up all the dirt

24   for -- to -- so they can get in to get the well down

25   below, get to the well down below.

1          Q.    And what is the blue -- is that a blue

2    barrel?

3          A.    That is the cistern that's --

4          Q.    And --

5          A.    -- going into the well.

6          Q.    And do you know why it's above ground in

7    this photo?

8          A.    Because they haven't -- they hadn't put it

9    in yet.  They were just tapping into the pump first.

10          Q.    That day, July 13, 2021, did they complete

11    the installation of the cistern?

12          A.    Pardon me?

13          Q.    Did the Water Works Plus guys put the

14    cistern in that day?

15          A.    Yes.  I don't know -- I don't remember

16    what was done -- see, because they did a pump pass, they

17    put the cistern in, they connected the -- the -- the

18    pump; and I don't know what -- in what order they did it.

19                I just --

20          Q.    Understood.

21          A.    -- was -- at the time, we knew they were

22    going to tap into the water.  We were excited about it,

23    and so we were there when they did that.

24                So I don't know exactly what they were

25    doing at the time or when everything was put in.  I know

```
 1    it was all done during that time.  The -- for those

 2    couple days, they were -- they were doing a couple

 3    different things, so I don't know what.

 4                   I know at one point, the gravel guy came

 5    and dropped off some gravel, too.  You know, there were a

 6    lot of things going on.  There was -- and they were

 7    installing the -- the piping to take the water up to the

 8    ridge.

 9                   So there was a lot of things going on, so

10    I don't know in what order they all were -- happened.

11              Q.    Understood.

12                   But at least as of this photo, they had

13    not yet put the cistern into the ground and completed

14    installation of the cistern, correct?

15              A.    Let me think how that went.

16              Q.    Well, I mean, just because we can see it

17    above ground, right?

18              A.    Well, I'm seeing -- what I'm thinking

19    about is that we were supposed to get a cistern

20    delivered, and I'm thinking, did they deliver it?  It's,

21    like, no.  Because I thought maybe we had two cisterns

22    there.  It's like, no, we had to go pick up the cistern

23    for them to -- to put it in.

24                   So yes, that's -- there's -- yes, that's

25    it.
```

1                    I'm sorry.  I -- I just -- I remembered

2       there was a whole thing with the cistern, that it was

3       supposed to be delivered and it wasn't.  So I thought,

4       did they deliver it and we had two cisterns?  I don't

5       know.

6                    But no, they didn't deliver it after all.

7       We had to get -- pick up the other one.  Sorry, I just

8       was trying to think through, back through.

9            Q.    That's all right.

10                   And then what is behind the cistern?  It

11      looks like a sort of cream-colored camping trailer; is

12      that right?

13           A.    Yes.

14           Q.    And is -- I can't tell from the photo, was

15      it on blocks?

16           A.    No.  We had a veteran who was working in

17      Walsenburg.  He had family in Walsenburg and everything.

18      He had an RV, and he asked us if we can -- he can have it

19      there for a bit.  And he -- you know, he put stuff around

20      it to keep it -- you know, because it was winter.  And

21      so, yeah, he had it there.

22           Q.    And so this camping trailer, y'all were

23      storing for someone else; is that right?

24           A.    Yes.

25           Q.    And --

1              A.    He would come -- he would come there and

2    do work there, you know, get his -- his tools and

3    different things, too, and, you know, whatever.  We just

4    let him do whatever he needed to.  We were just helping

5    him out because he was -- he was having a hard time.

6              Q.    And this camping trailer that's depicted

7    here in Exhibit 9, it's the type of trailer that had to

8    be hitched up to a Suburban or a truck, right?

9              A.    Yes.

10             He actually helped us as well.  He was a

11   reconnaissance guy, so we kind of had him helping to

12   watch the property.  He was -- you know, we had animals

13   and things, farm there, and he was -- he would just --

14   because there were so many people that kept coming on the

15   property, he was a benefit to us to have there because he

16   would watch over everything.

17             We had -- I mean, we had people come in

18   the middle of the night.  We had people all over.  It was

19   crazy.  I think people thought that -- kind of like they

20   owned this property or something, the way they treated

21   us.

22             So he was -- he was a -- he was a big help

23   for us.

24             Q.    And this was the guy who's camping trailer

25   was depicted in Exhibit 9?

1    but we know it's the truck and it's not coming out of

2    your head?

3              A.    Yes.  He was addressing the guy, and I was

4    telling him I was the owner.

5              Q.    I'm now screen-sharing Deposition

6    Exhibit 13.

7                    Do you see that?

8              A.    Yes, yes.

9              Q.    Time stamp at the top: 17:40:28.

10                   Do you see that?

11                   And then at the bottom, it says that we're

12   2 minutes and 35 seconds into the video?

13             A.    Yes.

14             Q.    And the video -- I'm just going to go from

15   left to right -- it depicts the very front part of the

16   left-side Water Works truck.

17                   Do you see that?

18             A.    Yes.

19             Q.    And then it depicts the right-side Water

20   Works truck that has its hood up.

21                   Do you see that?

22             A.    Yes.

23             Q.    And then just to the right of that is more

24   of a -- sort of a beige-and-brown-colored vehicle.

25                   Do you see that?

1          A.    Yeah, the fifth wheel?  Yes.

2          Q.    You called it the "fifth wheel."  Why did

3    you call it the fifth wheel?

4          A.    That's what it --

5                (At this time, the court reporter was

6    disconnected and rejoined the Zoom proceedings.)

7                MR. HEGARTY:  Back on the record.

8          Q.    (By Mr. Hegarty)  And, Susan, we're still

9    on Deposition Exhibit 11 because -- or, excuse me, I

10   apologize -- Deposition Exhibit 13, because Shelly's

11   electronics dropped her again and she -- last testimony

12   she had was when we started talking about a beige and

13   brown trailer as the fifth wheel.

14               MR. HEGARTY:  Is that correct, Shelly?

15               THE COURT REPORTER:  Yes.

16         Q.    (By Mr. Hegarty)  All right.  So, Susan, I

17   apologize, you're going to have to repeat yourself for a

18   couple of minutes; is that okay?

19         A.    Okay.

20         Q.    All right.  Why is this trailer, why did

21   you refer to it as the "fifth wheel"?

22         A.    Oh, that's what it's called.  It's a --

23   it's an RV, but it's -- it -- it's connecting in the

24   trail- -- in the truck instead of on the bumper.  That's

25   a fifth wheel.

```
 1              Q.    Understood.

 2                    And so this -- but this is a -- this beige

 3    and brown one is a camping trailer that is not

 4    self-propelled; is that right?

 5              A.    That's correct.

 6              Q.    And then the piles of dirt to the right of

 7    that, what are those piles of dirt?

 8              A.    That's where he -- Joe had dug up the dirt

 9    from the well beneath to get -- so that they could get to

10    the well.

11              Q.    And then a little bit in the background,

12    just to the right of the hood-up Water Works Plus truck,

13    I've highlighted a spool.

14                    Do you see that?

15              A.    Yes.

16              Q.    What is that spool?  It's a big wooden

17    spool.

18              A.    It's -- it's, like, we just have spools

19    there, you know, to -- to put things on, and I think

20    maybe Joe put it there so that they can put their water

21    on it or something.  I don't know.  But -- I don't know

22    why it's there.

23              Q.    But is that -- is that a spool that

24    belongs to you and Joe and not to the Water Works Plus

25    people?
```

1          Q.   And then in the way back of the picture is
2     the beige and brown fifth wheel camping trailer.
3               Do you see that?
4          A.   Yes.
5          Q.   And then to the right of the piles of dirt
6     is that blue cistern?
7          A.   Yes.
8          Q.   And then in back of that and to the right
9     is that cream-colored trailer that y'all were storing for
10    your friend?
11         A.   Yes.
12         Q.   What is the object that's tipped on its
13    side here --
14         A.   I --
15         Q.   -- just to the right?
16         A.   -- don't know.  Like I said, he did -- he
17    was doing work, so he would bring it and then he -- you
18    know, he was moving stuff in and out as he -- you know, I
19    don't know what he was doing.
20         Q.   The thing that's on its side, does that
21    look like it's a -- like, a smaller trailer just for,
22    like, moving objects, almost like a -- it's not a U-Haul,
23    but it kind of looks like a little U-Haul trailer?
24         A.   He had a trailer, and he might have put
25    something on there he was moving around.  I don't know.

1    Like I said --

2              Q.    And then --

3              A.    -- he brought -- he was bringing things on

4    and taking things off.  He was -- he -- like I said, he

5    did work, you know, while he was doing surveillance for

6    us to make sure everything was okay.  And we let him, you

7    know, do whatever he was doing, too.

8              Q.    And then in the background of that, a

9    little hard to see, but you can see it here where I'm

10   highlighting (indicating), colored in black, and here

11   where I'm highlighting (indicating), colored in black,

12   did you understand him to have a Chevy Suburban?

13             A.    Yes.  I --

14             Q.    And does that look --

15             A.    -- don't know if that's --

16             Q.    -- like the front and back of that Chevy

17   Suburban?

18             A.    I don't know -- I -- I'm not sure what he

19   had.  I'm bad with cars.  So whatever it was he had that

20   was -- yeah.

21                   I don't know.  I'm trying to think.  He

22   had a -- like, a Jeep thing and then -- I don't know.

23   Because, you know, like I said, he was coming on and --

24   on and off, so I don't know what he was driving.

25             Q.    And then do you know what this pile of

```
 1   stuff is right here that I'm highlighting to the right of

 2   that (indicating)?

 3            A.   He had -- he was -- he was working for

 4   other people, and he would bring stuff and sort it out,

 5   and then he would haul it off.

 6            Q.   All right.  But as to what --

 7            A.   No.

 8            Q.   -- particularly this is, you don't know

 9   what it is?

10            A.   I don't know what it is.

11            Q.   Okay.  I'm now sharing Deposition

12   Exhibit 18.

13            Do you see that?

14            A.   Yes.

15            Q.   And this screenshot, the stamp in red in

16   the upper left is 17:43:52.

17            Do you see that?

18            A.   Yes.

19            Q.   And then at the bottom, it says it's

20   5 minutes and 59 seconds into the video.

21            Do you see that?

22            A.   Yes.

23            Q.   And left to right -- and this is still the

24   subject property?

25            A.   Yes.
```

1                    Who those people were, they were different

2    people:  Family.  They were friends.  They were people --

3    members.  All kinds of different -- yeah, but I can't

4    tell you exactly who or how many or how often.

5                    Q.    But that was -- I mean, that was fun for

6    you?

7                    A.    Sure.

8                    Q.    And it -- and that happened, you know, at

9    least the months that you could farm all throughout 2023?

10                   A.    2023?

11                   Q.    Correct.

12                   A.    You know what?  2023 was actually one of

13   the better times because Taylor had requested -- our

14   lawyer had requested that a stay be put in place.  And

15   when that stay was in place, oh, my goodness, that was

16   just like heaven.  We -- we got no harassment at all.

17   That was the first time we had had peace.

18                   Q.    And then in 2024, in the months when you

19   could work the farm and be with the animals and invite

20   people onto the property, that happened in 2024?

21                   A.    That happened throughout, we started the

22   farm -- like the next year, 2021, we started.

23                   Q.    Right.  And then last year, 2024?

24                   A.    Uh-huh.

25                   Q.    During the months that you could have

1                    Now -- yeah, that -- see, that's where

2       La Deora comes through.  So at Farisita, looking towards

3       where the well is, I don't know if you can see that

4       because sometime when we're there, we're trying to find:

5       Okay, where are the telephone posts?

6                    Q.   Yeah.  I'll ask a more precise question.

7                    A.   Okay.

8                    Q.   If a vehicle is traveling on La Deora

9       Boulevard close to where your signage is --

10                   A.   Yes.

11                   Q.   -- do you agree that if the crane's

12      100 feet, a person would likely be able to see that?

13                   A.   Yeah.  I don't know if it's 100.  Maybe

14      50 feet because it wasn't as high as the telephone poles.

15                   Q.   Okay.

16                   A.   And I don't know how high they are.

17                   Q.   But even at 50 feet, you would agree that

18      if a vehicle is there, the person occupying the vehicle

19      would likely be able to see that crane, right?

20                   A.   I don't know if they could see it from

21      La Deora and Farisita.  That's where Bensman was when he

22      met up with Terry, and that's when they came down

23      La Deora.

24                   Q.   Are you able to approximate how many feet

25      Mr. Bensman and Mr. Sandoval parked from the wellsite?

1           Q.    Okay.

2           A.    Yeah.

3           Q.    All right.  Mr. Bensman -- last question:

4                 Mr. Bensman did not cause physical damage

5     to your property on July 13, 2021, correct?

6           A.    No.

7                 MR. HEGARTY:  I have no further questions.

8                 And I think the deposition is over, unless

9     anybody else has any further questions.

10                MR. O'CONNELL:  I have nothing further,

11    thank you.

12                MS. SCHLUTER:  Same.

13                THE COURT REPORTER:  Are you ordering a

14    copy and handling signature?

15                MR. MINSHALL:  Yes, ma'am.

16                (WHEREUPON, the within proceedings were

17    concluded at 2:02 p.m. on the 23rd day of January, 2025.)

18                  *    *    *    *    *

19

20

21

22

23

24

25