# Code Enforcement Policy

Adopted April 3, 2018
by the Huerfano County Board of
County Commissioners



# HUERFANO COUNTY
# CODE ENFORCEMENT POLICY

  e. Potential consequences for failure to comply.

**D.** **Preparations and Precautions.** Staff shall take whatever actions are reasonable and necessary to minimize any potential risk of violent confrontation or injury to themselves or others when conducting their field investigation:

1. Law Enforcement Assistance.

When appropriate, Code Enforcement staff or other assigned staff will contact the Sheriff's Office to determine if there have been criminal complaints or investigations concerning the subject property of alleged code violator, and whether, in the opinion of the Code Enforcement Officer, a field investigation might present any threat to the safety of staff, the alleged code violator, or other persons present during a field investigation. Staff may request law enforcement assistance in conducting the field investigation and may postpone such investigation until law enforcement assistance is available.

2. Announced/Unannounced Field Visits.

At the discretion of Code Enforcement staff or other assigned staff, a field visit to the vicinity of the subject property may be conducted with or without prior notice to the property owner, occupant, or alleged code violator. The determination of whether or not to give prior notice shall be made on the basis of the following criteria:

  a. The nature of the alleged violation;

  b. Whether or not prior notice will make detection and documentation of the alleged violation more difficult; and

  c. Whether or not prior notice will unnecessarily increase the risk or violent confrontation or injury to staff.

3. Entering Upon Property or Premises.

Code Enforcement staff may enter upon private property to conduct a field investigation without authority to enter. Code Enforcement staff may enter property

# HUERFANO COUNTY
# CODE ENFORCEMENT POLICY

to seek permission to investigate the premises. If the property owner refuses access at any time, the investigation shall be conducted from public roads or property where permission to enter has been granted. If Code Enforcement staff are refused access or entry, and entry is necessary to conduct the investigation, staff shall consult with the County Court Judge to go about obtaining an administrative search warrant.

4. <u>Report of Field Investigation.</u>

Upon completion of the field investigation, Code Enforcement staff or other assigned staff will enter the information into the Code Enforcement database. A Notice of Violation (NOV) shall immediately be generated from the Code Enforcement database, a copy of which shall be delivered to the property owner, either in person or by Certified Mail. Such NOV shall contain the following information;

    a. Name of Investigator;
    b. Date, time and place of field visit;
    c. Code violation(s) observed;
    d. If no code violation(s) is observed, an explanation of conditions observed;
    e. Witnesses, if any, interviewed;
    f. Evidence obtained, if any, (photographs, measurements, etc.);
    g. Documented discussions;
    h. Action necessary to correct violation;
    i. Recommended enforcement action and timeline; and
    j. Referrals, if any, to other agencies such as social services, state agencies, etc.

## IX. **ENFORCEMENT PROCEDURES**

### A. <u>Notice of Violation</u>

1. Notice of Violation shall be presented to the property owner either (a) in-person for property owners who reside in Huerfano County and are present during the Field Investigation, or (b) by certified mail for property owners who reside outside of

# HUERFANO COUNTY
# CODE ENFORCEMENT POLICY

**k.** Any accumulation of refuse, trash, or other waste or discarded material; or

**l.** Any accumulation of human waste; or

**m.** The accumulation or discharge of any stale, putrid or stinking substance whether gas, liquid or solid.

**Public health** means the promotion and protection of the health of people and the communities where they live, learn, work and play.

INTRODUCED, READ, APPROVED AND ADOPTED on this 3rd day of April 2018.

BOARD OF COUNTY COMMISSIONERS
OF HUERFANO COUNTY, COLORADO

BY _Edward R. Garcia_
Edward R. Garcia, Chairman

_Max Vezzani_
Max Vezzani, Commissioner

_Gerald A. Cisneros_
Gerald A. Cisneros, Commissioner

ATTEST:
_Nancy C. Cruz_
County Clerk and Recorder and
Ex-Officio Clerk to said Board