IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01610-DDD-MDB

SUSAN DEHERRERA; and
JOSE GUERRERO,

    Plaintiffs,

v.

HUERFANO COUNTY, a municipality;
JEFF BENSMAN, in his individual capacity;
TERRY SANDOVAL, in his individual capacity; and
SAM JENSEN, in his individual capacity,

    Defendants.

## EXHIBIT G CONVENTIONALLY SUBMITTED

Exhibit G to Defendant Bensman's Motion for Summary Judgment consists of a single audiovisual video recording, GUERRERO 000088, "VID_20210713_113735622", conventionally submitted to the Court on a single DVD along with Exhibit A and Exhibit H to Defendant Bensman's Motion for Summary Judgment.