IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01610-DDD- MDB

SUSAN DEHERRERA and
JOSE GUERRERO,

      Plaintiffs,

v.

HUERFANO COUNTY, a municipality,
JEFF BENSMAN, in his individual capacity,
TERRY SANDOVAL, in his individual capacity, and
SAM JENSEN, in his individual capacity;

      Defendants.

## DECLARATION OF PLAINTIFF SUSAN DEHERRERA

1. I, Susan DeHerrera, attest that I am competent to testify as to the matters stated herein as a witness with personal knowledge of the following factual events that occurred on or about July 14, 2021:

2. On or about July 14, 2021, I resided in a recreational vehicle ("RV") with my husband, Jose Guerrero, located on the northwestern side of an undeveloped parcel of land in Huerfano County, Colorado, approximately 142-acres in size, as depicted and described in the plat survey map for said property, attached hereto as "**Attachment A**."

3. On or about July 14, 2021, I was the owner of the subject property identified in **Attachment A**.

4. On or about July 14, 2021, my husband and I had contractors install a water well pump to our underground water well, located near the northwest corner of the subject property, approximately 258 feet south of La Deora Boulevard, as depicted in **Attachment A** and the illustrative graphical maps attached hereto as "**Attachment B**," which accurately reference the location of the water well site relative to La Deora Boulevard and the subject property's boundaries.

5. At all times relevant, my husband and I were the owners of said water well and water pump.

6. At all times relevant, the water well and water pump were installed beneath the ground and neither visible nor available to the public.

1

7. At all times relevant, my husband and I did not have water piped into our RV.

8. At all times relevant, my husband and I used the underground water well and water pump as our primary source of water through a connected hose, as depicted in the video recording that my husband made on or about July 14, 2021, attached hereto as "**Attachment C**," which is an accurate portrayal of the same.

9. On or about July 14, 2021, the RV in which my husband and I resided was located several feet from the excavated water well site (depicted in **Attachments A** and **B**) on the southwest side of the site, as depicted in the video recording attached hereto as **Attachment C**, which is an accurate portrayal of the same.

10. At all times relevant, my husband and I maintained our water well and water pump privately and excluded the public from using these.

11. On or about July 14, 2021, the excavation of the water well site and installation of the water well pump drew the attention of defendants Jeff Bensman and Terry Sandoval, Chief Code Inspector, and Building Inspector, respectively.

12. On or about July 14, 2021, Jeff Bensman and Terry Sandoval drove onto our property from La Doura Boulevard to investigate the work at the excavated water well site depicted in **Attachments A** and **B**.

13. Terry Sandoval parked his white truck on our property, about 250 feet South of La Deora Boulevard, and just a few feet away from the excavated water well site depicted in **Attachments A** and **B**.

14. Jeff Bensman parked his dark colored truck on our property, directly behind Terry Sandoval's truck.

15. Jeff Bensman and Terry Sandoval both exited their vehicles and approached within a few feet of the excavated water well site depicted in **Attachments A** and **B**.

16. My husband and I repeatedly demanded that Jeff Bensman and Terry Sandoval leave our private property.

17. Jeff Bensman and Terry Sandoval continued their investigation of the water well work on our property.

18. Jeff Bensman and Terry Sandoval walked near the edge of the excavated water well site (depicted in **Attachments A** and **B**) and visually inspected the surface ground and the partially visible soil and contents beneath the ground.

19. The RV in which my husband and I resided was located several feet from the excavated water well site (depicted in **Attachments A** and **B**) on the southwest side of the site, opposite the northeast side of the site which Jeff Bensman and Terry Sandoval visually inspected.

20. Jeff Bensman and Terry Sandoval questioned my husband and I about whether the water well work on our property was being done under a permit and license.

GUERRERO_000561

**Exhibit 1 - Declaration of Susan DeHerrera**

21. Jeff Bensman and Terry Sandoval questioned the on-site contractors about whether the water well work on our property was being done under a permit and license.

22. Prior to July 14, 2021, I accessed, read, and understood the Huerfano County code enforcement policy in effect at that time, which was made available publicly via Huerfano County's website.

23. Prior to and during July 14, 2021, I understood that the Huerfano County code enforcement policy in effect at that time required code enforcement officers to obtain an administrative warrant when access to a property was denied by the owner or resident.

24. Accordingly, on July 14, 2021, I was very upset and emotionally distressed when Jeff Bensman and Terry Sandoval continued their investigation on our property without an administrative warrant, after my husband and I refused their access.

**Pursuant to the Uniform Unsworn Declarations Act, § 13-27-104. C.R.S., I, Jose Guerrero, declare under penalty of perjury under the law of Colorado that the foregoing is true and correct. Executed on this 22nd day of January, 2025.**

_Susan DeHerrera  Jan 22, 2025 15:34 MST_

Susan DeHerrera, Plaintiff

3

GUERRERO_000562

Exhibit 1 - Declaration of Susan DeHerrera

# Declaration of Susan DeHerrera

Final Audit Report 2025-01-22

| | |
|---|---|
| Created: | 2025-01-22 |
| By: | Taylor Minshall (tminshall@relevantlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_A-RYSgdwF2qfKvk_5ru5Nv7X6ciOxfx |

## "Declaration of Susan DeHerrera" History

- Document created by Taylor Minshall (tminshall@relevantlaw.com)
  2025-01-22 - 8:41:32 PM GMT

- Document emailed to Susan DeHerrera (cfsdeh@gmail.com) for signature
  2025-01-22 - 8:41:36 PM GMT

- Email viewed by Susan DeHerrera (cfsdeh@gmail.com)
  2025-01-22 - 10:13:53 PM GMT

- Document e-signed by Susan DeHerrera (cfsdeh@gmail.com)
  Signature Date: 2025-01-22 - 10:14:50 PM GMT - Time Source: server

- Agreement completed.
  2025-01-22 - 10:14:50 PM GMT

**Adobe Acrobat Sign**



GUERRERO_000564

Exhibit 1 - Declaration of Susan DeHerrera
Attachment B

001



GUERRERO_000565

**Exhibit 1 - Declaration of Susan DeHerrera**
**Attachment B**

002



GUERRERO_000566

**Exhibit 1 - Declaration of Susan DeHerrera**
**Attachment B**

003



GUERRERO_000567

**Exhibit 1 - Declaration of Susan DeHerrera**
**Attachment B**

004



GUERRERO_000568

**ATTACHMENT C**

**DOCUMENT TYPE: VIDEO RECORDING**

**DOCUMENT NAME: A6B1A7AB-C24F-49D1-B7B7-2C195DB7D186**

**PRODUCED IN NATIVE FORMAT**

**VIDEO LENGTH: 13 SECONDS**

GUERRERO_000569