**Exhibit 3 - Video of Subject Encounter Taken by Susan DeHerrera**

PRODUCED BY PLAINTIFFS AS **"GUERRERO_000088"**

DOCUMENT NAME: VID_20210713_113735622

PRODUCED IN NATIVE FORMAT

VIDEO LENGTH: 4m51s