**Exhibit 4 – Screen Shots of Video Taken by Susan DeHerrera**



1

**Exhibit 4 – Screen Shots of Video Taken by Susan DeHerrera**

