**Exhibit 5 - Bensman Video of Subject Encounter**

PRODUCED BY DEFENDANT BENSMAN AS "DEF BENSMAN 00002"

DOCUMENT NAME: DEF BENSMAN 00002, joe guerrero body cam footage (1).avi

PRODUCED IN NATIVE FORMAT

VIDEO LENGTH: 10m35s