**Exhibit 6 – Screen Shots of Bensman Video**



2021/07/13  17:42:02 GMT + 0

Sandoval's white truck (depicted to the left) parked at the Excavated Well Site and Bensman's dark colored truck (depicted to the right) parked immediately behind Sandoval's truck.

**Exhibit 6 – Screen Shots of Bensman Video**



Sandoval's white truck parked at the Excavated Well Site as viewed from Bensman's truck parked immediately behind Sandoval's truck.

**Exhibit 6 – Screen Shots of Bensman Video**



Sandoval and Bensman inspecting Plaintiffs' Excavated Well Site, located next to Plaintiffs' RV Home, as viewed from Bensman's point of view.

**Exhibit 6 – Screen Shots of Bensman Video**



Sandoval and Bensman inspecting Plaintiffs' Excavated Well Site, located next to Plaintiffs' RV Home, as viewed from Bensman's point of view.

**Exhibit 6 – Screen Shots of Bensman Video**



**Bensman inspecting Plaintiffs' Excavated Well Site, located next to Plaintiffs' RV Home, as viewed from Bensman's point of view.**

**Exhibit 6 – Screen Shots of Bensman Video**



2021/07/13  17:44:42 GMT + 0

**Bensman inspecting Plaintiffs' Excavated Well Site, located next to Plaintiffs' RV Home, as viewed from Bensman's point of view.**

**Exhibit 6 – Screen Shots of Bensman Video**



Bensman inspecting Plaintiffs' Excavated Well Site, located next to Plaintiffs' RV Home, as viewed from Bensman's point of view.

**Exhibit 6 – Screen Shots of Bensman Video**



Bensman inspecting Plaintiffs' Excavated Well Site, located next to Plaintiffs' RV Home, as viewed from Bensman's point of view.