IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB

SUSAN DEHERRERA, and
JOSE GUERRERO,

    Plaintiffs,

v.

HUERFANO COUNTY, a municipality,
JEFF BENSMAN, in his individual capacity,
TERRY SANDOVAL, in his individual capacity,
SAM JENSEN, in his individual capacity,

    Defendants.

---

## DECLARATION OF TAYLOR G. MINSHALL, ESQ.

---

**TAYLOR G. MINSHALL, ESQ.**, an attorney duly admitted to practice in the State of Colorado and the District of Colorado, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statement is true and correct:

1. I am one of the attorneys representing the plaintiffs in the above-referenced case. As such, I am familiar with the facts and circumstances of this action. I make this declaration in support of plaintiff's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2. In support of plaintiff's motion for summary judgment, plaintiffs submit the exhibits described below:

3. Annexed hereto as "Exhibit 1 – Declaration of Susan DeHerrera" is the Declaration of Susan DeHerrera, dated January 22, 2025, with Attachments "A" through "C" annexed thereto (previously produced by Plaintiffs as "GUERRERO_000560-69").

1

4. Annexed hereto as "Exhibit 2 to – Declaration of Jose Guerrero" is the Declaration of Jose Guerrero, dated January 22, 2025, with Attachments "A" through "C" annexed thereto (previously produced by Plaintiffs as "GUERRERO_000570-79").

5. Annexed hereto as "Exhibit 3 – Video of Subject Encounter Taken by Susan DeHerrera" is a video recording taken by Susan DeHererra on or about July 14, 2021, depicting the subject encounter between Plaintiffs and Defendants Bensman and Sandoval, previously produced by Plaintiffs as "GUERRERO_000088."

6. Annexed hereto as "Exhibit 4 – Screen Shots of Video Taken by Susan DeHerrera" are screen shot still frames from the video recording taken by Susan DeHererra on or about July 14, 2021 (previously produced by Plaintiffs as "GUERRERO_000088"), depicting the subject encounter between Plaintiffs and Bensman with explanatory descriptions.

7. Annexed hereto as "Exhibit 5 – Bensman Video of Subject Encounter" is a video recording taken by Defendant Bensman on or about July 14, 2021, depicting the subject encounter between Plaintiffs and Bensman and Sandoval, previously produced by Defendant Bensman as "DEF BENSMAN 00002."

8. Annexed hereto as "Exhibit 6 – Screen Shots of Bensman Video" are screen shot still frames from the video recording taken by Defendant Bensman on or about July 14, 2021 (previously produced by Defendant Bensman as "DEF BENSMAN 00002"), depicting the subject encounter between Plaintiffs and Bensman with explanatory descriptions.

DATED: March 21, 2025
Colorado Springs, Colorado

RELEVANT LAW – Colorado Springs

By: /s/ Taylor G. Minshall
TAYLOR G. MINSHALL, ESQ.
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Leslie L. Schluter, Esq.
Sophia A. N. Fernald, Esq.
Dagner Schluter Werber LLC
8400 East Prentice, Suite 1401
Greenwood Village, CO 80111
lschluter@lawincolorado.com
sfernald@lawincolorado.com
*Attorneys for Defendants Huerfano County and Sam Jensen*


William T. O'Connell III, Esq.
Wells, Anderson & Race, LLC
woconnell@warllc.com
*Attorney for Terry Sandoval*


Matthew J. Hegarty, Esq.
Hall & Evans, LLC
hegartym@hallevans.com
*Attorney for Jeff Bensman*

                                                  */s/ Katelyn Van Gilder*
                                                  Paralegal