IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB

SUSAN DEHERRERA and
JOSE GUERRERO,

    Plaintiffs,

v.

HUERFANO COUNTY, a municipality,
JEFF BENSMAN, in his individual capacity,
TERRY SANDOVAL, in his individual capacity, and
SAM JENSEN, in his individual capacity,

    Defendants.

---

## DECLARATION OF CARL YOUNG, COUNTY ADMINISTRATOR, UNDER 28 U.S. CODE § 1746

---

I, Carl Young, provide this declaration to affirm the facts stated below, under penalty of perjury, in accordance with 28 U.S. Code § 1746:

1. I am the County Administrator of the County of Huerfano, State of Colorado, have served continuously in this position since August 1, 2020, and have personal knowledge of the facts set forth in this declaration.

2. In 2021, the Huerfano County Land Use Department consisted of the Planning, Building, and Code Enforcement Offices. The senior staff in the Land Use Department consisted of the following three positions: County Planner, Building Official, and Code Enforcement Officer.

Ex. 31. Declaration Carl Young

3. The Huerfano County Board of County Commissioners declared the County Organizational Structure in 2021 by Resolution 2021-03. Exhibit A to that Resolution is a chart of the County Organizational Structure. True and correct copies of Resolution 2021-03 and Exhibit A to that Resolution follow my signature.

4. Consistent with the County Organizational Structure in effect in 2021, each of these three senior staff positions reported directly to me as County Administrator. These three positions were co-equal. They were not each other's supervisor.

5. In July 2021, the Land Use Department senior staff positions were held by:

- Samuel Jensen, County Planner
- Terry Sandoval, Building Inspector
- Jeff Bensman, Code Enforcement Officer

6. As provided by Resolution 2021-03, and in practice, these individuals reported to me. They were not supervisors of one another.

*I declare under penalty of perjury that the foregoing facts are true and correct.*

Executed on March 21, 2025.

_____
Carl Young, County Administrator
County of Huerfano County, State of Colorado

# RESOLUTION
## NO. 21 - 03

### THE BOARD OF COUNTY COMMISSIONERS
### OF HUERFANO COUNTY, COLORADO

### A RESOLUTION TO ESTABLISH THE ORGANIZATIONAL STRUCTURE OF THE HUERFANO COUNTY GOVERNMENT

WHEREAS, C.R.S. § 30-11-107(1)(n), as amended, authorizes the Board of County Commissioners to establish, by resolution duly adopted, such offices as, in its judgement, are required for the efficient management of the business and concerns of the County; and,

WHEREAS, the Board of County Commissioners desires to create a resilient and efficient governmental organization that effectively delivers services and is responsive to the needs of County residents; and,

WHEREAS, the Board of County Commissioners finds it necessary to designate the creation and organization of certain departments and offices; and,

WHEREAS, the Board of County Commissioners desires to designate the appointment of certain roles and offices, including the roles of County Administrator and Budget Officer; and

NOW, THEREFORE, BE IT RESOLVED by the Huerfano County Board of County Commissioners of Huerfano County, Colorado that:

### Section 1. Board Appointments.
The County Administrator, County Attorney, and Director of Human Services shall be the only designated direct reports to the Board of County Commissioners. The County Administrator shall serve at the pleasure of the BOCC. All staff are employees of the County as defined in the Huerfano County Employee Policy Manual and are afforded the administrative protections as provided therein, except as otherwise provided by this Resolution.

### Section 2. County Attorney.
The Board of County Commissioners hereby reaffirms its appointment of the County Attorney in accordance with Article XIV, Section 8, of the Colorado Constitution, and C.R.S. § 30-11-118, as amended. The County Attorney shall be a contract position hired in accordance with county procurement policies currently in effect. The Board of County Commissioners may choose, at their pleasure, to hire an employee to fill this role.

### Section 3. Department of Human Services.
The Department of Human Services shall report directly to the Board of County Commissioners, sitting as the Board of Human Services, through the Director of Human Services. The Director of Human Services will be assisted by an Assistant Director, both of which will be considered part of the County Senior Staff.

1

### Section 4. County Administrator and Subordinate Departments and Offices.

The Board of County Commissioners ("BOCC") hereby reaffirms its appointment of the County Administrator in accordance with C.R.S. § 30-11-107(1)(n), as amended. The County Administrator will serve as the chief executive officer and county manager of the County to directly oversee and manage the operations of all offices and departments reporting to the BOCC except the County Attorney and Department of Human Services. Those offices and departments will consist of the following:

1. **Office of Administration.** This office is responsible for the general management of the County's financial and human resources as well as providing support to the Board of County Commissioners and other elected officials in the Huerfano County Government. The senior staff in the Office of Administration, reporting directly to the County Administrator are:
   a. Finance Director; and
   b. Executive Assistant to the BOCC.
2. **Emergency Services Department.** This department consists of the Offices of Emergency Dispatch, Emergency Management, and All Hazard Mitigation that are jointly responsible for the County's emergency response, recovery, mitigation, and preparedness functions. The senior staff in the Emergency Services Department, reporting directly to the County Administrator are:
   a. Emergency Dispatch Manager;
   b. Emergency Manager; and
   c. All Hazard Mitigation Manager.
3. **Community Services Department.** This department consists of the CSU Extension Office and the Veteran's Office. These offices work to strengthen their respective aspects of the Huerfano County Community. The senior staff in the Emergency Services Department, reporting directly to the County Administrator are:
   a. CSU Extension Agent; and
   b. Veteran's Officer.
4. **Economic Development Office.** This office works to support the establishment, growth, and development of Huerfano County businesses. This office is led by the Economic Development Director who is a senior staff member and reports directly to the County Administrator.
5. **Public Works Department.** Led by the Public Works Director, who is a senior staff member and reports directly to the County Administrator, the Public Works Department consists of the following offices, which report directly to the Public Works Director:
   a. Gardner Public Improvement District;
   b. Spanish Peaks Regional Airport;
   c. Waste Transfer Station; and
   d. Facilities Maintenance.
6. **Office of Information Technology.** This office provides for the information technology requirements across County departments to support modern service delivery. This office is led by the Information Technology Director who is a senior staff member and reports directly to the County Administrator.
7. **Road and Bridge Department.** Led by the Road and Bridge Superintendent, who is a senior staff member and reports directly to the County Administrator, the

2

Road and Bridge Department consists of the following offices, which report directly to the Road and Bridge Superintendent:
   a. Walsenburg Road and Bridge District;
   b. La Veta Road and Bridge District;
   c. Gardner Road and Bridge District;
   d. Noxious Weeds; and
   e. Fleet Management.
8. **Land Use Department.** This department consists of the Planning, Building, and Code Enforcement Offices that are, as a whole, responsible for administering development services and guiding the development of Huerfano County. The senior staff in the Land Use Department, reporting directly to the County Administrator are:
   a. County Planner;
   b. Building Inspector; and
   c. Code Enforcement Officer.

## Section 4. Other Duties of the County Administrator.

The Board of County Commissioners hereby appoints the County Administrator as the County Budget Officer pursuant to C.R.S. § 29-1-105, as amended.

## Section 5. Graphic Represtation.

The attached Exhibit "A" is an unofficial graphic representation of the above.

## Section 6. Effective Date.

This resolution shall be in effect upon its adoption. All resolutions and portions of resolutions in conflict with the above are hereby repealed.

INTRODUCED, READ, APPROVED AND ADOPTED ON THIS 12th day of JANUARY 2021.

BOARD OF COUNTY COMMISSIONERS
OF HUERFANO COUNTY, COLORADO

BY _Arica Andreatta_
Arica Andreatta, Commissioner

_Gerald Cisneros_
Gerald Cisneros, Commissioner

ATTEST:

_Nancy C. Cruz by Angie Glover Deputy_
County Clerk and Recorder and
Ex-Officio Clerk to said Board

_John Galusha_
John Galusha, Commissioner

3

# Huerfano County Government Organizational Chart
"Exhibit A"

