IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB
_____

DEPOSITION OF SUSAN MARGARET DeHERRERA
January 23, 2025
_____

SUSAN DeHERRERA AND JOSE GUERRERO,

Plaintiffs,

vs.

HUERFANO COUNTY, a municipality, JEFF BENSMAN, in his individual capacity, TERRY SANDOVAL, in his individual capacity, and SAM JENSEN, in his individual capacity,

Defendants.
_____

PURSUANT TO NOTICE, the deposition of SUSAN DeHERRERA, called for examination by the Defendants herein, was taken remotely, commencing at 9:14 a.m., on Thursday, January 23, 2025 before K. Michelle Dittmer, Registered Professional Reporter and Notary Public in and for the State of Colorado.

Ex. 32. DeHerrera Depo Excerpts with Corrections + Signature

```
 1    APPEARANCES:

 2
      ON BEHALF OF THE PLAINTIFF:
 3
              TAYLOR G. MINSHALL, ESQ.
 4            RELEVANT LAW - Colorado Springs
              1311 Interquest Parkway, Suite 110
 5            Colorado Springs, Colorado 80922
              719-960-4396
 6            tminshall@relevantlaw.com

 7
      ON BEHALF OF THE DEFENDANTS:
 8
              MATTHEW J. HEGARTY, ESQ.
 9            Hall & Evans, L.L.C.
              1001 17th Street, Suite 300
10            Denver, Colorado 80202
              303-628-3300
11            hegartym@hallevans.com

12            LESLIE L. SCHLUTER, ESQ.
              Dagner Schluter Werber LLC
13            8400 East Prentice, Suite 1401
              Greenwood Village, Colorado 80111
14            303-221-4661
              lschluter@lawincolorado.com
15
              WILLIAM T. O'CONNELL III, ESQ.
16            Wells, Anderson & Race, LLC
              1700 Broadway, Suite 900
17            Denver, Colorado 80290
              303-830-1212
18            woconnell@warllc.com

19

20

21

22

23

24

25
```

```
 1                         I N D E X

 2    EXAMINATION                                              PAGE
      January 23, 2025
 3

 4    By Mr. Hegarty                                           5, 189

 5    By Ms. Schluter                                          152

 6    By Mr. O'Connell                                         155

 7

 8                                                             INITIAL
      EXHIBITS                                                 REFERENCE
 9
       (None were marked.)
10

11    PREVIOUSLY MARKED EXHIBITS

12    Exhibit 1                                                27

13    Exhibit 2                                                48

14    Exhibit 3                                                51

15    Exhibit 4                                                65

16    Exhibit 5                                                69

17    Exhibit 6                                                73

18    Exhibit 7                                                77

19    Exhibit 8                                                80

20    Exhibit 9                                                81

21    Exhibit 10                                               87

22    Exhibit 11                                               88

23    Exhibit 12                                               90

24    Exhibit 13                                               91

25    Exhibit 14                                               94
```

|    | PREVIOUSLY MARKED EXHIBITS | INITIAL REFERENCE |
|----|----------------------------|-------------------|
| 1  |                            |                   |
| 2  |                            |                   |
| 3  | Exhibit 15                 | 95                |
| 4  | Exhibit 16                 | 98                |
| 5  | Exhibit 17                 | 99                |
| 6  | Exhibit 18                 | 102               |
| 7  | Exhibit 19                 | 104               |
| 8  | Exhibit 20                 | 105               |
| 9  | Exhibit 21                 | 107               |
| 10 | Exhibit 22                 | 108               |
| 11 | Exhibit 23                 | 110               |
| 12 | Exhibit 24                 | 112               |
| 13 | Exhibit 25                 | 115               |
| 14 | Exhibit 28                 | 128               |

15

16   REQUEST FOR PRODUCTION:

17   Page 12, Line 19

18   Page 126, Line 3

19

20

21

22

23

24

25

```
 1                       P R O C E E D I N G S
 2                              *   *   *
 3                    SUSAN MARGARET DeHERRERA,
 4   having been first duly sworn, was examined and
 5   testified as follows:
 6               MR. HEGARTY:  I'm going to go ahead and go
 7   first.
 8                           EXAMINATION
 9   BY MR. HEGARTY:
10        Q.   Good morning, Susan.
11        A.   Good morning.
12        Q.   We met off the record for the first time.
13   My name is Matthew Hegarty, and I represent Defendant
14   Jeff Bensman in this case.
15               Can you please state your full name and
16   spell your last name for the court reporter.
17        A.   Susan Margaret DeHerrera,
18   D-e-H-e-r-r-e-r-a.
19        Q.   Thank you.
20             May I call you Susan?
21        A.   Yes.  Thanks.
22        Q.   Susan, what's your current home address?
23        A.   935 Cherrycrest Drive, Pueblo --
24        Q.   And is --
25        A.   -- Colorado.
```

```
 1            A.    I don't know the -- the amount of time on
 2    it.
 3            Q.    That's fair.
 4                  Have you previously watched that body cam
 5    video clip?
 6            A.    Is that the one at -- at the site, at
 7    the -- on the date?
 8            Q.    Yes.  Susan, it's the one where
 9    Mr. Bensman gets out of his car, and then it lasts
10    about -- well, because he's -- he's driving for about the
11    first minute or so, minute and 15 seconds, then he gets
12    out of his car.  And then he has conversations with
13    Mr. Sandoval, with you, with Joe, with the Water Works
14    guys, and a couple people on radio and on the phone.
15                  And then at the end of it, he gets back
16    into his car.
17            A.    Yes.
18            Q.    Does that video sound familiar?
19            A.    Yes.
20            Q.    And you have -- have you seen that video
21    before?
22            A.    Yes.
23            Q.    How many times would you say you watched
24    that video clip?
25            A.    At least two times, when they -- they gave
```

```
 1   the video.
 2                Do you see that?
 3        A.   Yes.
 4        Q.   And it looks like this screenshot is a bit
 5   to the right of the last exhibit.
 6                Do you see that?
 7        A.   Yes.
 8        Q.   We can still see parts of both of the
 9   Water Works Plus trucks.
10                Do you see that?
11        A.   Yes.
12        Q.   We can still see Mr. Sandoval's truck, the
13   truck he was driving; it's now in the center of the
14   frame.
15                Do you see that?
16        A.   Yes.
17        Q.   And then to the right of Mr. Sandoval's
18   truck, there is a portion of a pile of dirt.
19                Do you see that?
20        A.   Yes.
21        Q.   What was that pile of dirt?
22        A.   That was where we were -- it was the dirt
23   that Joe had dug up.  He -- he had to dig up all the dirt
24   for -- to -- so they can get in to get the well down
25   below, get to the well down below.
```

```
 1              Q.   And what is the blue -- is that a blue
 2   barrel?
 3              A.   That is the cistern that's --
 4              Q.   And --
 5              A.   -- going into the well.
 6              Q.   And do you know why it's above ground in
 7   this photo?
 8              A.   Because they haven't -- they hadn't put it
 9   in yet.  They were just tapping into the pump first.
10              Q.   That day, July 13, 2021, did they complete
11   the installation of the cistern?
12              A.   Pardon me?
13              Q.   Did the Water Works Plus guys put the
14   cistern in that day?
15              A.   Yes.  I don't know -- I don't remember
16   what was done -- see, because they did a pump pass, they
17   put the cistern in, they connected the -- the -- the
18   pump; and I don't know what -- in what order they did it.
19                   I just --
20              Q.   Understood.
21              A.   -- was -- at the time, we knew they were
22   going to tap into the water.  We were excited about it,
23   and so we were there when they did that.
24                   So I don't know exactly what they were
25   doing at the time or when everything was put in.  I know
```

1    it was all done during that time.  The -- for those

2    couple days, they were -- they were doing a couple

3    different things, so I don't know what.

4              I know at one point, the gravel guy came

5    and dropped off some gravel, too.  You know, there were a

6    lot of things going on.  There was -- and they were

7    installing the -- the piping to take the water up to the

8    ridge.

9              So there was a lot of things going on, so

10   I don't know in what order they all were -- happened.

11        Q.   Understood.

12             But at least as of this photo, they had

13   not yet put the cistern into the ground and completed

14   installation of the cistern, correct?

15        A.   Let me think how that went.

16        Q.   Well, I mean, just because we can see it

17   above ground, right?

18        A.   Well, I'm seeing -- what I'm thinking

19   about is that we were supposed to get a cistern

20   delivered, and I'm thinking, did they deliver it?  It's,

21   like, no.  Because I thought maybe we had two cisterns

22   there.  It's like, no, we had to go pick up the cistern

23   for them to -- to put it in.

24             So yes, that's -- there's -- yes, that's

25   it.

```
 1                   I'm sorry.  I -- I just -- I remembered
 2   there was a whole thing with the cistern, that it was
 3   supposed to be delivered and it wasn't.  So I thought,
 4   did they deliver it and we had two cisterns?  I don't
 5   know.
 6                   But no, they didn't deliver it after all.
 7   We had to get -- pick up the other one.  Sorry, I just
 8   was trying to think through, back through.
 9           Q.   That's all right.
10                   And then what is behind the cistern?  It
11   looks like a sort of cream-colored camping trailer; is
12   that right?
13           A.   Yes.
14           Q.   And is -- I can't tell from the photo, was
15   it on blocks?
16           A.   No.  We had a veteran who was working in
17   Walsenburg.  He had family in Walsenburg and everything.
18   He had an RV, and he asked us if we can -- he can have it
19   there for a bit.  And he -- you know, he put stuff around
20   it to keep it -- you know, because it was winter.  And
21   so, yeah, he had it there.
22           Q.   And so this camping trailer, y'all were
23   storing for someone else; is that right?
24           A.   Yes.
25           Q.   And --
```

```
 1              A.   He would come -- he would come there and
 2   do work there, you know, get his -- his tools and
 3   different things, too, and, you know, whatever.  We just
 4   let him do whatever he needed to.  We were just helping
 5   him out because he was -- he was having a hard time.
 6              Q.   And this camping trailer that's depicted
 7   here in Exhibit 9, it's the type of trailer that had to
 8   be hitched up to a Suburban or a truck, right?
 9              A.   Yes.
10              He actually helped us as well.  He was a
11   reconnaissance guy, so we kind of had him helping to
12   watch the property.  He was -- you know, we had animals
13   and things, farm there, and he was -- he would just --
14   because there were so many people that kept coming on the
15   property, he was a benefit to us to have there because he
16   would watch over everything.
17              We had -- I mean, we had people come in
18   the middle of the night.  We had people all over.  It was
19   crazy.  I think people thought that -- kind of like they
20   owned this property or something, the way they treated
21   us.
22              So he was -- he was a -- he was a big help
23   for us.
24              Q.   And this was the guy who's camping trailer
25   was depicted in Exhibit 9?
```

```
 1              Q.   I'm now screen-sharing what's been marked
 2   as Exhibit 12.
 3                   Do you see that?
 4              A.   Yes.
 5              Q.   Time stamp in the upper left in red is
 6   17:40:10.
 7                   Do you see that?
 8              A.   Yes.
 9              Q.   And then at the bottom, it says it's
10   2 minutes and 17 seconds into the video?
11              A.   Yes.
12              Q.   Does this depict a closer-up view of that
13   sort of right side of the left-hand Water Works Plus
14   truck?
15              A.   Yes.
16              Q.   And a closer-up view of the Water Works
17   Plus employee who we previously saw in Exhibit 11?
18              A.   Yes.
19              Q.   And then in the background, it looks like,
20   is that you?
21              A.   Yes, it is.
22              Q.   And is that you recording on a cell phone?
23              A.   Yes, it is.
24              Q.   And then it looks like the crane from the
25   right-side Water Works truck is emerging from your head,
```

```
 1              Q.    Right.  In the deep background, we can
 2   kind of see the crane over here (indicating)?
 3              A.    Yes.
 4              Q.    On the left-hand side?
 5              A.    Uh-huh.
 6              Q.    Okay.  Back to Exhibit 25 for a second,
 7   just -- the time stamp was 9 minutes and 55 seconds,
 8   right?
 9              A.    Yes.
10              Q.    And it was towards the end of the
11   interview -- or the end of the time that Mr. Bensman's
12   truck was parked on the subject property; is that right?
13              A.    That's correct.
14              Q.    So that means the total time Mr. Bensman's
15   truck was parked on the subject property was less than
16   ten minutes, correct?
17              A.    I -- you know, I didn't keep track of all
18   that, but it's just like -- because I -- I don't know
19   when they drove up, you know, I don't know when that
20   camera was taken or where he was at the time.  I don't
21   know.
22                    But his video might say it's ten minutes,
23   but I'm not sure when it started and when it ended.
24              Q.    Sure.
25                    But if the total video clip that he's
```

```
 1                    And when we did, people would come by and
 2    come into that driveway.
 3              Q.    I see.  Okay.
 4                    So the property -- within the declaration
 5    and the other materials that were disclosed by your
 6    attorney yesterday, there are some Google images of the
 7    water wellsite.
 8                    I'm not going to share my screen with you,
 9    Ms. DeHerrera, but I'll -- I will represent to you that
10    the images or the Google images that your attorney
11    disclosed show that the water wellsite was off of a
12    boulevard by the name of La -- and I may butcher the
13    pronunciation, so I apologize.
14              A.    Everybody does.
15              Q.    La, and then I'll just spell it:
16    D-e-o-r-a.
17                    So it's La D-e-o-r-a Boulevard?
18              A.    Yes, that's correct.
19              Q.    Okay.  Now, off from the boulevard onto
20    the roadway that leads to the property there that you
21    were occupying that day, is there any gate, cattle guard,
22    anything to stop vehicles from driving up there?
23              A.    The only thing we had was just a little
24    "No Trespassing" sign on it.
25              Q.    So no gates, no -- no other type -- no
```

1    type of physical obstruction which would impair somebody
2    from driving up?
3            A.   It was -- there were two -- what are they
4    called -- T-posts that were there, and there was -- and
5    we had the "No Trespassing" sign on the T-post.
6            Q.   And are those the only things -- that's
7    the only signage or other type of obstruction that was up
8    that day?
9            A.   Yes.
10           Q.   Now, I asked earlier about this driveway.
11                Would you consider the roadway leading up
12   to the wellsite the driveway of your property?
13           A.   No.
14           Q.   Okay.  Why not?
15           A.   It was -- it was an access point that was
16   there when we actually were shown the property.  The
17   gentleman who showed us the property drove on right at
18   that point.  And so until we familiarized ourselves with
19   the property, we would drive on there sometimes, you
20   know.
21                But mostly, there was a road on the other
22   side of -- let me see.  The south corner, there was a
23   road there that went up, and it went all the way up to
24   the ridge.  So a lot of times, we accessed that to go up.
25   Actually, that is -- the Farises used that for their

```
 1                    REPORTER'S CERTIFICATE

 2

 3              I, K. MICHELLE DITTMER, Registered Professional

 4    Reporter and Notary Public, State of Colorado, do hereby

 5    certify that previous to the commencement of the

 6    examination, the deponent was duly sworn by me to testify

 7    to the truth in relation to the matters in controversy

 8    between the parties hereto; that the said deposition was

 9    taken in machine shorthand by me at the time and place

10    aforesaid and was thereafter reduced to typewritten form;

11    that the foregoing is a true transcript of the questions

12    asked, testimony given, and proceedings had.  I further

13    certify that I am not employed by, related to, nor

14    counsel for any of the parties herein, nor otherwise

15    interested in the outcome of this litigation.

16              IN WITNESS WHEREOF, I have affixed my signature

17    this 17th day of February, 2025.

18              My commission expires April 15, 2028.

19
                  _____
20                       K. MICHELLE DITTMER
                     Registered Professional Reporter
21

22

23

24

25
```

Page 193

1   I, SUSAN MARGARET DeHERRERA, hereby certify
that I have read the foregoing transcript and that the
2   same and accompanying correction sheets, if any,
constitute a true and complete record of my testimony.
3

| PAGE | LINE | NOW READS | SHOULD READ |
|---|---|---|---|
| 32 | 19 | She was moving him and asked me to help him | She was moving and asked me to help her |
| 40 | 16 | He was sneaking | He was making |
| 45 | 14 | We | Me and Joe |
| 51 | 1 | 180 County Road 54 | Not our address |
| 59 | 15 | They stopped him | The County stopped him |
| 61 | 5 | Absolutely | Absolutely amazed |
| 69 | 8 | plugged this in | plugged the phone in |
| 89 | 22 | The license number was on there | The license number was painted on there |
| 110 | 19 | The truck | Terry's truck |
| 124. | 7 | taking pictures, and we | taking pictures, and he |
| 149. | 11 | while they were over there | while we were over there |
| 189. | 19-20 | which it was -it was all | which it wasn't at all |

_____
SUSAN MARGARET DeHERRERA

Subscribed and sworn to before me this 26Th
day of February , 20 25 .

My Commission expires: December 22 2027

_Elaine D Vanotti_
Notary Public
Address: 315. South Union Ave
Pueblo, Co 81003

ELAINE D VANOTTI
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19954018924
MY COMMISSION EXPIRES 12/22/2027