**EX 07**



2021/07/13  17:39:28 GMT + 0

01:35

Ex. 33. DeHerrera Depo Exhibits 7-25



2021/07/13  17:39:29 GMT + 0

01:36

**EX 09**



2021/07/13  17:39:33 GMT + 0

01:39

**EX 09**



2021/07/13  17:39:33 GMT + 0

01:39













**EX 16**



**EX 17**









**EX 21**



**EX 22**









**EX 24**



**EX 25**



2021/07/13  17:47:48 GMT + 0

09:55