IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB

SUSAN DEHERRERA, and
JOSE GUERRERO,

      Plaintiffs,

v.

HUERFANO COUNTY, a municipality,
JEFF BENSMAN, in his individual capacity,
TERRY SANDOVAL, in his individual capacity,
SAM JENSEN, in his individual capacity,

      Defendants.

---

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

---

Taylor G. Minshall and Tanner W. Havens of Relevant Law – Colorado Springs, hereby submit this Motion to Withdraw as Counsel for Plaintiffs, pursuant to D.C.Colo.LAttyR 5(b), and in support thereof, states as follows:

**Certificate of Conferral Pursuant to D.C.COLO.LCivR 7.1**: Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. *See* D.C.COLO.LCivR 7.1(b)(4).

    1.    Pursuant to D.C.COLO.LAttyR 5(b), an attorney who has filed an entry of appearance in a case may seek to withdraw on motion showing good cause, stating the reasons for withdrawal (unless doing so would violate the rules of professional conduct), and with service of the motion on all counsel of record, any unrepresented party, and the client of the withdrawing attorney. *See* D.C.COLO.LAttyR 5(b).

2. Taylor G. Minshall and Tanner W. Havens of Relevant Law – Colorado Springs motion the Court to withdraw as counsel of record for the following reasons:

 a. Plaintiffs have requested that undersigned withdraw from this case as Plaintiffs' counsel of record;

 b. Plaintiffs have failed substantially to fulfill an obligation regarding undersigned's legal services and have been given reasonable warning that undersigned will withdraw unless the obligation is fulfilled; and

 c. Undersigned's continued representation of Plaintiffs will result in an unreasonable financial burden on undersigned.

3. Accordingly, undersigned have good cause to withdraw their representation of Plaintiffs as counsel of record in this matter pursuant to D.C.COLO.LAttyR 5(b).

4. **Advisement pursuant to D.C.COLO.LAttyR 5(b):** Defendants have been provided notice of this Motion, which includes this advisement regarding their personal responsibility to comply with all court orders and time limitations established by applicable statutes and rules.

DATED this 24th day of March, 2025.

> RELEVANT LAW – Colorado Springs
>
> /s/ Taylor G. Minshall
> Taylor G. Minshall, Atty. Reg. #50478
>
> /s/ Tanner W. Havens
> Tanner W. Havens, Atty. Reg. #56413
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Leslie L. Schluter, Esq.
Sophia A. N. Fernald, Esq.
Dagner Schluter Werber LLC
8400 East Prentice, Suite 1401
Greenwood Village, CO 80111
lschluter@lawincolorado.com
sfernald@lawincolorado.com
*Attorneys for Defendants Huerfano County and Sam Jensen*


William T. O'Connell III, Esq.
Wells, Anderson & Race, LLC
woconnell@warllc.com
*Attorney for Terry Sandoval*


Matthew J. Hegarty, Esq.
Hall & Evans, LLC
hegartym@hallevans.com
*Attorney for Jeff Bensman*


                                                                */s/ Katelyn Van Gilder*
                                                                Paralegal