IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01610-DDD-MDB

SUSAN DEHERRERA and
JOSE GUERRERO,

      Plaintiffs,

v.

HUERFANO COUNTY, a municipality,
JEFF BENSMAN, in his individual capacity,
TERRY SANDOVAL, in his individual capacity, and
SAM JENSEN, in his individual capacity;

      Defendants.

---

**JOINT MOTION FOR 14-DAY EXTENSION OF TIME TO FILE RESPONSES TO CROSS-MOTIONS FOR SUMMARY JUDGMENT**

---

Plaintiffs Susan DeHerrera and Jose Guerrero, Defendants Huerfano County and Sam Jensen, Defendant Jeffrey Bensman, and Defendant Terry Sandoval, by their respective counsel, and pursuant to Fed.R.Civ.P. 6 and 16, submit the following Joint Motion for 14-Day Extension of Time to File Responses to Cross-Motions for Summary Judgment, stating in support as follows:[1]

---

[1] **D.C.COLO.LCivR 7.1:** Plaintiffs reached out to defense counsel *pro se* to request the additional time sought in this Joint Motion. Out of an abundance of caution, because as of the filing of this Motion Plaintiffs still had counsel of record whom the Court had not permitted to withdraw, defense counsel sent the draft of this Motion to both Plaintiffs' counsel of record and Plaintiffs *pro se*. All parties and counsel are in accord to consent to the relief this Joint Motion requests.

1

1. On March 21, 2025, all parties each filed their own Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56. [*See* ECF 68, ECF 70, ECF 72, ECF 74].

2. As such, the putative deadline for Plaintiffs to respond to Defendants' motions for summary judgment, and for Defendants to respond to Plaintiffs' motion for summary judgment, is Friday, April 11, 2025.

3. On April 8, 2025, Plaintiffs *pro se* reached out to counsel for all Defendants to seek two more weeks to respond to all defense Motions for Summary Judgment on the basis that their current counsel of record were in process of transferring all of Plaintiffs' records on this case to Plaintiffs so Plaintiffs could continue to participate in this case in a self-represented capacity.

4. Defense counsel were agreeable to consent to this extension, so long as Plaintiffs made the request for the extension reciprocal, and Plaintiffs agreed.

5. Though the Court has not yet granted the Motion to Withdraw of Plaintiffs' current counsel, it appears that is the direction things are heading.

6. Nevertheless, Plaintiffs clearly are in need of more time to prepare and file what may end up being voluminous summary judgment responses, especially given Plaintiffs have to respond to three.

7. In addition, Defendants seek the requested brief 14-day extension for the benefit of all parties, not only because Plaintiffs agreed to same as an express condition of Defendants not opposing Plaintiffs' request, but also because each set of

defense counsel is laboring under an unusually stressful workload as of late, during the past few weeks in particular.

8. Out of an abundance of caution, since the Court has not yet granted the Motion to Withdraw of Plaintiffs' current counsel, defense counsel reached out to both Plaintiffs *pro se* and Plaintiffs' current counsel to confirm the consent of all to this Joint Motion and the relief it requests. Such confirmation was obtained.

9. As such, all parties seek a brief fourteen (14) day extension to prepare and file summary judgment responses—for Plaintiffs to respond to Defendants' motions for summary judgment, and for Defendants to respond to Plaintiffs' motion for summary judgment—until and including **Friday, April 25, 2025**.

10. This is the parties' first request for an extension of the deadline to prepare and serve their summary judgment responses.

11. This Joint Motion is made in good faith and not for purposes of delay.

12. Further, there are no scheduled Court hearings, and this Motion is being pursued jointly by and on behalf of all parties, meaning neither any party nor the Court will be prejudiced by granting the requested relief.

13. The parties also file this Joint Motion before the presumptive deadline pursuant to Fed.R.Civ.P. 6(b)(1)(A), which authorizes the Court to grant a motion for extension of time made before the expiration of the original period of time.

14. Hence, good cause exists for the Court to grant the requested relief.

15. Finally, pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel jointly certify this Joint Motion is being served on authorized representatives of their respective clients.

In conclusion, for the foregoing reasons, Plaintiffs Susan DeHerrera and Jose Guerrero, Defendants Huerfano County and Sam Jensen, Defendant Terry Sandoval, and Defendant Jeffrey Bensman respectfully request that the Court enter an Order: granting the parties each until and including **Friday, April 25, 2025** to respond to the parties' Cross-Motions for Summary Judgment as appropriate; and entering all other and further relief which the Court deems just and appropriate.

Dated, and jointly and respectfully submitted, this 9th day of April, 2025.

| | |
|---|---|
| *s/ Tanner W. Havens* | *s/ Leslie L. Schluter* |
| Tanner W. Havens | Leslie L. Schluter |
| Taylor G. Minshall | DAGNER \| SCHLUTER \| WERBER LLC |
| RELEVANT LAW – COLO. SPRINGS | 8400 E. Prentice Ave., Suite 1401 |
| 1311 Interquest Pkwy., Suite 110 | Greenwood Village, CO 80111 |
| Colorado Springs, CO 80921 | T: 303-221-4661 |
| T: 719-960-4396 | F: 303-221-4594 |
| tminshall@relevantlaw.com | lschluter@lawincolorado.com |
| thavens@relevantlaw.com | |
| | |
| ATTORNEYS FOR PLAINTIFFS[2] | ATTORNEYS FOR DEFENDANTS HUERFANO COUNTY AND SAM JENSEN |

| | |
|---|---|
| *s/ Matthew J. Hegarty* | *s/ William T. O'Connell III* |
| Matthew J. Hegarty | William T. O'Connell III |
| HALL & EVANS, L.L.C. | THOMPSON, COE, COUSINS & IRONS LLP |
| 1001 17th Street, Suite 300 | 1700 Broadway, Suite 900 |
| Denver, CO 80202 | Denver, CO 80290 |
| T: 303-628-3300 | T: 303-830-1212 |
| F: 303-628-3368 | woconnell@thompsoncoe.com |
| hegartym@hallevans.com | |
| | |
| ATTORNEYS FOR DEFENDANT JEFFREY BENSMAN | ATTORNEYS FOR DEFENDANT TERRY SANDOVAL |

---

[2] Again, Plaintiffs *pro se* advised counsel for Defendants that they consent to the relief requested in this Joint Motion.

**CERTIFICATE OF SERVICE [CM/ECF]**

I hereby certify, on April 9, 2025, I electronically filed the foregoing **JOINT MOTION FOR 14-DAY EXTENSION OF TIME TO FILE RESPONSES TO CROSS-MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of Court via the CM/ECF system, which will send notification of the filing to the following email addresses:

>Taylor G. Minshall
>Tanner W. Havens
>RELEVANT LAW – COLO. SPRINGS
>tminshall@relevantlaw.com
>thavens@relevantlaw.com
>***Attorney for Plaintiffs***
>
>Leslie L. Schluter
>DAGNER | SCHLUTER | WERBER LLC
>lschluter@lawincolorado.com
>***Attorneys for Defendants Huerfano***
>***County and Sam Jensen***
>
>William T. O'Connell III
>THOMPSON, COE, COUSINS & IRONS LLP
>woconnell@thompsoncoe.com
>***Attorneys for Defendant Terry Sandoval***

and also served it via email upon the following non-CM/ECF participants:

>Susan DeHerrera and Jose Guerrero
>joe.guerrero007@gmail.com
>***Pro Se Plaintiffs***

*s/ Erica Cameron*
Erica Cameron, Legal Assistant