Susan DaHerrera and
Joe Guerrero
935 Cherrycrest Drive
Pueblo, Colorado 81005
Joe.guerrero007@gmail.com

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:56 pm, Apr 23, 2025
JEFFREY P. COLWELL, CLERK

April 23, 2025

Civil Action No. 23-CV-01610

Susan DeHerrera and Joe Guerrero

v.

Huerfano County, Jeff Bensman, Terry Sandoval and Sam Jensen

To the Honorable Judge Domenico:

On March 25, 2025, we, the Plaintiffs in **case** #1:23-cv-01610-DDD-MDB, submitted objection to the Motion to Withdraw filed on March 21, 2025 by Taylor Minshall and Tanner Havens. Accordingly, the Magistrate Judge reviewed the Motion and determined on April 14 to set hearing on April 30, 2025. However, the deadline for Responses to Motion for Summary Judgments is on April 25, 2025. This caused confusion as we were not able to file the responses by the deadline as pro se. We ask the Court to rescind our objection for a determination to be made for Motion to Withdraw, as we are prepared to present our pleadings for Response to Summary Judgment on April 25, 2025. We have come to an amicable resolution with our lawyers and prey that this request can be expedited to meet the pending deadline for Response to Summary Judgment.

Respectfully submitted,

SdeH

Joe Guerrero