IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB

**SUSAN DEHERRERA**; AND
**JOSE GUERRERO**

Plaintiffs,

v.

**HUERFANO COUNTY**, A MUNICIPALITY;
**JEFF BENSMAN**, IN HIS INDIVIDUAL CAPACITY;
**TERRY SANDOVAL**, IN HIS INDIVIDUAL CAPACITY; AND
**SAM JENSEN**, IN HIS INDIVIDUAL CAPACITY,

Defendants.

## UNOPPOSED MOTION FOR ADDITIONAL 28-DAY EXTENSION FOR RESPONSES TO CROSS-MOTIONS FOR SUMMARY JUDGEMENT

Plaintiffs, Susan DeHerrera and Jose Guerrero, by and through counsel, request that the Court grant an additional 28-day extension for all parties to file their responses to motions for summary judgement (MSJ) that are outstanding in this case. As grounds:

Plaintiffs, as well as all defendants, have filed motions for summary judgement in this case. Previously, the Court granted a Joint Motion for 14-day Extension of Time to File Responses to Cross-Motions for Summary Judgement. Following this extension, the deadline for MSJ responses is today, April 25, 2025.

Yesterday, April 24, 2025, Plaintiffs retained new counsel to represent them pending the withdrawal of prior counsel. Because substitute counsel has not been involved in this case through the discovery phase, substitute counsel requires time to become familiar with the facts of the case,

1

the discovery that has taken place, and the multiple motions for summary judgement that have been filed. Denying Plaintiffs a continuance would prevent them from having competent and prepared counsel present their responses to the defendant's motions for summary judgement.

The parties have conferred, and all defendants do not object to Plaintiff's requested extension of time with the condition that the extension be reciprocal. Therefore, Plaintiff requests that the Court permit all parties an additional 28 days to file their responses to the respective motions for summary judgement. This would make the new deadline May 23, 2025.

Dated: April 25, 2025.

/s *Jason M Kosloski*
Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street
Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiffs DeHerrera and Guerrero*

### CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, the foregoing **STIPULATION AND ORDER SUBSTITUTING COUNSEL FOR PLAINTIFFS** was filed using the CM/ECF e-filing system, which sends notice to the following:

>Leslie L. Schluter
>DAGNER | SCHLUTER | WERBER LLC
>lschluter@lawincolorado.com
>*Attorney for Defendants Huerfano County and Sam Jensen*
>
>William T. O'Connell III
>THOMPSON, COE, COUSINS & IRONS LLP
>woconnell@thompsoncoe.com
>*Attorney for Defendant Terry Sandoval*
>
>Matthew J. Hegarty
>HALL & EVANS, L.L.C.
>hegartym@hallevans.com
>*Attorney for Defendant Jeffrey Bensman*

/s/ Jason Kosloski
Jason Kosloski