IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB

**SUSAN DEHERRERA**; AND
**JOSE GUERRERO**

Plaintiffs,

v.

**HUERFANO COUNTY**, A MUNICIPALITY;
**JEFF BENSMAN**, IN HIS INDIVIDUAL CAPACITY;
**TERRY SANDOVAL**, IN HIS INDIVIDUAL CAPACITY; AND
**SAM JENSEN**, IN HIS INDIVIDUAL CAPACITY,

Defendants.

---

**STIPULATION AND ORDER SUBSTITUTING COUNSEL FOR PLAINTIFFS**

---

The undersigned hereby stipulate and consent to the substitution of counsel for Plaintiffs. Jason Kosloski, of the law firm Kosloski Law PLLC, hereby enters an appearance on behalf of the Plaintiffs, Susan DeHerrera and Jose Guerrero. Taylor Minshall and Tanner Havens, of the law firm Relevant Law – Colorado Springs, hereby withdraw as counsel for Plaintiffs, Susan DeHerrera and Jose Guerrero. Plaintiffs request that the Court approve this substitution of counsel for Plaintiffs.

Dated: April 25, 2025.

1

<table>
<tr><td>

/s *Jason M Kosloski*
Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street
Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Entering Attorney for Plaintiffs DeHerrera and Guerrero*

</td><td>

/s/ *Taylor G. Minshall*
Taylor G. Minshall
Relevant Law – Colorado Springs
1311 Interquest Parkway
Colorado Springs, CO 80921
(719)-960-4396
tminshall@relevantlaw.com
*Withdrawing Attorney for Plaintiffs DeHerrera and Guerrero*

/s/ *Tanner W. Havens*
Tanner W. Havens
Relevant Law – Colorado Springs
1311 Interquest Parkway
Colorado Springs, CO 80921
(719)-960-4396
thavens@relevantlaw.com
*Withdrawing Attorney for Plaintiffs DeHerrera and Guerrero*

</td></tr>
</table>

**APPROVED BY:**

[signature]

Susan DeHererra
cfsdeh@gmail.com
*Plaintiff*

[signature]

Jose Guerrero
joe.guerrero007@gmail.com
*Plaintiff*

**ORDERED BY THE COURT**

_____

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, the foregoing **STIPULATION AND ORDER SUBSTITUTING COUNSEL FOR PLAINTIFFS** was filed using the CM/ECF e-filing system, which sends notice to the following:

>Taylor G. Minshall
>Tanner W. Havens
>RELEVANT LAW – COLO. SPRINGS
>tminshall@relevantlaw.com
>thavens@relevantlaw.com
>*Attorneys for Plaintiffs*
>
>Leslie L. Schluter
>DAGNER | SCHLUTER | WERBER LLC
>lschluter@lawincolorado.com
>*Attorney for Defendants Huerfano County and Sam Jensen*
>
>William T. O'Connell III
>THOMPSON, COE, COUSINS & IRONS LLP
>woconnell@thompsoncoe.com
>*Attorney for Defendant Terry Sandoval*
>
>Matthew J. Hegarty
>HALL & EVANS, L.L.C.
>hegartym@hallevans.com
>*Attorney for Defendant Jeffrey Bensman*

/s/ Jason Kosloski
Jason Kosloski

3