| Form No. **GWS-32** 10/2016 | **PUMP INSTALLATION AND PRODUCTION EQUIPMENT TEST REPORT** State of Colorado, Office of the State Engineer 1313 Sherman St., Room 821, Denver, CO 80203  303.866.3581 www.water.state.co.us and dwrpermitsonline@state.co.us | For Office Use Only |
|---|---|---|

**EXHIBIT I**

**1. Well Permit Number:** 290260     **Receipt Number:**

**2. Owner's Well Designation:**

**3. Well Owner Name:** Joe Guerrero

**4. Well Location Street Address:** La Deora Blvd, Walsenburg, CO 81089

**5. GPS Well Location:** ☐ Zone 12  ☒ Zone 13  Easting: 0511696     Northing: 4162610     **County:** Huerfano

**6. Legal Well Location:** _____ 1/4, _____ 1/4, Sec. _____ Twp. _____ ☐ N or S , Range _____ ☐ E or W
Distances from Section Lines: _____ ft. from ☐ N or S ☐ sec. line, and _____ ft. from ☐ E or W ☐ sec. line
Subdivision: _____ , Lot _____ , Block _____ , Filing (Unit) _____

**7. Check Installation Type:** ☒ Initial Pump Installation  ☐ Replacement Pump  ☐ Change in Depth Only  ☐ Repair

**8. Pump Data:** Type: 4" submersible     Date Installed(mm/dd/yyyy): 07/13/2021
Pump Manufacturer: Franklin Electric     Pump Model No. 5JS15
Design GPM: 5  at RPM 3450     HP 1.5     Volts 230     Full Load Amps 11.5
Pump Intake Depth: 585  Feet, Drop/Column Pipe Size  Inches, 1     Kind of Drop Pipe Sch 120 PVC
Additional Information for Pumps Greater Than 50 GPM: Turbine Driver Type: ☐ Electric ☐ Engine ☐ Other_____
Design Head: _____ feet     Number of Stages: _____     Shaft size: _____ inches

**9. Other Equipment:**
Airline Installed: ☐ Yes ☒ No,  Orifice Depth ft._____     Monitor Tube Installed: ☐ Yes ☒ No,  Depth ft._____
Flow Meter Mfg._____     Meter Serial No._____
Meter Readout: ☐ Gallons, ☐ Thousand Gallons, ☐ Acre feet     Beginning Reading:

**10. Cistern Information:** Material: Poly     Capacity: 1700  gallons  Date Installed: 07/16/2021

**11. Production Equipment Test Data:** ☐ check box if data is submitted on Form Number GWS-39 Well Yield Test Report.

| | Date: | 7/12/21 | | | | |
|---|---|---|---|---|---|---|
| Total Well Depth: 680 ft. | Time: | 02:30 | | | | |
| Static Level: 205 ft. | Rate (gpm): | 7 | | | | |
| Date Measured: 07/12/2021 | Pumping Level (ft): | 585 | | | | |

**12. Disinfection:** Type: HTH     Amt. Used: 2.5 cups

**13. Notification:** Was Advanced Notification Required Prior to Installation? ☐ Yes ☒ No, Date Notification Given:

**14. Water Quality analysis available:** ☐ Yes ☒ No     If yes, please submit with this report.

**15. Remarks:**

**16.** I have read the statements made herein and know the contents thereof, and they are true to my knowledge.  This document is signed (or name entered if filing online) and certified in accordance with Rule 17.4 of the Water Well Construction Rules, 2 CCR 402-2.  The filing of a document that contains false statements is a violation of section 37-91-108(1)(e), C.R.S., and is punishable by fines up to $1,000 and/or revocation of the contracting license.  If filing online, the State Engineer considers the entry of the licensed contractor's name to be compliance with Rule 17.4.

| Company Name: Water Works Plus LLC | Email: WaterWorksPlus@hotmail.com | Phone w/area code: 719-859-1813 | License Number: 1447 |
|---|---|---|---|

Mailing Address:     20004 Aspen Rose Dr, Weston, CO 81091

| Sign (or enter name if filing online) Fred Baros | Print Name and Title Fred Baros, President/CEO | Date: 07/17/2021 |
|---|---|---|