Edward R. Garcia, Chairman
Max Vezzani, Commissioner
Gerald Cisneros, Commissioner

**Board of County Commissioners**

**EXHIBIT J**

RESOLUTION NO: 17-13

A RESOLUTION FOR ALTERING AND AMENDING HUERFANO COUNTY BOARD OF COUNTY COMMISSIONERS RESOLUTION 08-10 PERTAINING TO BUILDING CONSTRUCTION FOR ALL UNINCORPORATED AREAS OF HUERFANO COUNTY, COLORADO.

**WHEREAS,** the City of Walsenburg, the Town of La Veta, and the Huerfano County Board of County Commissioners have entered into an intergovernmental agreement, and created a Regional Building Authority with the intent to adopt as nearly identical building codes as possible and,

**WHEREAS,** the Huerfano County Regional Building Authority have recommend each jurisdiction adopt as appropriate and with any necessary amendments the 2015 edition of the building codes published by the International Code Council, Inc. 500 New jersey Avenue, NW, 6th floor, Washington, DC 20001-2070 and,

**WHEREAS,** pursuant to C.R.S. § 30-28-201 the Huerfano County Board of County Commissioners by Resolution 86-12 adopted Uniformed Codes on April 16, 1986 and, amended said code to the International Code Council, LLC by Resolution 05-10 on June 29, 2005 and, Resolution 08-10 June 8, 2008 and,

**WHEREAS,** pursuant to C.R.S. § 30-28-204 the Huerfano County Board of County Commissioners desire to amend said codes, and a public hearing was held on January 31, 2017 after being publicized in the World Journal on January 5, 2017.

**NOW THEREFORE, BE IT RESOLVED,** by the Board of County Commissioners that said amended code shall be known as the Huerfano County Building Code and that said code shall apply to all areas of unincorporated Huerfano County.

**BE IT FURTHER RESOLVED,** the building standards adopted within resolution 08-10 are rescinded in their entirety and the following codes are here by adopted by reference, with the additions, insertions, attachments, deletions and changes prescribed in exhibits "A" all to have the same force and effect as if set forth herein in every particular, for the purpose of protecting the public health, safety and general welfare:

International Building Code "IBC" 2015 edition, including appendix chapters C, & F;
International Residential Code "IRC" 2015 edition, including appendix chapters F, J, R, & S;
International Mechanical Code "IMC" 2015 edition;
International Energy Conservation Code "IECC" 2015 edition

1

International Fuel Gas Code "IFGC" 2015 edition
American National Standard on the design and Construction of Log Structures "ICC 400-2012"

## EXHIBIT A

1. **Conflict Between Codes**
   In the event there shall be a conflict between the provision of the Huerfano County Building Code and Huerfano County's specific Land-use Regulations, Huerfano County's Land-use Regulations shall prevail.

2. **Savings Clause**
   If any part, section, subsection, sentence, clause or phrase of this Resolution or of the code adopted hereby is for any reason held to be invalid, such decision shall not affect the validity of the remaining sections of this Resolution or of the referenced code in any part, section, subsection, sentence, clause or phrase thereof; and the Huerfano County Board of County Commissioners hereby declares that it would have passed this Resolution and adopted said code in each part, section, subsection, sentence, clause or phrase thereof, irrespective of the fact that any one or more parts, sections, subsections, sentences, clauses or phrases be declared invalid.

3. **References in other Resolutions**
   All references to the building codes in the various Resolutions of Huerfano County, or in any other Huerfano County Regulation whatsoever, shall be interpreted to refer to the Huerfano County Building Code as amended and adopted by this Resolution.

4. **Repeal**
   Any or all resolutions or parts of resolutions of Huerfano County, Colorado, in conflict or inconsistent herewith are hereby repealed, provided however, that the repeal of any resolution or parts of resolutions of Huerfano County shall not revive any other section of any resolution or resolutions here before repealed or superseded.

5. **Matters Not Affected by Repeal**
   The repeal of resolutions and parts of resolutions of a permanent or general nature shall not affect any offense committed or act done, any penalty or forfeiture incurred, or any contracts right or obligation, established prior to the time when said resolution and parts of resolutions are repealed.

6. **Amendments / Deletions**
   References in all Codes to electrical requirements; *change to read:* All installation and repairs must comply with the adopted Rules and Regulations of the Colorado State Electrical Board, pursuant to C.R.S. § 12-34-104 (2) (a).

   References in all Codes to plumbing and fuel gas piping requirements; *change to read:* All installation and repairs must comply with the State of Colorado Model Plumbing and Fuel Gas Code of Standards, determined by the Colorado State Examining Board of Plumbers.

   References in all Codes to Building Official; *change to read:* Huerfano County Code Enforcement Officer.

2

<u>Construction of agricultural structures</u> on lands without a one-or-two family dwelling shall only be allow within an agricultural zoning district, and must meet the requirement of the IBC Appendix "C".

**IBC, IRC, IMC, & IECC 101.1 Title.** *Change to read:* These Regulations shall be known as the Huerfano County Building Code, hereinafter referred to as "the code".

**IBC, IRC, IMC, & IECC 103.1 Creation of enforcement agency.** *Change to read:* Administration and enforcement of this Code and all related and secondary codes are hereby delegated to the Huerfano County Land-Use Department. Wherever in this code the phrase "building official" appears, it shall be construed to refer to the Huerfano County Code Enforcement Officer.

**IBC 105.1.1 Annual Permit.** *Delete:*

**IBC 105.2 Work exempt from permit.** *Delete Number ten (10):*

**IRC R106.1 Submittal documents.** *Add;*

| | | |
|---|---|---|
| 106.1.5 | **Applications.** | An application for building permits shall be made to the County Building Inspector on forms provided by Huerfano County. |
| 106.1.6 | **Sanitation.** | Pursuant to C.R.S. §25-10-112 (1) and section 11.05 of the Huerfano County Land Development Guide the applicant must show proof of an approved sanitation system. |
| 106.1.7 | **Water.** | Show proof of adequate water pursuant to Huerfano County Board of County Commissioners Resolution No: 10-11. |
| 106.1.8 | **Right to develop.** | Applicant must show proof of property ownership. If the applicant is different than the property owner, they must hold a Huerfano County Contractor license that is appropriate for the type of construction being permit and have written authorization to act as the owner's agent. Proof of ownership must include a complete property description, unless otherwise approved by the building inspector. |
| 106.1.9 | **Exterior elevations.** | Show each view. Show vertical dimensions and heights. Show openings and identify materials and show lateral bracing system, where applicable. Show dimensions and schedules. |
| 106.1.10 | **Foundation plan.** | Show all foundations and footings. Indicate size, locations, thickness, materials and strengths, and reinforcing. Show all imbedded anchoring such as anchor bolts, hold-downs, post bases, etc. Show dimensions for the location and size of all components delineated on the foundation plan. Each set of foundation plans shall meet the requirements of Huerfano County Board of County Commissioner Resolution No: 09-16. |
| 106.1.11 | **Floor plan.** | Show all floors including basements. Show all rooms, with their use. Overall dimensions and location of all structural elements and openings. Show all doors and windows. Provide door and window schedules. All fire |

3

> resistance rated assemblies, area of refuge, occupancy separations; fire blocking and draft stopping shall be shown. Show dimensions for the size of all rooms and the locations of other components delineated on the floor plans.
>
> **106.1.12** **Framing plan.** Show all structural and non-structural members, their size, methods and details of attachment, connections, location and materials for floor, roof, and wall section. When required by this code show all fire rated assemblies and fire resistant penetrations.

**IRC R106.2 & IBC 107.2.5 Site Plan.** *Change to read;* The site plan shall include the following items:

1. In all zoning districts (with the exception of agricultural) a site improvement survey, seal by a Colorado Registered Land Surveyor is required in addition to items two through ten.
2. A legible sheet or map, drawn to an appropriate scale, as accepted by the Building Inspector, showing the location, height and approximate dimensions or envelope location of each existing and proposed structure, and the uses to be contained within the existing and/or proposed structures.
3. The existing and proposed building setbacks and the building area with reference to property lines, highway, street or road rights-of-way, watercourses, and other natural and historic features of the site.
4. The location, size, number of spaces and surfacing of any existing or proposed parking and loading areas.
5. The location of any existing and proposed roads, streets, footpaths, traffic devices, and driveways.
6. The location, if any, and pertinent characteristics of any existing or proposed signs, lighting fixtures, and landscaping.
7. The location of any easements on the property.
8. The anticipated location of all water, sewage disposal, electrical, telephone, and other utilities.
9. All finished grading and storm water runoff.
10. A vicinity map locating the proposed site in relationship to the surrounding area within 500 feet of the boundaries.

**IBC 108 & IRC R107 Temporary Structures.** *Change to read:* Permits for temporary structures and uses shall be issued in accordance with Section 1.12 of the Huerfano County Zoning Regulations.

**IMC 106.5.3  IFGC 106.6.3 Fee refunds.** *Delete #2 & #3*

**IBC 109.2,  IRC R108.2 and IMC 106.5.2 Schedule of Permit Fees.** *Change to read;* On buildings, structures, or alterations requiring a permit, a fee for each permit shall be paid as required, in accordance with attachment II of this code. Fee schedules are established by the Huerfano County Board of County Commissioners, and are subject to change by resolution.

**IBC 109.3 & IRC R108.3 Building Permit valuations.** *Change to read;* Building valuation will be set in accordance with Attachment I of this code. Building valuations are established by the Huerfano County Board of County Commissioners, and are subject to change by Resolution.

4

**IBC & IRC R108.6 Fee Refunds.** *Change to read;* The Building Official shall not authorize refunding of any building permit fee, except upon written request by the property owner within 30 days of the day the permit was issued.

**IBC 113.3 & IRC R112.3 Board of Appeals Qualifications.** *Change to read:* The board of appeals shall consist of members of the Huerfano County Regional Building Authority.

**IRC R301.2 Climatic and geographic design criteria.** *Add the following criteria to Table R301.2 (1)*

| GROUND SNOW LOAD | WIND DESIGN | | | | SEISMIC DESIGN CATEGORY |
| --- | --- | --- | --- | --- | --- |
| | SPEED MPH | TOPOGRAPHIC EFFECTS | SPECIAL WIND REGION | WIND-BORNE DEBRIS ZONE | |
| See Attachment 3 | 115 | NO | YES | NO | B |

| | SUBJECT TO DAMAGE FROM | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| WEATHERING | FROST LINE DEPTH | TERMITE | WINTER DESIGN TEMP. | ICE BARRIER UNDERLAYMENT REQUIRED | FLOOD HAZARDS | AIR FREEZING INDEX | MEAN ANNUAL TEMP. |
| Severe | See Attachment 4 | Moderate to Heavy | 0° F | YES (apply to elevations above 6200 ft) | See Section 1612.3 amended | 2000 | Walsenburg 51.3° F Rye 46.6 ° F Westcliffe 42.2 |

**IBC 1608.2 Ground snow loads.** *Changed to read;* reference IRC R301.2 as amended.

**IBC 1609.1.1 Determination of wind loads.** *Changed to read;* reference IRC R301.2 as amended.

**IBC Table 602 Fire-resistance rating requirements.** *Add foot note h;* Where the distance between aircraft hangers is five feet or greater, construction is of non-combustible materials, and there are no penetrations in the structures adjacent wall the fire-resistance rating for the exterior walls is zero hours.

**IRC R302.13 Fire Protection of floors.** *Delete.*

**IRC R313.2 One-and two-family dwellings automatic fire systems.** *Delete.*

**IRC 608.1 General ICF construction.** *Change the last sentence to read:* When ACI 318 or the provisions of this section are used to design insulation concrete form walls, project drawings, typical details and specification are not required to bear the seal of the architect or engineer responsible for design, unless otherwise required by the Colorado State law, Huerfano County Resolution, or the Huerfano County Code Enforcement Officer.

**IBC 705.3 Building on the same lot.** *Add exception #3 to read:* This section shall not apply to S-1 Aircraft Hangers installed at the Huerfano County Airport.

5

**IRC Table N1102.1.2, IECC Table R402.1.2, & ICC 400-2012 table 305.3.1.2 Insulation and Fenestration Requirements by Component.** *Change by amending climate zone 5 as follows;*
- Ceiling R-value: from R-49 to R-38.
- Wood framed walls cavity insulation: from R-20 to R19.
- Basement wall R-value: from 15/19 to 10/13.
- Crawl space wall R-Value: from 15/19 to 10/13.

**IRC N1102.4.1.2 & IECC R402.4.1.2 Testing.** *Delete.*

**IRC N1103.3.5 & IECC 403.3.5 Building Cavities.** *Change to read:* Building framing cavities shall not be used as supply ducts.

7. **Public Welfare Statement**
This resolution is deemed by the Board of County Commissioners for Huerfano County to be in the best interest of the public health, safety, morals, and general welfare and the safety, protection, and sanitation of such dwellings, buildings and structures as affected thereby.

THIS RESOLUTION WAS INTRODUCED, READ, AND ADOPTED ON THIS 7th DAY OF Feb 2017.

BOARD OF COUNTY COMMISSIONERS
OF HUERFANO COUNTY, COLORADO

By _____
Edward R. Garcia, Chairman

_____
Max Vezzani, Commissioner

_____
Gerald Cisneros, Commissioner

Attest: _____
Nancy C. Cruz
County Clerk and Recorder and
Ex-Officio Clerk to said Board