

**EXHIBIT K**

# SECTION R105
# PERMITS

## R105.1 Required.

Any owner or owner's authorized agent who intends to construct, enlarge, alter, repair, move, demolish or change the occupancy of a building or structure, or to erect, install, enlarge, alter, repair, remove, convert or replace any electrical, gas, mechanical or plumbing system, the installation of which is regulated by this code, or to cause any such work to be performed, shall first make application to the *building official* and obtain the required *permit*.

> ❖ This section contains the administrative rules governing the issuance, suspension, revocation or modification of building permits. It also establishes how and by whom the application for a building permit is to be made, how it is to be processed, fees and what information it must contain or have attached to it.
>
> In general, a permit is required for all activities that are regulated by the code and these activities cannot begin until the permit is issued, unless the activity is specifically exempted by Section R105.2. Only the owner or a person authorized by the owner can apply for the permit. Note that this section indicates a need for a permit for a change in occupancy, even if no work is contemplated. The purpose of the permit is to cause the work to be reviewed, approved and inspected to determine compliance with the code.

[Jump to Chapter]