IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB

─────────────────────────────────────────────

VIDEOCONFERENCE DEPOSITION OF JOSE GUERRERO
January 23, 2025

─────────────────────────────────────────────

SUSAN DEHERRERA AND JOSE GUERRERO,

Plaintiffs,

vs.

HUERFANO COUNTY, a municipality, JEFF BENSMAN, in his
individual capacity, TERRY SANDOVAL, in his individual
capacity, and SAM JENSEN, in his individual capacity,

Defendants.

─────────────────────────────────────────────

PURSUANT TO NOTICE, the deposition of JOSE

GUERRERO, called for examination by the Defendants

herein, was taken remotely, commencing at 2:34 p.m., on

Thursday, January 23, 2025, before K. Michelle Dittmer,

Registered Professional Reporter and Notary Public in

and for the State of Colorado.

```
 1    APPEARANCES:

 2

      ON BEHALF OF THE PLAINTIFFS:
 3
              TAYLOR G. MINSHALL, ESQ.
 4            RELEVANT LAW - Colorado Springs
              1311 Interquest Parkway, Suite 110
 5            Colorado Springs, Colorado 80922
              719-960-4396
 6            tminshall@relevantlaw.com

 7

      ON BEHALF OF THE DEFENDANTS:
 8
              MATTHEW J. HEGARTY, ESQ.
 9            Hall & Evans, L.L.C.
              1001 17th Street, Suite 300
10            Denver, Colorado 80202
              303-628-3300
11            hegartym@hallevans.com

12            LESLIE L. SCHLUTER, ESQ.
              Dagner Schluter Werber LLC
13            8400 East Prentice, Suite 1401
              Greenwood Village, Colorado 80111
14            303-221-4661
              lschluter@lawincolorado.com
15
              WILLIAM T. O'CONNELL III, ESQ.
16            Wells, Anderson & Race, LLC
              1700 Broadway, Suite 900
17            Denver, Colorado 80290
              303-830-1212
18            woconnell@warllc.com

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2   EXAMINATION                                   PAGE
     January 23, 2025
 3

 4   By Mr. Hegarty                                  4

 5   By Mr. O'Connell                              111

 6

 7                                              INITIAL
     EXHIBITS                                 REFERENCE
 8
     Exhibit 29  Declaration of Plaintiff Jose      82
 9               Guerrero

10   Exhibit 30  Video clip                         85

11

12   PREVIOUSLY MARKED EXHIBITS                  INITIAL
                                               REFERENCE
13
     Exhibit 1                                      57
14
     Exhibit 4                                      64
15
     Exhibit 5                                      66
16
     Exhibit 6                                      66
17
     Exhibit 26                                     28
18

19

20   REQUEST FOR PRODUCTION:

21   Page 75, Line 18

22

23

24

25
```

```
 1                     P R O C E E D I N G S

 2                          *   *   *

 3                        JOSE GUERRERO,

 4     having been first duly sworn, was examined and

 5     testified as follows:

 6                        EXAMINATION

 7     BY MR. HEGARTY:

 8          Q.   Hi, Joe.  May I call you Joe; is that

 9     okay?

10          A.   Yes, that's fine.

11          Q.   Joe, can you please state your full name

12     and spell your last name for the court reporter, please.

13          A.   Yes, it's Jose Guerrero, G-u-e-r-r-e-r-o.

14          Q.   And, Joe, what's your current home

15     address?

16          A.   935 Cherrycrest Drive, Pueblo, Colorado

17     81005.

18          Q.   And, Joe, what's your date of birth?

19          A.   8/8/60.  August 8, 1960.

20          Q.   Joe, my name is Matthew Hegarty.  We never

21     met.  I represent Jeff Bensman in the lawsuit that

22     you're -- we're here to talk about today.

23               I'd like to go over a couple of sort of

24     points to ponder.  If we -- I'm going to do my best to

25     observe them, and if you wouldn't mind doing the same, I
```

 1    think this will go a lot faster for everyone, okay?

 2            A.    Okay.  Yeah, I haven't eaten all day and

 3    it was freezing cold out there and, you know, 10 --

 4    10 degrees, sitting outside, and, you know, yeah, and it

 5    would be a little bit appreciative if -- if you just get

 6    to the issues.

 7            Q.    So this is my one chance to speak with you

 8    and it's everybody's one chance to speak with you before

 9    trial on the defense side.

10            So the court reporter just had you take an

11    oath to tell the whole truth, and I'm interested in the

12    whole truth; meaning if we're talking about a certain

13    topic and you've said what you have to say, but then

14    later on in the process, you remember something else that

15    you didn't say before relating to the prior topic, will

16    you please let us know?

17            A.    Okay.

18            Q.    Please do your best to give a verbal

19    response.  It's difficult for the court reporter to

20    interpret "uh-huh," "yuh-uh," "nuh-uh," nod of the head,

21    shake of the head.  So if you could keep, if the question

22    calls for yes-or-no answers, just to "yes" or "no," that

23    will help us ensure we have a clear record.

24            Is that fair?

25            A.    Yeah, I'll try because, you know, my -- my

1   grandfather was Spanish and my grandmother was Native

2   American, Apache, Jicarilla, the originals from this

3   area, so a lot of times, I -- I tend to pick up the --

4   the answers that my great-grandfather would do.

5          Q.   And from time to time, Taylor may object

6   to preserve the record.  If -- he may say, "Object to the

7   form," or something.  Anytime he does that, you still

8   have to answer the question unless -- and this happened a

9   couple times during Susan's deposition -- it's a question

10  that implicates the attorney-client privilege or some

11  other recognized privilege under law, he instructs you

12  not to answer and you take his advice.

13          Does that make sense to you?

14      A.   Yes.

15          Q.   Sir, if you need a break, please let us

16  know.  The only limitation we would put on that is that

17  if there's a question pending, you need to answer before

18  we go to a break.

19          Is that fair?

20      A.   Yes, but I also want to let you know --

21  aware that I am disabled, so I have, you know, physical

22  problems, such as, you know, bladder and -- and other

23  things like that.

24          So I've been -- after this whole thing

25  started, I was also diagnosed with -- that I had a slight

1    stroke after this incident happened, and I have other

2    personal issues that I have to address and -- and so

3    I'll -- I'll let you guys know when I have to go to the

4    bathroom or whatever.

5             Q.   Sure.  Yeah, absolutely.  That -- totally

6    fair.

7             A.   Thank you.

8             Q.   I'm going to try my best to ask clear

9    questions today, and so is everyone else.  But you have

10   the right, if there's something confusing in the

11   question, to ask the person asking it to rephrase or

12   clarify the confusing part.

13             Does that make sense?

14             A.   Yes.

15             Q.   If you proceed to answer the question

16   without asking for clarification, Taylor, I, the other

17   participants on this call, we're all going to assume you

18   understood the question because you didn't ask us to

19   clarify.

20             Is that fair?

21             A.   Yes.

22             Q.   And this is a Zoom deposition, so we need

23   to do our best not to talk over each other.  You have

24   been doing a great job of that so far, and I'll do my

25   best not to interrupt you.

 1                Okay?

 2        A.    Yes.  Thank you.

 3        Q.    And you're on -- you're participating on

 4    this deposition on your phone via the Zoom app; is that

 5    correct?

 6        A.    Yes.

 7        Q.    Am I right in thinking that there's nobody

 8    in the room who is, you know, texting you or calling you

 9    or telling you what to say or giving you sign language or

10    anything like that?

11        A.    No, there isn't.  And I don't know sign

12    language.

13        Q.    Okay.  Did you review any video clips in

14    preparation for today?

15        A.    I reviewed the incident that happened on

16    July 14, I believe it's 20- -- I mean, it was like

17    four years ago, so I did review that incident that

18    happened.

19        Q.    Did you review any -- let me try again.

20              Did you review any video clips in

21    preparation for today?

22        A.    Yes.

23        Q.    Which video clips did you review?

24        A.    Oh, like I just said, the July 14

25    incident, and there were -- I think that's Exhibit --

1   either Exhibit A, B, and C, is what -- that I looked at

2   yesterday.

3          Q.   So let me drill down a little bit.

4               Was anybody with you when you reviewed

5   those video clips yesterday?

6          A.   Yes.  My wife, Susan DeHerrera.

7          Q.   Anybody else?

8          A.   No.

9          Q.   Was one of those video clips you reviewed

10  the 4-minute-and-51-second video that Susan took?

11         A.   Yes.

12         Q.   Was one --

13         A.   What --

14         Q.   -- of those videos --

15              Go ahead.

16         A.   What video are you talking about?  Because

17  there were -- I mean, there's been several videos that --

18  can you be a little bit more -- clarify on that?

19         Q.   Well, yes, sir.  I'm trying -- I'm trying

20  to clarify.

21         A.   Okay.

22         Q.   There was a 4-minute-and-51-second video

23  where at the start of the video, you had to help Susan

24  make sure that it was on, and you were in between what

25  she called the fifth wheel and the Water Works truck that

 1    had the crane before it started.

 2                Did you review that video?

 3         A.    Yes.

 4         Q.    Did you review the video that you took

 5    earlier that day when you were driving?  It's

 6    approximately 30 to 40 seconds long, and about the

 7    24-second mark, you slowed down because you're on one

 8    side of the road and Mr. Bensman is in his truck on the

 9    other side of the road.

10                Did you watch that video?

11         A.    Yes, I -- I think I did.

12         Q.    Did you watch the 10-minute-and-35-second

13    video from Mr. Bensman's body cam?

14         A.    Yesterday, no, I didn't.

15         Q.    Have you ever seen that video?

16         A.    Yes, I have.

17         Q.    How many times have you watched that

18    video?

19         A.    I believe once or twice that I watched

20    that -- it was so disturbing, I -- I just wanted -- you

21    know, I just looked at it a couple of times maybe.

22         Q.    So you only looked at it, at most, twice;

23    is that right?

24         A.    I don't know.  It could have been more.

25    Like I said, it was so upsetting, that -- and disturbing,

1   it -- like I said, I had a mild stroke after this

2   incident and, you know, this -- this continues to -- to

3   really upset me and my wife.  And -- and I try -- you

4   know, I try to stay away from those kind of things, like

5   what happened today.  But it continues.

6               The -- I mean, even to the point of

7   assault and battery where, you know, Bensman punched me

8   in the -- with his -- his fist in the sternum.  I mean,

9   it -- and this was after the July 4 -- July 14 incident.

10              You know, he came to our RV, knocked on

11  the door, and I was -- I was trying to tie my boots

12  and -- and he hit me with -- with a paper that he was --

13  it was when I looked at it later, was -- he was serving

14  Susan, and he hit me in the chest with it.  I mean, he

15  hit me hard and he said, "There, you've been served."

16  And I about fell out of the RV when -- when he did that.

17              So they just, they don't stop.

18       Q.   Sir, do you -- Joe, do you recollect that

19  Judge Domenico in this case, by order of court, has

20  limited your claim and Susan's claim to July 13, 2021?

21       A.   I'm sorry, say that again?  What?

22       Q.   Yes, sir.

23              Is it your understanding that

24  Judge Domenico, the judge in this case, has limited your

25  claim and Susan's claim to the events of July 13, 2021 by

1    order of court?

2            A.   I -- well, I -- I'm not really aware with

3    that.  I thought that there was going to be some

4    questions that -- that were going to be asked, like our

5    employment history and stuff like that, so I -- I don't

6    believe it's limited.  It might be.  I'm not really --

7    I'm not really sure on that.

8            Q.   So, Joe, have you read Judge Domenico's

9    order in which he limited your claim and Susan's claim to

10   the events of July 13, 2021?

11           A.   Yes.

12           Q.   Okay.

13           A.   I -- you know, I -- it -- you know, like I

14   said, this happened, you know, four years ago, so

15   there's -- there's some things that I haven't read

16   recently, but, you know, there's -- there's, you know,

17   some things that -- that -- you know, that -- I mean,

18   we've been going through a lot.

19                I mean, we've been going through court.

20   You know, they tried putting Susan in jail.  The threats

21   of the -- the fines for $1,000 a day.  I mean, it's

22   just -- I mean, they were going to barricade us.  I mean,

23   where does it -- okay.

24                So if the judge said that, then I guess

25   then, yeah, that's . . .

1          Q.   Yes, sir.  Just confirming your

2    understanding, which you just admitted, that your claims

3    are limited to the events of July 13, 2021?

4          A.   Okay.

5          Q.   Thank you.

6               Did you review the video where Susan is

7    holding the white hose and water is coming out that was

8    taken on July 13, 2021?

9          A.   Yes.  That was the -- the video that I

10   took.  We were very blessed, I'd say.  You know, we -- we

11   tried to be Christians, and we were just -- it was

12   just -- for us, it was just such a blessing that -- that

13   we had water.  I mean, there's a lot of people that --

14   that don't have water.  And in the Bible, it talks about

15   Jacob and his well and everything that he went through

16   with -- with being in a foreign land and stuff like that.

17   For us, it's a -- it's Christian based.

18               Yes, I took that video, and it was very

19   exciting.  And I wish I would have finished it because

20   Susan, when she was spraying the water in the air, it

21   actually -- she wet herself with it, so it was -- it was

22   pretty -- pretty exciting to -- I hope you can imagine

23   how excited we were to have that crystal-clean glacier

24   water that -- that was coming from the spigot.

25          Q.   Other than those three videos that we

1    talked about, did you review any other video in

2    preparation for today?

3              A.    No, I don't believe I did.

4              Q.    Did you review any document in preparation

5    for today?

6              A.    Yes.  There were -- there were other

7    documents, like our -- our plat document, the location

8    of -- we were -- when we were at the northwest corner of

9    our property, documents like that.

10             Q.    So --

11             A.    And --

12             Q.    So you reviewed the plat, correct?

13             A.    Yes.

14             Q.    You reviewed the declaration that you

15   signed yesterday and your attorney served on us

16   yesterday, correct?

17             A.    Yes, I reviewed it.

18             Q.    Did you review any other documents in

19   preparation for today's proceedings?

20             A.    Can you clarify that?  I mean, what other

21   documents are you talking about?

22             Q.    I want to know if you reviewed any other

23   pieces of paper, besides the two that we just talked

24   about, in preparation for today.

25             A.    I believe that's -- that's about it.  I

1    might have looked at some other ones, but I -- I just --

2    you know, I don't -- I don't remember what documents in

3    this, you know, you're bringing to my attention.

4            Q.    Nothing else sticks out, except those two

5    that we talked about, correct?

6            A.    Well, the -- you know, the -- the plat,

7    looked at the videos, the attachments, you know, A, B,

8    and C, like I was saying.  I looked at those, at the

9    videos and -- and the documentation, as far as that's --

10   that's concerned.

11           Q.    Yeah.  But no other piece of paper, right?

12           A.    I -- yeah.  Like I said, I believe so.

13           Q.    Okay.  Apart from Susan or your attorney,

14   did you discuss the deposition with anyone before it

15   started?

16           A.    No.

17           Q.    How many -- did you discuss it with Susan?

18           A.    Yes.

19           Q.    I don't want to know what you talked

20   about.

21                 But how many times did you talk about the

22   deposition with Susan?

23           A.    I believe once because I go to bed pretty

24   early.  Obviously, I got animals I've got to feed and

25   stuff like that and -- and, you know, sometimes I'll go

1    to bed, you know, 7:00, 8:00, or, you know, 9:00 at night

2    or whatever.

3                 So, you know, it was during that period of

4    time that I -- that we had discussed the -- the

5    deposition disclosure.

6         Q.   She said that you and she, in the past

7    24 hours or so, talked about it maybe five times for a

8    total of an hour.

9                 Does that sound about right?

10        A.   That -- that what now?

11                MR. HEGARTY:  Shelly, can you read the

12   question back, please.

13        A.   I didn't quite hear the question.

14        Q.   (By Mr. Hegarty)  That's all right.

15                MR. HEGARTY:  Shelly, can you read it

16   back, please.

17                (The following question was read:

18                "QUESTION:  She said that you and she, in

19   the past 24 hours or so, talked about it maybe five times

20   for a total of an hour."

21                "Does that sound about right?")

22        A.   Yeah, that could be right.

23        Q.   (By Mr. Hegarty)  How many times do you

24   recollect meeting with your attorney in preparation for

25   the deposition?  I don't want to know what you talked

1    about, but how many times did you meet with him?

2            A.    With this -- this deposition?

3            Q.    In preparation -- yes, let me -- let me

4    try again.

5                  In preparation for today's deposition, how

6    many times did you meet with Taylor to discuss it?

7            A.    You mean as far as in person?

8            Q.    In person or over the phone.

9            A.    Over the phone, I really wasn't keeping

10   count, so I really can't -- it was more than the once on

11   the -- on the phone.  We -- we've only met with -- you

12   know, with Taylor at his office, I don't know, once in

13   the past.  Like I said, you know, the past four years,

14   it's kind of hard to -- to put -- yeah, it was four years

15   ago that this whole incident happened, so it's kind of

16   hard to -- to give numbers at this point in time.

17                  But, yeah, we met with him once.  And on

18   the phone, we've talked to him several times.

19           Q.    Joe, are you taking any medications that

20   might affect your mental clarity today?

21           A.    No, not at all.

22           Q.    Can you identify --

23           A.    And I -- I also --

24           Q.    -- any other --

25                  Sorry.

 1              A.    I also, I don't drink and do drugs,

 2    either.    Like I said, we're Christians and, you know, I

 3    do smoke a cigarette once in a while and -- but yeah, we

 4    don't drink, do drugs.

 5              Q.    Is there any reason that you're current

 6    physical, mental, or emotional state would cause you to

 7    be able to -- not to give truthful and complete testimony

 8    today?

 9              A.    No.   I -- like I said, just, you know,

10    right around 1:00, you know, we had code enforcement, you

11    know, probably 100 feet away from us, sitting there

12    with -- you know, that -- that was very disturbing

13    because it's like it's starting all over again.

14              And -- and that -- and so I'm still -- I'm

15    still upset and shook up about that because it's a

16    threat, you know.   It's just, like, when you have a code

17    enforcement officer, you know, getting out of his vehicle

18    and -- and -- and with a six-shooter and a bandolier

19    about, you know, for -- for me, I don't know how you guys

20    would take it, but that's a serious threat, you know, and

21    he's not even a sheriff's deputy, you know.

22              And it's anyone.   If anyone that -- would

23    come on to -- to confront me, that's -- that's wearing a

24    gun, I mean, that's -- that's -- that's what -- that's

25    what this whole thing has -- has deprived us of our

 1   freedom and our rights and the right to be -- to live in

 2   peace and prosper.  I mean, it's just nonstop.

 3              Q.   So are you saying that the person who came

 4   on your property today was wearing a gun?

 5              A.   No.  I'm just saying that when the -- when

 6   the -- when the code enforcement officer would show up,

 7   that's what sticks in my mind.  You know, it's just like

 8   somebody that -- that beats you up or threatens you,

 9   whatever, in a certain -- the Huerfano County truck with

10   the emblem on it, every time I see -- every time I see

11   that -- that truck, I'm thinking either, you know:  Is he

12   wearing a gun?  Is he going to call the Huerfano County

13   Sheriff's Department like Jeff Bensman was -- was

14   threatening to do?

15              Because we're -- what, we're happy because

16   we have water from a well that's beneath the earth

17   that -- that you can't see from -- and coming up and --

18   and I -- and I've asked him before, like I asked Jeff

19   Bensman, "Do you have a warrant?"  You know, we had "No

20   Trespassing" signs on our gateposts, they're -- they're

21   railroad ties with a 14-foot green cattle gate, and they

22   just completely ignore our -- our civil rights, our

23   God-given rights.

24              Q.   So if I may recap, it is my understanding

25   that you have said there is no reason you cannot testify

 1    truthfully today; is that right?

 2            A.    Hold on a second.  I just -- I'm losing --

 3    this phone is about ready to die.

 4                  I'm sorry.  Can you say that again?

 5            Q.    Sure.

 6                  Just to recap, you have testified that

 7    there is no reason of which you're aware that you would

 8    be unable to give truthful and complete testimony today;

 9    is that right?

10            A.    That's right.  But I --

11            Q.    Tell me --

12            A.    -- am upset.

13            Q.    Tell me about Huerfano County District

14    Court Case Number 23CV30004, styled Jose Guerrero as

15    Trustee of Mountain Lake Ministries versus BH2 Land

16    Surveying, LLC.

17            A.    Can you -- what exactly are you asking on

18    that?

19            Q.    You are the -- you are the person suing

20    somebody else in that case, correct?

21            A.    Can you clarify it a little bit more?

22    Because there's so many times we went to court.

23            Q.    You were suing BH2 Land Surveying, LLC in

24    that case that I just mentioned; is that right?

25            A.    Yes.  And we --

 1          Q.    Why were you --

 2          A.    -- settled that case.

 3          Q.    -- suing BH2 Land Surveying, LLC in that

 4    case?

 5          A.    Because it was fraudulent, and we settled

 6    out of -- out of court with that -- that -- with that

 7    case.  Ended up in -- in the --

 8          Q.    When --

 9          A.    -- in the --

10          Go ahead.

11          Q.    Joe, when you say it was fraudulent, what

12    do you mean?

13          A.    Well, what I mean is, is that I have been

14    in the construction business for quite a while.  And I

15    have never, ever come across anything like this, even

16    code enforcement officers.  I always thought they were

17    for -- for, like, weed control, if you've got -- your

18    weeds are too high and -- and that's the other thing that

19    Jeff Bensman told me, that he has no construction

20    business -- or experience at all whatsoever.

21              And with the -- with BH2, when I was out

22    there with him locating the monuments for the survey,

23    there were survey markers that we found that was --

24    should have completed our 160 acres.

25              And when we found these rebar markers, he

1    was concerned that there was an overlapping.  And -- and

2    so I -- I told him, I believe his name was William, I

3    can't remember his last name.  And he said that, "Well,

4    let's see if we can find some more."

5              So he did find some other rebar that --

6    that was -- that caused us to lose approximately

7    17 acres, and because of the -- the overlapping.  We --

8    we did find the other three markers, the one that is on

9    our -- our northeast boundary that's alongside of the

10   Lathrop State Park.

11             We also found the -- that would be the

12   southeast boundary where that village down below is at.

13   We found a -- those -- those markers are out of aluminum,

14   and they're stamped on -- on -- or they're placed or

15   hammered onto the -- the rebar.

16             And then we found the other monument the

17   same way, with the -- the rebar with the -- with the

18   aluminum stamp on it on the -- I believe it was the

19   southwest corner.

20             But we couldn't find the monument with the

21   rebar with the stamp on it on the northwest corner.  So

22   we found three.

23        Q.   And so in the case that you brought

24   against BH2 Land Surveying, LLC, were you saying that

25   that company did an inaccurate survey of the subject

1    property?

2            A.    Well, yeah.    What -- what we did is we

3    ended up bringing another -- another company, so yes,

4    that was -- that was the -- that was the lawsuit that we

5    had filed.

6            And that other company had gone all the

7    way back to, you know, when Colorado became a state, and

8    it had reputed, through all the evidence and all the

9    research that they had found, that BH2 was negligent in

10   that.    And then we also found a video where BH2 was

11   sitting down with the county commissioners and -- and

12   they were discussing our case.

13           Which, one of the county commissioners

14   there was John Galusha.    And before we bought the

15   property, we had a meeting with County Commissioner John

16   Galusha and I believe Mr. Young and Stan Mann, and they

17   didn't want us to buy this property and -- and they

18   offered us 160 acres on Stan Mann's property.    And when

19   we refused, they were very irate.

20           And so I had talked to Stan Mann on the

21   cell phone once and -- and he said that -- I mean, I'm

22   sorry, John Galusha.    I was talking to John Galusha

23   shortly after we purchased this property, that the County

24   was going to make our life a living hell because we -- we

25   didn't -- we didn't go through with the -- the deal.

 1                      And I have all the paperwork on that.

 2           Q.    So circling back to BH2 Land Surveying,

 3   LLC and the lawsuit that you brought against them, do I

 4   understand your testimony correctly that it settled out

 5   of court?

 6           A.    Yes.

 7           Q.    And was the amount confidential?

 8           A.    Yes.

 9           Q.    It involved BH2 Land Surveying, LLC paying

10   you money?

11           A.    I believe that -- I believe it -- it went

12   through the relevant laws office and then -- and then --

13   yeah, that -- that's -- and then I believe it was routed

14   to us.

15           Q.    Susan spoke a little bit about Jeff Acke,

16   A-c-k-e, and she said that he was a plumber who was on

17   the Huerfano County Building Authority.

18                  Does that -- do you agree with that?

19           A.    Yes.  He was --

20           Q.    And --

21           A.    -- on the board -- on the board of

22   contractors.

23           Q.    Right.

24                  And she said that you filed a protective

25   order against Mr. Acke and he filed a protective order

1    against you; is that right?

2            A.    Yes.

3            Q.    What happened with those two dueling

4    protective orders?  What happened?

5            A.    Well, to clarify everything, what happened

6    was, is that Jeff Acke had pulled a gun on -- on me in

7    his truck and -- and said that he knows when our -- me

8    and Susan's court date, our next court date is.  And --

9    because I -- I just -- I flinched at first, I kind of

10   turned when he raised his -- his pistol and -- and

11   then -- and I just -- I got angry and I said, "You know

12   what, do it, just do it," I told him.

13            And that's when he said, he goes, "No."

14   He goes -- he goes, "I bought this specifically for --

15   for you and Susan," and -- and I said, "Then do it."

16   And -- and he said, "No, I'm going -- I know when your

17   next court appearance is, and that's when I'm going to do

18   it."

19            So that's -- at that point -- and we

20   had -- we had been harassed by Jeff Acke.  He actually

21   took his -- his -- he has an excavator, and in the middle

22   of the morning, I don't know, I would say probably 3:00

23   or 4:00 in the morning, he actually drove on Taylor

24   Boulevard where we were having access to Taylor Boulevard

25   and -- and dug a -- a trench.

1                    And I gave those pictures to our attorney,

2       Taylor, and I also -- I also -- I believe -- I think we

3       gave that to the judge also.  And Jeff actually --

4       actually admitted during the board of contractors

5       meeting, after I was thrown out, that he actually -- he

6       did say that he did pull a gun on me.

7                    Q.   And so the way the -- Susan said that the

8       way the protective orders resolved themselves, the one

9       that Mr. Acke filed against you and the one that you

10      filed against Mr. Acke, is that the judge dismissed the

11      protective order that you filed against Mr. Acke and

12      granted the protective order that Mr. Acke filed against

13      you.

14                   Is that correct?

15                   A.   Yeah, well, you know, you have -- you have

16      Jeff Acke, the plumber, that does all the plumbing for

17      all the officials and did the plumbing for the schools

18      that are being built and stuff like that, and obviously

19      being appointed, you know, to the -- to the board of

20      contractors.

21                   And, you know, I'm 64 years old, and I've

22      been in the construction business -- construction

23      business a long time.  As a matter of fact, at one point

24      in time, I was even on the board of contractors.  And

25      I've never seen any type of this behavior.

```
 1                    I mean, me and my wife would be get --
 2   going on the road to get access to the -- the -- to the
 3   Taylor Boulevard, and he would block us and he would --
 4   it was kind of strange because he would say things
 5   like -- and I'll just say verbatim, God, forgive me,
 6   because I -- like I said, I -- I try to be a Christian
 7   and -- but he says -- he says, "Why don't you wash your
 8   fucking stuff."  And it's like, "What?  What are you
 9   talking about?"  You know.
10                    And I -- and I -- and I -- it was like,
11   did he actually say that?  It was kind of like, what --
12   just blurted stuff out.
13                    And then he -- then he would follow us and
14   he would take pictures, and he went before the county
15   commissioners and said that -- that we -- we don't even
16   have a permit for the well.
17                    And -- and then after that happened,
18   then -- you know, because I showed up there because we
19   were watching the -- the common -- the -- the meeting at
20   the time, and so I drove down there, and he was still
21   there.  And I went up there and I told them, I said, you
22   know, "He's nothing but a liar.  We do have a permit.
23   You know, we have -- we have the permit for the -- for
24   the well."
25                    And then he -- then he called me up later
```

1    and said, "Can I get water from you?"  And I said, "No,

2    you can't get water from me."

3              Q.   Joe, thank you for that.  Let me -- let me

4    ask -- let me ask this a different way.

5              MR. HEGARTY:  Susan, can you read back my

6    question, please.

7              THE COURT REPORTER:  You mean Shelly?

8              MR. HEGARTY:  I -- yes.  Sorry, Shelly.

9              THE COURT REPORTER:  That's okay.

10             MR. HEGARTY:  I apologize.

11             Please read back my question.

12             A.   So he -- the judge reversed the -- the

13   order and -- and put the restraining order on me.

14             Q.   (By Mr. Hegarty)  Okay.  Thank you, Joe.

15             MR. HEGARTY:  No need to read back the

16   question, Susan.  I got what I needed -- I keep calling

17   you Susan.

18             Shelly, no need to read back the question.

19   I got what I needed, thank you.

20             THE COURT REPORTER:  Okay.

21             Q.   (By Mr. Hegarty)  All right.  I'm going to

22   share my screen.  This is what's been marked, Joe, as

23   Exhibit 26.

24             Do you see that?

25             A.   Yeah.

 1              Q.   And this is page 1 of Exhibit 26.  In the

 2   middle of page 1, it says, "OBJECTIONS, ANSWERS, AND

 3   RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND

 4   REQUESTS FOR PRODUCTION TO PLAINTIFF JOSE GUERRERO."

 5              Do you see that?

 6         A.   Yeah.

 7              Q.   And so I'm going to slowly scroll through

 8   the 18 pages of Exhibit 26.

 9         A.   I have a question --

10              Q.   Well, sir, I get -- I appreciate that.  I

11   get to ask the questions.

12         A.   Well, you stated that -- that we have to

13   stay to the July incident, so I'm just wondering, why are

14   we doing this if you're -- if the judge is stating that

15   we need to stay with that incident?

16              MR. MINSHALL:  Joe, Joe, this is Taylor.

17   If Matthew asks you a question, you need to respond

18   unless I instruct you otherwise, okay?

19              THE WITNESS:  Okay.

20              MR. MINSHALL:  Even if it seems like it's

21   not related, you need to answer, okay?

22              THE WITNESS:  Okay, yeah.

23              MR. MINSHALL:  Thanks.

24              Q.  (By Mr. Hegarty)  And so that looked like

25   those 18 pages was a true and accurate copy of your

1    discovery responses, Joe?

2          A.    I'm looking --

3          Q.    The 18 --

4          A.    -- hold on.  Hold on --

5          Q.    The 18 --

6          A.    -- a second.

7          Q.    Sure.

8          A.    Yeah, that's what I'm doing, is that --

9    that my answers are accurate, to the best of my knowledge

10   and belief.

11         Q.    Right.

12               And so those 18 pages that I just slowly

13   scrolled through, does it -- I mean, it appears to be

14   your -- your answers and responses to the discovery

15   requests from the defendants; is that right?

16         A.    Yes.

17         Q.    And then the page that we're on is

18   page 15, and it says "VERIFICATION" at the top.  And it

19   says in the first few words that it's made "Pursuant to

20   28 U.S.C. 1746."

21               Is that right?

22         A.    Yes.

23         Q.    And then you signed it December 9, 2014;

24   is that right?

25         A.    Yes.

```
 1              Q.   And that's your signature under the date

 2   with -- and it says, "(December 9, 2014" --

 3              A.   Yes.

 4              Q.   -- "22:28 MST)"; is that correct?

 5              A.   Yes.

 6              Q.   Did you try to be as complete and accurate

 7   as possible when you completed these discovery responses?

 8              A.   Yes.

 9              Q.   All right.  Let's chat about your

10   educational history for a minute.

11              Where did you attend high school?

12              A.   You just coughed there.  Can you -- oh,

13   okay.

14              I attended high school at Pueblo Central

15   High School, Pueblo, Colorado.

16              Q.   Did you -- what year did you graduate?

17              A.   1978.

18              Q.   Thereafter, did you take any college

19   classes?

20              A.   Yes.  I -- I received my associate's

21   degree in electronics in 1984 or '86.  It's been a while.

22   I -- back then, you know, they were using tubes, so

23   for -- gas tubes for -- so I'm not up with the -- the

24   electronics that they -- they have nowadays.

25              But, yeah, I received my associate's
```

1    degree.  In -- in the middle of that -- of my college, I

2    was hit head-on in a pickup truck and my motorcycle, so I

3    had to miss about three months of -- of college, until I

4    made a full recovery.

5               I broke pretty much every bone in my --

6    bone in my body.  I woke up in the morgue, and the

7    coroner came over and unzipped my -- unzipped the body

8    bag and called his assistant and -- and -- and she began

9    to -- to wash my body to bring me up into the -- up into

10   the hospital.

11              And so I was in and out of a coma for

12   about three months, I had found out later.  I learned how

13   to walk again.

14              I -- I broke my wrist, my -- my neck, my

15   back.  I had brain surgery.  I -- my left eye was --

16   was -- was -- it had popped out in the accident.  They

17   had to put that back in.  The brain surgery that I had,

18   I -- I was young then and I wasn't wearing my helmet, so

19   there was substantial injury to what I sustained.  They

20   had to reattach my scrotum.

21              It was -- it was pretty nasty.

22         Q.   Did they -- did they find the other driver

23   at fault for that accident?

24         A.   Yes, they did.

25         Q.   Did you end up filing a lawsuit about

1    that?

2            A.    No.   Because the thing is, is that there's

3    a difference between an accident and there's a difference

4    when there's somebody that is actually trying to harm

5    you.   The lady was trying to cross the highway, and Jeff

6    Bensman was trying to harm us.   And the same thing with

7    Jeff Acke.

8            For what reason?   It -- it bewilders me.

9    I -- I still don't -- I still don't understand the

10   mentality because all we were doing was, we had cattle,

11   we had -- we were so happy with -- we had -- my wife had

12   a -- we were -- we had a farm, one-acre farm, and we were

13   growing, you know, chili peppers, cantaloupe, watermelon,

14   squash.

15           You know, we were not ever -- like I said,

16   we don't do drugs and we don't drink or anything like

17   that, and so we weren't growing anything illegal.   We

18   were just -- we were just trying to be happy -- a happy

19   couple with, you know, our families, our children,

20   grandchildren, and our great-grandchildren.   You know, to

21   come up and just -- and our friends and family and, you

22   know, people like that, you know, we were actually doing

23   a ministry.

24           So when -- you know, other people would

25   come up and stuff, we had a -- we had -- we had paperwork

1    where we explained our -- our ministry, and we basically

2    would witness to the people and -- and we would tell them

3    about Christ.

4                    And -- you know, and these were, you know,

5    private -- private members.  You know, we had -- it was

6    private property.  We never shared our -- our well with

7    the public.

8                    You know, we -- we just felt so blessed

9    to -- to what we had, but like I told my wife, I said:

10   Whenever you have a piece of heaven, you've got to go

11   through a little bit of hell.

12                   And I don't know if you've seen our

13   property, if you guys had a chance to see, we're

14   overlooking, you know, three lakes here, and we have the

15   Spanish peaks that are across from us.  And then to our

16   south, we have -- I'm sorry, to our north, we have -- you

17   know, we could see Pikes Peak from our property.

18                   And the thing is, is that my family came

19   out here 500 -- over 500 years ago and -- and actually

20   were the first missionaries to come to Colorado.  Those

21   are the Peraltas on my mom's side.  I'm a Guerrero on my

22   dad's side, but the Peraltas are the ones that basically

23   brought the -- the word of Christ and -- and brought

24   the -- the -- the Christian to the -- to the natives out

25   here.

1                    So to me, that was -- that was -- this

2    is -- this is where I -- I wanted to -- and my cousin

3    still owned the Black Hills over here, my cousins Ronnie

4    and -- and Dave Peralta, they still own the Black Hills

5    over here.

6                    But at the time, Don Pedro de Peralta was

7    my ancestor, and he was the governor of New Mexico in the

8    1600s.  But a lot of people don't realize that Colorado

9    was part of the New Mexico.

10                    So for me, in my heart, it -- it just,

11    it -- it gave me a sense of -- of belonging to -- to

12    actually -- actually purchase this property and -- and --

13    and continue my heritage of the -- of the -- the word

14    of -- of God, that Jesus Christ is -- is God, is -- is

15    how I believe.

16                    Now, do I --

17                    Go ahead.

18        Q.    Joe, circling back to the head-on

19    collision that you had in your motorcycle with the truck,

20    even though the other driver was deemed to be at fault,

21    am I correct in --

22        A.    Yes.

23        Q.    -- understanding that you did not file

24    suit against that driver; is that right?

25        A.    We settled out of court.

1          Q.   Was the amount confidential?

2          A.   Yes.

3          Q.   And Susan said that before you and she got

4    married, you had -- you were married once and your first

5    wife passed away.

6               Is that accurate?

7          A.   I -- I really ask you, please, don't go

8    there.  I mean --

9               MR. MINSHALL:  Joe, Joe, you need --

10              THE WITNESS:  Yeah?

11              MR. MINSHALL:  -- to answer the question

12   unless I tell you otherwise, okay?

13              THE WITNESS:  All right.

14         Q.   (By Mr. Hegarty)  Is that accurate, Joe?

15         A.   Yes.  My -- do you want her name?

16         Q.   If -- sure, if -- yes, please.

17         A.   Okay.

18              Yes.  My -- my wife Yvonne Stone was

19   diagnosed with cancer in -- I believe it was in 2008 or

20   '5 or something like that.  It was just kind of hard.

21              Susan and I, we grew up together.  And my

22   wife Yvonne that passed away wanted to meet Susan because

23   we were -- me and Susan and I were friends, we grew up

24   together since we were like 8 years old.  And -- and when

25   my wife was, you know, getting sick, sicker, she wanted

1    to meet Susan.

2                    And so -- and -- and my wife Yvonne

3    that -- before she got sick, she worked for a Fortune 500

4    company.  She was the executive assistant and did very

5    well.

6                    But anyway, she -- so I called Susan up

7    and said, "Hey, you know, can you come over to the house

8    and -- and meet my wife and my twin daughters?"  And so

9    she did.

10                   And my wife Yvonne, because of that

11   position she was in, she was very well-versed with people

12   and how they act and how to deal with people like that or

13   whatever, deal whatever situation because of her --

14   her -- her mantra was, the best policy in life is -- is

15   to be truthful, to tell -- there's no gray in between,

16   it's either black or white.

17                   And sometimes it was brutal, but when I --

18   when I learned that it's better to be truthful than to

19   lie or to -- it makes life a lot simpler.  You guys ought

20   to try it sometime.

21                   And so when she met Susan, after Susan

22   left -- she ate dinner with us and stuff like that, after

23   Susan left, my wife Yvonne said that when she dies, she

24   wants me to marry Susan.  And I thought, Wow, I never

25   even -- you know, me and Susan were friends, and I -- it

 1    never even crossed my mind.

 2                    And I -- so I told her, I said, "No,

 3    you're -- you're going to make it.  You know, you're

 4    going to -- you're going to be -- you're going to make

 5    it."

 6                    And so she died about -- she died in 2017.

 7    And then -- so I sold the house, and I put my twin

 8    daughters in -- at -- up in Metro State up in Denver, and

 9    now they -- they both got their engineering degrees.  I

10    believe they're at Lockheed Martin now, but they

11    started -- one of them started with Space Force.

12                    So, you know, I -- I hope to God that I

13    did a good job.  They're very -- they're very successful

14    and -- and that's how we brought them up, and their --

15    their real mom -- because Yvonne was their stepmom,

16    their -- their real mom passed away in 2000 -- I believe

17    it was in 2000, they were a couple years old.

18                    So I was a single parent for a few years,

19    and, you know, I didn't drink, didn't do drugs.  I -- I

20    made a choice to either take care of my daughters or go

21    the other route; and I decided to, you know, stay clean

22    and sober and -- but . . .

23                    Yeah, so that's -- that's what happened.

24          Q.    Thank you, Joe.

25                    Susan said that she had three children

1    with her first husband, and she recollected that you had

2    five children; is that right, or do you only have two?

3            A.    No, I have -- I have three boys when I was

4    in high school.  My -- my oldest, Joseph, was born in

5    1978, and then I had Jeremy and Daniel.  Daniel was --

6    he's a decorated war hero.  He -- he joined after 9/11

7    and -- well, we actually both tried joining, and the

8    recruiter just kind of laughed at me, really.

9            But -- but he did, and he -- he served

10   several tours.  And in 2011, he was ambushed by the -- he

11   was on patrol.  He was a platoon sergeant, and he was --

12   he was on patrol with the Afghani soldiers and -- and --

13   and they turned on him, they turned on his platoon.  And

14   they got into a gunfight and -- and subsequently, they

15   killed all the -- the Afghan soldiers.  So he's --

16   he's -- he -- he's disabled now.

17           And -- and my brother.  You know, I have a

18   brother.  You're probably going to ask about that.  My

19   brother, Daniel, Dan Guerrero, he actually got his degree

20   a couple years before I did in, I believe, 1982.  And he

21   started with the -- our defense system.  And he worked

22   his way up to top secret.

23           He worked for -- he started with Ford

24   Aerospace, went into Lockheed Martin, and found out a lot

25   of things that most Americans don't know that are top

1    secret; I can't -- I can't tell you.  But -- but it's

2    just amazing some things that I can tell you, like he

3    helped develop F.O.G., F period, O period, G.  You ought

4    to check it out some time, F.O.G.

5                 He helped develop laser systems.  He did a

6    lot of the GPS and fiberoptics.  As you drive along the

7    highway, there's a lot of GPS canisters that are -- that

8    are -- that are there, and that's what -- you know, we

9    depend off of these.

10                And -- and I did -- I did, you know, some

11   of that, too.  I did a lot of fiberoptics and Cat5 and

12   I -- in Pueblo, I did the Parkview Hospital, their

13   fiberoptics and their Cat5 there, their communications.

14   And I also traveled to Georgia, Macon, Georgia, where I

15   did the hospital, the Columbia Hospital, for the

16   fiberoptics and -- and the Cat5 that -- that -- yeah, so

17   I -- I've done --

18           Q.   Well, let's stick on that topic, Joe.

19   Let's go ahead and talk about your employment history.

20                Don't -- don't tell me -- I mean, you can

21   tell me as many jobs as you had that you -- that you

22   want, but just sort of give us a sense of your work

23   history, maybe specifically as it concerns construction,

24   construction consulting, and property management.

25           A.   Well, I've always been a hard worker.  I

1    mean, when I was a little kid, I cut lawns.  I went to

2    work at Taco Bell when I was 15 years old.  I left -- I

3    was -- I went from just a dollar -- back then, it was

4    $1.65 an hour.  When I left, I was the -- like a district

5    manager.

6                    In 1978, I was hired on, and it was kind

7    of like a construction laborer at the steel mill, the

8    Colorado Fuel and Iron.  I started there as a laborer.

9    And I -- I finished out my -- I started out at the ore

10   prep in 1978, the coal plant.  I was working there, and I

11   had one more incident, I was working at the coal plant.

12   I don't know if you're familiar with that.  It's where

13   they take the coal and they heat it up to over

14   2500 degrees and --

15                   Man, I'm losing the battery here.  Hold on

16   one second.

17                   And so, actually, in the coal plant, they

18   heat up the coal in these ovens, you know, probably 200

19   ovens or whatever.  And they're about 24 inches wide and

20   about, I don't know, 14 -- 20 feet high.

21                   And what we would do is we would line up

22   with all of our -- with all of our gear, our

23   fire-retardant gear: helmet, respirator, helmet, safety

24   goggles, fire-retardant gloves.

25                   And those furnaces would get so hot, that

1    sometimes -- what they would do is they would push the

2    hot coal out, which was -- at that time was called coke.

3    So they would push the hot coal, or coke, out of the

4    ovens, and then I would go in there and clean the doors

5    off with this long rod and a -- and a shovel.

6                    And to give you an idea of how hot these

7    ovens were, sometimes my shovel would -- would melt.

8    That's how hot these furnaces were.

9                    I had one friend that was on the other

10   side, which was called the pusher side.  He actually got

11   pushed in there, so I actually watched him disintegrate

12   because of the heat.  He burned to death.

13                   And so what happened with me is that me

14   and the operator, we were either misaligned or whatever,

15   so they pushed me and the operator, which is -- into the

16   hot car, which is -- they called it the hot car, where

17   they dump all the hot coal.  And -- and so they poured

18   us -- they poured that hot coke that was over

19   2500 degrees on top of us, and I watched him melt to

20   death, I guess.  He burned to death.

21                   And -- and I don't know how they pulled me

22   out, I lost consciousness, but they pulled me out, and

23   everything was melted on me: my helmet, my face, my

24   shield, my -- my respirator, my goggles.  I was -- when

25   I -- when I came to, I was still smoldering and -- and

1    God -- God saved me.

2                    I had -- at the time, I had a beard and a

3    mustache and stuff and not -- and I had -- I used to have

4    a -- I had a hood that went over my -- my head and

5    covered my neck and -- and almost like a ski mask that

6    was fire resistant and -- but not at those temperatures.

7    Like I said, the operator, I watched him -- we were both

8    conscious when he pulled me in and when we went over and

9    they covered us.

10                    And we were operating a small -- it was

11   just a small, little like -- almost the size of a -- I

12   don't know, like a truck on rails.  And so when they

13   pushed us over, we went over and they covered us, and I

14   watched him, you know, burn to death, boil to death.  His

15   skin started to boil and stuff like that, so there -- you

16   know.

17                    And then from there, I -- from there, I

18   went to the tube mill and the tubes that they made for

19   either gas, water, or, like, what we have is a -- you

20   know, it's a 6-inch pipe for -- for water or for oil.

21   You know, they use different sizes for drilling for oil

22   and stuff.

23                    And -- and I was basically an operator

24   there, where I would -- I would feed the furnaces with

25   the billets and -- but that was on an overtime.  I used

 1    to work like -- sometimes I would work three shifts.  I

 2    would double over or triple over or whatever.

 3              And, you know, back then, in the 1980s, I

 4    would double over so much, that, you know, I was making

 5    $1,500 a week back in 1980 -- 1980.  You know, just a

 6    hard worker, and that's how my dad was, that's how my

 7    grandfather was.  Both grandfathers worked in the steel

 8    mill.

 9              And -- and then I got transferred over

10    to -- I put in for a job as a metallurgist, so I became a

11    metallurgist.  And then I left -- but I would get laid

12    off.  I would get laid off in the steel mill, and then I

13    would go back into the construction.

14              So I did construction work through there,

15    too.  I -- I would take a jackhammer, and they would ask

16    me to tear down a wall or -- or a concrete wall, you

17    know, things like that.  So originally, that's how I

18    started with the -- the construction there.

19              And then when I got laid off, I would go

20    to work.  That's why I used to work so much overtime,

21    because I would go to work back into the construction

22    again, you know, doing, you know, framing or -- or

23    whatever, you know, whatever that was required.  I would

24    get into a ditch where we were going to pour the footer.

25    I used to put up forms to pour the footer for the

 1    foundation, rebar, and -- and things like that.

 2                      So it was back and forth between working

 3    at the steel mill and working construction.  Does that

 4    help?

 5              Q.    Yes.  Thank you for relaying that.

 6                      And then any other relevant experience, I

 7    guess before 2019, in construction, construction

 8    consulting, or property management?

 9              A.    Yeah.  I -- I did a lot of -- what would

10    you call it -- donations or -- or -- what I would do is

11    when I -- when I actually became a contractor myself,

12    after the -- the CF&I situation, I -- I would -- like for

13    Hurricane Harvey, for instance, because I -- I would

14    storm chase.

15                      Like I was in Joplin, Missouri when that

16    EF5 hit there and, you know, we were -- we were picking

17    up body parts, I mean pieces, fingernails, fingertips.

18    One of the guys found a breast implant.  I found a -- a

19    boot, a work boot, with the foot still attached to it,

20    and part of the shin was still in there.  It was -- it

21    was horrific.

22                      And -- and I -- what I would do is I'd

23    work the regular jobs where I would, you know, make the

24    money on that, and then I would take the rest of my money

25    and I would help, you know, people that didn't have

 1    insurance and stuff like that.

 2                    Mostly, a lot of times, it was -- I

 3    would -- I would coordinate with the church, and they

 4    would kind of tell us:  Well, there's just one lady over

 5    here, usually it was a senior citizen or an elderly lady

 6    that didn't have any insurance, didn't have any money,

 7    you know, and her husband had passed.

 8                    And I would get my guys together, and even

 9    Susan was with me when I was -- when we were in Texas for

10    Harvey.  We -- we donated a lot of our -- our labor, our

11    workers, the materials.  I would just buy the materials

12    and -- and get everybody an assignment to -- to go and

13    fix somebody's house if it was -- if they didn't have the

14    money.

15                    And I -- I believe one month, we did -- we

16    donated like $50,000 in materials and labor, because I

17    have -- you know, I have to pay for my workers and -- and

18    the materials and stuff like that.

19                    So, you know, God -- God provided to help

20    these people.  Like the California fires right now, I was

21    telling Susan that -- that, you know, maybe we should go

22    out there and -- and help out there, you know.  I have

23    been doing this for such a long time, that, you know, you

24    pretty much get a sense of -- of what to do in a disaster

25    area.  Like what's happening in California.

         1                    And -- and -- and I've done some pretty

         2    nice -- pretty good projects, I don't want to brag or

         3    anything like that, but I did do McDivitt's -- his house

         4    that he has up there in Broadmoor.  I did the north

         5    tower -- well, me and my crew, we did the north tower at

         6    the Broadmoor Hotel there.  You know, there's -- there's

         7    some projects that -- that I like to take on because

         8    they're -- they're very hard projects to do.

         9                    And so -- and that's the thing that I

        10    wanted to do out here, too, is -- is I wanted to transfer

        11    my contractor's license out here and -- because they

        12    built two schools:  They built a school in La Veta, and

        13    they built one in Walsenburg and --

        14                    Oh, I lost somebody here.

        15         Q.    No, they're still there.  Keep going.

        16         A.    Oh, okay.  Oh, I see.

        17                    So, you know, and I really felt like this

        18    would -- the benefit, it would benefit the community, you

        19    know, because we are -- Huerfano County is the poorest

        20    county in the state of Colorado.  And it's unfortunate

        21    because of the county, the county commissioners, they're

        22    more into acquisition, the real estate, they're more into

        23    the real estate business than they are in -- in trying

        24    to, you know, help people.

        25                    I mean, we've got a sign right here

1    that -- that when we owned the property, before we sold

2    it to Pete, it -- you know, it's almost like Nazism, it's

3    almost like Hitler, because it has a sign that says:  If

4    you see anybody doing something, call this number.

5                    I mean, and it's just -- I know probably

6    these young kids nowadays don't know about -- or

7    understand what communism is, and it's basically -- it's

8    one neighbor ratting on another neighbor.  And that's

9    what's so terrible -- terrible about the whole thing.

10   It's like Jeff Acke, you know, he -- he lives about a

11   mile away from us, and that's what he would do.

12                   And even Jeff Bensman even told me -- you

13   know, because we have a tiny cabin where we keep our

14   chickens and stuff like that.  We start them out at, you

15   know, little baby chicks.  I buy a bunch of them.  We had

16   20 this last time.  And -- and my wife likes to -- to

17   start her plants in that tiny cabin.

18                   And -- and Jeff Bensman told me one time,

19   the code enforcement officer, he goes -- he goes, "Well,

20   we're getting complaints because you're walking in and

21   out of the tiny cabin too much."  I was like, "Really, do

22   you have a -- do you have a shed?  Do you have" -- I

23   mean, what is -- what is -- you know, just the mentality,

24   just doesn't make any sense to me.

25                   And the thing is, is that when we bought

1    this property, the regulation that they had was the

2    Huerfano Code 1.00.  And it says, you know, that because

3    we're zoned agriculture -- and I don't know why this is,

4    because I don't make up the rules -- but it says that

5    we're exempt, that we don't need a permit to have, like,

6    a chicken coop, tiny cabin, or even build a ranch house,

7    farmhouse.

8                    I don't have to have -- well, the farmers

9    and ranchers out here don't have -- they don't have to

10   have permits to do this stuff.

11                   And so -- and later on, I learned after,

12   you know, the continuous threats that I was getting from

13   the county that the permit for that little, tiny cabin or

14   the tiny -- the coop would have been $60.

15           Q.   So at any point in your job history, did

16   you apply for unemployment benefits?

17           A.   Yeah, of course.  I would get laid off at

18   the steel mill or I would get laid off at -- you know,

19   in -- when I was doing construction and I worked for

20   Colorado Wildwood Directors, you know.  So yeah, if I

21   would get -- if I would get laid off or whatever, then I

22   would -- I would ply -- apply for unemployment.

23                   But if I went -- like I said, if I got

24   laid off at the steel mill and I went straight into

25   construction back in -- you know, Paul Turner at the

1    time, he owned Colorado Wildwood Directors, and he was

2    really good with -- when I would get laid off, he

3    would -- he would take me back to work.

4                    And, you know, back then, there -- I

5    didn't know that there was welfare or anything like that.

6    My dad always told me, you know, "Take care of your

7    family.  You know, take -- no matter what, take care of

8    your family."

9                    So it was -- if it was -- if I had to go

10   pull weeds for Paul Turner because there was no work at

11   the time for us to do or there was a project coming up,

12   he had an acre lot of where he would keep his -- his

13   construction vehicles, dump trucks, things like that.

14                   And I would just go out there and just

15   pull weeds, you know, until a next project would start.

16   And -- and then, you know, the steel mill would call me

17   back, and I would go back to the steel mill, and stuff

18   like that.  So that -- that went on for quite a long

19   time.

20                   But I think the biggest honor that I had

21   was when I was partners with Austin Bryant and Bryant

22   Roofing back in -- after I left CF&I, he made me full

23   partner.  And unfortunately, you know, he passed away in

24   a truck accident, and I wasn't aware that I was even made

25   a full partner.  I mean, he had in his will, he had given

1    me everything: the dump trucks, the office, the cabin up

2    in Winter Park.  I mean, just everything.

3                    And when he passed away, I went to his

4    funeral and I -- I signed everything back over to his

5    wife and -- and his son, so -- but I've been entrusted

6    with -- we were doing a project over at the Supermax in

7    Canon City.  It was $25 million project.  We were

8    building like 250 homes there, and I decided to go out --

9    out in Kansas because they had been hit with the tornado.

10                    So my partner entrusted me, he basically

11   signed everything over to me, the Deed, because I needed

12   a $25 million bond, and he signed it over to me.  And

13   when I got done, I went back and gave him the Deed back.

14                    So, you know, that's -- that's what -- and

15   that's -- and the thing is, is that all -- all the -- all

16   the times that I worked, you know, building construction

17   and, you know, I -- I never came across a code

18   enforcement officer, so it was kind of like -- especially

19   that didn't have any experience and was telling me:  You

20   can't do that, you can't have that, you can't build this,

21   and you can't do that.

22                    And it's like, "Well, how much experience

23   do you have?"  And then, you know, like, Jeff Bensman

24   said he has no experience at all.  Now, you know --

25                    Q.   So, Joe, did you ever apply for workers'

1    compensation benefits at any of your jobs?

2            A.    Workers' compensation.  That's -- can you

3    clarify that?  Is that like -- is that for an injury?  Or

4    what is that, workers' compensation?

5            Q.    It is for an on-the-job injury.

6                  Did you ever get an on-the-job injury and

7    then apply for benefits through Pinnacol or some other

8    workers' compensation program?

9            A.    Yeah.  I actually had a -- I had a pretty

10   bad -- the injury when I worked at ABC Rail.  You know,

11   we were working on very heavy railroad switches, and I

12   tore my -- pretty much tore my -- my shoulder apart.

13           Q.    And so did you apply for workers'

14   compensation --

15           A.    Yes.

16           Q.    -- benefits as a result of that accident?

17           A.    Yes.

18           Q.    Did you apply for workers' compensation

19   benefits as a result of the CF&I incident?

20           A.    No.  I went back to work, is what I did.

21           Q.    At any point in your work history, did you

22   ever apply for SSDI benefit?

23           A.    Yes, yes.  I was -- I was -- I was -- I

24   was, what do you call it, where they -- they deemed me

25   as -- as disabled in -- I believe it was in 2000.  And

1    so, yeah, I did apply for -- for disability benefits, and

2    they gave me the -- the disability benefits.

3                    But I -- I still -- you know, being

4    handicapped, I still -- I still would try to, you know,

5    work.

6            Q.   Did some government agency deem you to be

7    totally disabled at that time, in 2000?

8            A.   You know, I don't -- I -- I can't remember

9    if it was -- I don't know.  I applied for the -- for

10   the -- for the Social Security benefits, yeah.

11           Q.   And did the Social Security Administration

12   deem you to be totally disabled?

13           A.   I believe so, yeah, I believe that -- that

14   they said that I was, yeah, totally disabled.

15           Q.   And so from that date until now, have you

16   been getting Social Security Disability benefits?

17           A.   Well, I've been getting -- yes, I've been

18   getting Social Security Disability benefits, yes.

19           Q.   From the year 2000 until today; is that --

20   do I understand your testimony accurately?

21           A.   Well, it -- it's changed, but yeah, yeah.

22   I -- I -- I've been off of it and then I -- I -- you

23   know, then I go back on it again, so there's -- there's

24   times that I've -- I worked on the -- on the disability

25   benefits.

1          Q.    But you would say the majority of the

2    time, you have been?

3          A.    Yeah, off and on.

4          Q.    And I thought I read your discovery

5    responses accurately, but just to confirm, you're not

6    seeking any past wage loss as damages in this case,

7    right?

8          A.    Wow.  You know, we --

9          Q.    Because that's what your discovery

10   response said and I just -- I mean, you said you were

11   truthful then and I just -- just want to make sure that

12   we're still -- you're still being -- you're still being

13   truthful?

14         A.    Yeah.  And -- and in this truth, I'll tell

15   you what our plans were, is that what we wanted to do is,

16   is -- is in making this a ministry, we wanted to have --

17   put transformers because we have electric poles all the

18   way around our property, and in our ministry, we wanted

19   to install pedestals where people can -- can hook up

20   and -- and -- and be part of our -- our ministry, is what

21   we wanted to do.  And what we would do would be to take a

22   donation.  And so that's -- under that -- under the

23   trust, that was our plan.

24              And then plus we wanted to build a cabin

25   for ourselves and for family members, build some cabins

1    so that people can, you know -- or so we can just settle

2    down here.  That's what we wanted to do, was settle here

3    and have a -- and have a ministry.

4                    We -- we have lost a lot of -- we had a

5    washer and dryer up here that because of all this -- this

6    harassment that we've got, it's all -- the face of it's

7    all torn off.  It was brand-new.  We have a garage door

8    opener that we never used.  We have a jet tub that we

9    never installed.

10                   So we lost a lot of -- we -- we had -- we

11    had people that -- that wanted to invest in our ministry

12    that have been scared off.  There were people that --

13    that wanted me to build a cabin for them.  One of them I

14    designed that's down the street over here, that was

15    built, but it's not on our -- well, now it's on Pete's

16    property, Mr. Payton.

17                   But yeah, we -- we lost a lot in our -- in

18    our dreams and our goals.  Like I said, I would have -- I

19    would have put a bid in for these schools that -- not

20    saying that I would have got it, but I would have put a

21    bid in for these schools and -- and given back to the

22    community.  And that's what we're all about.

23                   And that's -- and that's being truthful.

24    You know, we -- we basically have been held hostage here

25    because -- I mean, we couldn't even sell the property

1    because of what Huerfano County deemed --

2                    (At this time, Mr. Guerrero was

3    disconnected from the Zoom proceedings.)

4                    MR. HEGARTY:  Oh, sounds like Joe dropped.

5                    Shelly, let's go off the record.

6                    (Recess taken from 3:55 p.m. until

7    4:21 p.m.)

8                    MR. HEGARTY:  All right.  Back on the

9    record.

10                   Q.   (By Mr. Hegarty)  So I want to share with

11   you the bottom of page 9 and the top of page 10 of your

12   discovery responses.  This is Interrogatory Number 17.

13                   Do you see that?

14                   A.   Can you zoom in a little bit?  There you

15   go.  Okay.  That's -- let's see, you need to turn it.

16                   Q.   Sure.

17                   All right.  So I'm going to read -- I'm

18   going to read the question as well as I can.  I guess I

19   should zoom in on it so you can follow along.

20                   Okay.  So it says:

21                   "Did YOU file income tax returns for each

22   of the past (5) years?  If YOU did not file income tax

23   returns for any of those years, please state which years

24   and the reason for not" -- and then it continues on the

25   next page -- "filing.  (NOTE: If YOU are not seeking past

1    or future lost income as damages in this matter, YOU may

2    respond to this interrogatory by so stating.)"

3                    Did I read that question correctly?

4        A.    Yes.   I -- Susan is the one that files

5    the -- the income taxes for me, so I apologize, I -- I

6    don't know the answer to that question.

7        Q.    That's all right.

8                    Well, here's the answer to the question:

9                    "RESPONSE:" --

10       A.    Okay.

11       Q.    -- "Plaintiff is not seeking past or

12   future lost income as damages in this matter."

13                   Did I read that correctly?

14       A.    Yes.

15       Q.    And you signed that response, as with your

16   other responses in this document, under penalty of

17   perjury; is that right?

18       A.    Yes.

19       Q.    All right.  So that knocks out half a page

20   of questions.

21                   Let's chat about the subject property real

22   quick.  I'm going back up to -- I'm going to screen-share

23   Exhibit 1 again, just like I did about 60 seconds ago,

24   and I would like to chat with you about subject property.

25                   Right here, I am highlighting, in the

1    quotation marks, the legal description of the subject

2    property (indicating).

3                    Does that look correct to you?

4             A.    It's too small for me.  Can you zoom in a

5    little bit, please?

6             Q.    Yes, sir, I will do my best, but I'm going

7    to have to go back and forth.  Is that okay?

8             A.    Yeah, that's fine.

9             Q.    All right.  Is it visible now?

10            A.    Yes.

11            Q.    All right.  Does it get bigger if you turn

12   your phone sideways?

13                    I guess you --

14            A.    No.

15            Q.    -- would have to have the -- you would

16   have to go to the settings and turn the -- the lock --

17   the --

18            A.    Here it is.

19            Q.    -- screen lock --

20                    There we go.  All right.

21            A.    I got it.

22            Q.    Okay.

23            A.    Thank you.

24            Q.    Is it any bigger now?

25            A.    Yes.

1          Q.    Okay.

2          A.    Very large.

3          Q.    All right.  Starting with on -- where it

4    says, "TWP 28S."

5                Do you see that?

6          A.    Yes.

7          Q.    Yeah:  Township 28S Range 67 West.  And

8    then over here:  Section 14, and then it talks about all

9    the pages and recording numbers.

10               The highlighted portion, that's the legal

11   description of the subject property, correct?

12         A.    Yes.

13         Q.    And did you determine that the subject

14   property is about 160 acres, a quarter section?

15         A.    Well, with the last -- the survey, they're

16   saying, I believe it's -- I don't have it in front of me,

17   but I think it's either 142 or 147 acres, but the County

18   has it recorded as 160 acres.

19         Q.    And that's a half-mile on each side,

20   approximately?

21         A.    2,350 feet of -- on all sides,

22   approximately, yeah.

23         Q.    Can you describe your duties and

24   responsibilities as trustee of the Mountain Lakes

25   Ministry Trust.

1          **A.**    Yeah.  I believe I already did.

2               Yes, my -- my responsibilities at -- at

3     that time, because the property is no longer under the

4     trust because the property was sold to Mr. Payton.  So my

5     duties were to maintain the property and -- and, you

6     know, the -- work the farm, the animals.  You know,

7     any -- anything that was needed as far as the property

8     was concerned.

9               You know, we have -- we had some bugs that

10    came through and damaged a lot of the trees, killed the

11    trees, so we had, you know, members of -- of -- that

12    would -- would come out and cut the trees down and --

13    and -- you know, and help me with -- because of my

14    disability, I -- I can't walk a lot, so I have to -- I

15    have -- I have a complicated care -- tear in my left

16    knee, and then my right knee is bone on bone.  So I'm

17    limited with these disabilities on -- on how far I can

18    walk.

19               In other words, I can't walk around in a

20    mall or anything like that.  I can -- you know, I can't

21    stand for very long.  You know, so that was my

22    responsibility, was on -- as far as what I thought,

23    was -- was to maintain the property.

24          **Q.**    And then you've talked about it a little

25    bit in your testimony, but you sold the property in your

1    capacity as trustee of the Mountain Lakes Ministry Trust

2    to Pete Payton as of December 13, 2024; is that right?

3             A.    Yeah, that -- yes, the -- the selling to

4    Pete Payton because of, like I said, the -- the threats

5    that we were getting from the Huerfano County and its

6    employees, the -- and the trust, basically, lost about

7    $100,000 in the selling of the property.

8                  The bank that we had borrowed from, the

9    bank had said that -- when we had bought the property, I

10   believe the acreage was about $2,800 an acreage -- or

11   18 -- I can't really remember.  I don't have the

12   paperwork in front of me, but when -- when the property

13   was sold over to Payton, they said it was only worth

14   about $1,000 an acre.

15                 So, yeah, the trust lost about $100,000,

16   $100,000.

17            Q.   All right.  And I'm going to go back to

18   the discovery responses that you signed, the Exhibit 26,

19   and I'm going to share my screen with it.  And I'm going

20   to scroll down to pages 7 and 8.

21                 And on page 7, does it -- this paragraph

22   that talks about March 30, 2021, does that describe

23   one -- sorry, I don't mean to keep blocking it.

24                 "March 30, 2021."

25                 You see that?

1              A.    Yes, it's pretty large now, yes.

2              Q.    Yeah.

3              A.    That's the --

4              Q.    And that describes one occurrence where

5    Jeff Bensman came onto the subject property; is that

6    correct?

7              A.    Yeah.  We had -- we were having the -- the

8    backhoe delivered, and Jeff Bensman pulled in behind

9    the -- the trailer that the backhoe was loaded on and

10   essentially blocked us from unloading the backhoe off of

11   the trailer.  At --

12             Q.    And --

13             A.    -- that point --

14             Q.    -- and -- and that occurred on the subject

15   property?

16             A.    Yes.

17             Q.    And then on page 8, there's an -- there's

18   an incident that you talk about here that occurred on

19   August 2, 2021.

20                   Do you see that?

21             A.    Yes.

22                   But to finish my stories, Jeff Bensman

23   said that we can't have a backhoe.  And -- and I said,

24   "What?  What are you talking about?  I need this backhoe

25   to -- you know, we -- we want to" -- I actually used the

1    backhoe that -- not the -- the front loader, but the back

2    of the backhoe, I used that to -- to, you know -- use it

3    to cultivate the ground where we -- where we -- we plant,

4    use it to maintain the roads that are up here.

5                    And I was also using it for occasions when

6    it -- it snowed quite a bit and, you know, we couldn't

7    get out or -- or whatever, so I would use the backhoe

8    to -- to clear the -- the snow.

9         Q.    Right.

10                   And so then this says, "August 2, 2021."

11                   Do you see that?

12        A.    Yes.

13        Q.    And that paragraph talks about, does it

14   not, another time where Jeff Bensman came onto the

15   subject property?

16        A.    Yeah.  That's where he -- he -- I believe

17   that was the time where -- where -- I don't know.

18                   Can you -- I can't see that good.  Can you

19   kind of either read it to me or . . .

20        Q.    No, sir.

21                   I'm just asking you, did Jeff Bensman come

22   onto the property on August 2, 2021 and serve you with

23   papers for a lawsuit -- or excuse me, not a lawsuit --

24   serve you with a summons and complaint?

25        A.    Yes.  And that summons complaint was for

1    my wife and not for me, and that's --

2          Q.   Okay.

3          A.   -- when I opened -- I opened the door and

4    he punched me in the -- in the chest with it or in the

5    stomach, and then he -- he said, "There, you've been

6    served," and he -- he walked away very quickly.

7          Q.   And that did not occur on July 13, 2021,

8    correct?

9          A.   No.

10         Q.   And so now I'm going to take you to, real

11   quick, Deposition Exhibit 4.

12              We chatted about this with Susan, and what

13   we learned is that she wrote down the date in her

14   calendar wrong.  And let me explain what I mean.

15              The file name of the video that is

16   Deposition Exhibit 4 -- and she identified as being taken

17   by you while you were driving on one of the roads -- is

18   "VID_20210713_112825052."

19              Do you see that?

20         A.   Yes.

21         Q.   And she said -- she testified that this

22   date right here that I'm highlighting (indicating) meant

23   that the video that you took of Jeff Bensman driving,

24   where you were heading one way and he was heading the

25   other way, was obtained on July 13, 2021.

1                    Do you have any basis to dispute that?

2              A.   Well, what does it say?  Can you elaborate

3    on that or clarify it?

4              Q.   Yes, sir.

5                   This date right here, you see where it

6    says, "20210713"?

7              A.   Yes.

8              Q.   That means July 13, 2021, correct?

9              A.   Okay.

10             Q.   Your phone said that that video that you

11   took of Jeff Bensman before he came onto your property

12   with Mr. Sandoval was taken July 13, 2021, correct?

13             A.   Oh, I see what you're saying.  Well,

14   that -- that's like the statement that we're saying, it

15   was on or about the 13th of July or -- or the 14th.

16   We've had so many incidences, it's -- but yeah, that's --

17   that's what it says on there.

18             Q.   Right.

19                  And so because that's what your phone says

20   is the date of the video that you took, we can take it as

21   factual that the incident occurred on July 13, 2021,

22   correct?

23             A.   Yeah, that's probably correct, yes.

24             Q.   And so Susan identified as a video that

25   you took that -- that video that we just talked about,

1    which was you driving one way, Mr. Bensman driving the

2    other way.

3              Do you remember that -- taking that video

4    on your phone?

5         A.   Yes.

6         Q.   And then she identified as Exhibit 5

7    that -- the 4-minute-and-51-second video that we talked

8    about earlier today where the first few seconds of the

9    video, you're helping her turn the phone on and she's

10   behind the Water Works truck with the crane, and she said

11   that she was the one who took that video.

12             Does that sound right to you?

13        A.   Are you talking about when Terry Sandoval

14   and Jeff Bensman drove up?

15        Q.   Yes, sir, the 4-minute -- yeah, the

16   4-minute-and-51 --

17        A.   Yes.

18        Q.   -- second --

19        A.   Yes.

20        Q.   -- video that shows them driving up.

21        A.   Yes, yes, yeah, she did take that video.

22        Q.   And then we also talked about Exhibit 6,

23   which is a video that she says you recorded on August 10,

24   2021 of somebody who she -- who you called on the video a

25   code enforcement officer sitting in a dark-colored SUV,

1    and I don't know how far you were taking it away from.

2                     But do you remember taking that video on

3    your phone?

4         A.    Yes.  And, actually, I -- with my -- my --

5    my spotter, you know, because I hunt with my spotter, he

6    was -- and that was Jeff Bensman.  And that was -- and he

7    was not driving his own personal vehicle.  He was driving

8    a code enforce -- a Huerfano County code enforcement

9    vehicle, and he was between 100 to 150 yards away.

10        Q.    All right.  And so the day of -- I mean,

11   we have the 10-minute-and-35-second video, and that shows

12   the entire time that Jeff Bensman was parked on your

13   property.

14                    Does that sound right to you, that day?

15        A.    Yes.

16        Q.    And the July 13, 2021, the events of that

17   day that occurred on subject property, with whom have you

18   discussed it apart from Susan and your attorney?

19        A.    Well, we -- we had talked to Andy Koen

20   from Channel 5, and he had come up on -- he had come up

21   and investigated probably three times.  And what he

22   discovered was that the -- the dispute with the Huerfano

23   County with the -- the Taylor Boulevard that's up on our

24   property, do not hold the Deed -- we do, or did because

25   we sold.

1              And that -- and then he took some video of

2      the -- the sign that's on our property down below on

3      Taylor Boulevard by the cattle guard, where -- you know,

4      to basically, you know, rat on your neighbors.  And then

5      he took video of -- of our -- our ducks and chickens by

6      the -- the well.

7              And -- and so he did some investigating

8      and found that -- and looked at the, you know -- what we

9      had to say and -- and he -- he -- he aired it on the news

10     probably four or five times.

11          Q.    "He," Andy Koen?

12          A.    Yeah, Andy Koen from Channel -- Channel 5

13     or 12, he no longer works for -- for Channel 12.  I

14     talked to him about, I don't know, a couple months ago,

15     and he no longer works for them.

16          Q.    Apart from Andy Koen, did you talk about

17     the events of July 13, 2021 with anybody else?

18          A.    Yeah, there was -- there was, you know,

19     family members and -- and friends and, yeah, neighbors.

20     You know, we -- we shared with, you know, different

21     people.  I really don't have the -- so yes, I did share

22     that incident that happened.

23          Q.    But not with Mr. Acke?

24          A.    No, not at all.  Why would I -- why would

25     I discuss that with him?

1           Q.   Because he -- is it your memory that he

2    was the one who -- who made the complaint about you that

3    started the whole thing?

4           A.   Well, what -- what -- on that exhibit, I

5    think it's either -- I don't know -- A, B, or C, you

6    could hear Terry Sandoval saying that -- that -- that

7    Mrs. Sykes is the one that called him, so that's what --

8    what my understanding is.

9           Q.   I -- I thought I saw in your discovery

10   responses, but I just want to confirm, you did not see

11   any mental health professional in connection with the

12   events of July 13, 2021, correct?

13          A.   No.

14               And can I finish?

15               And with -- with Mrs. Sykes, who works for

16   the health department, she's the one that should have

17   inspected under the -- you know, the -- the code book.

18   She's the one that should have inspected that -- that

19   well pump installation.

20               And -- and she would do the inspections

21   because I put a septic system in, and so she would do the

22   inspections.  It -- it doesn't fall under -- because we

23   weren't building anything.  It doesn't fall under the --

24   the -- Terry Sandoval, the -- the building inspector or

25   the code enforcement, Jeff Bensman's capacity.

1              It falls under -- under her, under,

2     basically, laws, is the one that -- that -- that she

3     should be inspecting that because when the contractor

4     pulled the permit, they were very aware that a permit was

5     pulled and it was granted.

6              And so that's something that -- that

7     really caught us off guard, too, is that why is the

8     building inspector and code enforcement officer here when

9     it should have been -- because I -- I've met with -- with

10    Mrs. Sykes several times on the -- you know, on the

11    septic systems that I've -- that I've done in the -- in

12    the past.  And she was the one that -- that I would deal

13    with as far as the inspections and -- and, you know,

14    signing off on -- on the work that I did, which

15    everything I did did pass.

16              Q.   Now, are you contending that Mr. Bensman

17    touched your arm on July 13, 2021?

18              A.   No.  He more than touched my arm.  When

19    he -- when he approached the workers in a -- in a -- you

20    know, like I said, he had -- he had his pistol, the

21    six-shooter, bandolier; he had his handcuffs; he had

22    his -- he had -- I mean, he was dressed like if he was

23    ready to go to, like, riot control or something like

24    that.

25              He had his bulletproof vest on and -- and

1    he was yelling and pointing.  And at that point, one of

2    the workers shut off the pump because we were doing a

3    water test at that -- at that time.  And my concern was

4    not only for his safety but my wife's safety.  When you

5    look at the video, you can see that Bensman almost poked

6    her in the eye with his finger.

7                    And the thing is, is that what I learned

8    later on, I did a little bit of checking, Mr. Benson --

9    Bensman and his family used to be rock climbers, and so

10   he's got a very powerful grip.  I have probably a 14- or

11   maybe 12-inch bicep, probably smaller now because I'm old

12   and fat.

13                   But my dad worked in the wire mill or the

14   drawing room, so he would cut wire all the time.  And --

15   and he had the strength -- I would see my dad, you know,

16   his coworkers, 6-foot-2, whatever, 300 pounds, would grab

17   his hand and he would just squeeze it so -- so tight,

18   that they would drop the -- to one knee.

19                   And that's the type of grip that -- that

20   Benson had on -- on my bicep.  And all I was trying to do

21   is what I -- well, actually what I did was -- was I -- I

22   turned my back on him and I faced the worker and I

23   said -- I said, "Don't do it, man, this guy is crazy.

24   He'll kill you."  And he goes, "Oh."

25                   And so that's all I was trying to do,

1    was -- was I was trying to, you know, keep anybody

2    from -- from getting hurt.  And when I turned my back on

3    Bensman, that's when he grabbed me forcibly by the bicep.

4    I mean, it stung and -- and that's when I pulled away

5    from him.

6                    And as soon as I pulled away from him, he

7    took his -- he wasn't just hitting me with his finger

8    like people think, like that (indicating).  He actually

9    had a knuckle with that finger, and he was hitting me in

10   the sternum with that, bam, bam, bam, like that

11   (indicating).

12                   And -- and that really upset me because in

13   2015, my aorta ruptured, and I was fearful that -- where

14   he was hitting me was in the aorta, and I was -- I was

15   afraid that, man, this thing ruptures again, he's going

16   to kill me.

17                   And -- and so my -- Susan was hollering

18   at -- at Mr. Bensman to "Stop hitting my husband."  And

19   then he turned and said, "Yes, I did."  Even though this

20   guy's pretty sly, his body camera didn't show where he

21   was hitting me or even grabbing me.  And then Susan,

22   because she was so upset, because we told them multiple

23   times to "Please get off of our property" and they just,

24   you know, they just ignored us.

25                   So that -- that was the -- and then later

1    on, I had bruises on my -- my bicep that turned black and

2    blue and yellow.  And for somebody to have that kind of a

3    grip, they -- they were definitely rock climbers.

4                    For instance, when I used to body -- I

5    used to work out with Mr. Colorado, Dennis Yaklich.  At

6    one point in time, I used to bench-press close to

7    500 pounds.  Now I can't even do a pushup.

8                    But anyway, to -- to carry that kind of

9    weight, you have to have powerful hands, you know.  Like

10   me, I have thick fingers and I have a big hand, and if I

11   was to use that, I would -- I would definitely do some

12   damage rather if I was, you know, grabbing somebody like

13   that, that's -- that's very powerful hands.

14                    I just -- I don't have that power anymore

15   because, like I said, with that motorcycle accident, I

16   broke both my wrists, and so they're big, but they're

17   weak.

18              Q.   And so, Joe, how many times are you saying

19   that Jeff Bensman touched your body with his body in the

20   10 minutes and 35 seconds that he was on your property on

21   July 13, 2021?

22              A.   Well, like I said, he grabbed my bicep, I

23   pulled away from him.  That probably took, you know,

24   maybe half a second or whatever.  And then when he

25   started pounding on my sternum, you know, that was --

 1    that probably took, you know, maybe a second or two.

 2              So he just -- it was just all -- it was

 3    just very quick:  He grabbed my bicep.  I pulled away.

 4    Boom, boom, boom, boom, boom (indicating), he started

 5    hitting me.  And then he turned and walked towards Susan.

 6         Q.   And so that was two times, correct?

 7         A.   That he hit me with his knuckle?

 8         Q.   Sir, total in the 10 minutes and

 9    35 seconds he was on your property, he touched you twice,

10    correct?

11         A.   No.  He touched me more than that.  Just

12    like I said, I mean, you know, he -- he touched me more

13    than -- than twice.

14         Q.   So it was once -- I just want to make sure

15    the record is clear.

16              So he grabbed your bicep once, correct?

17         A.   Yes.

18         Q.   And then you say he tapped on your sternum

19    three times, four times?

20         A.   He didn't tap on my sternum.  He punched

21    my sternum, yes, several times.

22         Q.   Did you have any bruising on your sternum,

23    sir?

24         A.   Yes, I did.  But I have a lot a white

25    hair, I have a lot of white hair, so it's kind of -- kind

1    of hard to -- to see the -- the bruising that I had on

2    my -- my sternum.

3              Q.    And you didn't -- but you didn't take a

4    picture of that bruise, did you?

5              A.    We did, but there was -- it -- you really

6    couldn't -- because like I said, with all the hair that I

7    have on my chest, the white hair, you really couldn't --

8    you really couldn't see it, the bruises.

9              Q.    So did you delete that picture?

10             A.    You know, I don't know.  I'll have to --

11   I'll have to look through my photos and see if -- if I

12   did or not.

13             But, you know, like I said, you know, you

14   listen to the video, that -- that attachment, and you --

15   you hear him say, "Yes, I did."  Because my wife was

16   hollering at him, you know, "Stop hitting my husband,"

17   and he said, "Yes, I did."

18             Q.    Well, if that picture still exists, you

19   need to disclose it to your lawyer because you and he

20   have an obligation to the Rules to disclose it to us.

21             Does that make sense?

22             A.    Yes, sir.

23             Q.    Thank you, sir.  Appreciate it.

24             A.    Thank you.

25             Q.    But am I correct in thinking that you

1    never saw any healthcare provider in connection with the

2    place where Mr. Bensman grabbed you on your bicep; is

3    that right?

4              A.    No, I didn't.

5              Q.    And you never saw any healthcare provider

6    for him touching you on the sternum, correct?

7              A.    No, I didn't.  But I did -- I did see a

8    doctor --

9              Go ahead.

10              Q.    Because you said that those are the only

11   two places on your body he touched you and you also just

12   said you didn't see a doctor in connection with those,

13   and I just want to know, did he touch you -- did his body

14   make contact with your body any other places that day?

15              A.    No, I don't believe so.

16              Q.    Thank you.

17              You claim to have incurred attorney fees

18   in connection with the events of July 13, 2021; is that

19   right?

20              A.    Yes, around $70,000.  And now we just got

21   a call from the office that we have to -- we have to

22   refresh our account, and so that's another 6,000.

23              So we're about $76,000 of attorney's fees

24   for this -- because of this incident.

25              Q.    And Susan said that you came up with the

1    money for that through credit cards and through getting

2    donations from family and friends.

3                    Does that sound right?

4          A.    Yes.

5          Q.    Other than attorney fees, court costs,

6    have you incurred any other out-of-pocket costs in

7    connection with the events of July 13, 2021?

8          A.    Can you repeat that question?

9          Q.    Glad to.  Thank you.

10                    MR. HEGARTY:  Susan, can you read it

11    back -- sorry.

12                    Shelly, can you read it back, please.

13                    (The following question was read:

14                    "QUESTION:  Other than attorney fees,

15    court costs, have you incurred any other out-of-pocket

16    costs in connection with the events of July 13, 2021?")

17          A.    Of course.  I mean, there's -- there's

18    been -- there's been numerous out of -- out of pocket

19    that we've -- we've in- -- incurred.

20                    The -- the fear of even being here,

21    because we have animals here and we drive back and forth

22    almost on a daily basis to feed our animals and -- and

23    our horses and our cattle and -- and -- you know, and

24    it's just -- it -- and I can't even have them grazing.

25    Of course it's not our property now, but I can't -- I

1   couldn't even have them grazing on the -- on the property

2   after this happened.

3                 So there's a tremendous amount because I

4   have a 2019 F350 diesel, and I have to bring the food

5   from -- from either Rocky Ford or from -- from Pueblo.

6   And that -- that runs me, not including the food, with

7   diesel, sometimes, you know, $50, $60.

8                 And then with the bales of hay, the food

9   that I have to transport back and forth, it -- I get the

10  bales for -- they're 3-foot-by- -- 3-foot-by-8-foot

11  bales, and I usually get a couple of them a week.  And

12  those run me about $240 there.

13                Not to mention the wear-and-tear on my

14  tires and my truck.

15                Not to mention I -- I was going to do

16  other work over here, and then they came on the property

17  again saying cease and desist.

18                You know, the -- the projects that were --

19  some of the -- the members of -- of our ministry, our

20  private members, wanted me to build a cabin, so I

21  surrendered that.  And I lost probably close to -- oh, I

22  don't know -- $50-, $60,000 on that, and she ended up

23  having somebody else build that.

24                Then there was another job down the road

25  on the 504 not too far away from us, probably about a

1    mile away.  They wanted a -- a house built there, and the

2    Huerfano County building inspector told them that that's

3    a no-go, that I -- I can't do that.

4                    I -- I was partnered with one of the --

5    with George at Dakota RV Park.  He had a license for

6    installing -- it's basically excavation with septic

7    tanks -- you know, like what we did, septic tanks and

8    well tanks, you know, cisterns and things like that.

9                    And once his -- his license expired,

10   the -- he went to renew his license, and he had been here

11   for, I don't know, 60 years.  And once -- once his

12   license expired, the County -- the Huerfano County code

13   enforcement officer and the building inspector went over

14   to his office and gave him a cease and desist and told

15   him that -- well, the board of contractors, which was

16   Jeff Acke and other members of the board of contractors,

17   told George that unless he takes me off of -- as a

18   partner, takes me off as a partner, they would not renew

19   his license.

20                   And so what he did was he -- what he did

21   was take me off of the -- off of the license, so I was no

22   longer able to -- to do under -- anything under his

23   license.  So he got his license back and -- and made me

24   as an employee.

25                   The thing that they didn't know that --

1    that the County, Huerfano County, didn't know was that we

2    actually had written up a contract where I was actually

3    his partner on paper.  And so -- but he was -- you know,

4    he was afraid of -- he had his own stories.  He was

5    afraid of the -- the Huerfano County, and so he -- he

6    took me off, which is illegal.

7                    A lot of people that I've known in the

8    past, since they're working and trying to stay busy, a

9    lot of them, they would have, like, their wife take the

10   contractor's test.  Their wife would get the license, and

11   they would be put on the -- on the -- on the

12   contractor's, so they would be a partner.

13                   So they were able to -- and when I was

14   taking my contractor's test in 2016, there was -- there

15   was -- there was a lot of women that were going for their

16   contractor's test and -- and a lot of men, but there was

17   a lot of women that -- that took the contractor's test.

18                   But in the end, because I was going for --

19   you know, we were going for commercial, residential,

20   roads and bridges and everything else, I was the only one

21   that passed -- on that two-day test that passed that

22   test.  And --

23                   Q.   (By Mr. Hegarty)  So, Joe, I'm curious,

24   when you signed your sworn discovery responses, you were

25   telling the truth then, weren't you?

1           A.    Yes.

2           Q.    And you were telling the whole truth then,

3    correct?

4           A.    To the best of my knowledge, yes.

5           Q.    So I'm showing you your response to

6    Question Number 18, which asks you to:  "List all bills

7    or other expenses YOU claim to have incurred on account

8    of the INCIDENT . . ."

9                 And in your response, which you swore to

10   under penalty of perjury, the only expense you claimed

11   was ". . . ongoing court costs and legal expenses with

12   its counsel, RELEVANT LAW . . ."

13                Did I read that correctly?

14          A.    Yes, sir, but like I'm telling you, I

15   mean, you know, now that -- that I'm able to look --

16   think, you know, further, there were other things that

17   were incurred.  Like I said, so --

18          Q.    So you weren't telling the whole truth

19   when you signed your discovery responses; is that what

20   you're saying?

21          A.    That what?

22          Q.    You weren't telling the whole truth when

23   you signed your discovery responses; is that what you're

24   saying?

25          A.    Yeah, I was telling the truth to the best

1   of my knowledge.

2           Q.   Right.  And to the best of your knowledge

3   back on December 9, 2024, you said, under penalty of

4   perjury:  The only out-of-pocket costs that I'm seeking

5   are ongoing court costs and legal fees, correct?

6           A.   Yes, but I didn't think that -- that the

7   other costs that I incurred, I thought that was just

8   for -- for legal costs.  I thought that's what that --

9   that statement was, so that's my mistake on that.

10          Q.   All right.

11          MR. HEGARTY:  Well, Taylor, please get

12  with your client and do the same thing that we talked

13  about with Susan:  Either supplement your discovery

14  response to be complete, or else file a supplemental that

15  says, "Now we're only seeking legal," okay?

16          MR. MINSHALL:  Will do.

17          MR. HEGARTY:  Thank you.

18          Q.  (By Mr. Hegarty)  All right.  I'm now

19  pulling up Exhibit 29.

20          A.   Sort of like when I was in my old -- my

21  motorcycle accident.  At that time, you know, I had

22  medical bills and attorney's fees and -- and now, what,

23  30 years later or whatever, my broken wrists have

24  arthritis and -- and my -- my neck is -- where the --

25  where it was fractured, I have arthritis there.  My

1    eyesight, it had to be -- I mean, you know, this is --

2    this is ongoing.

3              It just doesn't just stop at that

4    incident.  It's like when somebody gets shot or whatever,

5    depends on where they get shot.  You know, the bullet is

6    in the person's body or something like that, it can

7    move --

8              Q.   Right --

9              A.   -- so --

10             Q.   -- Joe, there's not -- there is no

11   question pending right now.

12             A.   Thank you.

13             Q.   So Exhibit 29, you see that?  You see

14   where it says Exhibit 29?

15             A.   Yes.

16             Q.   And do you see where it says in the middle

17   of the page, of page 1:  Declaration of Plaintiff Jose

18   Guerrero?

19             A.   Yes.

20             Q.   And I'm going to slowly scroll through it.

21             Do those ten pages look like a true and

22   accurate copy of the declaration that you signed

23   yesterday, and this is your signature right here on

24   page 3?

25             A.   Yes.

 1              Q.    Susan said that with her declaration, it

 2    was her idea to develop it.

 3                    Was it your idea to develop this

 4    declaration?

 5                    MR. MINSHALL:   Objection.   The response is

 6    likely going to call for testimony that would violate the

 7    attorney-client privilege.

 8                    Joe, to the effect that your response

 9    would involve any communications between me and you, I

10    instruct you not to answer the question.   But if your

11    response is not involving any communications that you and

12    I had, then you're welcome to answer the question.

13                    Do you understand?

14                    THE WITNESS:   Yes.

15              Q.   (By Mr. Hegarty)   So is your answer to that

16    question going to involve attorney-client communications?

17              A.    Yes.

18              Q.    So am I right in thinking that you are

19    going to take your attorney's advice and not answer that

20    question?

21              A.    No, I answer it.   Can you repeat the

22    question again?

23              Q.    Was it your idea to come up with this

24    declaration?

25              A.    No, it wasn't.   It was -- it was Taylor's

1   idea.

2           Q.   And so page 5, this is the plat done by

3   GeoMark; is that correct?

4           A.   Yes.

5           Q.   Do you remember approximately what month

6   and year GeoMark developed this land survey plat for you?

7           A.   I don't have it in front of me, so no, I

8   don't.  I'd have to look that up.

9           Q.   And then page 10, right here, the one that

10  says, Attachment C, do you recollect that this is the

11  video you took of Susan holding the white hose and the

12  water coming out?

13          A.   Yes.

14          Q.   And just for the record, I'm going to

15  introduce it and mark it.  This is Exhibit 30.

16               Do you see that?

17          A.   Yes.

18          Q.   And it has the same file name as the page

19  on Exhibit 29.

20               Do you see that?

21          A.   Yes.

22          Q.   And then if we go to the video . . .

23               (Video playing.)

24          Q.   (By Mr. Hegarty)  Is that video of Susan

25  holding the white hose and the water coming out?

1          A.    That's the video that I took, yes.

2                (Video stopped.)

3          Q.    (By Mr. Hegarty)  Let's talk a little bit,

4    I've got down to just about my last topic.

5                You're -- you're not claiming, Joe, are

6    you, permanent physical disability specifically as a

7    result of the events of July 13, 2021, correct?

8          A.    No.

9          Q.    And you're not claiming permanent physical

10   impairment specifically as a result of the events of

11   July 13, 2021, right?

12         A.    No.

13         Q.    And you're not claiming permanent physical

14   disfigurement specifically as a result of the events of

15   July 13, 2021, right?

16         A.    No.

17         Q.    You're not claiming permanent emotional

18   distress or mental suffering as a result of the events of

19   July 13, 2021, correct?

20         A.    I don't know.  There's a -- there's a lot

21   that's going on after this -- this issue.  I'd have to

22   look at the -- what that is.  I mean, I -- I don't -- I

23   don't have the paperwork in front of me, so I can't

24   answer yes or no on that.

25         Q.    Well, let's get the paperwork in front of

 1    you.

 2            A.    Thank you.

 3            Q.    So this is Interrogatory Number 8 and your

 4    Answer.

 5                  It asks you how you're calculating

 6    $250,000 in noneconomic damages for you.

 7                  Do you see that?

 8            A.    Yes.

 9            Q.    And it -- the response that you gave under

10    penalty of perjury says:  The Plaintiffs' claimed

11    noneconomic damages totaling $500,000 was calculated by

12    assessing $250,000 per violation, per plaintiff, to

13    compensate the plaintiffs for pain and suffering,

14    emotional distress, inconvenience, stress and anxiety,

15    and loss of enjoyment of life.

16                  Did I read that correctly?

17            A.    Yes.

18            Q.    Joe, what is the most fun thing that you

19    did in calendar year 2022?

20            A.    The most fun thing?

21            Q.    That is what I asked you, sir, yes.

22            A.    Can I take a minute to think about that?

23            Q.    You can take a few seconds to think about

24    it.  Hopefully it should come to mind fairly quickly.

25            A.    The most fun thing that I did in -- what

1    date was that?

2              Q.    The entire 12-month period of 2022.

3              A.    The most fun thing.  Not -- not anything

4    that -- the fun that I had before that -- that

5    incident --

6              Q.    So what's --

7              A.    -- it's like --

8              Q.    So for context, Susan said, Oh, yeah, I --

9    and I'm paraphrasing here, but she said she had a lot of

10   fun in 2022 because you all still had people coming onto

11   the property regularly to take part in the ministry and

12   in the -- her word that she used was "agritourism."

13             Would you agree with that?

14             MR. MINSHALL:  Objection.  Form.

15             A.    I think --

16             Q.    (By Mr. Hegarty)  I'm telling you, sir,

17   what your wife said, and I'm asking if you agree?

18             A.    Taylor just objected.

19             Q.    Yeah --

20             MR. MINSHALL:  Go ahead and answer.

21             Q.    (By Mr. Hegarty)  -- and you still have to

22   answer, that's correct.

23             A.    I want to hear what his objection is.

24             Q.    He said, "Object to the form," and then he

25   said, "Go ahead and answer."

 1                    And so I'm telling you, sir, answer --

 2          A.    Well, I didn't --

 3          Q.    -- the question.

 4          A.    I didn't -- I didn't hear that.

 5                    I -- I think the -- the most exciting

 6     thing was the birthdays, yeah, you know, hanging out with

 7     my -- my mom being a part of -- of us in -- you know,

 8     she's 83 years old.  Just the joy of seeing -- the most

 9     fun would be seeing Susan on -- on the quad and -- and

10     working on the -- the farm and, you know, interacting

11     with the -- with the cattle and stuff.

12                    But the thing is, is that as a man, male,

13     I was always looking over my shoulder or I was always

14     having to watch over them.  So if they would -- if her

15     daughter was there or if we -- you know, her daughter was

16     staying with us because she had her own little pop-up

17     tent and -- and her son had -- has a travel trailer.  If

18     they were staying with us with the hookups, then I would

19     always be up on the ridge or something like that, in

20     concern of their safety.

21                    You know, we -- we've had people that --

22     that have come up here and fired -- fired gunshots, and I

23     would -- I would report it to the sheriff's department,

24     and they said, "Oh, they're probably just hunting or

25     practicing or whatever."  And it's like, yeah, but

1    they're 200 feet away from us.

2                    You know, so -- and then plus with Jeff

3    Acke drawing his pistol on us and stuff like that.  It

4    was -- it was hard to have fun.  You know, there -- she

5    probably did have fun, like what she was saying what she

6    was doing.

7                    The other fun would be where -- I think

8    the most fun that I had was when me and Susan would get

9    on the quad and ride over to the -- the farm to, you

10   know, water the farm or the animals or -- or something

11   like that.  So that was probably the -- I would say that

12   probably was the most fun that I had.

13           Q.   And I asked Susan the same question for

14   2023 and she said -- I'm paraphrasing again, but she gave

15   me the same answer and she said:  Oh, in 2023, continuing

16   to engage in the agritourism and that aspect of our

17   ministry and ministering to people, we still got to do

18   that in 2023 and that was still fun.

19                    And I'm asking you, do you agree?

20           A.   Well, it -- no, I -- well, do I agree with

21   how much fun she had on that?  You know, it was a

22   pleasure, you know, with private members that we were be

23   able -- we were able to share the -- the word -- the --

24   the gospel and the word with the people that would --

25   would stay over.  Because that -- I mean, that's our

 1    mission.

 2                    I mean, we had one gentleman, his -- his

 3    wife did hospitals across the highway from us, not too

 4    far away.  It's about a minute from -- from the exit

 5    to -- to their hospital.  And -- and he -- he didn't have

 6    anyplace to stay, and he called us up and -- and asked if

 7    he could stay on the property.  And I said -- I said,

 8    "Yeah," I said, "You could stay on the property, but, you

 9    know, you have to sign this waiver," because we wanted to

10    be protective in -- in -- as far as, you know, anybody

11    getting hurt or whatever.

12                    And so he was really grateful about it.

13    And -- and so that's -- that's -- you know, that's --

14    that's what we were about, was that.

15                    So what was the most fun for her might be

16    not the same most fun for -- for me.

17            Q.    And so then I asked her the same question

18    for 2024:  Most fun thing that you did in 2024?  And she

19    said:  Well, we started out the year being able to

20    continue to do the agritourism and engage in that aspect

21    of the ministry of Mountain Lakes Ministry, but then by

22    the end of the year, we had sold the property.

23                    And so I'm asking you if you agree with

24    that?

25            A.    2024, I don't believe we had anybody up

1    here that -- we had -- you know, we had the farm where --

2    where the neighbors would bring their -- their kids up

3    here, and they were just, like, looking for -- it was

4    like -- almost like Easter eggs.  They would -- they

5    were -- one of them was like 2 years old, and she was so

6    excited -- or 3 or 4 or something like that, and she was

7    so excited just to -- to -- to pick the -- the crops that

8    we had, you know.

9                    And -- and so, you know, I don't even know

10   if we had anybody, that I can remember, that -- that

11   stayed on the property as far as agritourism was

12   concerned.

13                   I know we had -- we had people from the

14   church, we actually had church up here several times.  We

15   had church meetings.  Some of the church members would --

16   would ride the -- the quads and -- and they would come up

17   here and then they would go fishing down below because,

18   you know, we're -- our fence and the -- the state park's

19   fence is -- is pretty close by.

20                   But I know Pete came up here and -- and

21   stayed in his RV a few times.  And, you know, in the --

22   we were talking to him about purchasing the property and

23   stuff, and some of his family members and things like

24   that.

25                   But, you know, any other guests that we

1    invited privately, I -- I -- I don't know, I just -- it

2    just -- it just -- we had a few rough years after that

3    incident.  And we still continue.  Like, today, that

4    happened.

5                Q.   Joe, can you please describe the emotional

6    stress -- excuse me, the emotional distress, stress and

7    anxiety, related -- that you experienced related only to

8    the alleged actions of Mr. Bensman on July 13, 2021.

9                A.   Yes.  When I -- when I -- after

10   experiencing that, when -- when somebody puts their hands

11   on you -- and I don't know if you've ever experienced

12   that, but when somebody puts their hands on you and -- in

13   a threatening manner, the assault and battery, not only

14   once, but -- but twice, two different incidences.

15                I played football, and -- and the thing

16   is -- and my dad used to box in the Navy, and I used to

17   box and -- and he was really good in jiu-jitsu.  But once

18   you put your hand on somebody like that, it -- it -- it's

19   like they -- they -- it's -- and if you don't do anything

20   about it, which I didn't -- I didn't do anything.

21                I -- you know, I screamed and hollered and

22   stuff like that at him and stuff like that, but it -- it

23   escalates because then -- that's how bullies are.  You

24   know, I went to Central High School, like we had talked

25   about.  We weren't bullies.

1             We had a handicapped kid that was in a

2   wheelchair named Neil and very, very bright, and -- and

3   we actually took state in our freshman year.  But Neil,

4   we -- we took the guy in a wheelchair and put him on the

5   field and gave him a letter jacket.  That -- that was

6   our -- that's my mentality.  That's -- that's how we

7   work.  That's why we -- that's why we're Christians,

8   that's why what we do for -- for people like that.

9             And me being handicapped, for this guy to

10  push his -- his weight around and to strike me and it

11  just like -- it just keeps raising the bar and raising

12  the bar to at one point, at some point.  And that's why

13  we sold this place and -- and bought the -- the house in

14  Pueblo, because at one -- at one point, this guy is going

15  to kill somebody.

16            And that's why he was fired, I mean,

17  because of this action, is because of what he did and

18  Terry Sandoval did to us, a --

19       Q.   Well, you're speculating, Joe.  You're

20  speculating, correct?  You don't know why Mr. Bensman is

21  no longer with the County.  You don't know that, correct?

22       A.   Well, the -- the supervisor have told me,

23  so yes, I guess I'm speculating.

24       Q.   Right.

25            So to -- so to the degree that Mr. Bensman

1    is responsible for any emotional distress that you

2    sustained on July 13, 2021, you -- would you agree that

3    it's fair that Mr. Bensman is responsible only for the

4    emotional distress related to his actions that day and

5    not emotional distress caused by the other people you've

6    sued in this case; is --

7              A.    Specifically --

8              Q.    -- that fair?

9              A.    Well, specifically with -- with Bensman

10   after that incident happen, I was so frightful for -- for

11   my life and my wife's life, that I actually started

12   wetting the bed.

13             Q.    What I'm asking, sir, is that Mr. Bensman

14   is not responsible for any emotional distress that

15   Mr. Sandoval may have caused you, correct?

16             A.    I think they work together, the two of

17   them, yeah.  It's just like if you're -- if you're

18   walking down the street and you get robbed by two

19   hoodlums, is one responsible for -- for the other one?

20   Yeah.

21                   They're both accomplices, both Terry and

22   Bensman, and whoever else was involved in this are

23   responsible.  It's just like a rape:  If a woman gets

24   raped or a man gets raped by -- by two or three

25   individuals, whatever, those individuals are responsible

1    for each other.  It's in the company that you keep.  It's

2    in the Bible, in Proverbs.

3              Q.   And so you would lump all of the

4    defendants together for emotional distress purposes; am I

5    hearing that correctly?

6              A.   Did you say "love"?

7              Q.   "Lump."

8              A.   Oh, "lump."

9              Q.   I'm asking if I'm hearing you correctly?

10             A.   Yeah, give me a second here.

11                  I mean, I -- I would -- I would -- I

12    would -- yeah, I would want them all accountable in one

13    lump, yes.

14             Q.   Would you agree that our emotional

15    distress can go up and down but -- would you agree with

16    that:  We can be good sometimes and not so good other

17    times?  Would you agree?

18             A.   Oh, definitely.

19             Q.   And would you also agree that even though

20    we go up and down in our emotional distress for certain

21    things, over time, the emotional distress can be trending

22    upward -- meaning getting better -- be approximately

23    staying about the same, or be trending downward?  Would

24    you agree with that?

25                  MR. MINSHALL:  Objection.  Form.

1              Q.   (By Mr. Hegarty)   Would you agree with

2      that, Joe?

3              A.   Well, I'm not a psychologist, and that's

4      what you're talking as far as psychology.   Like I said,

5      I'm a builder, and I work in --

6              Q.   Yes, sir.   But you're also 64, going on

7      65.   You've had a lot of life experience, correct?

8              A.   Yes, yes, I do, and --

9              Q.   And would you -- and so in your

10     experience, would you say that what I have described

11     about overall emotional distress has the possibility of

12     getting better, the possibility of staying the same, or

13     the possibility of getting worse?   Would you --

14             A.   I think both.

15             Q.   -- say that you experienced that as true?

16             A.   I think it's -- I think it's both.   It can

17     get better, it can get worse.   Just like today, the code

18     enforcement officer stopped and -- out here, 100 feet

19     away from me, and my -- yeah, my -- my emotion went up

20     again.

21                  It all depends on -- on -- because we are

22     Christians, that -- that -- that we have forgiveness in

23     our heart and -- but at the same time, we have to be

24     aware of the threat.   And when the threat is consistent,

25     then yeah, it -- it stays up.   I -- I really don't

1    believe that it's ever gone down.

2                   It's always been -- the threat has been

3    up, to the point where -- where even, you know,

4    they've -- they've gone to Pueblo to -- I've caught them,

5    outside our door in Pueblo.  So they know where we live

6    now in Pueblo.

7                   So what's that about?  How am I supposed

8    to feel with that?  Am I supposed to feel all nice and

9    jittery and happy and -- and -- and -- you know.  I mean,

10   it's not like I'm going over there and driving on their

11   property, because we would have a different situation

12   here, you know --

13            Q.    Well --

14            A.    -- the --

15            Q.    Joe, Mr. Bensman is not coming to your

16   house in Pueblo, correct?

17            A.    What's that?

18            Q.    Mr. Bensman hasn't come to your house in

19   Pueblo, correct?

20            A.    I don't know.

21            Q.    You -- but whoever these people are who

22   have been coming over to your house on behalf of the

23   county, it's never been Mr. Bensman, so far as you know,

24   correct?

25            A.    As far as I know, yes, it hasn't been,

1    but, you know --

2              Q.    Understood.

3              A.    -- I -- I --

4              Q.    Understood, Joe.

5                    Are you taking any mental health

6    medication specifically as a result of the emotional

7    distress that you claim Mr. Bensman caused you?

8              A.    No.

9              Q.    Did you --

10             A.    But I am on --

11             Q.    -- receive any -- well, you said no, and

12   I'll take that and we'll move on.

13                   Did you receive any individual mental

14   health counseling specifically as a result of the

15   emotional distress you claim Mr. Bensman caused you?

16             A.    No.

17             Q.    Did you receive any group therapy mental

18   health counseling specifically as a result of the

19   emotional distress you claim Mr. Bensman caused you?

20             A.    I -- I have met with our pastor, and so

21   in -- in the church, in the church way, I've -- I've -- I

22   have asked for -- for help with the pastor and -- and his

23   wife.  And so --

24             Q.    Susan --

25             A.    -- had some --

1          Q.   Susan described those as casual

2   conversations.

3               Would you agree with her description?

4          A.   Well, she wasn't with me all the time, so

5   there's times that, you know, men -- men, you know -- the

6   women are talking to each other and -- and the men are

7   talking to each other.

8               So she -- she -- yeah, there was casual,

9   you know -- you know, define casual.  I mean, but there

10  was times that me and the pastor would be off on the

11  side, and one of the other deacons in the church, and we

12  would be discussing, you know, my mental, you know --

13  yeah, so there's been -- but with Christians, we -- we

14  try to do the -- do these persecutions that we get

15  through the church and through prayer and through

16  intercession for the pastors and -- and the --

17         Q.   Sure.

18         A.   -- you know what I mean.

19         Q.   I'm asking -- so I appreciate that.

20              I'm asking you a couple of very specific

21  questions next.  I do not mean any disrespect to your

22  pastor.  He sounds like a man of faith.

23              Is he a licensed professional counselor?

24         A.   You know what?  I -- I don't know.

25         Q.   You don't know?

1          A.    I don't --

2                Yeah, I -- I don't know.  I know --

3          Q.    You don't know?

4          A.    Yeah, I don't know, yeah.

5          Q.    The deacon, is the deacon who came and

6    spoke with you or prayed with you, is he a licensed

7    professional counselor --

8          A.    I don't know.

9          Q.    -- to your knowledge?  Okay.

10                Have you received care from a psychiatrist

11   specifically as a result of the emotional distress that

12   you are claiming Mr. Bensman caused you on July 13, 2021?

13         A.    No.

14         Q.    Have you received care from a licensed

15   psychologist specifically as a result of the emotional

16   distress that you're claiming Mr. Bensman caused you on

17   July 13, 2021?

18         A.    No.

19         Q.    Throughout the course of this deposition,

20   we've talked about some traumatic experiences in your

21   life.  We've talked about your head-on collision with a

22   pickup truck where you were in a coma for several months.

23                Do you remember testifying about that?

24         A.    Yes.

25         Q.    And we talked about you being at the CF&I

1    coal plant and you watched one friend disintegrate in the

2    furnace.

3              Remember talking about that?

4         A.   Yes.

5         Q.   And we talked about you being in the CF&I

6    coal plant and you watched another friend melt to death.

7              Remember talking about that?

8         A.   Yes.

9         Q.   And you talked about helping out in

10   Joplin, Missouri when the tornado went through and you

11   were finding severed body parts all over the place.

12             Do you remember talking about that?

13        A.   Yes.

14        Q.   And is there any other traumatic

15   experience in your life that you can recall, other

16   than -- other than those?

17        A.   Yeah, the incidents with -- with Huerfano

18   County --

19        Q.   All right.

20        A.   -- that --

21        Q.   Huerfano County.  Anything else?  Anybody

22   die suddenly that was close to you that you weren't

23   expecting?

24        A.   Well, like I said, with -- with Jeff

25   Bensman and -- and -- and Terry Sandoval, I mean, I

1    really, really feel that this is life-threatening.

2              Q.   Joe, I don't mean you any disrespect,

3    but --

4              A.   Yeah.

5              Q.   -- you didn't answer my question.

6              Have you had anyone close to you die

7    suddenly?  Apart --

8              A.   Yeah.

9              Q.   -- apart from, I mean, your wife, we

10   talked about that.  We talked about your wife passing

11   away of cancer.

12             We talked about that, and you talked about

13   that, right?

14             A.   Yeah, my dad.

15             Q.   And your dad?

16             A.   My wife's --

17             Q.   Were you --

18             A.   -- cousin, my wife's cousin passed away,

19   we were at their funeral yesterday.

20             Q.   Were you close with your wife's cousin?

21             A.   No.  I -- I -- I wasn't.

22             Q.   Were you close with your father?

23             A.   He was my best friend.

24             Q.   I understand that.  My dad's my best

25   friend, too.

1          A.    Amen.

2          Q.    Go ahead.

3          A.    And that, you should be very proud of him.

4    Of what I've -- I've found is -- through the Internet

5    is -- and -- and hopefully I -- I -- you know, we love

6    you all, man.  Good or bad, we all love you.  And I hope

7    he's proud of you, you know.  And -- and you look like a

8    good man.

9                And that's the thing with this, you know,

10   Mr. Hegarty, we're not -- we're not -- we're not

11   trying -- we're not evil people where we want people to

12   be hurt.  We want people to -- to heal.  We want to bring

13   Jesus Christ into their lives and forgiveness, but at the

14   same time, the Bible says to stand.  And that's all we're

15   trying to do, is stand in this -- this persecution that

16   we're -- that we're going through.

17                And -- and I really believe it's going to

18   get worse, and not only with us, but I believe United

19   States as a nation.

20                Like I said, my -- my daughters work for

21   Space Force, my brother worked for the DOD, he was

22   taught -- I could tell you some stuff right now would

23   make your -- your hair curl.

24                And all we're trying to do is tell people

25   about Jesus Christ and salvation because when we leave

 1    this -- I've died three times.  Excuse me.

 2                   I have died three times, Mr. Hegarty,

 3    three times.  And God has raised me from the dead.  And

 4    that's the message, even for -- for Mr. Bensman and

 5    Mr. Tree -- oh, man, I can't even think of -- the

 6    building inspector, Terry Sandoval.  You know, his kids

 7    go to our church, and they ask for forgiveness.

 8                   And I feel sorry for these people.  I feel

 9    sorry for them.  I really do.  But they have to stop

10    hurting us.

11                   I'm sorry.

12         Q.    Sure.

13                   Joe, would you agree that in his epistles

14    to various churches, the Apostle Paul talks about not

15    letting any unholy or crept talk come out of your mouth

16    but only such as is good for the edifying and building up

17    of the hearers?

18         A.    Yes.  And he also wasn't perfect, and I'm

19    not also perfect.  And I apologize for that incident

20    where I was cussing and hollering and stuff, because I

21    still live in the flesh, just like you do, he does, too.

22    And we all have faults, and none of us are perfect.

23                   But at the same time, you know, when the

24    flesh, it comes out -- and -- and not The Spirit of -- of

25    Christ, that's when, you know, we -- we all fall short.

1    But at the same time, we still believe that Jesus Christ

2    is Lord, and he does say not to use the foul language.

3              Q.   So we've talked about the -- I mean, that

4    was quite a list of emotionally traumatic events.  I

5    think it was maybe seven, maybe eight occurrences.

6              Where would you say that the events of

7    July 13, 2021 rank in that list?

8              A.   I was -- it's up there.  I was in fear of

9    my life, yeah.  I was in fear for my life and Susan's

10   life and the workers' life, you know, based on -- on my

11   experiences with Mr. Benson -- Bensman and -- and prior

12   to that.

13             Q.   Mr. Bensman that day, July 13, 2021, he

14   didn't use his handcuffs on anyone, did he?

15             A.   No.

16             Q.   And he didn't point his gun at anyone, did

17   he?

18             A.   No, but he did take it out of his holster.

19             Q.   And he took it out of his holster to put

20   it back in the car, correct?

21             A.   I -- I didn't see that -- that -- that

22   part.

23             Q.   Okay.  So -- but do you remember that

24   there was one point on the property that day, July 13,

25   2021, where Mr. Bensman had a pistol in his holster and

1    then there was another -- and then there was another

2    moment where he didn't?

3                    MR. MINSHALL:  Objection.  Form.

4            Q.  (By Mr. Hegarty)  I'm just asking if you

5    remember, Joe.

6            A.   No.  At that point in time, I -- I was --

7    I was more -- I turned my attention towards Terry

8    Sandoval, and so I didn't even notice that -- that he did

9    do that.  So if he did do that, then -- then -- then he

10   did, but my -- my focus at that point in time was -- was

11   keeping Terry Sandoval away from -- from my wife because,

12   you know, she was really upset.

13           Q.   And Mr. Bensman, he never entered the --

14   the -- let me back up.

15                Susan, she gave the name "fifth wheel" to

16   the beige-and-brown camping trailer that y'all had on

17   your property and you lived in and I think you're in

18   right now.

19                Does that sound right to you?

20           A.   Yes.

21           Q.   That day, July 13, 2021, Mr. Bensman did

22   not enter the fifth wheel, correct?

23           A.   No.

24           Q.   And Susan -- Susan said that he didn't

25   come within 10 feet of the fifth wheel, and she said that

1    in her opinion, he almost came within 20 feet of the

2    fifth wheel.

3                     Does that sound accurate?

4                     MR. MINSHALL:  Objection.  Form.

5                     Go ahead and answer the question.

6             A.   Yes, because the -- the -- the

7    investigation that they were conducting continued.  They

8    were there for quite a while and --

9             Q.   (By Mr. Hegarty)  Right.

10            A.   -- but --

11            Q.   Ten minutes -- Joe, ten minutes and -- the

12   video where Mr. Bensman is parked on your property goes

13   for a little over ten minutes.

14                    Do you remember that?

15            A.   Yes, but they were there -- there longer.

16   That doesn't mean that the video was turned off or shut

17   off at any point.  Because they were walking around where

18   we -- we excavated.  They were walking by our trailer.

19   They were looking down into the -- the excavation that --

20   beneath the -- because they can't see it from the road

21   because there was a large mountain there.

22                    So they were walking around and -- and at

23   that point, I mean, I even went into the -- into our

24   fifth wheel or RV and came out.  And that's -- that's not

25   on video.

 1            Q.    But if Mr. Bensman's body cam shows him

 2    getting out of his car at a minute -- after he parks it

 3    safely, at a minute and 15 seconds, and shows him driving

 4    away at 10 minutes, we would take that as factual,

 5    correct?

 6            A.    Not if he turned his -- his body cam on

 7    and off.

 8            Q.    All right.  But if he didn't, we would

 9    take it as factual, correct?

10            A.    Yeah, but I seen him turn it off.  He

11    was -- he turned it off and on like this (indicating).

12    He was -- he was hitting the -- the body cam.

13            Q.    So is it your testimony under oath that

14    Mr. Bensman did not have his body camera on continuously

15    while he was on the subject property?

16            A.    That's what it looked like to me.

17            Q.    All right.  And so if his body cam is

18    actually continuous footage, you would be wrong then,

19    wouldn't you?

20            A.    Well, the -- the -- the Huerfano County

21    Sheriff, when they came over, the captain actually

22    said -- because we asked for that footage, and he -- he

23    told us that -- I believe it was Captain Martin or

24    something like that, he said that Bensman's body cam was

25    not working properly and, therefore, they didn't have any

1    footage.

2              Q.   But that turned -- but we all know that --

3    assuming he said that -- which I wasn't there so I can't

4    verify that hearsay -- that turned out not to be correct,

5    right?

6              A.   I don't know.  I don't know if he turned

7    it on or off.  It looked like it -- to me, like he was

8    turning it on and off.

9              Q.   Right.  But earlier today, Joe, you

10   admitted that you've watched the 10-minute-and-35-second

11   video clip of Mr. Bensman's body cam, didn't ya?

12             A.   Yes, I did.  I watched that clip.  It

13   doesn't mean he didn't turn it off and turn it back on

14   again.

15             Q.   Well, I guess we'll let Judge Domenico

16   assess the credibility of that testimony.

17             Mr. Bensman did not cause physical damage

18   to the subject property on July 13, 2021, correct?

19             A.   Yeah, he did.  He drove on our pasture.  I

20   mean, he drove -- he drove where -- where our animals

21   graze.  He -- I mean, he halted the -- the -- the permit

22   that we had to -- to do the well.  He -- he caused damage

23   for -- for the employees.  One of them didn't even come

24   back --

25             Q.   Sir --

1              A.   -- he quit --

2              Q.   -- I'm asking you -- Joe, I'm asking you a

3    very specific question:

4                   Did Jeff Bensman cause permanent physical

5    damage to the land on July 13, 2021?

6              A.   No.

7                   MR. HEGARTY:  I have no further questions.

8    Thank you.

9                   THE WITNESS:  Thank you, God bless.

10                  MR. O'CONNELL:  Leslie, you're muted.

11   You're still muted.

12                  MS. SCHLUTER:  All right.  I was taking

13   notes.

14                  I don't have any questions.  Thank you.

15                        EXAMINATION

16   BY MR. O'CONNELL:

17             Q.   All right.  Mr. Guerrero, my name is

18   William O'Connell.  I represent Terry Sandoval.  I'm

19   going to ask a couple questions.

20                  It's been a long day for the lawyers and

21   for you and your wife, so I would appreciate just

22   answering my question.  If I want to explore further with

23   you, I'll ask follow-ups.  Okay?

24             A.   I'll try.

25             Q.   I'm going to bounce around here a little

1    bit because I'm going after Mr. Hegarty, who covered most

2    of what I planned on covering with you.  So if you're not

3    crystal-clear on what I'm asking you, please let me know.

4                    You testified earlier this afternoon that

5    you're disabled, and you identified bladder issues.  And

6    you also testified you had a stroke, I believe.

7                    When was -- when did you have a stroke?

8            A.    The doctor doesn't know when, but the

9    doctor did say that it was a mild stroke.  And I believe

10   I seen that doctor about six months after this incident

11   happened.

12           Q.    All right.  So this incident was July 13,

13   2021.  So about early part of 2022; is that right?

14           A.    Yeah, right around there.

15           Q.    Are you attributing the stroke to the

16   alleged emotional distress and pain and suffering caused

17   by the defendants as a result of the July 13, 2021 visit

18   to your property?

19           A.    Well, it wasn't because I was running a

20   marathon.

21           Q.    Okay.  So was that a yes, you are

22   attributing it to their actions?

23           A.    Definitely.

24           Q.    Has any medical provider ever informed you

25   that your stroke was caused by this visit by Mr. Bensman

 1   and Mr. Sandoval to your property on July 13, 2021?

 2           A.   No, but this is what I had -- I had told

 3   the doctor, that my blood pressure had skyrocketed,

 4   and -- and -- and that was evident from the exam.  You

 5   know, as high as 175/130.

 6               Like, even like right now, I've got a

 7   headache.  This is very stressful, especially after that

 8   code enforcement officer being parked right outside our

 9   RV here.  Again, it's -- I hope you can understand, if

10   somebody was doing that to you, how stressful this --

11   this is and -- and still is, continues.

12           Q.   So no medical professional has informed

13   you that the stroke was caused by Mr. Bensman and

14   Mr. Sandoval's visit to your property on July 13, 2021,

15   correct?

16           A.   Correct.

17           Q.   It's your belief that it was caused by

18   that visit, correct?

19           A.   Definitely.

20           Q.   Do you have any medical training?

21           A.   No.

22               Well --

23           Q.   Have you --

24           A.   -- I can do CPR, stuff like that, I -- I

25   did take some class for CPR.

1                    Also -- you know, not formal.  Like I

2    said, my wife that was dying of cancer, I was -- I was --

3    basically a lot of training that I received from the --

4    during her care to help, you know, keep her -- keep her

5    alive and -- and so -- but no formal training.

6          Q.    Right.

7                    So when it comes to issues, medical issues

8    such as strokes, you have no medical training or

9    otherwise medical education to inform your opinion that

10   your stroke was caused by this visit of July 13, 2021,

11   correct?

12         A.    Correct.

13         Q.    You also testified that you had some --

14   you have bladder issues.  And a few moments ago, you

15   testified that you wet the bed.

16                    Is that the -- are those the bladder

17   issues that you referenced?

18         A.    It's -- it's not bladder issues.  What it

19   is, is that -- that I've become so fearful.  We've had --

20   we've had sheriff deputies up here, Huerfano County, that

21   have -- that have, in the middle of the night, had their

22   spotlights sitting there shining on the RV.

23                    And I -- you know, I -- because it was the

24   middle of the night, I didn't know who they were, so in a

25   minute, I jumped in my truck and I chased them down the

1    hill, which would be south on Taylor Boulevard.  I caught

2    up with them, and I almost skidded past them, and I was

3    like, "Oh, my God, these are sheriff deputies."

4                    And so I have their cards here somewhere.

5              Q.   What -- well let me ask you this,

6    Mr. Guerrero, in the interest of time:

7                    What other bladder issues have you been

8    experiencing, as you testified to, other than the wetting

9    of the bed?

10             A.   The other bladder issue would be -- well,

11   I mean, like right now, I need to use the restroom, so if

12   I can -- we could take a quick break, I can go to the

13   restroom and come right back.

14                   MR. O'CONNELL:  That's -- we can take a --

15   yeah, why don't you use the restroom.  I'll probably have

16   ten minutes' worth of questions for you when you get

17   back.

18                   THE WITNESS:  Okay.  Thank you.

19                   MR. O'CONNELL:  Thank you.

20                   (Recess taken from 5:44 p.m. until

21   5:47 p.m.)

22             Q.  (By Mr. O'Connell)  Now, this wetting of

23   the bed, do you attribute that to the visit that

24   Mr. Bensman and Mr. Sandoval paid to your property on

25   July 13, 2021?

1           A.    Definitely.  It's psychological.  It's not

2      physical, it's psychological.

3           Q.    When did you begin wetting the bed in

4      relation to that visit of July 13, 2021?

5           A.    When the continued threats and harassment

6      by Huerfano County and -- and before Terry Sandoval

7      and -- and Jeff Bensman got fired.  But when they did get

8      fired, you know, I did feel a lot better.  But now we're

9      getting -- like today, we're getting, you know, like the

10     next -- it doesn't stop.

11               I mean, we've had -- we had the supervisor

12     for the -- the garage that they have, whatever, come up

13     there -- come up here and -- and threaten me, you know,

14     and telling me that if I even pull a permit and -- and

15     they wouldn't -- they wouldn't pass anything that I did:

16     building, septic, it wouldn't be -- and now this guy is

17     the head of the roads and bridges.

18               Because at the time, Bonnie -- I can't

19     remember her name, she was the head of -- the head of the

20     roads and bridges.  I mean, she called me up and told me

21     to get off the f -- off her f'ing property.  I'm like,

22     "This is not your property."

23               So -- so this -- this thing is -- the new

24     code enforcement officer and the building inspector, I

25     can't remember his name, and -- and now the County has

1   voted on using the sheriff's department to enforce code

2   enforcement.

3                    And I've seen them, not only with -- with

4   me, but with other people, where they -- they really

5   threaten people for -- for having trash in their -- in

6   their yard.  Do I like that they have trash or they have

7   junk, you know, a junkyard down the road here that's

8   prohibited, but nobody -- nobody tells Frank anything.

9   But you've got -- you've got sheriff deputies that have

10  come to our place.

11                   There was four officers that have showed

12  up with this new building inspector, code enforcement

13  officer, building inspector that hasn't even passed the

14  test.  Like, how do you -- how do you be a building

15  inspector and haven't passed the building code test?

16           Q.    All right.  Mr. Guerrero, I'm going to

17  stop you there.  And I usually don't interrupt, but this

18  case, as Mr. Hegarty advised you of, is limited to the

19  incident of July 13, 2021.

20                   So in the interest of time and because you

21  testified actually -- or maybe you didn't testify, it was

22  off the record -- you said you hadn't had a lot to eat, I

23  don't want to keep you unnecessarily, you know, long here

24  on the deposition.

25                   So --

1           A.    Thank you.

2           Q.    -- when did the bed-wetting start in

3    relation to the July 13, 2021 visit?  In other words, how

4    soon after that visit did the bed-wetting start?

5           A.    About a week.

6           Q.    Okay.  And had you ever wet the bed before

7    in your life?

8           A.    Never -- well, when I was a child.

9           Q.    Well, as an --

10          A.    But --

11          Q.    -- adult, no?

12          A.    I was -- I was potty-trained at 1 years

13   old, so I -- I didn't start --

14          Q.    Oh, you were --

15          A.    -- wetting the bed --

16          Q.    -- a self-starter?

17          A.    Yeah, yeah.

18          Q.    So did you go to any medical

19   professionals, such as a urologist, to discuss this

20   bed-wetting that began about a week after the July 13,

21   2021 visit?

22          A.    No.  I'm -- I'm pretty embarrassed about

23   it.  You are the only people that -- besides Taylor that

24   I've -- I've talked to about this.  And, you know,

25   it's -- I don't know, for me, it's embarrassing.

1              I know that it is, you know, psychological

2    because, I mean, I -- I've sat here for I don't know how

3    long and didn't need to go to the restroom, so it's not

4    the bladder.  You know, I drink a lot of water and stuff

5    like that, and I go like I used to go normally.  So

6    it's -- you know, I wake up -- I wake up in the middle of

7    the night sweating, shaking, or jolting, just hearing --

8    hearing, you know, anything.

9              And I'm -- I'm the type of guy that was --

10   like that Jeff Bensman, I used to rock climb and stuff

11   like that.  I used to come out here and I would sleep

12   and -- up in the lakes up here, and I would wake up in

13   the morning and see a bear across the pond from me, and I

14   would go back to sleep.

15             So I was -- I was not the type of person

16   that was -- that was afraid of anything or anyone.

17        Q.   Okay.  Let me wrap up this bed-wetting.

18             How many times did you wet the bed?

19        A.   Oh, man, a lot, multiple times.

20        Q.   Has it stopped?

21        A.   No.

22        Q.   So you're still -- it's still occurring to

23   this day?

24        A.   Yes.

25        Q.   Now, you testified a few moments ago -- or

1    you referenced Mr. Sandoval being fired by the County.

2                    So it's your belief that he was fired as

3    opposed to resigned?

4          A.    Yeah, because what -- what -- what I heard

5    from Sandoval's -- his own mouth that it was because of

6    Mrs. Sykes and that he swore that he was going to sue

7    her.

8          Q.    All right.  Now, you referenced

9    "hoodlums," is the words you used when Mr. Hegarty was

10   asking you some questions specific to the mental and

11   emotional distress and the actions of the defendants.

12                   Is it your contention in this case that

13   Mr. Bensman and Mr. Sandoval are properly characterized

14   as hoodlums?

15         A.    Well, not only hoodlums, but they're also

16   alcoholics.  They go to the -- I believe it's AA

17   meetings.

18                   I know this firsthand because I was going

19   to go to the same church where they hold these Alcoholics

20   Anonymous meetings, and they were there.  And so I -- you

21   know, I didn't want any trouble, so my wife and I decided

22   not to -- to go to that -- that church, just to stay away

23   from it, stay away from the trouble and stuff like that.

24                   But I -- they had the door open, and when

25   we were -- you know, we were just asking the pastor,

1   because we wanted to go there, if they -- you know, if

2   they had those meetings there, and he did say that they

3   do have the AA meetings there.  So, you know, that's --

4   and they keep the door open, you know, wide open, like,

5   during the spring or summer or whatever.

6              So, you know, it's right on the main

7   street, so we -- we drive by and -- oftentimes, and they

8   go -- I could see them in that -- in that meeting through

9   that door.  It's a pretty big door --

10             Q.   Okay.

11             A.   -- I could see them --

12             Q.   So you saw -- you saw Bensman and Sandoval

13  in this Alcoholics Anonymous meeting, I guess?

14             A.   Yes.

15             Q.   Okay.  So you would -- just make sure I'm

16  clear, you would properly characterize both of these

17  gentleman as hoodlums, correct?

18             A.   Yes.  And there was another term that I

19  used.  I forgot --

20             Q.   Well, I'm going to get to that.

21  Because --

22             A.   Okay.

23             Q.   -- you also -- you also mentioned -- and I

24  have it in quotes, raped, that when somebody's raped.

25             So are you -- do you believe that what

1    happened to you and your wife on July 13, 2021 was akin

2    to a rape?

3              A.   Oh, yeah, definitely.  You know, when --

4    when a -- when a person is raped by -- by someone, you

5    know, it's -- it's a physical trauma that these -- these

6    people would go through.  I mean, the -- or even shot,

7    and I've been -- I've been shot in the past.  It was a

8    hunting accident and -- but there's a difference

9    between -- and I've been shot at, you know.

10             And so there's -- there's a difference

11   between -- and I put it in the same category, that this

12   guy has invaded our life, our privacy, our -- what we

13   should be -- we should actually be protected by these

14   people, that the -- you know, the -- the sheriffs, the

15   police.

16             And I -- I've been in the building area

17   for years.  I have met -- I -- my -- I took my general

18   contractor's test when I was 13 years old, 1973, the

19   eighth grade.  And it -- my -- my -- the test that I took

20   was hanging on the wall -- I don't know if it's there

21   anymore -- in Parker, in Colorado, in Parker, the town,

22   city of Parker.

23             And so I have dealt with hundreds.  I used

24   to -- when I was doing the work in Trinidad, not too far

25   away from here, the building inspector would come over to

1    my house once a week and we would have coffee and

2    doughnuts and we would discuss the changes in the

3    building codes, like they were requiring -- which is

4    really smart -- to use Ice & Water Shield for the roofs

5    and stuff like that.

6                So I have gotten along extremely well with

7    building inspectors and -- and code enforcement officers.

8    Like I said, I never really did ever see anything with

9    the code enforcement officer, you know, but -- especially

10   one that has no construction experience, like Jeff

11   Bensman said.

12               Q.   Okay.

13               A.   But as far as --

14               Go ahead.

15               Q.   Go ahead, sir.  I just -- we're getting

16   close to 6:00, and so I think you answered my question so

17   I'm going to move on.

18               A.   Thank you.

19               Q.   So you analogize the visit of July 13,

20   2021 to a rape.  However, Mr. Sandoval never touched you,

21   correct?

22               A.   Correct, but he was -- he was, in my term,

23   in my -- what I could see off on -- on mine was that he

24   was -- he was coming towards -- which I thought was a

25   threat because I was told by a police officer that when

1    they come towards you, like if I was coming to your space

2    or whatever, that's assault.

3                    So I felt that that was an assault.  Did

4    he touch her?  No, which just is battery.

5                    So yes, I felt very threatened by both

6    Sandoval and Bensman.

7                    And Sandoval, you know, Susan kept telling

8    him, and I told him several times, you know, "Are we

9    building anything here?"  And he said, "No."  "Okay, if

10   you're not building anything here, then what are you

11   doing here?"

12                   So what is he doing there if we're not

13   building anything, if he's a building -- and he wouldn't

14   be doing the inspection for the well anyway, the well

15   pump; it would be the -- the -- Mrs. Sykes.  So what are

16   they doing?

17                   It's an assault.  He's getting in my

18   wife's face.  That's a threat.

19        Q.    So it's your testimony under oath,

20   Mr. Guerrero, that my client, Terry Sandoval, got in your

21   wife's face; is that right?

22        A.    Yes.  She walked up there with the -- with

23   the phone to -- to record everything, and he kept walking

24   towards her, walking to her.  And like I said, it didn't

25   stop there.  They continued -- they looked over into the

1    excavation, they were investigating what we were doing

2    even though we were telling them, "We're not building

3    anything, please leave."

4                He didn't -- why didn't he just get in his

5    car or his truck and say, "I'm sorry, I shouldn't be here

6    because I'm not the inspector for this," and -- and --

7    but he continued, he continued on and on and on and --

8          Q.    All right.  Let me --

9          A.    -- on and --

10         Q.    Let me stop you there, sir.

11               Your wife testified under oath this

12   afternoon that she believed Mr. Bensman and Mr. Sandoval

13   were on your property on July 13, 2021 for about the same

14   period of time.

15               Do you agree with that?

16         A.    Well, what is she -- what's the period of

17   time that she's saying?

18         Q.    Well, she testified that it was -- and

19   I'm -- I'm not quoting your wife, but somewhere along the

20   lines of ten minutes.

21               So my question is, do you agree with your

22   wife's testimony that Mr. Bensman and Mr. Sandoval were

23   on your property for the same amount of time, number --

24   that's my first question:

25               Do you agree with that?

1            A.    No, no.

2            Q.    You don't agree with that.

3                  So who was on your property longer:

4    Bensman or Sandoval?

5            A.    They were there the same amount of time,

6    and I don't know if you see in the video, I'm actually

7    talking to them at the entrance of -- of the -- the

8    property.

9            Q.    Right.  So I just want to make sure the

10   record is clear.

11                 You agreed that Bensman and Sandoval were

12   on your property for the same amount of time, correct?

13           A.    Yeah, and it was longer than ten minutes.

14           Q.    Okay.  So you disagree with your wife's

15   testimony.

16                 Your wife also testified under oath this

17   afternoon that Mr. Sandoval never raised his voice.

18                 Do you agree with that?

19           A.    No.

20           Q.    Your wife also testified under oath this

21   afternoon that Mr. Sandoval never used profane language.

22                 Do you agree with that?

23           A.    Yeah, I agree with that.

24           Q.    Your wife testified this afternoon under

25   oath that to her knowledge, Mr. Sandoval was not armed.

1                    Do you agree with that?

2          A.    Not that I could see, yes.

3          Q.    Your wife testified this afternoon under

4     oath that Mr. Sandoval never engaged in any force.

5                    Do you agree with that?

6          A.    Well, like I said, I mean, you know, he --

7     he crossed that -- that -- that threshold coming into her

8     face, so no, I think it is force.  He --

9          Q.    Okay.

10         A.    -- used --

11         Q.    So your wife --

12         A.    -- he used --

13         Q.    Your wife --

14         A.    He --

15         Q.    -- was the one who was allegedly --

16    Mr. Sandoval allegedly got in your wife's face, but your

17    wife testified under oath this afternoon that he never

18    engaged in any force.

19                   Do you find that inconsistent?

20         A.    No, not at all because it's -- you're

21    talking about how she felt, and I'm talking about how --

22    what I was seeing.

23                   And that's why I went over to Mr. Sandoval

24    and -- and confronted him, because this ain't the first

25    time that I've -- I've confronted -- or Mr. Sandoval had

1    to be dealt with, and I was -- and I was concerned about

2    my wife and --

3            Q.   Well, this was your first interaction with

4    Mr. Sandoval, wasn't it?

5            A.   With -- was what?

6            Q.   This was your -- July 13, 2021 was your

7    first interaction with Mr. Sandoval in his capacity as

8    the County building inspector --

9            A.   No --

10           Q.   -- correct?

11           A.   -- no.   No.

12           Q.   Okay.

13           A.   We had several -- we had several

14   encounters.

15           Q.   Okay.  But -- and in the interest of time,

16   I'm not going to pull it up and share my screen.  But I

17   can tell you that in your discovery responses that you

18   signed under the pains and penalties of perjury, you

19   don't identify any incidents prior to July 13, 2021 with

20   Mr. Sandoval.

21               So is it your testimony under oath here

22   this evening that prior to the incident of July 13, 2021,

23   you had other interactions with Mr. Sandoval in his

24   capacity as the County building inspector?

25           A.   Yes, both of them.  I had interactions

1    with Terry Sandoval and they -- they wanted me to go

2    down -- they wanted to meet with me with the -- the two

3    of them.  I mean, when we first bought the property.  I

4    mean, that -- that's what I've been stating.

5                    I mean, you know, there were several times

6    that Terry Sandoval came up on -- on the -- on the -- the

7    property, and I told him, "You're trespassing.  Do you

8    have a warrant?  You shouldn't be up here."  I've told

9    him several times.  There was several incidents --

10   incidents that these people think they could just drive

11   on our property and -- and do their investigation

12   where -- without an administrative warrant.

13                   So --

14        Q.   And that was --

15        A.   -- yeah --

16        Q.   That was prior to July 13, 2021; am I

17   understanding you?

18        A.   Yeah.

19        Q.   All right.  Your wife testified this

20   afternoon under oath that she never believed Mr. Sandoval

21   would enter your RV or trailer.

22                   Do you agree with that?  Did you ever have

23   that belief that he would enter your RV or trailer?

24        A.   I -- no, that wasn't -- that cross -- that

25   thought didn't cross my mind.

1             Q.   You testified a few moments ago that --

2    and I'm unclear on this, so I want to make sure I'm clear

3    because it relates to my client, Mr. Sandoval -- that

4    Mr. Sandoval or his children or wife, somebody asked for

5    forgiveness.

6             Did I hear that correctly?

7             A.   Yes.  At the church, his -- his sons had

8    approached me and asked for -- for forgiveness for

9    their -- their alcoholic dad.

10            Q.   When did this happen?

11            A.   Well, it happened -- I don't know the

12   exact date.  It was -- and, actually, it was -- it was

13   the two sons; there was separate incidences.  One before

14   this incident happened, because my -- it was my

15   understanding that -- that Terry Sandoval used to

16   actually go to the same church that we went to.

17   Unfortunately, the alcohol got the better of him.

18            So I don't know which son it was.  I

19   believe it was maybe Terry, Jr. before this incident

20   happened because they knew that his dad was -- was, you

21   know, harassing us before this incident happened, and so

22   they apologized.  They come to the church and apologized.

23            Q.   How soon --

24            A.   He --

25            Q.   -- after -- was this apology offered to

1    you after the July 13, 2021 visit?

2              A.    No.   The one with the older son was

3    before.

4                    And then after this incident, I believe it

5    was for -- I think it was for the Christmas party that we

6    had at the church, that he just kept making eye contact

7    with me, and I was just trying to avoid him.   I didn't

8    really know who he was until he actually came up and

9    said, "Hey, can I talk to you for a minute?"   And I said,

10   "Yeah, sure."   And -- and he said that he is -- he was

11   really sorry for --

12             Q.    All right.   And --

13             A.    -- his dad --

14             Q.    -- did -- did he --

15                   I'm sorry to interrupt, sir.

16                   Did he refer to his father as an alcoholic

17   during that conversation with you?

18             A.    Yes, yeah, he did.   He said he just -- he

19   can't -- he said his dad can't -- he can't stop drinking.

20                   I know that he had -- according to a -- a

21   report, that he had bought a new Subaru or something like

22   that and had -- had crashed it and rolled it.

23                   And he was -- and I could smell alcohol on

24   his breath, and that's why I was thinking it was kind of

25   strange, is that I could smell -- because he was wearing

1    a mask, Terry was, and I could -- I could smell -- as I

2    got closer to him, I could smell that the -- the alcohol

3    on his breath at --

4            Q.   So you --

5            A.   -- that time and --

6            Q.   So you believe when he visited your

7    property on July 13, 2021, he was under the influence of

8    alcohol?

9            A.   Oh, definitely.

10           Q.   How did you respond -- and please be

11    succinct, Mr. Guerrero, in the interest of time.

12               How did you respond to his son when his

13    son apologized to you for the actions of his alcoholic

14    father?

15           A.   We -- we cried and prayed and -- you know,

16    and -- and I told him that I really appreciate, it takes

17    a lot for -- especially a young man, I don't know if he's

18    in his 20s or 30s, but especially for a young man to --

19    to come and -- and apologize for his -- his dad and

20    his -- his behavior.

21               And it really touched my heart that --

22           Q.   Was she --

23               Go ahead.  Sorry.

24           A.   That's okay.  I'm done.

25           Q.   Was your wife a witness to this

 1    conversation with Mr. Sandoval's son?

 2           A.   No.  We were outside by -- outside the

 3    church by my -- my truck.

 4           Q.   Okay.  And I'm just -- I'm not trying to

 5    belabor this.  I'm just trying to figure out the time.

 6                So you believe it was sometime around

 7    Christmas?

 8           A.   Yeah, I believe this would have to be --

 9    it had to be that Sunday either before or after

10    Christmas, we had a -- you know, a Christmas dinner, I

11    believe it was -- yeah, I believe it was that, it was --

12    so --

13           Q.   You just can't pinpoint the year; did I

14    get that -- do I have that straight?

15           A.   Yeah, it was -- it was 2024.

16           Q.   Oh, it was this past Christmas, so it was

17    only, what, a month or so ago?

18           A.   Yeah, yeah.

19           Q.   Okay.

20           A.   Yeah.

21           Q.   All right.  And I'm almost finished here.

22                Your wife testified earlier that your

23    pastor's name -- I believe I wrote this down in my notes

24    correctly -- Moses Barela.

25                Is that right?

```
 1              A.    That's correct.

 2              Q.    So he's the pastor you're referring to

 3    that you have spoken to about the emotional distress,

 4    pain and suffering, et cetera?

 5              A.    Yes.

 6              Q.    And Mr. Hegarty asked you a series of

 7    questions, whether you had seen any medical providers,

 8    psychiatrists, psychologists, et cetera, for the

 9    emotional distress and pain and suffering allegedly

10    caused by Mr. Bensman at -- Mr. Bensman's actions.  You

11    testified you hadn't.

12                    I assume the same applies for the actions

13    of Mr. Sandoval:  You have not treated with any

14    psychiatrist, psychologist, or any other licensed

15    professional for the emotional distress and pain and

16    suffering you're claiming that was caused by Mr. Sandoval

17    specifically, correct?

18              A.    Well, I -- I don't know if he's -- I don't

19    know his credentials, so he -- I know that he -- he did

20    go to colleges.

21              Q.    You're talking about Barela?

22              A.    No, I'm talking about the pastor.

23              Q.    Yeah, Pastor Barela, correct?

24              A.    Yeah, I'm sorry, yeah.  Okay.  I'm used to

25    calling him Pastor Moses, Moses.
```

1               Yeah.  I know that he did take several

2     courses, and I know that he is licensed to counsel, you

3     know, church members and stuff like that in his -- in his

4     position, but I don't know if he's registered or licensed

5     with the -- the State or anything like that.  But I know

6     that he has a lot of college and theology, which is --

7     you know, so yes, I -- I don't know if -- if he's a

8     licensed psychologist.

9               Q.   All right.  And then finally, do you

10    believe Mr. Sandoval's actions on July 13, 2021 were

11    prompted in any respect by the fact that you and your

12    wife are Hispanic?

13              A.   Well, I -- we've been -- we've been told

14    in person, both my wife and I, it -- it's because of our

15    color that this is -- that is -- but there wasn't any

16    name, specific name-calling.  But it was said that this

17    is what happens to people of color.

18              Q.   Who told you that?

19              A.   The -- the district -- the district

20    attorney.  I think it was the district attorney, Mr. --

21    jeez, I can't even remember his name.

22              Q.   So --

23              A.   So --

24              Q.   -- the -- the district attorney for the

25    judicial district where the property is located told you

```
 1    that this is what happens to people of color?

 2              A.   Yes, sir.  And -- and he's got the

 3    recording.  I mean, well, he should.

 4              Q.   But you have no -- you have no evidence to

 5    support any belief that you may have that Mr. Sandoval's

 6    actions were taken on July 13, 2021 on account of your

 7    Hispanic heritage, correct?

 8              A.   Well, I mean, they haven't done it to all

 9    the other white people out here, so, you know, it's like,

10    what is this -- what is this?

11              Q.   Okay.

12              A.   You know.

13              Q.   So you're just --

14              A.   Whatever, but --

15              Q.   You're just --

16              A.   -- you know, I'm --

17              Q.   -- speculating, correct?

18              A.   Well, you know, the thing is, is -- is --

19    is I was -- I was -- I was working down in Nashville once

20    and I was turned away from a restaurant.  And I thought

21    it was closed, but there were people in there.

22                   And the waitress said, "Oh, I'm sorry,

23    sir, you know, we're closed."  And I said, "Well, there's

24    people here."  And she said -- and she looked at my arm,

25    and I was wearing a short sleeve and -- and so I said,
```

1    "Oh, it's because of the color of my skin."

2                    And, you know, you can shake your head all

3    you want there, ma'am, but I'll tell you what, until --

4    until you experienced it, then -- then you don't

5    understand how that feels.

6                    And we've been called "f'ing Mexicans" out

7    here.  You know, there's a lot of language that we've

8    been called with other County employees.

9                    So you can shake your head all you want,

10   but, actually, I'm kind of honored that -- that this

11   falls into -- actually, I feel honored that they --

12   they -- because of my race, even though I'm a Peralta and

13   a Read, R-e-a-d, and yeah, I'm a Guerrero, my -- my -- my

14   grandmother was Apache Native American, my twin daughters

15   have red hair like you, and my other one has brown hair.

16                   And the thing is, is that -- that -- so

17   I've seen both sides.  I'm 64 years old.  I've seen where

18   prejudice and -- and race continues.  And if you don't

19   see that, then you're blind to your outside world.

20              Q.   Mr. Sandoval never referred to you in a

21   derogatory manner, did he, on July 13, 2021 or at any

22   other time, correct?

23              A.   Yeah, he did.  Like I said, this wasn't

24   the first incident.  There was several --

25              Q.   Hold on, hold on.

1                    Mr. Guerrero, I'm asking you -- let me be

2     more precise, then, in my question.

3          A.   Okay.

4          Q.   You testified that you've been called an

5     "f'ing Mexican."

6                    Mr. Sandoval never called you that, did

7     he?

8          A.   No, but the County he works for.  I

9     mean --

10         Q.   Well, that's -- I'm asking about

11    Mr. Sandoval.

12                   He never --

13         A.   Oh, okay.

14         Q.   -- referred to you by a derogatory name,

15    did he?

16         A.   No.

17         Q.   So it's your complete speculation that

18    perhaps his visit was prompted by the fact that you're

19    Hispanic, right?  Is that correct?

20         A.   Yes.

21                   MR. O'CONNELL:  I have nothing further.

22    Thank you for your time.

23                   THE WITNESS:  Thank you.

24                   MR. HEGARTY:  Unless I'm mistaken, this

25    deposition is concluded, unless anybody has any other

1    questions.

2                    All right.  Shelly, sounds like we're

3    done.  We can go off the record.

4                    THE COURT REPORTER:  Can I get copy

5    orders, please.

6                    MS. SCHLUTER:  So, Shelly, I'm --

7                    THE WITNESS:  I can hang up, right?  I can

8    hang up, we're done?

9                    MR. MINSHALL:  Yes, Joe, you can hang up.

10                   Shelly, I do request a copy for

11   Mr. Guerrero.

12                   THE COURT REPORTER:  And other counsel?

13                   MS. SCHLUTER:  Shelly, we're out of the

14   same pocketbook.  I'm -- I'll handle the order.

15                   (WHEREUPON, the within proceedings were

16   concluded at 6:16 p.m. on the 23rd day of January, 2025.)

17                   *     *     *     *     *

18

19

20

21

22

23

24

25

1          I, JOSE GUERRERO, hereby certify that I have
read the foregoing transcript and that the same and
2   accompanying correction sheets, if any, constitute a true
and complete record of my testimony.

3

4   PAGE  LINE          NOW READS              SHOULD READ

5   ____  ____  _____  _____

6   ____  ____  _____  _____

7   ____  ____  _____  _____

8   ____  ____  _____  _____

9   ____  ____  _____  _____

10  ____  ____  _____  _____

11  ____  ____  _____  _____

12  ____  ____  _____  _____

13  ____  ____  _____  _____

14  ____  ____  _____  _____

15  ____  ____  _____  _____

16  ____  ____  _____  _____

17

18                    _____
                      JOSE GUERRERO

19          Subscribed and sworn to before me this _____

20  day of _____, 20____.

21
            My Commission expires: _____
22
                      _____
23                    Notary Public
                      Address:  _____
24
                                _____
25

1                        REPORTER'S CERTIFICATE

2

3            I, K. MICHELLE DITTMER, Registered Professional

4    Reporter and Notary Public, State of Colorado, do hereby

5    certify that previous to the commencement of the

6    examination, the deponent was duly sworn by me to testify

7    to the truth in relation to the matters in controversy

8    between the parties hereto; that the said deposition was

9    taken in machine shorthand by me at the time and place

10   aforesaid and was thereafter reduced to typewritten form;

11   that the foregoing is a true transcript of the questions

12   asked, testimony given, and proceedings had.  I further

13   certify that I am not employed by, related to, nor

14   counsel for any of the parties herein, nor otherwise

15   interested in the outcome of this litigation.

16            IN WITNESS WHEREOF, I have affixed my signature

17   this 17th day of February, 2025.

18            My commission expires April 15, 2028.

19

20   _____
                  K. MICHELLE DITTMER
                  Registered Professional Reporter
21

22

23

24

25

```
 1   Dittmer Reporting
     dittmerreporting@gmail.com
 2   (303)257-8702

 3   February 17, 2025

 4

 5   TAYLOR G. MINSHALL, ESQ.
     RELEVANT LAW - Colorado Springs
 6   1311 Interquest Parkway, Suite 110
     Colorado Springs, Colorado 80922
 7
     Deposition of:  JOSE GUERRERO
 8   Taken:  January 23, 2025

 9   In Re:  DeHerrera, et al. v. Huerfano County, et al.
             Civil Action No. 23-cv-01610-DDD-MDB
10

11   Dear Mr. Minshall:

12   Enclosed please find the original signature page(s) of
     the above deposition.  It was agreed that you would
13   arrange for signature of JOSE GUERRERO's deposition by
     means of your copy transcript.
14
     Also enclosed are amendment sheets for changes if
15   necessary.  Please return the signature page(s) and
     amendment sheet(s) ...
16
     __XXX____  to our office for filing within 30 days to
17             comply with the Rule.

18   _____  to our office before _____, in
                order that the deposition may be filed in time
19              for trial.

20   _____  to THE COURT prior to trial, furnishing copies
                of amendments to opposing counsel.
21
     Thank you for your attention to this matter.
22
     Sincerely,
23
     K. MICHELLE DITTMER, RPR
24   Registered Professional Reporter

25   cc: Counsel of Record/original transcript
```

```
 1    Dittmer Reporting
      dittmerreporting@gmail.com
 2    Arvada, Colorado 80003
      (303)257-8702
 3


 4    LESLIE L. SCHLUTER, ESQ.
      Dagner Schluter Werber LLC
 5    8400 East Prentice, Suite 1401
      Greenwood Village, Colorado 80111
 6
      RE:  DeHerrera, et al. v. Huerfano County, et al.
 7         Civil Action No. 23-cv-01610-DDD-MDB

 8    Dear Ms. Schluter:

 9    Enclosed is the deposition of:  JOSE GUERRERO

10    _____  Signature waived.

11    _____  Signed, no changes.

12    _____  Signed, with changes, copy of which is
                  enclosed.
13
      _____  Unsigned, pursuant to stipulation of counsel
14                that the deponent may sign at the time of
                  trial.
15
      _____  Unsigned, notice duly given _____, 2025,
16                pursuant to the Rules of Civil Procedure.

17    _____  Unsigned, notice duly given _____,
                  since trial is set for _____.
18
      _____  Unsigned, due to settlement of case.
19

20    DITTMER REPORTING

21    cc:  Counsel of Record

22

23

24

25
```

MR. HEGARTY: [13]
16/11 16/15 28/5 28/8 28/10 28/15 56/4 56/8 77/10 82/11 82/17 111/7 138/24

MR. MINSHALL: [13]
29/16 29/20 29/23 36/9 36/11 82/16 84/5 88/14 88/20 96/25 107/3 108/4 139/9

MR. O'CONNELL: [4]
111/10 115/14 115/19 138/21

MS. SCHLUTER: [3]
111/12 139/6 139/13

THE COURT
REPORTER: [5] 28/7 28/9 28/20 139/4 139/12

THE WITNESS: [9]
29/19 29/22 36/10 36/13 84/14 111/9 115/18 138/23 139/7

$
$1,000 [2] 12/21 61/14
$1,500 [1] 44/5
$1.65 [1] 41/4
$100,000 [3] 61/7 61/15 61/16
$2,800 [1] 61/10
$240 [1] 78/12
$25 [2] 51/7 51/12
$25 million [2] 51/7 51/12
$250,000 [2] 87/6 87/12
$50 [2] 78/7 78/22
$50,000 [1] 46/16
$500,000 [1] 87/11
$60 [2] 49/14 78/7
$60,000 [1] 78/22
$70,000 [1] 76/20
$76,000 [1] 76/23

'
'5 [1] 36/20
'86 [1] 31/21

1
1.00 [1] 49/2
10 [7] 5/3 56/11 66/23 73/20 74/8 85/9 109/4
10 degrees [1] 5/4
10 feet [1] 107/25
100 [3] 18/11 67/9 97/18
1001 [1] 2/9
11 [1] 39/6
110 [2] 2/4 142/6
111 [1] 3/5
112825052 [1] 64/18
12 [2] 68/13 68/13
12-inch [1] 71/11
12-month [1] 88/2
1212 [1] 2/17
13 [56] 11/20 11/25 12/10 13/3 13/8 61/2

64/7 64/25 65/8 65/12
65/21 67/16 68/17
69/12 70/17 73/21
76/18 77/7 77/16 86/7
86/11 86/15 86/19 93/8
95/2 101/12 101/17
106/7 106/13 106/24
107/21 110/18 111/5
112/12 112/17 113/1
113/14 114/10 115/25
116/4 117/19 118/3
118/20 122/1 122/18
123/19 125/13 128/6
128/19 128/22 129/16
131/1 132/7 135/10
136/6 137/21
130 [1] 113/5
1311 [2] 2/4 142/6
13th [1] 65/15
14 [6] 8/16 8/24 11/9
41/20 59/8 71/10
14-foot [1] 19/21
1401 [2] 2/13 143/5
142 [1] 59/17
147 acres [1] 59/17
14th [1] 65/15
15 [4] 30/18 41/2 109/3 141/18
150 yards [1] 67/9
160 acres [4] 21/24 23/18 59/14 59/18
1600s [1] 35/8
17 [2] 56/12 142/3
17 acres [1] 22/7
1700 [1] 2/16
1746 [1] 30/20
175/130 [1] 113/5
17th [2] 2/9 141/17
18 [8] 3/21 29/8 29/25 30/3 30/5 30/12 61/11 81/6
1960 [1] 4/19
1973 [1] 122/18
1978 [4] 31/17 39/5 41/6 41/10
1980 [2] 44/5 44/5
1980s [1] 44/3
1982 [1] 39/20
1984 [1] 31/21
1:00 [1] 18/10

2
2,350 feet [1] 59/21
20 [3] 8/16 48/16 140/20
20 feet [2] 41/20 108/1
200 [1] 41/18
200 feet [1] 90/1
2000 [5] 38/16 38/17 52/25 53/7 53/19
2008 [1] 36/19
2011 [1] 39/10
2014 [2] 30/23 31/2
2015 [1] 72/13
2016 [1] 80/14
2017 [1] 38/6
2019 [2] 45/7 78/4
2021 [60] 11/20 11/25 12/10 13/3 13/8 61/22

64/7 64/25 65/8
65/12 65/21 66/24
67/16 68/17 69/12
70/17 73/21 76/18 77/7
77/16 86/7 86/11 86/15
86/19 93/8 95/2 101/12
101/17 106/7 106/13
106/25 107/21 110/18
111/5 112/13 112/17
113/1 113/14 114/10
115/25 116/4 117/19
118/3 118/21 122/1
123/20 125/13 128/6
128/19 128/22 129/16
131/1 132/7 135/10
136/6 137/21
20210713 [2] 64/18 65/6
2022 [4] 87/19 88/2 88/10 112/13
2023 [3] 90/14 90/15 90/18
2024 [6] 61/2 82/3 91/18 91/18 91/25 133/15
2025 [8] 1/4 1/16 3/2 139/16 141/17 142/3 142/8 143/15
2028 [1] 141/18
20s [1] 132/18
22:28 [1] 31/4
23 [4] 1/4 1/16 3/2 142/8
23-cv-01610-DDD-MDB [3] 1/2 142/9 143/7
23CV30004 [1] 20/14
23rd [1] 139/16
24 hours [2] 16/7 16/19
24 inches [1] 41/19
24-second [1] 10/7
250 [1] 51/8
2500 degrees [2] 41/14 42/19
257-8702 [2] 142/2 143/2
26 [5] 3/17 28/23 29/1 29/8 61/18
28 [2] 3/17 30/20
28S [2] 59/4 59/7
29 [5] 3/8 82/19 83/13 83/14 85/19
2:34 [1] 1/15

3
3-foot-by [1] 78/10
30 [7] 3/10 10/6 61/22 61/24 82/23 85/15 142/16
300 [1] 2/9
300 pounds [1] 71/16
303 [2] 142/2 143/2
303-221-4661 [1] 2/14
303-628-3300 [1] 2/10
303-830-1212 [1] 2/17
30s [1] 132/18
3300 [1] 2/10
35 [1] 73/20

35 seconds [1] 74/9
3:00 [1] 25/22
3:55 p.m [1] 56/6

4
4-minute [1] 66/15
40 [1] 10/6
4396 [1] 2/5
4661 [1] 2/14
4:00 [1] 25/23
4:21 p.m [1] 56/7

5
500 [3] 34/19 34/19 37/3
500 pounds [1] 73/7
504 [1] 78/25
51 [1] 66/16
57 [1] 3/13
5:44 p.m [1] 115/20
5:47 p.m [1] 115/21

6
6,000 [1] 76/22
6-foot-2 [1] 71/16
6-inch [1] 43/20
60 [3] 4/19 57/23 79/11
64 [3] 3/14 26/21 97/6 137/17
65 [1] 97/7
66 [2] 3/15 3/16
67 [1] 59/7
6:00 [1] 123/16
6:16 [1] 139/16

7
719-960-4396 [1] 2/5
75 [1] 3/21
7:00 [1] 16/1

8
8/8/60 [1] 4/19
80003 [1] 143/2
80111 [2] 2/13 143/5
80202 [1] 2/10
80290 [1] 2/17
80922 [2] 2/5 142/6
81005 [1] 4/17
82 [1] 3/8
83 [1] 89/8
8400 [2] 2/13 143/5
85 [1] 3/10
8702 [2] 142/2 143/2
8:00 [1] 16/1

9
9/11 [1] 39/6
900 [1] 2/16
935 [1] 4/16
9:00 [1] 16/1

A
AA [2] 120/16 121/3
ABC [1] 52/10
able [7] 18/7 79/22 80/13 81/15 90/23 90/23 91/19
about [107] 4/22 5/12 9/16 10/6 11/16 13/14

14/1 14/21 14/24 14/25
15/5 15/20 15/21 16/7
16/9 16/19 16/21 17/1
18/15 18/19 20/3 20/13
24/15 27/9 31/9 32/3
32/12 32/25 34/3 38/6
39/18 40/19 41/19
41/20 48/6 48/9 48/10
55/22 57/21 57/23
57/24 59/8 59/14 60/24
61/6 61/10 61/14 61/15
61/22 62/18 62/24
63/13 64/12 65/15
65/25 66/8 66/13 66/22
68/14 68/16 69/2 76/23
78/12 78/25 82/13 86/4
87/22 87/23 91/4 91/12
91/14 92/22 93/20
93/25 96/23 97/11 98/7
101/20 101/21 101/23
101/25 102/3 102/5
102/7 102/9 102/12
103/10 103/10 103/12
103/12 104/25 105/14
106/3 112/10 112/13
118/5 118/20 118/22
118/24 125/13 127/21
127/21 128/1 134/3
134/21 134/22 138/10
above [1] 142/12
absolutely [1] 7/5
access [2] 25/24 27/2
accident [8] 32/16
32/23 33/3 50/24 52/16
73/15 82/21 122/8
accompanying [1] 140/2
accomplices [1] 95/21
according [1] 131/20
account [3] 76/22 81/7 136/6
accountable [1] 96/12
accurate [7] 29/25 30/9 31/6 36/6 36/14 83/22 108/3
accurately [2] 53/20 54/5
Acke [14] 24/15 24/25 25/6 25/20 26/9 26/10 26/11 26/12 26/16 33/7 48/10 68/23 79/16 90/3
acquisition [1] 47/22
acre [3] 33/12 50/12 61/14
acreage [2] 61/10 61/10
acres [6] 21/24 22/7 23/18 59/14 59/17 59/18
across [5] 21/15 34/15 51/17 91/3 119/13
act [1] 37/12
action [4] 1/2 94/17 142/9 143/7
actions [9] 93/8 95/4 112/22 120/11 132/13 134/10 134/12 135/10 136/6
actually [38] 13/21

**A**

**actually... [37]** 25/20 25/23 26/3 26/4 26/5 27/11 33/4 33/22 34/19 35/12 35/12 39/7 39/19 41/17 42/10 42/11 45/11 52/9 62/25 67/4 71/21 72/8 80/2 80/2 92/14 94/3 95/11 109/18 109/21 117/21 122/13 126/6 130/12 130/16 131/8 137/10 137/11

**address [3]** 4/15 7/2 140/23

**Administration [1]** 53/11

**administrative [1]** 129/12

**admitted [3]** 13/2 26/4 110/10

**adult [1]** 118/11

**advice [2]** 6/12 84/19

**advised [1]** 117/18

**Aerospace [1]** 39/24

**affect [1]** 17/20

**affixed [1]** 141/16

**Afghan [1]** 39/15

**Afghani [1]** 39/12

**aforesaid [1]** 141/10

**afraid [4]** 72/15 80/4 80/5 119/16

**after [28]** 6/24 7/1 11/1 11/9 23/23 26/5 27/17 37/21 37/22 39/6 45/12 49/11 50/22 78/2 86/21 93/2 93/9 95/10 109/2 112/1 112/10 113/7 118/4 118/20 130/25 131/1 131/4 133/9

**afternoon [8]** 112/4 125/12 126/17 126/21 126/24 127/3 127/17 129/20

**again [16]** 8/19 11/21 17/4 18/13 20/4 32/13 44/22 53/23 57/23 72/15 78/17 84/22 90/14 97/20 110/14 113/9

**against [9]** 22/24 24/3 24/25 25/1 26/9 26/10 26/11 26/12 35/24

**agency [1]** 53/6

**ago [10]** 8/17 12/14 17/15 34/19 57/23 68/14 114/14 119/25 130/1 133/17

**agree [25]** 24/18 88/13 88/17 90/19 90/20 91/23 95/2 96/14 96/15 96/17 96/19 96/24 97/1 100/3 105/13 125/15 125/21 125/25 126/2 126/18 126/22 126/23 127/1 127/5 129/22

**agreed [2]** 126/11 142/12

**agriculture [1]** 49/3

**agritourism [4]** 88/12 90/16 91/20 92/11

**ahead [12]** 9/15 21/10 35/17 40/19 76/9 88/20 88/25 104/2 108/5 123/14 123/15 132/23

**ain't [1]** 127/24

**air [1]** 13/20

**aired [1]** 68/9

**akin [1]** 122/1

**al [4]** 142/9 142/9 143/6 143/6

**alcohol [4]** 130/17 131/23 132/2 132/8

**alcoholic [3]** 130/9 131/16 132/13

**alcoholics [3]** 120/16 120/19 121/13

**alive [1]** 114/5

**all [82]** 5/2 7/17 16/14 17/21 18/13 21/20 23/6 23/8 23/8 24/1 26/16 26/17 28/21 31/9 33/10 36/13 39/15 41/22 41/22 42/17 51/15 51/15 51/15 51/24 54/17 55/5 55/6 55/7 55/22 56/8 56/17 57/7 57/19 58/9 58/11 58/20 59/3 59/8 59/21 61/17 67/10 68/24 71/14 71/20 71/25 74/2 75/6 81/6 82/10 82/18 88/10 96/3 96/12 97/21 98/8 100/4 102/11 102/19 104/6 104/6 104/14 104/24 105/22 105/25 109/8 109/17 110/2 111/12 111/17 112/12 117/16 120/8 125/8 127/20 129/19 131/12 133/21 135/9 136/8 137/2 137/9 139/2

**alleged [2]** 93/8 112/16

**allegedly [3]** 127/15 127/16 134/9

**almost [10]** 43/5 43/11 48/2 48/3 71/5 77/22 92/4 108/1 115/2 133/21

**along [4]** 40/6 56/19 123/6 125/19

**alongside [1]** 22/9

**already [1]** 60/1

**also [26]** 6/20 6/25 17/23 18/1 22/11 23/10 26/2 26/2 26/3 40/14 63/5 66/22 76/11 96/19 97/6 105/18 105/19 112/6 114/1 114/13 120/15 121/23 121/23 126/16 126/20 142/14

**aluminum [2]** 22/13 22/18

**always [7]** 21/16 40/25 50/6 89/13 89/13 89/19 98/2

**am [13]** 6/21 8/7 20/12 35/15 47/2 55/25 84/18 96/4 98/7 98/8 99/18 99/16 129/16 141/13

**amazing [1]** 40/2

**ambushed [1]** 39/10

**Amen [1]** 104/1

**amendment [2]** 142/14 142/15

**amendments [1]** 142/20

**American [2]** 6/2 137/14

**Americans [1]** 39/25

**amount [6]** 24/7 36/1 78/3 125/23 126/5 126/12

**analogize [1]** 123/19

**ancestor [1]** 35/7

**Anderson [1]** 2/16

**Andy [4]** 67/19 68/11 68/12 68/16

**angry [1]** 25/11

**animals [6]** 15/24 60/6 77/21 77/22 90/10 110/20

**Anonymous [2]** 120/20 121/13

**another [10]** 23/3 23/3 48/8 63/14 76/22 78/24 102/6 107/1 107/1 121/18

**answer [22]** 6/8 6/12 6/17 7/15 29/21 36/11 57/6 57/8 84/10 84/12 84/15 84/19 84/21 86/24 87/4 88/20 88/22 88/25 89/1 90/15 103/5 108/5

**answered [1]** 123/16

**answering [1]** 112/12

**answers [5]** 5/22 6/4 29/2 30/9 30/14

**anxiety [2]** 87/14 93/7

**any [65]** 8/13 8/19 8/20 14/1 14/4 14/18 14/22 17/19 17/24 18/5 26/25 31/18 45/6 46/6 46/6 48/24 49/15 51/19 52/1 52/21 54/6 56/23 58/24 60/7 65/1 69/11 74/22 76/1 76/5 76/14 77/6 77/15 84/9 84/11 92/25 95/1 95/14 99/5 99/11 99/13 99/17 100/21 102/14 103/2 105/15 108/17 109/25 111/14 112/24 113/20 118/18 120/21 127/4 127/18 128/19 134/7 134/13 135/11 135/15 136/5 137/21 138/25 140/2 141/14

**anybody [10]** 9/4 9/7 48/4 68/17 72/1 91/10 91/25 92/10 102/21 138/25

**anymore [2]** 73/14 122/21

**anyone [7]** 15/14 18/22

**anyplace [1]** 91/6

**anything [24]** 8/10 21/15 33/16 33/17 47/3 50/5 60/7 60/20 69/23 79/22 88/3 93/19 93/20 102/21 116/15 117/8 119/8 119/16 123/8 124/9 124/10 124/13 125/3 135/5

**Anytime [1]** 6/7

**anyway [2]** 37/6 73/8 124/14

**aorta [2]** 72/13 72/14

**Apache [2]** 6/2 137/14

**apart [6]** 15/13 52/12 67/18 68/16 103/7 103/9

**apologize [4]** 28/10 57/5 105/19 132/19

**apologized [3]** 130/22 130/22 132/13

**apology [1]** 130/25

**Apostle [1]** 105/14

**app [1]** 8/4

**appearance [2]** 25/17

**APPEARANCES [1]** 1/19

**appears [1]** 30/13

**applied [1]** 53/9

**applies [1]** 134/12

**apply [8]** 49/16 49/22 51/25 52/7 52/13 52/18 52/22 53/1

**appointed [1]** 26/19

**appreciate [5]** 29/10 75/23 100/19 111/21 132/16

**appreciative [1]** 5/5

**approached [2]** 70/19 130/8

**approximately [6]** 10/6 22/6 59/20 59/22 85/5 96/22

**April [1]** 141/18

**are [55]** 9/16 13/3 14/21 17/19 19/3 20/17 20/19 20/19 21/18 22/13 26/18 27/8 29/13 30/9 34/15 34/21 34/22 39/25 40/7 40/8 40/8 47/19 47/23 56/25 62/24 63/4 66/13 70/16 73/18 76/10 82/5 84/18 86/5 93/23 95/22 95/25 97/21 98/21 99/5 100/6 100/6 101/12 105/22 112/15 112/21 114/16 115/3 118/23 120/13 121/25 124/8 124/10 124/25 135/12 142/14

**area [3]** 6/3 46/25 122/16

**arm [3]** 70/17 70/18 136/24

**armed [1]** 126/25

**around [10]** 18/10 54/18 60/19 76/20

**94/10 108/17 108/22 111/25 112/14 133/6

**arrange [1]** 142/13

**arthritis [2]** 82/24 82/25

**Arvada [1]** 143/2

**as [89]** 4/5 6/22 15/9 15/9 17/7 17/7 20/14 26/23 28/22 31/6 31/7 40/6 40/21 40/21 40/23 41/8 44/10 52/16 52/19 52/25 52/25 54/6 56/18 56/18 57/1 57/12 57/15 59/18 59/24 60/7 60/7 60/22 60/22 61/1 61/2 64/16 65/20 65/24 66/6 70/13 70/13 72/6 72/6 79/17 79/18 79/24 85/18 86/6 86/10 86/14 86/18 89/12 91/10 91/10 92/11 92/11 97/4 97/4 97/15 98/23 98/25 98/25 99/6 99/14 99/18 100/1 101/11 101/15 104/19 105/16 109/4 109/9 112/17 113/5 113/5 114/8 115/8 117/18 118/9 118/19 120/2 120/14 121/17 123/13 123/13 128/7 128/24 131/16 132/1

**ask [13]** 7/8 7/11 7/18 28/4 28/24 29/11 36/7 39/18 44/15 105/7 111/19 111/23 115/5

**asked [13]** 12/4 19/18 19/18 87/21 90/13 91/6 91/17 99/22 109/22 130/4 130/8 134/6 141/12

**asking [19]** 7/11 7/16 20/17 63/21 88/17 90/19 91/23 95/13 96/9 100/19 100/20 107/4 111/2 111/2 112/3 120/10 120/25 138/1 138/10

**asks [3]** 29/17 81/6 87/5

**aspect [2]** 90/16 91/20

**assault [5]** 11/7 93/13 124/2 124/3 124/17

**assess [1]** 110/16

**assessing [1]** 87/12

**assignment [1]** 46/12

**assistant [2]** 32/8 37/4

**associate's [2]** 31/20 31/25

**assume [2]** 7/17 134/12

**assuming [1]** 110/3

**ate [1]** 37/22

**attached [1]** 45/19

**attachment [2]** 75/14 85/10

**attachments [1]** 15/7

**attend [1]** 31/11

**attended [1]** 31/14

**attention [3]** 15/3

## A

**attention... [2]** 107/7
142/21
**attorney [14]** 6/10
14/15 15/13 16/24 26/1
67/18 76/17 77/5 77/14
84/7 84/16 135/20
135/20 135/24
**attorney's [3]** 76/23
82/22 84/19
**attorney-client [3]** 6/10
84/7 84/16
**attribute [1]** 115/23
**attributing [2]** 112/15
112/22
**August [5]** 4/19 62/19
63/10 63/22 66/23
**August 10 [1]** 66/23
**August 2 [3]** 62/19
63/10 63/22
**August 8 [1]** 4/19
**Austin [1]** 50/21
**Authority [1]** 24/17
**avoid [1]** 131/7
**aware [6]** 6/21 12/2
20/7 50/24 70/4 97/24
**away [28]** 11/4 18/11
36/5 36/22 38/16 48/11
50/23 51/3 64/6 67/1
67/9 72/4 72/6 73/23
74/3 78/25 79/1 90/1
91/4 97/19 103/11
103/18 107/11 109/4
120/22 120/23 122/25
136/20

## B

**baby [1]** 48/15
**back [50]** 16/12 16/16
23/7 24/2 28/5 28/11
28/15 28/18 31/22
32/15 32/17 35/18 41/3
44/3 44/5 44/13 44/21
45/2 49/25 50/3 50/4
50/17 50/17 50/22 51/4
51/13 51/13 52/20
53/23 55/21 56/8 57/22
58/7 61/17 63/1 71/22
72/2 77/11 77/12 77/21
78/9 79/23 82/3 106/20
107/14 110/13 110/24
115/13 115/17 119/14
**backhoe [8]** 62/8 62/9
62/10 62/23 62/24 63/1
63/2 63/7
**bad [2]** 52/10 104/6
**bag [1]** 32/8
**bales [3]** 78/8 78/10
78/11
**bam [3]** 72/10 72/10
72/10
**bandolier [2]** 18/18
70/21
**bank [2]** 61/8 61/9
**bar [2]** 94/11 94/12
**Barela [3]** 133/24
134/21 134/23
**barricade [1]** 12/22

**based [2]** 13/17 106/10
116/23 118/2 118/2
**basically [11]** 34/1
34/22 43/23 48/7 51/10
55/24 61/6 68/4 70/2
79/6 114/3
**basis [2]** 65/1 77/22
**bathroom [1]** 7/4
**battery [4]** 11/7 41/15
93/13 124/4
**be [63]** 5/5 9/18 12/3
12/4 12/6 13/11 16/22
18/7 19/1 20/8 22/11
27/1 27/6 30/13 31/6
33/18 35/20 37/15
37/18 38/4 53/6 53/12
54/20 54/21 70/3 71/9
80/11 80/12 82/14 83/1
89/9 89/19 90/7 90/22
91/10 91/15 96/16
96/21 96/22 96/23
97/23 100/10 100/12
104/3 104/12 109/18
110/4 115/1 115/10
116/16 117/14 122/13
122/13 124/14 124/15
125/5 128/1 129/8
132/10 133/8 133/9
138/1 142/18
**bear [1]** 119/13
**beard [1]** 43/2
**beats [1]** 19/8
**became [3]** 23/7 44/10
45/11
**because [113]** 5/25
7/18 9/16 10/7 13/19
15/23 18/13 18/15
19/15 19/15 20/22 21/5
22/7 23/24 25/9 27/4
27/6 27/18 27/18 33/2
33/10 36/22 37/10
37/13 38/15 42/12
44/21 45/13 46/16 47/7
47/11 47/19 47/21 48/3
48/13 48/20 49/2 49/4
50/10 51/9 51/11 54/9
54/17 55/5 55/25 56/1
60/3 60/4 60/13 61/4
65/19 67/5 67/24 69/1
69/21 69/22 70/3 70/9
71/2 71/11 72/12 72/22
72/22 73/15 75/6 75/15
75/19 76/10 76/24
77/21 78/3 80/18 88/10
89/16 90/25 91/9 92/17
93/23 94/14 94/17
94/17 97/21 98/11
104/25 105/20 107/11
108/6 108/17 108/20
108/21 109/22 112/1
112/19 114/23 116/18
117/20 119/2 120/4
120/5 120/18 121/1
121/21 123/25 125/6
127/20 127/24 130/3
130/14 130/20 131/25
135/14 137/1 137/12
**become [1]** 114/19
**bed [14]** 15/23 16/1
95/12 114/15 115/9

114/4 118/6 118/15
118/20 119/17 119/18
118/4 118/6 118/15
118/20 119/17 119/18
**bed-wetting [4]** 118/2
118/4 118/20 119/17
**been [48]** 4/4 6/24 7/24
9/17 10/24 11/15 12/18
12/19 21/13 25/20
26/22 28/22 31/21
40/25 46/23 49/14 51/5
51/9 53/16 53/17 53/17
53/22 54/2 55/12 55/24
64/5 70/9 77/18 77/18
79/10 98/2 98/2 98/22
98/23 98/25 100/12
111/20 115/7 122/7
122/7 122/9 122/16
129/4 135/13 135/13
137/6 137/8 138/4
**before [25]** 1/16 5/8
5/15 6/17 10/1 15/14
19/18 23/14 27/14 36/3
37/3 39/20 45/7 48/1
65/11 88/4 116/6 118/6
130/13 130/19 130/21
131/3 133/9 140/19
142/18
**began [2]** 32/8 118/20
**begin [1]** 116/3
**behalf [3]** 2/2 2/7 98/22
**behavior [2]** 26/25
132/20
**behind [2]** 62/8 66/10
**beige [1]** 107/16
**being [16]** 13/16 26/18
26/19 53/3 54/12 54/12
55/23 64/16 77/20 89/7
91/19 94/9 101/25
102/5 113/8 120/1
**belabor [1]** 133/5
**belief [5]** 30/10 113/17
120/2 129/23 136/5
**believe [47]** 8/16 10/19
12/6 14/3 14/25 15/12
15/23 22/2 22/18 23/16
24/11 24/11 24/13 26/2
35/15 36/19 38/10
38/16 39/20 46/15
52/25 53/13 53/13
59/16 60/1 61/10 63/16
76/15 91/25 98/1
104/17 104/18 106/1
109/23 112/6 112/9
120/16 121/25 130/19
131/4 132/6 133/6
133/8 133/11 133/11
133/23 135/10
**believed [2]** 125/12
129/20
**Bell [1]** 41/2
**belonging [1]** 35/11
**below [3]** 22/12 68/2
92/17
**bench [1]** 73/6
**bench-press [1]** 73/6
**beneath [2]** 19/16
108/20
**benefit [3]** 47/18 47/18
52/22

**benefits [11]** 49/16
52/1 52/7 52/16 52/19
53/1 53/2 53/10 53/16
53/18 53/25
**BENSMAN [69]** 1/9
4/21 10/8 11/7 19/13
19/19 21/19 33/6 48/12
48/18 51/23 62/5 62/8
62/22 63/14 63/21
64/23 65/11 66/1 66/14
67/6 67/12 70/16 71/5
71/9 72/3 72/18 73/19
76/2 93/8 94/20 94/25
95/3 95/9 95/13 95/22
98/15 98/18 98/23 99/7
99/15 99/19 101/12
101/16 102/25 105/4
106/11 106/13 106/25
107/13 107/21 108/12
109/14 110/17 111/4
112/25 113/13 115/24
116/7 119/10 120/13
121/12 123/11 124/6
125/12 125/22 126/4
126/11 134/10
**Bensman's [6]** 10/13
69/25 109/1 109/24
110/11 134/10
**Benson [3]** 71/8 71/20
106/11
**besides [2]** 14/23
118/23
**best [13]** 4/24 5/18 7/8
7/23 7/25 30/9 37/14
58/6 81/4 81/25 82/2
103/23 103/24
**better [6]** 37/18 96/22
97/12 97/17 116/8
130/17
**between [9]** 9/24 33/3
37/15 45/2 67/9 84/9
122/9 122/11 141/8
**bewilders [1]** 33/8
**BH2 [9]** 20/15 20/23
21/3 21/21 22/24 23/9
23/10 24/2 24/9
**Bible [3]** 13/14 96/2
104/14
**bicep [8]** 71/11 71/20
72/3 73/1 73/22 74/3
74/16 76/2
**bid [2]** 55/19 55/21
**big [3]** 73/10 73/16
121/9
**bigger [2]** 58/11 58/24
**biggest [1]** 50/20
**billets [1]** 43/25
**bills [2]** 81/6 82/22
**birth [1]** 4/18
**birthdays [1]** 89/6
**bit [13]** 5/5 9/3 9/18
20/21 24/15 34/11
56/14 58/5 60/25 63/6
71/8 86/3 112/1
**black [4]** 35/3 35/4
37/16 73/1
**bladder [8]** 6/22 112/5
114/14 114/16 114/18
115/7 115/10 119/4

**bless [1]** 111/9
**blessed [2]** 13/10 34/8
**blessing [1]** 13/12
**blind [1]** 137/19
**block [1]** 27/3
**blocked [1]** 62/10
**blocking [1]** 61/23
**blood [1]** 113/3
**blue [1]** 73/2
**blurted [1]** 27/12
**board [7]** 24/21 24/21
26/4 26/19 26/24 79/15
79/16
**body [21]** 10/13 32/6
32/7 32/9 45/17 72/20
73/4 73/19 73/19 76/11
76/13 76/14 83/6
102/11 109/1 109/6
109/12 109/14 109/17
109/24 110/11
**boil [2]** 43/14 43/15
**bond [1]** 51/2
**bone [4]** 32/5 32/6
60/16 60/16
**Bonnie [1]** 116/18
**book [1]** 69/17
**boom [5]** 74/4 74/4
74/4 74/4 74/4
**boot [2]** 45/19 45/19
**boots [1]** 11/11
**born [1]** 39/4
**borrowed [1]** 61/8
**both [14]** 38/9 39/7
43/7 44/7 73/16 95/21
95/21 97/14 97/16
121/16 124/5 128/25
135/14 137/17
**bottom [1]** 56/11
**bought [7]** 23/14 25/14
48/25 61/9 94/13 129/3
131/21
**Boulevard [6]** 25/24
25/24 27/3 67/23 68/3
115/1
**bounce [1]** 111/25
**boundary [2]** 22/9
22/12
**box [2]** 93/16 93/17
**boys [1]** 39/3
**brag [1]** 47/2
**brain [2]** 32/15 32/17
**brand [1]** 55/7
**brand-new [1]** 55/7
**break [2]** 6/15 6/18
115/12
**breast [1]** 45/18
**breath [2]** 131/24
132/3
**bridges [3]** 80/20
116/17 116/20
**bright [1]** 94/2
**bring [4]** 32/9 78/4
92/2 104/12
**bringing [2]** 15/3 23/3
**Broadmoor [2]** 47/4
47/6
**Broadway [1]** 2/16
**broke [3]** 32/5 32/14
73/16

**B**

broken [1] 82/23
brother [4] 39/17 39/18 39/19 104/21
brought [5] 22/23 24/3 34/23 34/23 38/14
brown [2] 107/16 137/15
bruise [1] 75/4
bruises [2] 73/1 75/8
bruising [2] 74/1 28/5
brutal [1] 37/17
Bryant [2] 50/21 50/21
bugs [1] 60/9
build [7] 49/6 51/20 54/24 54/25 55/13 78/20 78/23
builder [1] 97/5
building [27] 24/17 51/8 51/16 69/23 69/24 70/8 79/2 79/13 105/6 105/16 116/16 116/24 117/12 117/13 117/14 117/15 122/16 122/25 123/3 123/7 124/9 124/10 124/13 124/13 125/2 128/8 128/24
built [6] 26/18 47/12 47/12 47/13 55/15 79/1
bullet [1] 83/5
bulletproof [1] 70/25
bullies [2] 93/23 93/25
bunch [1] 48/15
burn [1] 43/14
burned [2] 42/12 42/20
business [5] 21/14 21/20 26/22 26/23 47/23
busy [1] 80/8
buy [3] 23/17 46/11 48/15

**C**

cabin [9] 48/13 48/17 48/21 49/6 49/13 51/1 54/24 55/13 78/20
cabins [1] 54/25
calculated [1] 87/11
calculating [1] 87/5
calendar [2] 64/14 87/19
California [2] 46/20 46/25
call [9] 4/8 7/17 19/12 45/10 48/4 50/16 52/24 76/21 84/6
called [16] 1/14 9/25 27/25 32/8 37/6 42/2 42/10 42/16 66/24 69/7 91/6 116/20 137/6 137/8 138/4 138/6
calling [4] 8/8 28/16 134/25 135/16
calls [1] 5/22
cam [7] 10/13 109/1 109/6 109/12 109/17 109/24 110/11
came [19] 11/10 19/3
32/7 34/18 42/25 51/17 60/10 62/5 63/14 65/19 76/25 78/16 92/20 101/5 108/1 108/24 109/21 129/6 131/8
camera [2] 72/20 109/14
camping [1] 107/16
can [64] 4/11 9/18 13/22 14/20 16/11 16/15 17/22 20/4 20/17 20/21 22/4 28/1 28/5 31/12 37/7 40/2 40/20 52/2 54/19 54/19 55/1 55/1 56/14 56/18 56/19 58/4 59/23 60/17 60/20 63/18 63/18 65/2 65/20 69/14 71/5 77/8 77/10 77/12 83/6 84/21 87/22 87/23 92/10 93/5 96/15 96/16 96/21 97/16 97/17 102/15 113/9 113/24 115/12 115/12 115/14 128/17 131/9 137/2 137/9 139/3 139/4 139/7 139/7 139/9
can't [32] 17/10 19/17 22/3 28/2 40/1 40/1 51/20 51/20 51/20 51/21 53/8 60/14 60/19 60/20 61/11 62/23 63/18 73/7 77/24 77/25 79/3 86/23 105/5 108/20 110/3 116/18 116/25 131/19 131/19 131/19 133/13 135/21
cancer [3] 36/19 103/11 114/2
canisters [1] 40/7
cannot [1] 19/25
Canon [1] 51/7
cantaloupe [1] 33/13
capacity [1] 1/9 1/10 1/10 61/1 69/25 128/7 128/24
captain [2] 109/21 109/23
car [5] 42/16 42/16 106/20 109/2 125/5
cards [2] 77/1 115/4
care [7] 38/20 50/6 50/7 60/15 101/10 101/14 114/4
carry [1] 73/8
case [15] 11/19 11/24 20/14 20/20 20/24 21/2 21/4 21/7 22/23 23/12 54/6 95/6 117/18 120/12 143/18
casual [3] 100/1 100/8 100/9
Cat5 [3] 40/11 40/13 40/16
category [1] 122/11
cattle [3] 19/21 33/10 68/3 77/23 89/11
caught [3] 70/7 98/4 115/1
cause [3] 18/6 110/17 111/4
caused [16] 22/6 95/5 95/15 99/7 99/15 99/19 101/12 101/16 110/22 112/16 112/25 113/13 113/17 114/10 134/10 134/16
cc [2] 142/25 143/21
cease [2] 78/17 79/14
cell [1] 23/21
Central [2] 31/14 93/24
certain [3] 5/12 19/9 96/20
CERTIFICATE [1] 141/1
certify [3] 140/1 141/5 141/13
cetera [2] 134/4 134/8
CF [5] 45/12 50/22 52/19 101/25 102/5
chance [3] 5/7 5/8 34/13
changed [1] 53/21
changes [4] 123/2 142/14 143/11 143/12
Channel [4] 67/20 68/12 68/12 68/13
Channel 12 [1] 68/13
characterize [1] 121/16
characterized [1] 120/13
chase [1] 45/14
chased [1] 114/25
chat [3] 31/9 57/21 57/24
chatted [1] 64/12
check [1] 40/4
checking [1] 71/8
Cherrycrest [1] 4/16
chest [3] 11/14 64/4 75/7
chicken [1] 49/6
chickens [2] 48/14 68/5
chicks [1] 48/15
child [1] 118/8
children [4] 33/19 38/25 39/2 130/4
chili [1] 33/13
choice [1] 38/20
Christ [7] 34/3 34/23 35/14 104/13 104/25 105/25 106/1
Christian [3] 13/17 27/6 34/24
Christians [5] 13/11 18/2 94/7 97/22 100/13
Christmas [5] 131/5 133/7 133/10 133/10 133/16
church [18] 46/3 92/14 92/14 92/15 92/15 99/21 99/21 100/11 100/15 105/7 120/19 120/22 130/7 130/16 130/22 131/6 133/3 133/5
churches [1] 105/14
cigarette [1] 18/3
circling [2] 24/2 35/18
cisterns [1] 79/8
citizen [1] 46/5
city [2] 51/7 122/22
civil [5] 1/2 19/22 142/9 143/7 143/16
claim [11] 11/20 11/20 11/25 11/25 12/9 12/9 76/17 81/7 99/7 99/15 99/19
claimed [2] 81/10 87/10
claiming [7] 86/5 86/9 86/13 86/17 101/12 101/16 134/16
claims [1] 13/2
clarification [1] 7/16
clarify [9] 7/12 7/19 9/18 9/20 14/20 20/21 25/5 52/3 65/3
clarity [1] 17/20
class [1] 113/25
classes [1] 31/19
clean [3] 13/23 38/21 42/4
clear [8] 5/23 7/8 63/8 74/15 112/3 121/16 126/10 130/2
client [6] 6/10 82/12 84/7 84/16 124/20 130/3
climb [1] 119/10
climbers [2] 71/9 73/3
clip [3] 3/10 110/11 110/12
clips [5] 8/13 8/20 8/23 9/5 9/9
close [8] 73/6 78/21 92/19 102/22 103/6 103/20 103/22 123/16
closed [2] 136/21 136/23
closer [1] 132/2
coal [10] 41/10 41/11 41/13 41/17 41/18 42/2 42/3 42/17 102/1 102/6
code [22] 18/10 18/16 19/6 21/16 48/19 49/2 51/17 66/25 67/8 67/8 69/17 69/25 70/8 79/12 97/17 113/8 116/24 117/1 117/12 117/15 123/7 123/9
codes [1] 123/3
coffee [1] 123/1
coke [3] 42/2 42/3 42/18
cold [1] 5/3
college [4] 31/18 32/1 32/3 135/6
colleges [1] 134/20
collision [2] 35/19 101/21
color [4] 135/15 135/17 136/1 137/1
COLORADO [25] 1/1 1/18 2/4 2/5 2/5 2/10
2/13 2/17 4/16 23/7 31/15 34/20 35/8 41/8 47/20 49/20 50/1 73/5 122/21 141/4 142/5 142/6 142/6 143/2 143/5
colored [1] 66/25
Columbia [1] 40/15
coma [2] 32/11 101/22
come [27] 18/23 21/15 33/21 33/25 34/20 37/7 60/12 63/21 67/20 67/20 84/23 87/24 89/22 92/16 98/18 105/15 107/25 110/23 115/13 116/12 116/13 117/10 119/11 122/25 124/1 130/22 132/19
comes [2] 105/24 114/7
coming [12] 13/7 13/24 19/17 50/11 85/12 85/25 88/10 98/15 98/22 123/24 124/1 127/7
commencement [1] 141/5
commencing [1] 1/15
commercial [1] 80/19
commission [2] 140/21 141/18
Commissioner [1] 23/15
commissioners [4] 23/11 23/13 27/15 47/21
common [1] 27/19
communications [4] 40/13 84/9 84/11 84/16
communism [1] 48/7
community [2] 47/18 55/22
company [5] 22/25 23/3 23/6 37/4 96/1
compensate [1] 87/13
compensation [6] 52/1 52/2 52/4 52/8 52/14 52/18
complaint [3] 63/24 63/25 69/2
complaints [1] 48/20
complete [6] 18/7 20/8 31/6 82/14 138/17 140/2
completed [2] 21/24 31/7
completely [1] 19/22
complicated [1] 60/15
comply [1] 142/17
concern [2] 71/3 89/20
concerned [5] 15/10 22/1 60/8 92/12 128/1
concerns [1] 40/23
concluded [2] 138/25 139/16
concrete [1] 44/16
conducting [1] 108/7
confidential [2] 24/7 36/1

**C**

confirm [2] 54/5 69/10
confirming [1] 13/1
confront [1] 18/23
confronted [2] 127/24
127/25
confusing [2] 7/10
7/12
connection [6] 69/11
76/1 76/12 76/18 77/7
77/16
conscious [1] 43/8
consciousness [1]
42/22
consistent [1] 97/24
constitute [1] 140/2
construction [19]
21/14 21/19 26/22
26/22 40/23 40/24 41/7
44/13 44/14 44/18
44/21 45/3 45/7 45/7
49/19 49/25 50/13
51/16 123/10
consulting [2] 40/24
45/8
contact [2] 76/14 131/6
contending [1] 70/16
contention [1] 120/12
context [1] 88/8
continue [3] 35/13
91/20 93/3
continued [5] 108/7
116/5 124/25 125/7
125/7
continues [5] 11/2
11/5 56/24 113/11
137/18
continuing [1] 90/15
continuous [2] 49/12
109/18
continuously [1]
109/14
contract [1] 80/2
contractor [2] 45/11
70/3
contractor's [7] 47/11
80/10 80/12 80/14
80/16 80/17 122/18
contractors [6] 24/22
26/4 26/20 26/24 79/15
79/16
control [2] 21/17 70/23
controversy [1] 141/7
conversation [2]
131/17 133/1
conversations [1]
100/2
coop [2] 49/6 49/14
coordinate [1] 46/3
copies [1] 142/20
copy [6] 29/25 83/22
139/4 139/10 142/13
143/12
corner [3] 14/8 22/19
22/21
coroner [1] 32/7
correct [58] 8/5 14/12
14/16 15/5 20/20 26/14

31/4 35/21 58/3 59/11
62/6 64/8 65/8 65/12
65/22 65/23 69/12 74/6
74/10 74/16 75/25 76/6
81/3 82/5 85/3 86/7
86/19 88/22 94/20
94/21 95/15 97/7 98/16
98/19 98/24 106/20
107/22 109/5 109/9
110/4 110/18 113/15
113/16 113/18 114/11
114/12 121/17 123/21
123/22 126/12 128/10
134/1 134/17 134/23
136/7 136/17 137/22
138/19
correction [1] 140/2
correctly [9] 24/4 57/3
57/13 81/13 87/16 96/5
96/9 130/6 133/24
costs [9] 77/5 77/6
77/15 77/16 81/11 82/4
82/5 82/7 82/8
coughed [1] 31/12
could [19] 5/21 10/24
16/22 34/17 69/6 91/7
91/8 104/22 115/12
121/8 121/11 123/23
127/2 129/10 131/23
131/25 132/1 132/1
132/2
couldn't [7] 22/20
55/25 63/6 75/6 75/7
75/8 78/1
counsel [8] 81/12
135/2 139/12 141/14
142/20 142/25 143/13
143/21
counseling [2] 99/14
99/18
counselor [2] 100/23
101/7
count [1] 17/10
county [41] 1/9 19/9
19/12 20/13 23/11
23/13 23/15 23/23
24/17 27/14 47/19
47/20 47/21 47/21
49/13 56/1 59/17 61/5
67/8 67/23 79/2 79/12
79/12 80/1 80/1 80/5
94/21 98/23 102/18
102/21 109/20 114/20
116/6 116/25 120/1
128/8 128/24 137/8
138/8 142/9 143/6
couple [10] 4/23 6/9
10/21 33/19 38/17
39/20 68/14 78/11
100/20 111/19
course [4] 49/17 77/17
77/25 101/19
courses [1] 135/2
court [20] 1/1 4/12
5/10 5/19 11/19 12/1
12/19 20/14 20/22 21/6
24/5 25/8 25/8 25/17
35/25 77/5 77/15 81/11
82/5 142/20

cousin [4] 103/8 103/18
103/18 103/20
cousins [1] 35/3
covered [4] 43/5 43/9
43/13 112/1
covering [1] 112/2
coworkers [1] 71/16
CPR [2] 113/24 113/25
crane [2] 10/1 66/10
crashed [1] 131/22
crazy [1] 71/23
credentials [1] 134/19
credibility [1] 110/16
credit [1] 77/1
crept [1] 105/15
crew [1] 47/5
cried [1] 132/15
crops [1] 92/7
cross [3] 33/5 129/24
129/25
crossed [2] 38/1 127/7
crystal [2] 13/23 112/3
crystal-clean [1] 13/23
crystal-clear [1] 112/3
cultivate [1] 63/3
curious [1] 80/23
curl [1] 104/23
current [2] 4/14 18/5
cussing [1] 105/20
cut [3] 41/1 60/12
71/14
cv [3] 1/2 142/9 143/7

**D**

dad [12] 44/6 50/6
71/13 71/15 93/16
103/14 103/15 130/9
130/20 131/13 131/19
132/19
dad's [2] 34/22 103/24
Dagner [2] 2/12 143/4
daily [1] 77/22
Dakota [1] 79/5
damage [2] 73/12
110/17 110/22 111/5
damaged [1] 60/10
damages [5] 54/6 57/1
57/12 87/6 87/11
Dan [1] 39/19
Daniel [3] 39/5 39/5
39/19
dark [1] 66/25
dark-colored [1] 66/25
date [11] 4/18 25/8
25/8 31/1 53/15 64/13
64/22 65/5 65/20 88/1
130/12
daughter [2] 89/15
89/15
daughters [5] 37/8
38/8 38/20 104/20
137/14
Dave [1] 35/4
day [17] 5/2 10/5 12/21
67/10 67/14 67/17
76/14 80/21 95/4
106/13 106/24 107/21
111/20 119/23 139/16
140/20 141/17

days [1] 142/16
DDD [3] 1/2 142/9
143/7
de [1] 35/6
deacon [2] 101/5 101/5
deacons [1] 100/11
dead [1] 105/3
deal [4] 23/25 37/12
37/13 70/12
dealt [2] 122/23 128/1
Dear [2] 142/11 143/8
death [6] 42/12 42/20
42/20 43/14 43/14
102/6
December [4] 30/23
31/2 61/2 82/3
December 13 [1] 61/2
December 9 [3] 30/23
31/2 82/3
decided [2] 38/21 51/8
declaration [7] 3/8
14/14 83/17 83/22 84/1
84/4 84/24
decorated [1] 39/6
Deed [3] 51/11 51/13
67/24
deem [2] 53/6 53/12
deemed [2] 35/20
52/24 56/1
defendants [7] 1/11
1/14 2/7 30/15 96/4
112/17 120/11
DEFENDANTS' [1]
29/3
defense [2] 5/9 39/21
define [1] 100/9
definitely [8] 73/3
73/11 96/18 112/23
113/19 116/1 122/3
132/9
degree [4] 31/21 32/1
39/19 94/25
degrees [4] 5/4 38/9
41/14 42/19
DEHERRERA [4] 1/6
9/6 142/9 143/6
delete [1] 75/9
delivered [1] 62/8
Dennis [1] 73/5
Denver [3] 2/10 2/17
38/8
department [4] 19/13
69/16 89/23 117/1
depend [1] 40/9
depends [2] 83/5 97/21
deponent [2] 141/6
143/14
deposition [22] 1/4
1/13 6/9 7/22 8/4 15/14
15/22 16/5 16/25 17/2
17/5 64/11 64/16
101/19 117/24 138/25
141/8 142/7 142/12
142/13 142/18 143/9
deprived [1] 18/25
deputies [3] 114/20
115/3 117/9
deputy [1] 18/21

derogatory [2] 137/21
138/14
describe [3] 59/23
61/22 93/5
described [2] 97/10
100/1
describes [1] 62/4
description [3] 58/1
59/11 100/3
designed [1] 55/14
desist [2] 78/17 79/14
determine [1] 59/13
develop [4] 40/3 40/5
84/2 84/3
developed [1] 85/6
diagnosed [2] 6/25
36/19
did [157]
didn't [53] 5/15 7/18
10/14 16/13 23/17
23/25 23/25 38/19
38/19 45/25 46/6 46/6
46/13 50/5 51/19 72/20
74/20 75/3 75/3 76/4
76/7 76/12 79/25 80/1
82/6 89/2 89/4 89/4
91/5 93/20 93/20 103/5
106/14 106/16 106/21
107/2 107/8 107/24
109/8 109/25 110/11
110/13 110/23 114/24
117/21 118/13 119/3
120/21 124/24 125/4
125/4 129/25 131/7
die [3] 20/3 102/22
103/6
died [4] 38/6 38/6
105/1 105/2
dies [1] 37/23
diesel [2] 78/4 78/7
difference [4] 33/3
33/3 122/8 122/10
different [5] 28/4 43/21
68/20 93/14 98/11
difficult [1] 5/19
dinner [2] 37/22
133/10
Directors [2] 49/20
50/1
disabilities [1] 60/17
disability [7] 53/1 53/2
53/16 53/18 53/24
60/14 86/6
disabled [7] 6/21 39/16
52/25 53/7 53/12 53/14
112/5
disagree [1] 126/14
disaster [1] 46/24
disclose [2] 75/19
75/20
disclosure [1] 16/5
disconnected [1] 56/3
discovered [1] 67/22
discovery [13] 30/1
30/14 31/7 54/4 54/9
56/12 61/18 69/9 80/24
81/19 81/23 82/13
128/17
discuss [6] 15/14

**D**

discuss... [5] 15/17 17/6 68/25 118/19 123/2
discussed [2] 16/4 67/18
discussing [2] 23/12 100/12
disfigurement [1] 86/14
disintegrate [2] 42/11 102/1
dismissed [1] 26/10
dispute [2] 65/1 67/22
disrespect [2] 100/21 103/2
distress [22] 86/18 87/14 93/6 95/1 95/4 95/5 95/14 96/4 96/15 96/20 96/21 97/11 99/7 99/15 99/19 101/11 101/16 112/16 120/11 134/3 134/9 134/15
district [9] 1/1 1/1 20/13 41/4 135/19 135/19 135/20 135/24 135/25
disturbing [3] 10/20 10/25 18/12
ditch [1] 44/24
Dittmer [7] 1/16 141/3 141/20 141/24 142/3 142/25 143/20
dittmerreporting [2] 142/1 143/1
do [127] 4/24 5/18 6/4 7/23 7/24 11/18 11/18 16/23 18/1 18/3 18/4 19/14 19/19 21/12 24/3 24/18 25/12 25/12 25/15 25/17 27/22 28/24 29/5 33/16 35/16 36/15 38/19 39/2 41/21 42/1 45/10 45/22 46/24 47/3 47/8 47/10 48/11 48/21 48/22 48/22 49/10 50/11 51/20 51/21 51/23 52/24 53/20 54/15 54/21 54/21 55/2 56/13 58/6 59/5 62/20 63/11 64/19 65/1 66/3 67/2 67/24 67/24 69/20 69/21 71/20 71/23 71/25 73/7 73/11 78/15 79/3 79/22 82/12 82/16 83/16 83/21 84/13 85/5 85/10 85/16 85/20 87/7 90/17 90/19 90/20 91/20 93/19 93/20 94/8 97/8 100/14 100/14 100/21 101/23 102/12 104/15 104/24 105/9 105/21 106/23 107/9 107/9 108/14 110/22 113/20 113/24 115/23 117/6 117/14 117/14 121/3 121/25 125/15 125/21 125/25 126/18 126/22 127/1 127/5 127/19 129/7 129/11 129/22 133/14 135/9 139/10 141/4
doctor [6] 76/8 76/12 112/8 112/9 112/10 113/3
document [3] 14/4 14/7 57/16
documentation [1] 15/9
documents [5] 14/7 14/9 14/18 14/21 15/2
DOD [1] 104/21
does [24] 6/7 6/13 7/13 12/23 16/9 16/21 24/18 26/16 30/13 45/3 58/3 58/11 61/21 61/22 63/13 65/2 66/12 67/14 75/21 77/3 105/21 106/2 107/19 108/3
doesn't [8] 48/24 69/22 69/23 83/3 108/16 110/13 112/8 116/10
doing [20] 4/25 7/24 29/14 30/8 33/10 33/22 44/22 46/23 48/4 49/19 51/6 71/2 90/6 113/10 122/24 124/11 124/12 124/14 124/16 125/1
dollar [1] 41/3
Domenico [3] 11/19 11/24 110/15
Domenico's [1] 12/8
Don [1] 35/6
don't [99] 8/11 10/24 11/17 12/5 13/14 14/3 15/2 15/2 15/19 16/25 17/12 18/1 18/4 18/19 25/22 27/7 27/15 33/9 33/9 33/16 33/16 34/12 35/8 36/7 39/25 40/20 40/20 41/12 41/20 42/21 43/12 47/2 48/6 49/3 49/4 49/5 49/8 49/9 49/9 53/8 53/9 57/6 59/16 61/11 61/23 63/17 67/1 68/14 68/21 69/5 71/23 73/14 75/10 76/15 78/22 79/11 85/7 85/8 86/20 86/22 86/23 91/25 92/9 93/1 93/11 93/19 94/20 94/21 97/25 98/20 100/24 100/25 101/1 101/2 101/3 101/4 101/8 103/2 110/6 110/6 111/14 115/15 117/17 117/23 118/25 119/2 122/20 126/2 126/6 128/19 130/11 130/18 132/17 134/18 134/18 135/4 135/7 137/4 137/18
donated [2] 46/10 46/16
donation [1] 54/22
donations [2] 45/10

125/25 126/18 126/22 done [9] 40/17 47/1 51/13 70/11 85/2 132/24 136/8 139/3 139/8
door [8] 11/11 55/7 64/3 98/5 120/24 121/4 121/9 121/9
doors [1] 42/4
double [2] 44/2 44/4
doughnuts [1] 123/2
down [25] 9/3 10/7 22/12 23/11 27/20 44/16 55/2 55/14 60/12 61/20 64/13 68/22 78/24 86/4 92/17 95/18 96/15 96/20 98/1 108/19 114/25 117/7 129/2 133/23 136/19
downward [1] 96/23
drawing [2] 71/14 90/3
dreams [1] 55/18
dressed [1] 70/22
drill [1] 9/3
drilling [1] 43/21
drink [5] 18/1 18/4 33/16 38/19 119/4
drinking [1] 131/19
drive [5] 4/16 40/6 77/21 121/7 129/10
driver [3] 32/22 35/20 35/24
driving [10] 10/5 64/17 64/23 66/1 66/1 66/20 67/7 67/7 98/10 109/3
drop [1] 71/18
dropped [1] 56/4
drove [6] 25/23 27/20 66/14 110/19 110/20 110/20
drugs [4] 18/1 18/4 33/16 38/19
dryer [1] 55/5
ducks [1] 68/5
due [1] 143/18
dueling [1] 25/3
dug [1] 25/25
duly [4] 4/4 141/6 143/15 143/17
dump [3] 42/17 50/13 51/1
during [6] 6/9 16/3 26/4 114/4 121/5 131/17
duties [2] 59/23 60/5
dying [1] 114/2

**E**

each [6] 7/23 56/21 59/19 96/1 100/6 100/7
earlier [1] 10/5 66/8 110/9 112/4 133/22
early [2] 15/24 112/13
earth [1] 19/16
East [2] 2/13 143/5
Easter [1] 92/4
eat [1] 117/22
eaten [1] 5/2
edifying [1] 105/16

education [1] 114/9
educational [1] 31/10
EF5 [1] 45/16
effect [1] 84/8
eggs [1] 92/4
eight [1] 106/5
eighth [1] 122/19
either [13] 9/1 18/2 19/11 37/16 38/20 42/14 43/19 59/17 63/19 69/5 78/5 82/13 133/9
elaborate [1] 65/2
elderly [1] 46/5
electric [1] 54/17
electronics [2] 31/21 31/24
else [11] 5/14 7/9 9/7 15/4 20/20 68/17 78/23 80/20 82/14 95/22 102/21
embarrassed [1] 118/22
embarrassing [1] 118/25
emblem [1] 19/10
emotion [1] 97/19
emotional [24] 18/6 86/17 87/14 93/5 93/6 95/1 95/4 95/5 95/14 96/4 96/14 96/20 96/21 97/11 99/6 99/15 99/19 101/11 101/15 112/16 120/11 134/3 134/9 134/15
emotionally [1] 106/4
employed [1] 141/13
employee [1] 79/24
employees [3] 61/6 110/23 137/8
employment [2] 12/5 40/19
enclosed [4] 142/12 142/14 143/9 143/12
encounters [1] 128/14
end [3] 32/25 80/18 91/22
ended [3] 21/7 23/3 78/22
enforce [2] 67/8 117/1
enforcement [18] 18/10 18/17 19/6 21/16 48/19 51/18 66/25 67/8 69/25 70/8 79/13 97/18 113/8 116/24 117/2 117/12 123/7 123/9
engage [2] 90/16 91/20
engaged [2] 127/4 127/18
engineering [1] 38/9
enjoyment [1] 87/15
ensure [1] 5/23
enter [3] 107/22 129/21 129/23
entered [1] 107/13
entire [1] 67/12 88/2
entrance [1] 126/7
entrusted [2] 51/5 51/10

epistles [1] 105/13
escalates [1] 93/23
especially [5] 51/18 113/7 123/9 132/17 132/18
ESQ [6] 2/3 2/8 2/12 2/15 142/5 143/4
essentially [1] 62/10
estate [2] 47/22 47/23
et [6] 134/4 134/8 142/9 142/9 143/6 143/6
Evans [1] 2/9
even [36] 11/6 18/21 21/15 26/24 27/15 29/20 35/20 37/25 38/1 46/8 48/12 48/12 49/6 50/24 55/25 72/19 72/21 73/7 77/20 77/24 78/1 92/9 96/19 98/3 105/4 105/5 107/8 108/23 110/23 113/6 116/14 117/13 122/6 125/2 135/21 137/12
evening [1] 128/22
events [15] 11/25 12/10 13/3 67/16 68/17 69/12 76/18 77/7 77/16 86/7 86/10 86/14 86/18 106/4 106/6
ever [12] 10/15 21/15 33/15 51/25 52/6 52/22 93/11 98/1 112/24 118/6 123/8 129/22
every [3] 19/10 19/10 32/5
everybody [1] 46/12
everybody's [1] 5/8
everyone [2] 5/1 7/9
everything [10] 13/15 25/5 42/23 51/1 51/2 51/4 51/11 70/15 80/20 124/23
evidence [2] 23/8 136/4
evident [1] 113/4
evil [1] 104/11
exact [1] 130/12
exactly [1] 20/17
exam [1] 113/4
examination [5] 1/14 3/2 4/6 111/15 141/6
examined [1] 4/4
excavated [1] 108/18
excavation [2] 79/6 108/19 125/1
excavator [1] 25/21
except [1] 15/4
excited [3] 13/23 92/6 92/7
exciting [3] 13/19 13/22 89/5
excuse [2] 63/23 93/6 105/1
executive [1] 37/4
exempt [1] 49/5
exhibit [24] 3/8 3/10 3/13 3/14 3/15 3/16 3/17 8/25 9/1 28/23

**E**

exhibit... **[14]** 29/1 29/8
57/23 61/18 64/11
64/16 66/6 66/22 69/4
82/19 83/13 83/14
85/15 85/19
**Exhibit 1 [1]** 57/23
**Exhibit 26 [4]** 28/23
29/1 29/8 61/18
**Exhibit 29 [4]** 82/19
83/13 83/14 85/19
**Exhibit 30 [1]** 85/15
**Exhibit 4 [2]** 64/11
64/16
**Exhibit 5 [1]** 66/6
**Exhibit 6 [1]** 66/22
**Exhibit A [1]** 9/1
**EXHIBITS [2]** 3/7 3/12
**exists [1]** 75/18
**exit [1]** 91/4
**expecting [1]** 102/23
**expense [1]** 81/10
**expenses [2]** 81/7
81/11
**experience [9]** 21/20
45/6 51/19 51/22 51/24
97/7 97/10 102/15
123/10
**experienced [4]** 93/7
93/11 97/15 137/4
**experiences [2]** 101/20
106/11
**experiencing [2]** 93/10
115/8
**expired [2]** 79/9 79/12
**expires [2]** 140/21
141/18
**explain [1]** 64/14
**explained [1]** 34/1
**explore [1]** 111/22
**extremely [1]** 123/6
**eye [3]** 32/15 71/6
131/6
**eyesight [1]** 83/1

**F**

**f'ing [3]** 116/21 137/6
138/5
**F.O.G [2]** 40/3 40/4
**F350 [1]** 78/4
**face [6]** 42/23 55/6
124/18 124/21 127/8
127/16
**faced [1]** 71/22
**fact [3]** 26/23 135/11
138/18
**factual [3]** 65/21 109/4
109/9
**fair [6]** 5/24 6/19 7/6
7/20 95/3 95/8
**fairly [1]** 87/24
**faith [1]** 100/22
**fall [3]** 69/22 69/23
105/25
**falls [2]** 70/1 137/11
**familiar [1]** 41/12
**families [1]** 33/19
**family [9]** 33/21 34/18

50/7 50/8 54/25 68/19
71/9 77/2 92/23
**far [17]** 7/24 15/9 17/7
60/7 60/17 60/22 67/1
70/13 78/25 91/4 91/10
92/11 97/4 98/23 98/25
122/24 123/13
**farm [7]** 33/12 33/12
60/6 89/10 90/9 90/10
92/1
**farmers [1]** 49/8
**farmhouse [1]** 49/7
**faster [1]** 5/1
**fat [1]** 71/12
**father [3]** 103/22
131/16 132/14
**fault [2]** 32/23 35/20
**faults [1]** 105/22
**fear [3]** 77/20 106/8
106/9
**fearful [2]** 72/13
114/19
**February [1]** 141/17
142/3
**feed [3]** 15/24 43/24
77/22
**feel [7]** 98/8 98/8 103/1
105/8 105/8 116/8
137/11
**feels [1]** 137/5
**fees [6]** 76/17 76/23
77/5 77/14 82/5 82/22
**feet [7]** 18/11 41/20
59/21 90/1 97/18
107/25 108/1
**fell [1]** 11/16
**felt [5]** 34/8 47/17
124/3 124/5 127/21
**fence [2]** 92/18 92/19
**few [9]** 30/19 38/18
66/8 87/23 92/21 93/2
114/14 119/25 130/1
**fiberoptics [4]** 40/6
40/11 40/13 40/16
**field [1]** 94/5
**fifth [6]** 9/25 107/15
107/22 107/25 108/2
108/24
**figure [1]** 133/5
**file [6]** 35/23 56/21
56/22 64/15 82/14
85/18
**filed [8]** 23/5 24/24
24/25 26/9 26/10 26/11
26/12 142/18
**files [1]** 57/4
**filing [3]** 32/25 56/25
142/16
**finally [1]** 135/9
**find [7]** 22/4 22/5 22/8
22/20 32/22 127/19
142/12
**finding [1]** 102/11
**fine [2]** 4/10 58/8
**fines [1]** 12/21
**finger [3]** 71/6 72/7
72/9
**fingernails [1]** 45/17
**fingers [1]** 73/10

**fingertips [1]** 45/17
**finish [2]** 62/22 69/14
**finished [3]** 13/19 41/9
133/21
**fire [3]** 41/23 41/24
43/6
**fire-retardant [2]** 41/23
41/24
**fired [7]** 89/22 89/22
94/16 116/7 116/8
120/1 120/2
**fires [1]** 46/20
**first [14]** 4/4 25/9 29/3
30/19 34/20 36/4 39/1
66/8 125/24 127/24
128/3 128/7 129/3
137/24
**firsthand [1]** 120/18
**fishing [1]** 92/17
**fist [1]** 11/8
**five [4]** 16/7 16/19 39/2
68/10
**fix [1]** 46/13
**flesh [2]** 105/21 105/24
**flinched [1]** 25/9
**focus [1]** 107/10
**follow [3]** 27/13 56/19
111/23
**follow-ups [1]** 111/23
**following [2]** 16/17
77/13
**follows [1]** 4/5
**food [3]** 78/4 78/6 78/8
**foot [6]** 19/21 45/19
71/16 78/10 78/10
78/10
**footage [3]** 109/18
109/22 110/1
**football [1]** 93/15
**footer [2]** 44/24 44/25
**force [5]** 38/11 104/21
127/4 127/8 127/18
**forcibly [1]** 72/3
**Ford [2]** 39/23 78/5
**foregoing [2]** 140/1
141/11
**foreign [1]** 13/16
**forgive [1]** 27/5
**forgiveness [5]** 97/22
104/13 105/7 130/5
130/8
**forgot [1]** 121/19
**form [7]** 6/7 88/14
88/24 96/25 107/3
108/4 141/10
**formal [2]** 114/1 114/5
**forms [1]** 44/25
**forth [4]** 45/2 58/7
77/21 78/9
**Fortune [1]** 37/3
**foul [1]** 106/2
**found [14]** 21/23 21/25
22/11 22/13 22/16
22/22 23/9 23/10 32/12
39/24 45/18 45/18 68/8
104/4
**foundation [1]** 45/1
**four [7]** 8/17 12/14
17/13 17/14 68/10

74/19 117/11
four years **[2]** 8/17
17/13
**fractured [1]** 82/25
**framing [1]** 44/22
**Frank [1]** 117/8
**fraudulent [2]** 21/5
21/11
**freedom [1]** 19/1
**freezing [1]** 5/3
**freshman [1]** 94/3
**friend [5]** 42/9 102/1
102/6 103/23 103/25
**friends [5]** 33/21 36/23
37/25 68/19 77/2
**frightful [1]** 95/10
**front [6]** 59/16 61/12
63/1 85/7 86/23 86/25
**fucking [1]** 27/8
**Fuel [1]** 41/5
**full [4]** 4/11 32/4 50/22
50/25
**fun [17]** 87/18 87/20
87/25 88/3 88/4 88/10
89/9 90/4 90/5 90/7
90/8 90/12 90/18 90/21
91/15 91/16 91/18
**funeral [2]** 51/4 103/19
**furnace [1]** 102/2
**furnaces [3]** 41/25
42/8 43/24
**furnishing [1]** 142/20
**further [5]** 81/16 111/7
111/22 138/21 141/12
**future [2]** 57/1 57/12

**G**

**G-u-e-r-r-e-r-o [1]** 4/13
**Galusha [4]** 23/14
23/16 23/22 23/22
**garage [2]** 55/7 116/12
**gas [2]** 31/23 43/19
**gate [1]** 19/21
**gateposts [1]** 19/20
**gave [10]** 26/1 26/3
35/11 51/13 53/2 79/14
87/9 90/14 94/5 107/15
**gear [2]** 41/22 41/23
**general [1]** 122/17
**gentleman [2]** 91/2
121/17
**GeoMark [2]** 85/3 85/6
**George [2]** 79/5 79/17
**Georgia [2]** 40/14
40/14
**get [42]** 5/5 27/1 27/2
28/1 28/2 29/10 29/11
41/25 44/11 44/12
44/24 46/8 46/12 46/24
49/17 49/18 49/21
49/21 50/2 52/6 58/11
63/7 72/23 78/9 78/11
80/10 82/11 83/5 86/25
90/8 95/18 97/17 97/17
100/14 104/18 115/16
116/7 116/21 121/20
125/4 133/14 139/4
**gets [3]** 83/4 95/23
95/24

**getting [19]** 18/17
36/25 48/20 49/12
53/16 53/17 53/18 61/5
72/2 77/1 91/11 96/22
97/12 97/13 109/2
116/9 116/9 123/15
124/17
**give [7]** 5/18 17/16
18/7 20/8 40/22 42/6
96/10
**given [6]** 19/23 50/25
55/21 141/12 143/15
143/17
**giving [1]** 8/9
**glacier [1]** 13/23
**Glad [1]** 77/9
**gloves [1]** 41/24
**gmail.com [2]** 142/1
143/1
**go [62]** 4/23 5/1 6/18
7/3 9/15 15/23 15/25
21/10 23/25 34/10
35/17 36/7 38/20 40/19
42/4 44/13 44/19 44/21
46/12 46/21 50/9 50/14
50/17 51/8 53/23 56/5
56/15 58/7 58/16 58/20
61/17 70/23 76/9 79/3
85/22 88/20 88/25
92/17 96/15 96/20
104/2 105/7 108/5
115/12 118/18 119/3
119/5 119/5 119/14
120/16 120/19 120/22
121/1 121/8 122/6
123/14 123/15 129/1
130/16 132/23 134/20
139/3
**goals [1]** 55/18
**God [12]** 19/23 27/5
35/14 35/14 38/12 43/1
43/1 46/19 46/19 105/3
111/9 115/3
**God-given [1]** 19/23
**goes [7]** 25/13 25/14
25/14 48/19 48/19
71/24 108/12
**goggles [2]** 41/24
42/24
**going [56]** 4/24 7/8
7/17 12/3 12/4 12/18
12/19 12/22 19/12
23/24 25/16 25/17 27/2
28/21 29/7 38/3 38/4
38/4 38/4 39/18 44/24
47/15 56/17 56/18
57/22 57/22 58/6 61/17
61/19 61/19 64/10
72/15 78/15 80/15
80/18 80/19 83/20 84/6
84/16 84/19 85/14
86/21 94/14 97/6 98/10
104/16 104/17 111/19
111/25 112/1 117/16
120/6 120/18 121/20
123/17 128/16
**gone [3]** 23/6 98/1 98/4
**good [10]** 38/13 47/2
50/2 63/18 93/17 96/16

**G**

**good... [4]** 96/16 104/6
104/8 105/16
**gospel [1]** 90/24
**got [35]** 15/24 15/24
21/17 25/11 28/16
28/19 34/10 36/3 37/3
38/9 39/14 39/19 42/10
44/9 44/19 47/25 49/23
51/13 55/6 55/20 58/21
71/10 76/20 79/23 86/4
90/17 113/6 116/7
117/9 117/9 124/20
127/16 130/17 132/2
136/2
**gotten [1]** 123/6
**government [1]** 53/6
**governor [1]** 35/7
**GPS [2]** 40/6 40/7
**grab [1]** 71/16
**grabbed [5]** 72/3 73/22
74/3 74/16 76/2
**grabbing [2]** 72/21
73/12
**grade [1]** 122/19
**graduate [1]** 31/16
**grandchildren [2]**
33/20 33/20
**grandfather [3]** 6/1 6/4
44/7
**grandfathers [1]** 44/7
**grandmother [2]** 6/1
137/14
**granted [2]** 26/12 70/5
**grateful [1]** 91/12
**gray [1]** 37/15
**graze [1]** 110/21
**grazing [2]** 77/24 78/1
**great [3]** 6/4 7/24 33/20
**great-grandchildren
[1]** 33/20
**great-grandfather [1]**
6/4
**green [1]** 19/21
**Greenwood [2]** 2/13
143/5
**grew [2]** 36/21 36/23
**grip [3]** 71/10 71/19
73/3
**ground [1]** 63/3
**group [1]** 99/17
**growing [2]** 33/13
33/17
**guard [2]** 68/3 70/7
**GUERRERO [24]** 1/4
1/6 1/14 3/9 4/3 4/13
20/14 29/4 34/21 39/19
56/2 83/18 111/17
115/6 117/16 124/20
132/11 137/13 138/1
139/11 140/1 140/18
142/7 143/9
**GUERRERO's [1]**
142/13
**guess [8]** 12/24 42/20
45/7 56/18 58/13 94/23
110/15 121/13
**guests [1]** 92/25

**gun [6]** 18/24 19/4
19/12 25/6 26/6 106/16
117/13
**gunfight [1]** 39/14
**gunshots [1]** 89/22
**guy [7]** 71/23 94/4 94/9
94/14 116/16 119/9
122/12
**guy's [1]** 72/20
**guys [6]** 7/3 18/19
34/13 37/19 45/18 46/8

**H**

**had [149]**
**hadn't [2]** 117/22
134/11
**hair [1]** 74/25 74/25
75/6 75/7 104/23
137/15 137/15
**half [3]** 57/19 59/19
73/24
**half-mile [1]** 59/19
**Hall [1]** 2/9
**hallevans.com [1]** 2/11
**halted [1]** 110/21
**hammered [1]** 22/15
**hand [3]** 71/17 73/10
93/18
**handcuffs [2]** 70/21
106/14
**handicapped [1]** 53/4
94/1 94/9
**handle [1]** 139/14
**hands [4]** 73/9 73/13
93/10 93/12
**hang [3]** 139/7 139/8
139/9
**hanging [2]** 89/6
122/20
**happen [2]** 95/10
130/10
**happened [22]** 6/8 7/1
8/15 8/18 11/5 12/14
17/15 25/3 25/4 25/5
27/17 38/23 42/13
68/22 78/2 93/4 112/11
122/1 130/11 130/14
130/20 130/21
**happening [1]** 46/25
**happens [2]** 135/17
136/1
**happy [5]** 19/15 33/11
33/18 33/18 98/9
**harassed [1]** 25/20
**harassing [1]** 130/21
**harassment [2]** 55/6
116/5
**hard [9]** 11/15 17/14
17/16 36/20 40/25 44/6
47/8 75/1 90/4
**harm [2]** 33/4 33/6
**Harvey [2]** 45/13 46/10
**has [24]** 11/19 11/24
18/25 18/25 21/19
25/21 47/4 48/3 51/24
59/18 85/18 89/17
97/11 98/2 105/3
112/24 113/12 116/25
119/20 122/12 123/10
135/6 137/15 138/25

**hasn [1]** 88/18 98/25
**have [192]**
**haven't [4]** 5/2 12/15
117/15 136/8
**having [6]** 4/4 25/24
62/7 78/23 89/14 117/5
**hay [1]** 78/8
**he [293]**
**He'll [1]** 71/24
**he's [17]** 18/21 27/22
39/6 39/15 39/16 39/16
71/10 72/15 104/7
124/13 124/17 132/17
134/2 134/18 135/4
135/7 136/2
**head [11]** 5/20 5/21
32/2 35/18 43/4 101/21
116/17 116/19 116/19
137/2 137/9
**head-on [3]** 32/2 35/18
101/21
**headache [1]** 113/7
**heading [2]** 64/24
64/24
**heal [1]** 104/12
**health [5]** 69/11 69/16
99/5 99/14 99/18
**healthcare [2]** 76/1
76/5
**hear [6]** 16/13 69/6
75/15 88/23 89/4 130/6
**heard [1]** 120/4
**hearers [1]** 105/17
**hearing [4]** 96/5 96/9
119/7 119/8
**hearsay [1]** 110/4
**heart [3]** 35/10 97/23
132/21
**heat [3]** 41/13 41/18
42/12
**heaven [1]** 34/10
**heavy [1]** 52/11
**HEGARTY [10]** 2/8 3/4
4/7 4/20 104/10 105/2
112/1 117/18 120/9
134/6
**hegartym [1]** 2/11
**held [1]** 55/24
**hell [2]** 23/24 34/11
**helmet [4]** 32/18 41/23
41/23 42/23
**help [10]** 5/23 9/23
45/4 45/25 46/19 46/22
47/24 60/13 99/22
114/4
**helped [2]** 40/3 40/5
**helping [2]** 66/9 102/9
**her [34]** 36/15 37/13
37/14 37/14 38/2 39/1
46/7 48/17 64/13 66/9
70/1 71/6 84/1 84/2
88/12 89/14 89/15
89/16 89/17 91/15
91/17 100/3 108/1
114/4 114/4 114/4
116/19 116/21 120/7
124/4 124/24 124/24
126/25 127/7

**here [63]** 4/22 34/14
34/19 34/25 35/3 35/5
41/15 46/5 47/10 47/11
47/14 47/25 49/9 55/2
55/2 55/5 55/14 55/24
57/25 58/18 59/8 62/18
63/4 64/22 65/5 70/8
77/20 77/21 78/16
79/10 83/23 85/9 88/9
89/22 92/1 92/3 92/14
92/17 92/20 96/10
97/18 98/12 111/25
113/9 114/20 115/4
116/13 117/7 117/23
119/2 119/11 119/12
122/25 124/9 124/10
124/11 125/5 128/21
129/8 133/21 136/9
136/24 137/7
**here's [1]** 57/8
**hereby [2]** 140/1 141/4
**herein [2]** 1/15 141/14
**hereto [1]** 141/8
**heritage [2]** 35/13
136/7
**hero [1]** 39/6
**herself [1]** 13/21
**Hey [2]** 37/7 131/9
**Hi [1]** 4/8
**high [8]** 21/18 31/11
31/14 31/15 39/4 41/20
93/24 113/5
**highlighted [1]** 59/10
**highlighting [2]** 57/25
64/22
**highway [3]** 33/5 40/7
91/3
**hill [1]** 115/1
**Hills [2]** 35/3 35/4
**him [43]** 17/1 17/17
17/18 19/18 21/22 22/2
25/12 39/13 42/11
42/19 43/7 43/14 51/13
68/14 68/25 69/7 71/22
72/5 72/6 73/23 75/15
75/16 76/6 79/14 79/15
92/22 93/22 94/4 94/5
104/3 109/1 109/3
109/10 124/8 124/8
127/24 129/7 129/9
130/17 131/7 132/2
132/16 134/25
**hired [1]** 41/6
**his [106]** 1/9 1/9 1/10
6/12 10/8 11/8 11/8
13/15 17/12 18/17 22/2
22/3 25/7 25/10 25/10
25/21 25/21 32/8 39/13
39/19 39/22 43/14 47/3
50/12 50/12 50/25 51/3
51/4 51/5 67/7 70/20
70/21 70/22 70/25 71/4
71/6 71/9 71/16 71/17
72/7 72/7 72/20 73/19
74/7 76/13 79/9 79/9
79/10 79/11 79/14
79/19 79/22 79/23 80/3
80/4 88/23 90/3 91/2
91/2 92/21 92/23 94/10

94/10 95/4 99/22 105/6
105/13 106/14 106/16
106/18 106/19 106/25
109/2 109/6 109/6
109/14 109/17 116/25
120/5 125/4 125/5
126/17 128/7 128/23
130/4 130/7 130/7
130/20 131/13 131/16
131/19 131/24 132/3
132/12 132/12 132/13
132/18 132/19 132/19
132/20 132/20 134/19
135/3 135/3 135/21
138/18
**Hispanic [3]** 135/12
136/7 138/19
**history [6]** 12/5 31/10
40/19 40/23 49/15
52/21
**hit [7]** 11/12 11/14
11/15 32/2 45/16 51/9
74/7
**Hitler [1]** 48/3
**hitting [8]** 72/7 72/9
72/14 72/18 72/21 74/5
75/16 109/12
**hold [8]** 20/2 30/4 30/4
41/15 67/24 120/19
137/25 137/25
**holding [3]** 13/7 85/11
85/25
**hollered [1]** 93/21
**hollering [3]** 72/17
75/16 105/20
**holster [3]** 106/18
106/19 106/25
**home [1]** 4/14
**homes [1]** 51/8
**honor [1]** 50/20
**honored [2]** 137/10
137/11
**hood [1]** 43/4
**hoodlums [5]** 95/19
120/9 120/14 120/15
121/17
**hook [1]** 54/19
**hookups [1]** 89/18
**hope [4]** 13/22 38/12
104/6 113/9
**hopefully [2]** 87/24
104/5
**horrific [1]** 45/21
**horses [1]** 77/23
**hose [3]** 13/7 85/11
85/25
**hospital [5]** 32/10
40/12 40/15 40/15 91/5
**hospitals [1]** 91/3
**hostage [1]** 55/24
**hot [9]** 41/25 42/2 42/3
42/6 42/8 42/16 42/16
42/17 42/18
**Hotel [1]** 47/6
**hour [3]** 16/8 16/20
41/4
**hours [2]** 16/7 16/19
**house [11]** 37/7 38/7
46/13 47/3 49/6 79/1

**H**

**house... [5]** 94/13 98/16 98/18 98/22 123/1
**how [40]** 10/17 13/23 15/17 15/21 16/23 17/1 17/5 18/19 32/12 35/15 37/12 37/12 38/14 42/6 42/8 42/21 44/6 44/6 44/17 51/22 60/17 67/1 73/18 87/5 90/21 93/23 94/6 98/7 113/10 117/14 117/14 118/3 119/2 119/18 127/21 127/21 130/23 132/10 132/12 137/5
**However [1]** 123/20
**HUERFANO [22]** 1/9 19/9 19/12 20/13 24/17 47/19 49/2 56/1 61/5 67/8 67/22 79/2 79/12 80/1 80/5 102/17 102/21 109/20 114/20 116/6 142/9 143/6
**huh [1]** 5/20
**hundreds [1]** 122/23
**hunt [1]** 67/5
**hunting [2]** 89/24 122/8
**Hurricane [1]** 45/13
**hurt [3]** 72/2 91/11 104/12
**hurting [1]** 105/10
**husband [4]** 39/1 46/7 72/18 75/16

**I**

**I'd [5]** 4/23 13/10 45/22 85/8 86/21
**I'll [15]** 5/25 7/3 7/3 7/24 15/25 27/5 54/14 75/10 75/11 99/12 111/23 111/24 115/15 137/3 139/14
**I'm [112]** 4/24 5/11 7/8 9/19 9/19 11/21 12/2 12/6 12/7 18/14 18/14 19/5 19/11 20/2 20/4 23/21 25/16 25/17 26/21 28/21 29/7 29/13 30/2 30/8 31/23 34/16 34/21 41/15 56/17 56/17 57/22 57/22 58/6 60/16 61/17 61/19 61/19 63/21 64/10 64/22 71/11 80/23 81/5 81/14 81/15 82/4 82/18 83/20 85/14 88/9 88/16 88/17 89/1 90/14 90/19 91/23 94/23 95/13 96/9 96/9 97/3 97/5 98/10 100/19 100/20 105/11 105/18 107/4 111/2 111/2 111/18 111/25 112/1 112/3 116/21 117/16 118/22 118/22 119/9 119/9 121/15 121/20 123/17 125/5

**125/6 125/19 125/19**
126/6 127/21 128/16 130/2 130/2 131/15 132/24 133/4 133/4 133/5 133/21 134/22 134/24 134/24 136/16 136/22 137/10 137/12 137/13 137/17 138/1 138/10 138/24 139/6 139/14
**I've [40]** 6/24 15/24 19/18 26/21 26/25 40/17 40/25 47/1 51/5 53/17 53/17 53/22 53/24 70/9 70/11 70/11 80/7 86/4 98/4 99/21 99/21 104/4 104/4 105/1 113/6 114/19 117/3 118/24 118/24 119/2 122/7 122/7 122/9 122/16 127/25 127/25 129/4 129/8 137/17 137/17
**Ice [1]** 123/4
**idea [5]** 42/6 84/2 84/3 84/23 85/1
**identified [4]** 64/16 65/24 66/6 112/5
**identify [2]** 17/22 128/19
**ignore [1]** 19/22
**ignored [1]** 72/24
**III [1]** 2/15
**illegal [2]** 33/17 80/6
**imagine [1]** 13/22
**impairment [1]** 86/10
**implant [1]** 45/18
**implicates [1]** 6/10
**inaccurate [1]** 22/25
**inch [2]** 43/20 71/11
**inches [1]** 41/19
**incidences [3]** 65/16 93/14 130/13
**incident [30]** 7/1 8/15 8/17 8/25 11/2 11/9 17/15 29/13 29/15 41/11 52/19 62/18 65/21 68/22 76/24 81/8 83/4 88/5 93/3 95/10 105/19 112/10 112/12 117/19 128/22 130/14 130/19 130/21 131/4 137/24
**incidents [4]** 102/17 128/19 129/9 129/10
**including [1]** 78/6
**income [5]** 56/21 56/22 57/1 57/5 57/12
**inconsistent [1]** 127/19
**inconvenience [1]** 87/14
**incurred [7]** 76/17 77/6 77/15 77/19 81/7 81/17 82/7
**indicating [6]** 58/2 64/22 72/8 72/11 74/4 109/11
**individual [4]** 1/9 1/9

**149 99/163**
**individuals [2]** 95/25 95/25
**influence [1]** 132/7
**inform [1]** 114/9
**informed [2]** 112/24 113/12
**INITIAL [2]** 3/7 3/12
**injury [5]** 32/19 52/3 52/5 52/5 52/10
**inspected [2]** 69/17 69/18
**inspecting [1]** 70/3
**inspection [1]** 124/14
**inspections [3]** 69/20 69/22 70/13
**inspector [13]** 69/24 70/8 79/2 79/13 105/6 116/24 117/12 117/13 117/15 122/25 125/6 128/8 128/24
**inspectors [1]** 123/7
**install [1]** 54/19
**installation [1]** 69/19
**installed [1]** 55/9
**installing [1]** 79/6
**instance [2]** 45/13 73/4
**instruct [2]** 29/18 84/10
**instructs [1]** 6/11
**insurance [2]** 46/1 46/6
**interacting [1]** 89/10
**interaction [2]** 128/3 128/7
**interactions [2]** 128/23 128/25
**intercession [1]** 100/16
**interest [4]** 115/6 117/20 128/15 132/11
**interested [2]** 5/11 141/15
**Internet [1]** 104/4
**interpret [1]** 5/20
**Interquest [2]** 2/4 142/6
**INTERROGATORIES [1]** 29/3
**interrogatory [3]** 56/12 57/2 87/3
**interrupt [3]** 7/25 117/17 131/15
**introduce [1]** 85/15
**invaded [1]** 122/12
**invest [1]** 55/11
**investigated [1]** 67/21
**investigating [2]** 68/7 125/1
**investigation [2]** 108/7 129/11
**invited [1]** 93/1
**involve [2]** 84/9 84/16
**involved [2]** 24/9 95/22
**involving [1]** 84/11
**irate [1]** 23/19
**Iron [1]** 41/8
**is [228]**
**isn't [1]** 8/11

**issue [2]** 86/21 115/10
**issues [9]** 5/6 7/2 112/5 114/7 114/7 114/14 114/17 114/18 114/14 114/17 114/18
**it [306]**
**it's [97]** 4/13 5/8 5/19 6/9 8/16 10/5 12/6 12/21 13/17 13/17 17/14 17/15 18/13 18/13 18/15 18/16 18/22 19/2 19/7 27/8 29/20 30/19 31/21 37/16 37/18 40/1 41/12 43/20 47/20 48/2 48/2 48/5 48/7 48/7 48/10 51/22 53/21 55/6 55/6 55/15 55/15 58/4 59/16 59/17 62/1 65/16 69/5 74/25 77/24 77/25 79/6 83/4 88/7 89/25 91/4 93/18 93/19 95/3 95/17 95/23 96/1 96/1 97/16 97/16 98/1 98/2 98/10 98/23 104/17 106/8 111/20 113/9 113/17 114/18 114/18 116/1 116/1 116/2 118/25 118/25 119/3 119/6 119/22 120/2 120/16 121/6 121/9 122/5 122/5 122/20 124/17 124/19 127/20 135/14 136/9 137/1 138/17
**its [2]** 61/5 81/12

**J**

**jacket [1]** 94/5
**jackhammer [1]** 44/15
**Jacob [1]** 13/15
**jail [1]** 12/20
**January [5]** 1/4 1/16 3/2 139/16 142/8
**jeez [1]** 135/21
**JEFF [35]** 1/9 4/21 19/13 19/18 21/19 24/15 25/6 25/20 26/3 26/16 33/5 33/7 48/10 48/12 48/18 51/23 62/5 62/8 62/22 63/14 63/21 64/23 65/11 66/14 67/6 67/12 69/25 73/19 79/16 90/2 102/24 111/4 116/7 119/10 123/10
**JENSEN [1]** 1/10
**Jeremy [1]** 39/5
**Jesus [4]** 35/14 104/13 104/25 106/1
**jet [1]** 55/8
**Jicarilla [1]** 6/2
**jitsu [1]** 93/17
**jittery [1]** 98/9
**jiu [1]** 93/17
**jiu-jitsu [1]** 93/17
**job [7]** 7/24 38/13 44/10 49/15 52/5 52/6 78/24
**jobs [3]** 40/21 45/23

**52/1**
**Joe [42]** 4/8 4/8 4/11 4/14 4/18 4/20 11/18 12/8 17/19 21/11 28/3 28/14 28/22 29/16 29/16 30/1 35/18 36/9 36/9 36/14 38/24 40/18 51/25 56/4 73/18 80/23 83/10 84/8 86/5 87/18 93/5 94/19 97/2 98/15 99/4 103/2 105/13 107/5 108/11 110/9 111/2 139/9
**John [4]** 23/14 23/15 23/22 23/22
**joined [1]** 39/6
**joining [1]** 39/7
**jolting [1]** 119/7
**Joplin [2]** 45/15 102/10
**JOSE [14]** 1/4 1/6 1/13 3/8 4/3 4/13 20/14 29/4 83/17 140/1 140/18 142/7 142/13 143/9
**Joseph [1]** 39/4
**joy [1]** 89/8
**Jr [1]** 130/19
**judge [10]** 11/19 11/24 11/24 12/8 12/24 26/3 26/10 28/12 29/14 110/15
**Judge Domenico [1]** 11/24
**judicial [1]** 135/25
**July [60]** 8/16 8/24 11/9 11/9 11/9 11/20 11/25 12/10 13/3 13/8 29/13 64/7 64/25 65/8 65/12 65/15 65/21 67/16 68/17 69/12 70/17 73/21 76/18 77/7 77/16 86/7 86/11 86/15 86/19 93/8 95/2 101/12 101/17 106/7 106/13 106/24 107/21 110/18 111/5 112/12 112/17 113/1 113/14 114/10 115/25 116/4 117/19 118/3 118/20 122/1 123/19 125/13 128/6 128/19 128/22 129/16 131/1 132/7 135/10 136/6 137/21
**July 13 [52]** 11/20 11/25 12/10 13/3 13/8 64/7 64/25 65/8 65/12 65/21 67/16 69/12 70/17 76/18 77/7 77/16 86/7 86/11 86/15 86/19 93/8 95/2 101/12 101/17 106/7 106/13 106/24 107/21 110/18 111/5 112/12 112/17 113/1 113/14 114/10 115/25 116/4 117/19 118/3 118/20 122/1 123/19 125/13 128/6 128/19 128/22 129/16 131/1 132/7 135/10 136/6 137/21

**J**

**July 14 [3]** 8/16 8/24 11/9
**July 4 [1]** 11/9
**jumped [1]** 114/25
**junk [1]** 117/7
**junkyard [1]** 117/7
**just [113]** 5/5 5/10 5/22 8/24 10/20 10/21 11/17 12/22 13/1 13/2 13/11 13/12 13/12 14/23 15/1 18/9 18/16 19/2 19/5 19/7 19/22 20/2 20/6 20/24 25/9 25/11 25/12 27/5 27/12 29/13 30/12 31/12 33/18 33/18 33/21 34/8 35/10 36/20 39/8 40/2 40/22 41/3 43/11 44/5 46/4 46/11 48/5 48/23 48/24 50/14 50/14 51/2 54/5 54/10 54/11 54/11 55/1 57/23 63/21 65/25 69/10 71/17 72/7 72/23 72/24 73/14 74/2 74/2 74/3 74/11 74/14 76/11 76/13 76/20 77/24 82/7 83/3 83/3 85/14 86/4 88/18 89/8 89/24 92/3 92/7 93/1 93/2 93/2 94/11 94/11 95/17 95/23 97/17 105/21 107/4 111/21 119/7 120/22 120/25 121/15 123/15 124/4 125/4 126/9 129/10 131/6 131/7 131/18 133/4 133/5 133/13 136/13 136/15

**K**

**Kansas [1]** 51/9
**keep [12]** 5/21 28/16 47/15 48/13 50/12 61/23 72/1 96/1 114/4 114/4 117/23 121/4
**keeping [2]** 17/9 107/11
**keeps [1]** 94/11
**kept [3]** 124/7 124/23 131/6
**kid [2]** 41/1 94/1
**kids [3]** 48/6 92/2 105/6
**kill [3]** 71/24 72/16 94/15
**killed [2]** 39/15 60/10
**kind [18]** 11/4 17/14 17/15 25/9 27/4 27/11 36/20 39/8 41/6 46/4 51/18 63/19 73/2 73/8 74/25 74/25 131/24 137/10
**knee [3]** 60/16 60/16 71/18
**knew [1]** 130/20
**knocked [1]** 11/10
**knocks [1]** 57/19

**know [336]**
**knowledge [6]** 30/9 81/4 82/1 82/2 101/9 126/25
**known [1]** 80/7
**knows [1]** 25/7
**knuckle [2]** 72/9 74/7
**Koen [4]** 67/19 68/11 68/12 68/16

**L**

**L.L.C [1]** 2/9
**La [1]** 47/12
**La Veta [1]** 47/12
**labor [2]** 46/10 46/16
**laborer [2]** 41/7 41/8
**lady [3]** 33/5 46/4 46/5
**laid [8]** 44/11 44/12 44/19 49/17 49/18 49/21 49/24 50/2
**Lake [1]** 20/15
**lakes [5]** 34/14 59/24 61/1 91/21 119/12
**land [9]** 13/16 20/15 20/23 21/3 22/24 24/2 24/9 85/6 111/5
**language [5]** 8/9 8/12 106/2 126/21 137/7
**large [3]** 59/2 62/1 108/21
**laser [1]** 40/5
**last [5]** 4/12 22/3 48/16 59/15 86/4
**later [8]** 5/14 11/13 27/25 32/12 49/11 71/8 72/25 82/23
**Lathrop [1]** 22/10
**laughed [1]** 39/8
**law [4]** 2/4 6/11 81/12 142/5
**lawincolorado.com [1]** 2/14
**lawns [1]** 41/1
**laws [2]** 24/12 70/2
**lawsuit [6]** 4/21 23/4 24/3 32/25 63/23 63/23
**lawyer [1]** 75/19
**lawyers [1]** 111/20
**learned [5]** 32/12 37/18 49/11 64/13 71/7
**leave [2]** 104/25 125/3
**left [8]** 32/15 37/22 37/23 41/2 41/4 44/11 50/22 60/15
**legal [6]** 58/1 59/10 81/11 82/5 82/8 82/15
**LESLIE [3]** 2/12 111/10 143/4
**let [20]** 5/16 6/15 6/20 7/3 8/19 9/3 17/3 17/3 28/3 28/3 28/4 64/14 107/14 110/15 112/3 115/5 119/17 125/8 125/10 138/1
**let's [9]** 22/4 31/9 40/18 40/19 56/5 56/15 57/21 86/3 86/25
**letter [1]** 94/5
**letting [1]** 105/15

**list [5]** 17/23
**license [10]** 47/11 79/5 79/9 79/10 79/12 79/19 79/21 79/23 79/23 80/10
**licensed [7]** 100/23 101/6 101/14 134/14 135/2 135/4 135/8
**lie [1]** 37/19
**life [16]** 23/24 37/14 37/19 87/15 95/11 95/11 97/7 101/21 102/15 103/1 106/9 106/9 106/10 106/10 118/7 122/12
**life-threatening [1]** 103/1
**like [176]**
**likely [1]** 84/6
**likes [1]** 48/16
**limitation [1]** 6/16
**limited [7]** 11/20 11/24 12/6 12/9 13/3 60/17 117/18
**line [3]** 3/21 41/21 140/4
**lines [1]** 125/20
**list [3]** 81/6 106/4 106/7
**listen [1]** 75/14
**litigation [1]** 141/15
**little [18]** 5/5 9/3 9/18 20/21 24/15 34/11 41/1 43/11 48/15 49/13 56/14 58/5 60/24 71/8 86/3 89/16 108/13 111/25
**live [3]** 19/1 98/5 105/21
**lived [1]** 107/17
**lives [2]** 48/10 104/13
**living [1]** 23/24
**LLC [9]** 2/12 2/16 20/16 20/23 21/3 22/24 24/3 24/9 143/4
**loaded [1]** 62/9
**loader [1]** 63/1
**located [1]** 135/25
**locating [1]** 21/22
**location [1]** 14/7
**lock [2]** 58/16 58/19
**Lockheed [2]** 38/10 39/24
**long [9]** 10/6 26/23 42/5 46/23 50/18 60/21 111/20 117/23 119/3
**longer [8]** 60/3 68/13 68/15 79/22 94/21 108/15 126/3 126/13
**look [8]** 58/3 71/5 75/11 81/15 83/21 85/8 86/22 104/7
**looked [13]** 9/1 10/21 10/22 11/13 15/1 15/7 15/8 29/24 68/8 109/16 110/7 124/25 136/24
**looking [4]** 30/2 89/13 92/3 108/19
**Lord [1]** 106/2

**lose [1]** 22/6
**losing [2]** 20/2 41/15
**loss [2]** 54/6 87/15
**lost [10]** 42/22 47/14 55/4 55/10 55/17 57/1 57/12 61/6 61/15 78/21 79/21 79/23 79/23
**lot [37]** 5/1 6/3 12/18 13/13 35/8 37/19 39/24 40/6 40/7 40/11 45/9 46/2 46/10 50/12 55/4 55/10 55/17 60/10 60/14 74/24 74/25 80/7 80/9 80/15 80/16 80/17 86/20 88/9 97/7 114/3 116/8 117/22 119/4 119/19 132/17 135/6 137/7
**love [3]** 96/6 104/5 104/6
**Ischluter [1]** 2/14
**lump [4]** 96/3 96/7 96/8 96/13

**M**

**ma'am [1]** 137/3
**machine [1]** 141/9
**Macon [1]** 40/14
**made [8]** 30/19 32/4 38/20 43/18 50/22 50/24 69/2 79/23
**main [1]** 121/6
**maintain [3]** 60/5 60/23 63/4
**majority [1]** 54/1
**make [17]** 6/13 7/13 9/24 23/24 38/3 38/4 45/23 48/24 49/4 54/11 74/14 75/21 76/14 104/23 121/15 126/9 130/2
**makes [1]** 37/19
**making [3]** 44/4 54/16 131/6
**male [1]** 89/12
**mall [1]** 60/20
**man [12]** 41/15 71/23 72/15 89/12 95/24 100/22 104/6 104/8 105/5 119/19 132/17 132/18
**management [2]** 40/24 45/8
**manager [1]** 41/5
**Mann [2]** 23/16 23/20
**Mann's [1]** 23/18
**manner [2]** 93/13 137/21
**mantra [1]** 37/14
**many [11]** 10/17 15/17 15/21 16/23 17/11 17/6 20/22 40/21 65/16 73/18 119/18
**marathon [1]** 112/20
**March [2]** 61/22 61/24
**March 30 [2]** 61/22 61/24
**mark [2]** 10/7 85/15
**marked [2]** 3/12 28/22
**markers [4]** 21/23

**marks [1]** 58/1
**married [2]** 36/4 36/4
**marry [1]** 37/24
**Martin [3]** 38/10 39/24 109/23
**mask [2]** 43/5 132/1
**materials [4]** 46/11 46/11 46/16 46/18
**matter [5]** 26/23 50/7 57/1 57/12 142/21
**matters [1]** 141/7
**MATTHEW [3]** 2/8 4/20 29/17
**may [9]** 4/8 6/5 6/6 19/24 57/1 95/15 136/5 142/18 143/14
**maybe [12]** 10/21 16/7 16/19 40/23 46/21 71/11 73/24 74/1 106/5 106/5 117/21 130/19
**McDivitt's [1]** 47/3
**MDB [3]** 1/2 142/9 143/7
**me [132]** 8/19 9/3 11/3 11/7 11/12 11/14 11/15 17/3 17/3 18/19 18/23 20/11 20/13 21/19 25/6 25/7 26/6 27/1 27/5 27/25 28/22 28/3 28/3 28/4 28/13 32/9 33/8 35/1 35/10 35/11 36/23 37/24 37/25 39/8 40/20 40/21 42/13 42/13 42/15 42/21 42/22 42/23 43/1 43/8 44/16 46/9 47/5 48/12 48/18 48/24 50/3 50/6 50/16 50/22 51/1 51/10 51/11 51/12 51/19 52/24 53/2 55/13 57/5 58/4 59/16 60/13 61/12 63/19 63/23 64/1 64/4 64/14 72/3 72/7 72/9 72/12 72/14 72/16 72/21 72/21 73/10 74/5 74/7 74/11 74/12 78/6 78/12 78/20 79/17 79/18 79/21 79/23 80/6 84/9 85/7 86/23 90/8 90/15 91/16 93/6 94/9 94/10 94/22 96/10 97/19 100/4 100/10 105/1 105/3 107/14 109/16 110/7 112/3 115/5 116/13 116/14 116/20 116/20 117/4 118/25 119/13 119/17 125/8 125/10 129/1 129/2 130/8 131/7 138/1 140/19 141/6 141/9
**mean [71]** 8/16 9/17 11/6 11/8 11/14 12/17 12/19 12/21 12/22 12/22 13/13 14/20 17/7 18/24 19/2 21/12 21/13 23/21 27/1 28/7 30/13 36/8 40/20 41/1 45/17 47/25 48/5 48/23 50/25

## M

mean... [42] 51/2 54/10 55/25 61/23 64/14 67/10 70/22 72/4 74/12 77/17 81/15 83/1 86/22 90/25 91/2 94/16 96/11 98/9 100/9 100/18 100/21 102/25 103/2 103/9 106/3 108/16 108/23 110/13 110/20 110/21 115/11 116/11 116/20 119/2 122/6 127/6 129/3 129/4 129/5 136/3 136/8 138/9
meaning [2] 5/12 96/22
means [2] 65/8 142/13
meant [1] 64/22
medical [9] 82/22 112/24 113/12 113/20 114/7 114/8 114/9 118/18 134/7
medication [1] 99/6
medications [1] 17/19
meet [6] 17/1 17/6 36/22 37/1 37/8 129/2
meeting [6] 16/24 23/15 26/5 27/19 121/8 121/13
meetings [5] 92/15 120/17 120/20 121/2 121/3
melt [3] 42/7 42/19 102/6
melted [1] 42/23
members [11] 34/5 54/25 60/11 68/19 78/19 78/20 79/16 90/22 92/15 92/23 135/3
memory [1] 69/1
men [4] 80/16 100/5 100/5 100/6
mental [7] 17/20 18/6 69/11 86/18 99/5 99/13 99/17 100/12 120/10
mentality [3] 33/10 48/23 94/6
mention [2] 78/13 78/15
mentioned [2] 20/24 121/23
message [1] 105/4
met [7] 4/21 17/11 17/17 37/21 70/9 99/20 122/17
metallurgist [2] 44/10 44/11
Metro [1] 38/8
Mexican [1] 138/5
Mexicans [1] 137/6
Mexico [2] 35/7 35/9
Michelle [4] 1/16 141/3 141/20 142/23
middle [7] 25/21 29/2 32/1 83/16 114/21 114/24 119/6
might [2] 12/6 15/1

mild [2] 11/1 112/9
mile [3] 48/11 59/19 79/1
mill [10] 41/7 43/18 44/8 44/12 45/3 49/18 49/24 50/16 50/17 71/13
million [2] 51/7 51/12
mind [5] 4/25 19/7 38/1 87/24 129/25
mine [1] 123/23
ministering [1] 90/17
Ministries [1] 20/15
ministry [14] 33/23 34/1 54/16 54/18 54/20 55/3 55/11 59/25 61/1 78/19 88/11 90/17 91/21 91/21
MINSHALL [3] 2/3 142/5 142/11
minute [15] 9/10 9/22 10/12 31/10 66/7 66/15 66/16 67/11 87/22 91/4 109/2 109/3 110/10 114/25 131/9
minutes [8] 73/20 74/8 108/11 108/11 108/13 109/4 125/20 126/13
minutes' [1] 115/16
misaligned [1] 42/14
miss [1] 32/3
mission [1] 91/1
missionaries [1] 34/20
Missouri [2] 45/15 102/10
mistake [1] 82/9
mistaken [1] 138/24
mom [3] 38/15 38/16 89/7
mom's [1] 34/21
moment [1] 107/2
moments [3] 114/14 119/25 130/1
money [6] 24/10 45/24 45/24 46/6 46/14 77/1
month [4] 46/15 85/5 88/2 133/17
months [5] 32/3 32/12 68/14 101/22 112/10
monument [2] 22/16 22/20
monuments [1] 21/22
more [13] 9/18 10/24 17/10 20/21 22/4 41/11 47/22 47/22 70/18 74/11 74/12 107/7 138/2
morgue [1] 32/6
morning [3] 25/22 25/23 119/13
Moses [3] 133/24 134/25 134/25
most [14] 10/22 39/25 87/18 87/20 87/25 88/3 89/5 89/8 90/8 90/12 91/15 91/16 91/18 112/1
Mostly [1] 46/2

motorcycle [4] 32/2 35/19 73/15 82/21
mountain [5] 20/15 59/24 61/1 91/21 108/21
mouth [2] 105/15 120/5
move [3] 83/7 99/12 123/17
Mr [11] 3/4 3/5 4/7 56/2 106/11 110/11 111/16 117/16 134/10 135/20 142/11
Mr. [91] 10/8 10/13 23/16 24/25 26/9 26/10 26/11 26/12 55/16 60/4 65/12 66/1 68/23 70/16 71/8 72/18 73/6 76/2 93/8 94/20 94/25 95/3 95/13 95/15 98/15 98/18 98/23 99/7 99/15 99/19 99/19 101/12 101/16 104/10 105/2 106/13 106/25 107/13 107/21 108/12 109/1 109/14 110/17 111/17 112/1 112/25 113/1 113/13 113/14 115/6 115/24 115/24 117/18 120/1 120/9 120/13 120/13 123/20 124/20 125/12 125/12 125/22 125/22 126/17 126/21 126/25 127/4 127/16 127/23 127/25 128/4 128/7 128/20 128/23 129/20 130/3 130/4 132/11 133/1 134/6 134/10 134/13 134/16 135/10 136/5 137/20 138/1 138/6 138/11 139/11
Mr. Acke [6] 24/25 26/9 26/10 26/11 26/12 68/23
Mr. Bensman [33] 10/8 66/1 70/16 72/18 76/2 93/8 94/20 94/25 95/3 95/13 98/15 98/18 98/23 99/7 99/15 99/19 101/12 101/16 105/4 106/13 106/25 107/13 107/21 108/12 109/14 110/17 112/25 113/13 115/24 120/13 125/12 125/22 134/10
Mr. Bensman's [2] 10/13 109/1
Mr. Benson [1] 71/8
Mr. Colorado [1] 73/5
Mr. Guerrero [6] 111/17 115/6 124/20 132/11 138/1 139/11
Mr. Hegarty [6] 104/10 105/2 112/1 117/18 120/9 134/6
Mr. Payton [2] 55/16 60/4
Mr. Sandoval [28]

motorcycle [4] 32/2
mountain [5] 20/15
65/12 95/15 113/1 115/24 120/1 120/13 123/20 125/12 125/22 126/17 126/21 126/25 126/17 127/16 127/23 127/25 128/4 128/7 128/20 128/20 128/23 129/20 130/3 130/4 134/16 137/20 138/6 138/11
Mr. Sandoval's [4] 113/14 133/1 135/10 136/5
Mr. Tree [1] 105/5
Mr. Young [1] 23/16
Mrs. [5] 69/7 69/15 70/10 120/6 124/15
Mrs. Sykes [5] 69/7 69/15 70/10 120/6 124/15
Ms [1] 143/8
MST [1] 31/4
much [8] 32/5 44/4 44/20 46/24 48/21 51/22 52/12 90/21
multiple [2] 72/22 119/19
municipality [1] 1/9
mustache [1] 43/3
muted [2] 111/10 111/11
my [212]
myself [1] 45/11

## N

name [17] 4/11 4/12 4/20 22/2 22/3 36/15 64/15 85/18 107/15 111/17 116/19 116/25 133/23 135/16 135/16 135/21 138/14
name-calling [1] 135/16
named [1] 94/2
Nashville [1] 136/19
nasty [1] 32/21
nation [1] 104/19
Native [2] 6/1 137/14
natives [1] 34/24
Navy [1] 93/16
Nazism [1] 48/2
necessary [1] 142/15
neck [3] 32/14 43/5 82/24
need [15] 6/15 6/17 7/22 28/15 28/18 29/15 29/17 29/21 36/9 49/5 56/15 62/24 75/19 115/11 119/3
needed [4] 28/16 28/19 51/11 60/7
negligent [1] 23/9
neighbor [2] 48/8 48/8
neighbors [3] 68/4 68/19 92/2
Neil [2] 94/2 94/3
never [24] 4/20 21/15 26/25 34/6 37/24 38/1 51/17 55/8 55/9 76/1

65/12 95/15 113/1 115/24 120/1 120/13 123/20 125/12 125/22 126/17 126/21 126/25 126/17 127/16 127/23 127/25 128/4 128/7 128/20 128/23 129/20 130/3 130/4 134/16 137/20 138/1 138/6 138/11
Mr. Sandoval's [4] 113/14 133/1 135/10 136/5
Mr. Tree [1] 105/5
Mr. Young [1] 23/16
Mrs. [5] 69/7 69/15 70/10 120/6 124/15
Mrs. Sykes [5] 69/7 69/15 70/10 120/6 124/15
Ms [1] 143/8
MST [1] 31/4
much [8] 32/5 44/4 44/20 46/24 48/21 51/22 52/12 90/21
multiple [2] 72/22 119/19
municipality [1] 1/9
mustache [1] 43/3
muted [2] 111/10 111/11
my [212]
myself [1] 45/11

76/5 98/23 107/13 118/8 123/8 123/20 126/17 126/21 127/4 127/17 129/20 137/20 138/6 138/12
new [6] 35/7 35/9 55/7 116/23 117/12 131/21
news [1] 68/9
next [6] 25/8 25/17 50/15 56/25 100/21 116/10
nice [2] 47/2 98/8
night [4] 16/1 114/21 114/24 119/7
no [97] 1/2 5/22 5/22 8/11 9/8 10/14 14/3 15/11 15/16 17/21 18/9 19/5 19/19 19/25 20/7 21/19 25/13 25/16 28/1 28/15 28/18 33/2 37/15 38/2 39/3 47/15 50/7 50/10 51/24 52/20 58/14 60/3 63/20 64/9 68/13 68/15 68/24 69/13 70/18 74/11 76/4 76/7 76/15 79/3 79/21 83/10 84/21 84/25 85/7 86/8 86/12 86/16 86/24 90/20 94/21 99/8 99/11 99/16 101/13 101/18 103/21 106/15 106/18 107/6 107/23 111/6 111/7 113/2 113/12 113/21 114/5 114/8 118/11 118/22 119/21 123/10 124/4 124/9 126/1 126/1 126/19 127/8 127/20 128/9 128/11 128/11 129/24 131/2 133/2 134/22 136/4 136/4 138/8 138/16 142/9 143/7 143/11
no-go [1] 79/3
nobody [3] 8/7 117/8 117/8
nod [1] 5/20
none [10] 105/22
noneconomic [2] 87/6 87/11
nonstop [1] 19/2
normally [1] 119/5
north [3] 34/16 47/4 47/5
northeast [2] 22/9
northwest [2] 14/8 22/21
not [99] 6/12 7/23 7/25 12/2 12/6 12/7 17/21 18/7 18/21 29/21 31/23 33/15 35/23 43/3 43/6 54/5 55/15 55/19 56/22 56/24 56/25 57/11 63/1 63/14 63/23 64/1 64/7 67/7 67/24 68/23 68/24 69/10 71/4 75/12 77/25 78/6 78/13 78/15 78/25 79/18 83/10 84/10 84/11 84/19 86/5 86/9

## N

not... [53] 86/13 86/17 88/3 88/3 91/3 91/16 93/13 95/5 95/14 96/16 97/3 98/10 98/15 100/21 104/10 104/10 104/10 104/11 104/18 105/14 105/19 105/24 106/2 107/22 108/24 109/6 109/14 109/25 110/4 110/17 112/2 114/1 114/18 116/1 116/22 117/3 119/3 119/15 120/15 120/22 122/24 124/10 124/12 125/2 125/6 125/19 126/25 127/2 127/20 128/16 133/4 134/13 141/13
Notary [3] 1/17 140/23 141/4
NOTE [1] 56/25
notes [2] 111/13 133/23
nothing [3] 15/4 27/22 138/21
notice [4] 1/13 107/8 143/15 143/17
now [35] 16/10 35/16 38/9 38/10 39/16 46/20 51/24 53/15 55/15 58/9 58/24 62/1 64/10 70/16 71/11 73/7 76/20 77/25 81/15 82/15 82/18 82/22 83/11 98/6 104/22 107/18 113/6 115/11 115/22 116/8 116/16 116/25 119/25 120/8 140/4
nowadays [2] 31/24 48/6
nuh [1] 5/20
nuh-uh [1] 5/20
number [6] 20/14 48/4 56/12 81/6 87/3 125/23
Number 17 [1] 56/12
Number 18 [1] 81/6
Number 23CV30004 [1] 20/14
numbers [2] 17/16 59/9
numerous [1] 77/18

## O

O'CONNELL [4] 2/15 3/5 111/16 111/18
oath [11] 5/11 109/13 124/19 125/11 126/16 126/20 126/25 127/4 127/17 128/21 129/20
object [3] 6/5 6/6 88/24
objected [1] 88/18
objection [6] 84/5 88/14 88/23 96/25 107/3 108/4
OBJECTIONS [1] 29/2
obligation [1] 75/20
observe [1] 4/25

obtained [1] 64/25
obvious [2] 16/5 77/16
obviously [2] 15/24 26/18
occasions [1] 63/5
occur [1] 64/7
occurred [4] 62/14 62/18 65/21 67/17
occurrence [1] 62/4
occurrences [1] 106/5
occurring [1] 119/22
off [39] 40/9 42/5 44/12 44/12 44/19 49/17 49/18 49/21 49/24 50/2 53/22 54/3 55/7 55/12 56/5 62/10 70/7 70/14 71/2 72/23 79/17 79/18 79/21 79/21 80/6 100/10 108/16 108/17 109/7 109/10 109/11 110/7 110/8 110/13 116/21 116/21 117/22 123/23 139/3
offered [2] 23/18 130/25
office [7] 17/12 24/12 51/1 76/21 79/14 142/16 142/18
officer [13] 18/17 19/6 48/19 51/18 66/25 70/8 79/13 97/18 113/8 116/24 117/13 123/9 123/25
officers [3] 21/16 117/11 123/7
officials [1] 26/17
oftentimes [1] 121/7
oh [24] 8/24 31/12 47/14 47/16 47/16 56/4 65/13 71/24 78/21 88/8 89/24 90/15 96/8 96/18 105/5 115/3 118/14 119/19 122/3 132/9 133/16 136/22 137/11 138/13
oil [2] 43/20 43/21
okay [54] 4/9 5/1 5/2 5/17 8/1 8/13 9/21 12/12 12/23 13/4 15/13 28/9 28/14 28/20 29/18 29/19 29/21 29/22 31/13 36/12 36/17 47/16 56/15 56/20 57/10 58/7 58/22 59/1 64/2 65/9 82/15 101/9 106/23 111/23 112/21 115/18 118/6 119/17 121/10 121/15 121/22 123/12 124/9 126/14 127/9 128/12 128/15 132/24 133/4 133/19 134/24 136/11 138/3 138/13
old [11] 26/21 36/24 38/17 41/2 71/11 82/20 89/8 92/5 118/13 122/18 137/17
older [1] 131/2
oldest [1] 39/4
once [17] 10/19 15/23

1650 if 1837/17 18/3 73/21 36/4 74/14 74/16 79/9 79/11 79/11 93/14 93/17 123/1 136/19
one [58] 5/7 5/8 9/9 9/12 10/7 22/8 23/13 26/8 26/9 26/23 33/12 38/11 41/11 41/16 42/9 45/18 46/4 46/15 47/13 48/8 48/18 55/13 57/4 61/23 62/4 64/17 64/24 66/1 66/11 69/2 69/7 69/16 69/18 70/2 70/12 71/1 71/18 73/6 79/4 80/20 85/9 91/2 92/5 94/12 94/14 94/14 95/19 95/19 96/12 100/11 102/1 106/24 110/23 123/10 127/15 130/13 131/2 137/15
one-acre [1] 33/12
ones [2] 15/1 34/22
ongoing [3] 81/11 82/5 83/2
only [20] 6/16 10/22 17/11 39/2 61/13 71/4 76/10 80/20 81/10 82/4 82/15 93/7 93/13 95/3 104/18 105/16 117/3 118/23 120/15 133/17
open [3] 120/24 121/4 121/4
opened [2] 64/3 64/3
opener [1] 55/8
operating [1] 43/10
operator [4] 42/14 42/15 43/7 43/23
opinion [2] 108/1 114/9
opposed [1] 120/3
opposing [1] 142/20
order [11] 11/19 12/1 12/9 24/25 24/25 26/11 26/12 28/13 28/13 139/14 142/18
orders [3] 25/4 26/8 139/5
ore [1] 41/9
original [2] 142/12 142/25
originally [1] 44/17
originals [1] 6/2
other [66] 6/11 6/22 7/1 7/16 7/23 10/9 13/25 14/1 14/6 14/18 14/20 14/22 15/1 15/11 17/24 21/18 22/5 22/8 22/16 23/6 32/22 33/24 35/20 38/21 42/9 45/6 52/7 57/16 60/19 64/25 66/2 76/14 77/5 77/6 77/14 77/15 78/16 79/16 81/7 81/16 82/7 90/7 92/25 95/5 95/19 96/1 96/16 100/6 100/7 100/11 102/14 102/15 102/16 115/7 115/8 115/10 117/4 118/3 128/23 134/14 136/9

137/8 137/15 137/22 138/25 139/12
otherwise [4] 29/18 36/12 114/9 141/14
ought [2] 37/19 40/3
our [87] 7/23 11/10 12/4 14/7 14/7 14/9 18/25 19/1 19/20 19/22 19/22 19/22 21/24 22/9 22/9 23/12 23/24 25/7 25/8 26/1 33/19 33/19 33/20 33/21 34/1 34/1 34/6 34/6 34/12 34/15 34/16 34/17 39/21 41/22 41/22 41/22 46/10 46/10 46/10 48/13 54/15 54/18 54/18 54/20 54/20 54/23 55/11 55/15 55/17 55/18 55/18 67/23 68/2 68/5 68/5 72/23 76/22 77/22 77/23 77/23 77/25 78/19 78/19 90/16 90/25 92/18 94/6 96/14 96/20 97/23 98/5 99/20 105/7 108/18 108/23 110/19 110/20 113/8 117/10 122/12 122/12 122/12 129/11 135/14 142/16 142/18
ourselves [1] 54/25
out [63] 5/3 11/16 13/7 15/4 18/17 21/6 21/6 21/21 22/13 24/4 26/5 27/12 32/11 32/12 32/16 34/19 34/24 35/25 39/24 40/4 41/9 41/9 42/2 42/3 42/22 42/22 46/22 46/22 47/10 47/11 48/14 48/21 49/9 50/14 51/8 51/9 57/19 60/12 63/7 73/5 77/6 77/15 77/18 77/18 82/4 85/12 85/25 89/6 91/19 97/18 102/9 105/15 105/24 106/18 106/19 108/24 109/2 110/4 119/11 133/5 136/9 137/6 139/13
outcome [1] 141/15
outside [6] 5/4 98/5 113/8 133/2 133/2 137/19
ovens [4] 41/18 41/19 42/4 42/7
over [43] 4/23 7/23 17/8 17/9 18/13 32/7 34/19 35/3 35/5 37/7 41/13 42/18 43/4 43/8 43/13 43/13 44/2 44/2 44/4 44/9 46/4 51/4 51/6 51/11 51/12 55/14 59/8 61/13 78/16 79/13 89/13 89/14 90/9 90/25 96/21 98/10 98/22 102/11 108/13 109/21 122/25 124/25 127/23
overall [1] 97/11

overlapping [2] 22/1 22/7
overlooking [1] 34/14
overtime [2] 43/25 44/20
own [5] 35/4 67/7 80/4 89/16 120/5
owned [4] 35/3 48/1 50/1

## P

p.m [6] 1/15 56/6 56/7 115/20 115/21 139/16
page [21] 3/2 3/21 29/1 29/2 30/17 30/18 56/11 56/11 56/25 57/19 61/21 62/17 83/17 83/17 83/24 85/2 85/9 85/18 140/4 142/12 142/15
page 1 [8] 29/1 29/2 83/17
page 10 [2] 56/11 85/9
page 15 [1] 30/18
page 3 [1] 83/24
page 5 [1] 85/2
page 7 [1] 61/21
page 8 [1] 62/17
pages [6] 29/8 29/25 30/12 59/9 61/20 83/21
paid [1] 115/24
pain [5] 87/13 112/16 134/4 134/9 134/15
pains [1] 128/18
paper [4] 11/12 14/23 15/11 80/3
papers [1] 63/23
paperwork [5] 24/1 33/25 61/12 86/23 86/25
paragraph [2] 61/21 63/13
paraphrasing [2] 88/9 90/14
parent [1] 38/18
Park [3] 22/10 51/2 79/5
park's [1] 92/18
parked [3] 67/12 108/12 113/8
Parker [3] 122/21 122/21 122/22
parks [1] 109/2
Parkview [1] 40/12
Parkway [2] 2/4 142/6
part [8] 7/12 35/9 45/20 54/20 88/11 89/7 106/22 112/13
participants [1] 7/17
participating [1] 38/18
parties [2] 141/8 141/14
partner [7] 50/23 50/25 51/10 79/18 79/18 80/3 80/12
partnered [1] 79/4
partners [1] 50/21
parts [2] 45/17 102/11
party [1] 131/5

**P**

pass [2]  70/15 116/15
passed [11]  36/5 36/22
 38/16 46/7 50/23 51/3
 80/21 80/21 103/18
 117/13 117/15
passing [1]  103/10
past [13]  16/6 16/19
 17/13 17/13 54/6 56/22
 56/25 57/11 70/12 80/8
 115/2 122/7 133/16
pastor [9]  99/20 99/22
 100/10 100/22 120/25
 134/2 134/22 134/23
 134/25
pastor's [1]  133/23
pastors [1]  100/16
pasture [1]  110/19
patrol [2]  39/11 39/12
Paul [3]  49/25 50/10
 105/14
pay [1]  46/17
paying [1]  24/9
Payton [5]  55/16 60/4
 61/2 61/4 61/13
peace [1]  19/2
Peak [1]  34/17
peaks [1]  34/15
pedestals [1]  54/19
Pedro [1]  35/6
penalties [1]  128/18
penalty [4]  57/16 81/10
 82/3 87/10
pending [2]  6/17 83/11
people [41]  13/13
 33/22 33/24 34/2 35/8
 37/11 37/12 45/25
 46/20 47/24 54/19 55/1
 55/11 55/12 68/21 72/8
 80/7 88/10 89/21 90/17
 90/24 92/13 94/8 95/5
 98/21 104/11 104/11
 104/12 104/24 105/8
 117/4 117/5 118/23
 122/6 122/14 129/10
 135/17 136/1 136/9
 136/21 136/24
peppers [1]  33/13
per [2]  87/12 87/12
Peralta [3]  35/4 35/6
 137/12
Peraltas [2]  34/21
 34/22
perfect [3]  105/18
 105/19 105/22
perhaps [1]  138/18
period [6]  16/3 40/3
 40/3 88/2 125/14
 125/16
perjury [5]  57/17 81/10
 82/4 87/10 128/18
permanent [5]  86/6
 86/9 86/13 86/17 111/4
permit [9]  27/16 27/22
 27/23 49/5 49/13 70/4
 70/4 110/21 116/14
permits [1]  49/10
persecution [1]  104/15

persecutions [1]
 100/14
person [8]  7/11 17/7
 17/8 19/3 20/19 119/15
 122/4 135/14
person's [1]  83/6
personal [2]  7/2 67/7
Pete [4]  48/2 61/2 61/4
 92/20
Pete's [1]  55/15
phone [14]  8/4 17/8
 17/9 17/11 17/18 20/3
 23/21 58/12 65/10
 65/19 66/4 66/9 67/3
 124/23
photos [1]  75/11
physical [9]  6/21 18/6
 86/6 86/9 86/13 110/17
 111/4 116/2 122/5
pick [2]  6/3 92/7
picking [1]  45/16
pickup [2]  32/2 101/22
picture [3]  75/4 75/9
 75/18
pictures [2]  26/1 27/14
piece [2]  15/11 34/10
pieces [2]  14/23 45/17
Pikes [1]  34/17
Pinnacol [1]  52/7
pinpoint [1]  133/13
pipe [1]  43/20
pistol [4]  25/10 70/20
 90/3 106/25
place [5]  76/2 94/13
 102/11 117/10 141/9
placed [1]  22/14
places [2]  76/11 76/14
plaintiff [5]  3/8 29/4
 57/11 83/17 87/12
plaintiffs [3]  1/7 2/2
 87/13
Plaintiffs' [1]  87/10
plan [1]  54/23
planned [1]  112/2
plans [1]  54/15
plant [6]  41/10 41/11
 41/17 63/3 102/1 102/6
plants [1]  48/17
plat [5]  14/7 14/12 15/6
 85/2 85/6
platoon [2]  39/11
 39/13
played [1]  93/15
playing [1]  85/23
please [23]  4/11 4/12
 5/16 5/18 6/15 16/12
 16/16 28/6 28/11 36/7
 36/16 56/23 58/5 72/23
 77/12 82/11 93/5 112/3
 125/3 132/10 139/5
 142/12 142/15
pleasure [1]  90/22
plumber [2]  24/16
 26/16
plumbing [2]  26/16
 26/17
plus [2]  54/24 90/2
ply [1]  49/22
pocket [4]  77/6 77/15

pocketbook [1]  139/14
point [19]  11/6 17/16
 25/19 26/23 49/15
 52/21 62/13 71/1 73/6
 94/12 94/12 94/14 98/3
 106/16 106/24 107/6
 107/10 108/17 108/23
pointing [1]  71/1
points [1]  4/24
poked [1]  71/5
poles [1]  54/17
police [2]  122/15
 123/25
policy [1]  37/14
pond [1]  119/13
ponder [1]  4/24
poorest [1]  47/19
pop [1]  89/16
pop-up [1]  89/16
popped [2]  32/16
portion [1]  59/10
position [2]  37/11
 135/4
possibility [3]  97/11
 97/12 97/13
possible [1]  31/7
potty [1]  118/12
potty-trained [1]
 118/12
pounding [1]  73/25
pounds [2]  71/16 73/7
pour [2]  44/24 44/25
poured [2]  42/17 42/18
power [1]  73/14
powerful [3]  71/10
 73/9 73/13
practicing [1]  89/25
prayed [2]  101/6
 132/15
prayer [1]  100/15
precise [1]  138/2
prejudice [1]  137/18
Prentice [2]  2/13 143/5
prep [1]  41/10
preparation [9]  8/14
 8/21 14/2 14/4 14/19
 14/24 16/24 17/3 17/5
preserve [1]  6/6
press [1]  73/6
pressure [1]  113/3
pretty [15]  13/22 13/22
 15/23 32/5 32/21 46/24
 47/1 47/2 52/9 52/12
 62/1 72/20 92/19
 118/22 121/9
previous [1]  141/5
PREVIOUSLY [1]  3/12
prior [6]  5/15 106/11
 128/19 128/22 129/16
 142/20
privacy [1]  122/12
private [5]  34/5 34/5
 34/6 78/20 90/22
privately [1]  93/1
privilege [6]  6/10 6/11
 84/7
probably [19]  18/11
 25/22 39/18 41/18 48/5

65/23 67/21 68/10
 71/10 71/11 73/23 74/1
 78/21 78/25 89/24 90/5
 90/11 90/12 115/15
problems [1]  6/22
Procedure [1]  143/16
proceed [1]  7/15
proceedings [4]  14/19
 56/3 139/15 141/12
process [1]  5/14
PRODUCTION [2]  3/20
 29/4
profane [1]  126/21
professional [9]  1/17
 69/11 100/23 101/7
 113/12 134/15 141/3
 141/20 142/24
professionals [1]
 118/19
program [1]  52/8
prohibited [1]  117/8
project [2]  50/11 50/15
 51/6 51/7
projects [4]  47/2 47/7
 47/8 78/18
prompted [2]  135/11
 138/18
properly [3]  109/25
 120/13 121/16
property [75]  14/9 19/4
 23/1 23/15 23/17 23/18
 23/23 34/6 34/13 34/17
 35/12 40/24 45/8 48/1
 49/1 54/18 55/16 55/25
 57/21 57/24 58/2 59/11
 59/14 60/3 60/4 60/5
 60/7 60/23 60/25 61/7
 61/9 61/12 62/5 62/15
 63/15 63/22 65/11
 67/13 67/17 67/24 68/2
 72/23 73/20 74/9 77/25
 78/1 78/16 88/11 91/7
 91/8 91/22 91/22 92/22
 98/11 106/24 107/17
 108/12 109/15 110/18
 112/18 113/1 113/14
 115/24 116/21 116/22
 125/13 125/23 126/3
 126/8 126/12 129/3
 129/7 129/11 132/7
 135/25
prosper [1]  19/2
protected [1]  122/13
protective [7]  24/24
 24/25 25/4 26/8 26/11
 26/12 91/10
proud [2]  104/3 104/7
Proverbs [1]  96/2
provided [1]  46/19
provider [3]  76/1 76/5
 112/24
providers [1]  134/7
psychiatrist [2]  101/10
 134/14
psychiatrists [1]  134/8
psychological [3]
 116/1 116/2 119/1
psychologist [4]  97/3
 101/15 134/14 135/8

psychologists [1]
 134/8
psychology [1]  97/4
public [4]  1/17 34/7
 140/23 141/4
Pueblo [11]  4/16 31/14
 31/15 40/12 78/5 94/14
 98/4 98/5 98/6 98/16
 98/19
pull [5]  26/6 50/10
 50/15 116/14 128/16
pulled [11]  25/6 42/21
 42/22 43/8 62/8 70/4
 70/5 72/4 72/6 73/23
 74/3
pulling [1]  82/19
pump [3]  69/19 71/2
 124/15
punched [3]  11/7 64/4
 74/20
purchase [1]  35/12
purchased [1]  23/23
purchasing [1]  92/22
purposes [1]  96/4
pursuant [4]  1/13
 30/19 143/13 143/16
push [3]  42/1 42/3
 94/10
pushed [3]  42/11 42/15
 43/13
pusher [1]  42/10
pushup [1]  73/7
put [16]  6/16 17/14
 28/13 32/17 38/7 44/10
 44/25 54/17 55/19
 55/20 69/21 80/11
 93/18 94/4 106/19
 122/11
puts [2]  93/10 93/12
putting [1]  12/20

**Q**

quad [2]  89/9 90/9
quads [1]  92/16
quarter [1]  59/14
question [43]  5/21 6/8
 6/9 6/17 7/11 7/15 7/18
 16/12 16/13 16/17
 16/18 28/6 28/11 28/16
 28/18 29/9 29/17 36/11
 56/18 57/3 57/6 57/8
 77/8 77/13 77/14 81/6
 83/11 84/10 84/12
 84/16 84/20 84/22 89/3
 90/13 91/17 103/5
 108/5 111/3 111/22
 123/16 125/21 125/24
 138/2
questions [13]  7/9
 12/4 29/11 57/20
 100/21 111/7 111/14
 111/19 115/16 120/10
 134/7 139/1 141/11
quick [4]  57/22 64/11
 74/3 115/12
quickly [2]  64/6 87/24
quit [1]  111/1
quite [6]  16/13 21/14
 50/18 63/6 106/4 108/8

**Q**

quotation [1]  58/1
quotes [1]  121/24
quoting [1]  125/19

**R**

race [3]  2/16 137/12
137/18
Rail [1]  52/10
railroad [2]  19/21
52/11
rails [1]  43/12
raised [3]  25/10 105/3
126/17
raising [2]  94/11 94/11
ranch [1]  49/6
ranchers [1]  49/9
Range [1]  59/7
rank [1]  106/7
rape [3]  95/23 122/2
123/20
raped [5]  95/24 95/24
121/24 121/24 122/4
rat [1]  68/4
rather [1]  73/12
ratting [1]  48/8
Re [2]  142/9 143/6
read [23]  12/8 12/15
16/11 16/15 16/17 28/5
28/11 28/15 28/18 54/4
56/17 56/18 57/3 57/13
63/19 77/10 77/12
77/13 81/13 87/16
137/13 140/1 140/4
READS [1]  140/4
ready [2]  20/3 70/23
real [6]  38/15 38/16
47/22 47/23 57/21
64/10
realize [1]  35/8
really [33]  11/3 12/2
12/6 12/7 17/9 17/10
36/7 39/8 47/17 48/21
50/2 61/11 68/21 70/7
72/12 75/5 75/7 75/8
91/12 93/17 97/25
103/1 103/1 104/17
105/9 107/12 117/4
123/4 123/8 131/8
131/11 132/16 132/21
reason [5]  18/5 19/25
20/7 33/8 56/24
reattach [1]  32/20
rebar [6]  21/25 22/5
22/15 22/17 22/21 45/1
recall [1]  102/15
recap [2]  19/24 20/6
receive [3]  99/11 99/13
99/17
received [5]  31/20
31/25 101/10 101/14
114/3
recently [1]  12/16
Recess [2]  56/6 115/20
recognized [1]  6/11
recollect [3]  11/18
16/24 85/10
recollected [1]  39/1

record [13]  5/23 6/6
56/5 56/9 74/15 85/14
117/22 124/23 126/10
139/3 140/2 142/25
143/21
Record/original [1]
142/25
recorded [2]  59/18
66/23
recording [2]  59/9
136/3
recovery [1]  32/4
recruiter [1]  39/8
red [1]  137/15
reduced [1]  141/10
refer [1]  131/16
REFERENCE [2]  3/7
3/12
referenced [3]  114/17
120/1 120/8
referred [2]  137/20
138/14
referring [1]  134/2
refresh [1]  76/22
refused [1]  23/19
registered [5]  1/17
135/4 141/3 141/20
142/24
regular [1]  45/23
regularly [1]  88/11
regulation [1]  49/1
related [5]  29/21 93/7
93/7 95/4 141/13
relates [1]  130/3
relating [1]  5/15
relation [3]  116/4
118/3 141/7
relaying [1]  45/5
relevant [5]  2/4 24/12
45/6 81/12 142/5
relevantlaw.com [1]
2/6
remember [19]  5/14
15/2 22/3 53/8 61/11
66/3 67/2 85/5 92/10
101/23 102/3 102/7
102/12 106/23 107/5
108/14 116/19 116/25
135/21
remotely [1]  1/15
renew [2]  79/10 79/18
repeat [2]  77/8 84/21
rephrase [1]  7/11
report [2]  89/23 131/21
reporter [7]  1/17 4/12
5/10 5/19 141/4 141/20
142/24
REPORTER'S [1]
141/1
Reporting [2]  142/1
143/1 143/20
represent [2]  4/21
111/18
reputed [1]  23/8
request [2]  3/20
139/10
requests [2]  29/4
30/15
required [1]  44/23

requiring [1]  123/3
research [1]  23/9
residential [1]  80/19
resigned [1]  120/3
resistant [1]  43/6
resolved [1]  26/8
respect [1]  135/11
respirator [2]  41/23
42/24
respond [4]  29/17 57/2
132/10 132/12
response [11]  5/19
54/10 57/9 57/15 81/5
81/9 82/14 84/5 84/8
84/11 87/9
responses [13]  29/3
30/1 30/14 31/7 54/5
56/12 57/16 61/18
69/10 80/24 81/19
81/23 128/17
responsibilities [2]
59/24 60/2
responsibility [1]
60/22
responsible [6]  95/1
95/3 95/14 95/19 95/23
95/25
rest [1]  45/24
restaurant [1]  136/20
restraining [1]  28/11
restroom [4]  115/11
115/13 115/15 119/3
result [12]  52/16 52/19
86/7 86/10 86/14 86/18
99/6 99/14 99/18
101/11 101/15 112/17
retardant [2]  41/23
41/24
return [1]  142/15
returns [2]  56/21 56/23
reversed [1]  28/12
review [11]  8/13 8/17
8/19 8/20 8/23 10/2
10/4 13/6 14/1 14/4
14/18
reviewed [7]  8/15 9/4
9/9 14/12 14/14 14/17
14/22
ride [2]  90/9 92/16
ridge [1]  89/19
right [96]  7/10 8/7
10/23 15/11 16/9 16/14
16/21 16/22 18/10 19/1
20/1 20/9 20/10 20/24
24/23 25/1 28/21 30/11
30/15 30/21 30/24 31/9
35/24 36/13 39/2 46/20
47/25 54/7 56/8 56/17
57/7 57/17 57/19 57/25
58/9 58/11 58/20 59/3
60/16 61/2 61/17 63/9
64/22 65/5 65/18 66/12
67/10 67/14 76/3 76/19
77/3 82/2 82/10 82/18
83/8 83/11 83/23 84/18
85/9 86/11 86/15 94/24
102/19 103/13 104/22
107/18 107/19 108/9
109/8 109/17 110/5

110/9 111/12 111/17
112/12 112/13 112/14
113/6 113/8 114/6
115/11 115/13 117/16
120/8 121/6 124/21
125/8 126/9 129/19
131/12 133/21 133/25
135/9 138/19 139/2
139/7
rights [3]  19/1 19/22
19/23
riot [1]  70/23
road [6]  10/8 10/9 27/2
78/24 108/20 117/7
roads [5]  63/4 64/17
80/20 116/17 116/20
robbed [1]  95/18
rock [3]  71/9 73/2
119/10
Rocky [1]  78/5
rod [1]  42/5
rolled [1]  131/22
Ronnie [1]  35/3
Roofing [1]  50/22
roofs [1]  123/4
room [2]  8/8 71/14
rough [1]  93/2
route [1]  38/21
routed [1]  24/13
RPR [1]  142/23
Rule [1]  142/17
rules [3]  49/4 75/20
143/16
run [1]  78/12
running [1]  112/19
runs [1]  78/6
ruptured [1]  72/13
ruptures [1]  72/15
RV [9]  11/10 11/16
79/5 92/21 108/24
113/9 114/22 129/21
129/23

**S**

safely [1]  109/3
safety [4]  41/23 71/4
71/4 89/20
said [108]  5/13 8/24
10/25 11/1 11/15 12/14
12/24 15/12 16/6 16/18
17/13 18/2 18/9 19/25
22/3 23/21 24/16 24/24
25/7 25/11 25/13 25/15
25/16 26/7 27/6 27/15
27/21 28/1 28/1 33/15
34/9 36/3 37/7 37/23
38/2 38/25 43/7 49/23
51/24 53/14 54/10
54/10 55/18 61/4 61/9
61/13 62/23 62/23 64/5
64/21 65/10 66/10
70/20 71/23 71/23
72/19 73/15 73/22
74/12 75/6 75/13 75/17
76/10 76/12 76/25
81/17 82/3 84/1 88/8
88/9 88/17 88/24 88/25
89/24 90/14 90/15 91/7
91/7 91/8 91/19 97/4

99/1 102/24 104/20
107/24 107/25 109/22
109/24 110/3 114/2
117/22 123/8 123/11
124/9 124/24 127/6
131/9 131/9 131/10
131/18 131/19 135/16
136/22 136/23 136/24
136/25 137/23 141/8
salvation [1]  104/25
SAM [1]  1/10
same [25]  4/25 22/17
33/6 82/12 85/18 90/13
90/15 91/16 91/17
96/23 97/12 97/23
104/14 105/23 106/1
120/19 122/11 125/13
125/23 126/5 126/12
130/16 134/12 139/14
140/1
SANDOVAL [48]  1/9
65/12 66/13 69/6 69/24
94/18 95/15 102/25
105/6 107/8 107/11
111/18 113/1 115/24
116/6 120/1 120/13
121/12 123/20 124/6
124/7 124/20 125/12
125/22 126/4 126/11
126/17 126/21 126/25
127/4 127/16 127/23
127/25 128/4 128/7
128/20 128/23 129/1
129/6 129/20 130/3
130/4 130/15 134/13
134/16 137/20 138/6
138/11
Sandoval's [5]  113/14
120/5 133/1 135/10
136/5
sat [1]  119/2
saved [1]  43/1
saw [5]  69/9 76/1 76/5
121/12 121/12
say [27]  5/13 5/15 6/6
8/9 11/21 13/10 20/4
21/11 25/22 26/6 27/4
27/5 27/11 54/1 65/2
68/9 74/8 75/15 90/11
96/6 97/10 97/15 106/2
106/6 112/9 121/2
125/5
saying [15]  15/8 19/3
19/5 22/24 55/20 59/16
65/13 65/14 69/6 73/18
78/17 81/20 81/24 90/5
125/17
says [22]  27/7 27/7
29/2 30/18 30/19 31/2
48/3 49/2 49/4 56/20
59/4 63/10 65/6 65/17
65/19 66/23 82/15
83/14 83/16 85/10
87/10 104/14
scared [1]  55/12
SCHLUTER [5]  2/12
2/12 143/4 143/4 143/8
school [6]  31/11 31/14
31/15 39/4 47/12 93/24

**S**

schools [4] 26/17
47/12 55/19 55/21
screamed [1] 93/21
screen [5] 28/22 57/22
58/19 61/19 128/16
screen-share [1] 57/22
scroll [3] 29/7 61/20
83/20
scrolled [1] 30/13
scrotum [1] 32/20
second [14] 9/10 9/22
10/7 10/12 20/2 30/6
41/16 66/7 66/18 67/11
73/24 74/1 96/10
110/10
seconds [7] 10/6 57/23
66/8 73/20 74/9 87/23
109/3
secret [2] 39/22 40/1
section [2] 59/8 59/14
Section 14 [1] 59/8
Security [4] 53/10
53/11 53/16 53/18
see [44] 19/10 19/10
19/17 22/4 28/24 29/5
34/13 34/17 47/16 48/4
56/13 56/15 59/5 61/25
62/20 63/11 63/18
64/19 65/5 65/13 69/10
71/5 71/15 75/1 75/8
75/11 76/7 76/12 83/13
83/13 83/16 85/16
85/20 87/7 106/21
108/20 119/13 121/8
121/11 123/8 123/23
126/6 127/2 137/19
seeing [3] 89/8 89/9
127/22
seeking [5] 54/6 56/25
57/11 82/4 82/15
seems [1] 29/20
seen [9] 10/15 26/25
34/12 109/10 112/10
117/3 134/7 137/17
137/17
self [1] 118/16
self-starter [1] 118/16
sell [1] 55/25
selling [2] 61/3 61/7
senior [1] 46/5
sense [7] 6/13 7/13
35/11 40/22 46/24
48/24 75/21
separate [1] 130/13
septic [5] 69/21 70/11
79/6 79/7 116/16
sergeant [1] 39/11
series [1] 134/6
serious [1] 18/20
serve [2] 63/22 63/24
served [4] 11/15 14/15
39/9 64/6
serving [1] 11/13
set [2] 29/3 143/17
settings [1] 58/16
settle [2] 55/1 55/2
settled [4] 21/2 21/5

settlement [1] 143/18
seven [1] 106/5
several [15] 9/17 17/18
39/10 70/10 74/21
92/14 101/22 124/8
128/13 128/13 129/5
129/9 129/9 135/1
137/24
severed [1] 102/11
shake [3] 5/21 137/2
137/9
shaking [1] 119/7
share [7] 28/22 56/10
57/22 61/19 68/21
90/23 128/16
shared [2] 34/6 68/20
she [74] 9/25 13/20
13/21 16/6 16/6 16/18
16/18 24/16 24/24 32/8
36/3 36/25 37/3 37/3
37/4 37/6 37/9 37/11
37/11 37/21 37/22
37/23 37/23 38/6 38/6
38/25 39/1 64/13 64/16
64/21 64/21 66/6 66/10
66/11 66/21 66/23
66/24 69/20 69/21 70/2
70/12 72/22 78/22 88/9
88/9 88/12 89/16 90/4
90/5 90/5 90/14 90/14
90/15 90/21 91/18 92/5
92/6 100/4 100/8 100/8
107/12 107/15 107/25
116/19 116/20 124/22
125/12 125/16 125/18
127/21 129/20 132/22
136/24 136/24
she's [5] 66/9 69/16
69/18 89/8 125/17
shed [1] 48/22
sheet [1] 142/15
sheets [2] 140/2
142/14
Shelly [11] 16/11 16/15
28/7 28/8 28/18 56/5
77/12 139/2 139/6
139/10 139/13
sheriff [4] 109/21
114/20 115/3 117/9
sheriff's [4] 18/21
19/13 89/23 117/1
sheriffs [1] 122/14
shield [2] 42/24 123/4
shifts [1] 44/1
shin [1] 45/20
shining [1] 114/22
shook [1] 18/15
shooter [2] 18/18
70/21
short [2] 105/25
136/25
shorthand [1] 141/9
shortly [1] 23/23
shot [5] 83/4 83/5
122/6 122/7 122/9
should [13] 21/24
46/21 56/19 69/16
69/18 70/3 70/9 87/24

24/4 35/25
1043/23 43/3 122/13
136/3 140/4
shoulder [2] 52/12
89/13
shouldn't [2] 125/5
129/8
shovel [2] 42/5 42/7
show [2] 19/6 72/20
showed [2] 27/18
117/11
showing [1] 81/5
shows [4] 66/20 67/11
109/1 109/3
shut [2] 71/2 108/16
sick [2] 36/25 37/3
sicker [1] 36/25
side [9] 5/9 10/8 10/9
34/21 34/22 42/10
42/10 59/19 100/11
sides [2] 59/21 137/17
sideways [1] 58/12
sign [7] 8/9 8/11 47/25
48/3 68/2 91/9 143/14
signature [1] 31/1
signed [14] 14/15
142/13 142/15 143/10
signed [14] 14/15
30/23 51/4 51/11 51/12
57/15 61/18 80/24
81/19 81/23 83/22
128/18 143/11 143/12
signing [1] 70/14
signs [1] 19/20
simpler [1] 37/19
since [3] 36/24 80/8
143/17
Sincerely [1] 142/22
single [1] 38/18
sir [26] 6/15 9/19 11/18
11/22 13/1 29/10 58/6
63/20 65/4 66/15 74/8
74/23 75/22 75/23
81/14 87/21 88/16 89/1
95/13 97/6 110/25
123/15 125/10 131/15
136/2 136/23
sitting [5] 5/4 18/11
23/11 66/25 114/22
situation [3] 37/13
45/12 98/11
six [3] 18/18 70/21
112/10
six-shooter [2] 18/18
70/21
size [1] 43/11
sizes [1] 43/21
ski [1] 43/5
skidded [1] 115/2
skin [2] 43/15 137/1
skyrocketed [1] 113/3
sleep [2] 119/11
119/14
sleeve [1] 136/25
slight [1] 6/25
slowed [1] 10/7
slowly [3] 29/7 30/12
83/20
sly [1] 72/20
small [3] 43/10 43/11

58/4
smaller [1] 71/11
smart [1] 123/4
smell [4] 131/23
131/25 132/1 132/2
smoke [1] 18/3
smoldering [1] 42/25
snow [1] 63/8
snowed [1] 63/6
so [284]
sober [1] 38/22
Social [4] 53/10 53/11
53/16 53/18
sold [8] 38/7 48/1 60/4
60/25 61/13 67/25
91/22 94/13
soldiers [2] 39/12
39/15
some [29] 6/10 12/3
12/15 12/17 15/1 22/4
22/5 40/2 40/4 40/10
47/1 47/7 52/7 53/6
54/25 60/9 68/1 68/7
73/11 78/19 92/15
92/23 94/12 99/25
101/20 104/22 113/25
114/13 120/10
somebody [15] 19/8
20/20 33/4 47/14 66/24
73/2 73/12 78/23 83/4
93/10 93/12 93/18
94/15 113/10 130/4
somebody's [2] 46/13
121/24
someone [1] 122/4
something [13] 5/14
6/7 7/10 36/20 48/4
70/6 70/23 83/6 89/19
90/10 92/6 109/24
131/21
sometime [2] 37/20
133/6
sometimes [7] 15/25
37/17 42/1 42/7 44/1
78/7 96/16
somewhere [2] 115/4
125/19
son [7] 51/5 89/17
130/18 131/2 132/12
132/13 133/1
sons [2] 130/7 130/13
soon [3] 72/6 118/4
130/23
sorry [17] 11/21 17/25
20/4 23/22 28/8 34/16
61/23 77/11 105/8
105/9 105/11 125/5
131/11 131/15 132/23
134/24 136/22
sort [3] 4/23 40/22
82/20
sound [7] 16/9 16/21
66/12 67/14 77/3
107/19 108/3
sounds [3] 56/4 100/22
139/2
south [2] 34/16 115/1
southeast [1] 22/12
southwest [1] 22/19

space [3] 38/11 104/21
124/1
Spanish [2] 6/1 34/15
speak [2] 5/7 5/8
specific [4] 100/20
111/3 120/10 135/16
specifically [13] 25/14
40/23 86/6 86/10 86/14
95/7 95/9 99/6 99/14
99/18 101/11 101/15
134/17
speculating [4] 94/19
94/20 94/23 136/17
speculation [1] 138/17
spell [1] 4/12
spigot [1] 13/24
Spirit [1] 105/24
spoke [2] 24/15 101/6
spoken [1] 134/3
spotlights [1] 114/22
spotter [2] 67/5 67/5
spraying [1] 13/20
spring [1] 121/5
Springs [4] 2/4 2/5
142/5 142/6
squash [1] 33/14
squeeze [1] 71/17
SSDI [1] 52/22
stamp [2] 22/18 22/21
stamped [1] 22/14
Stan [3] 23/16 23/18
23/20
stand [3] 60/21 104/14
104/15
start [7] 9/23 48/14
48/17 50/15 118/2
118/4 118/13
started [16] 6/25 10/1
15/15 38/11 38/11
39/21 39/23 41/8 41/9
43/15 44/18 69/3 73/25
74/4 91/19 95/11
starter [1] 118/16
starting [2] 18/13 59/3
state [12] 1/18 4/11
18/6 22/10 23/7 38/8
47/20 56/23 92/18 94/3
135/5 141/4
stated [1] 29/12
statement [2] 65/14
82/9
STATES [2] 1/1 104/19
stating [3] 29/14 57/2
129/4
stay [11] 11/4 29/13
29/15 38/21 80/8 90/25
91/6 91/7 91/8 120/22
120/23
stayed [2] 92/11 92/21
staying [4] 89/16 89/18
96/23 97/12
stays [1] 97/25
steel [8] 41/7 44/7
44/12 45/3 49/18 49/24
50/16 50/17
stepmom [1] 38/15
sternum [9] 11/8 72/10
73/25 74/18 74/20
74/21 74/22 75/2 76/6

**S**

stick [1] 40/18
sticks [2] 15/4 19/7
still [30] 6/7 18/14
18/15 27/20 33/9 33/9
35/3 35/4 42/25 45/19
45/20 47/15 53/3 53/4
53/4 54/12 54/12 54/12
75/18 88/10 88/21
90/17 90/18 93/3
105/21 106/1 111/11
113/11 119/22 119/22
stipulation [1] 143/13
stomach [1] 64/5
Stone [1] 36/18
stop [10] 11/17 72/18
75/16 83/3 105/9
116/10 117/17 124/25
125/10 131/19
stopped [3] 86/2 97/18
119/20
stories [2] 62/22 80/4
storm [1] 45/14
straight [2] 49/24
133/14
strange [2] 27/4
131/25
street [4] 2/9 55/14
95/18 121/7
strength [1] 71/15
stress [3] 87/14 93/6
93/6
stressful [2] 113/7
113/10
strike [1] 94/10
stroke [9] 7/1 11/1
112/6 112/7 112/9
112/15 112/25 113/13
114/10
strokes [1] 114/8
stuff [29] 12/5 13/16
15/25 26/18 27/8 27/12
33/25 37/22 43/3 43/15
43/22 46/1 46/18 48/14
49/10 50/17 89/11 90/3
92/23 93/22 93/22
104/22 105/20 113/24
119/4 119/10 120/23
123/5 135/3
stung [1] 72/4
styled [1] 20/14
Subaru [1] 131/21
subject [12] 22/25
57/21 57/24 58/1 59/11
59/13 62/5 62/14 63/15
67/17 109/15 110/18
Subscribed [1] 140/19
subsequently [1]
39/14
substantial [1] 32/19
successful [1] 38/13
succinct [1] 132/11
such [6] 6/22 13/12
46/23 105/16 114/8
118/19
suddenly [2] 102/22
103/7
sue [1] 120/6

sued [1] 95/6
suffering [6] 86/18
87/13 112/16 134/4
134/9 134/16
suing [3] 20/19 20/23
21/3
suit [1] 35/24
Suite [6] 2/4 2/9 2/13
2/16 142/6 143/5
summer [1] 121/5
summons [2] 63/24
63/25
Sunday [1] 133/9
Supermax [1] 51/6
supervisor [2] 94/22
116/11
supplement [1] 82/13
supplemental [1]
82/14
support [1] 136/5
supposed [2] 98/7
98/8
sure [15] 7/5 9/24 12/7
20/5 30/7 36/16 54/11
56/16 74/14 100/17
105/12 121/15 126/9
130/2 131/10
surgery [2] 32/15
32/17
surrendered [1] 78/21
survey [5] 21/22 21/23
22/25 59/15 85/6
Surveying [6] 20/16
20/23 21/3 22/24 24/2
24/9
SUSAN [54] 1/6 9/6
9/10 9/23 11/14 12/20
13/6 13/20 15/13 15/17
15/22 24/15 25/15 26/7
28/5 28/16 28/17 36/3
36/21 36/22 36/23 37/1
37/6 37/21 37/21 37/23
37/24 37/25 38/25 46/9
46/21 57/4 64/12 65/24
67/18 72/17 72/21 74/5
76/25 77/10 82/13 84/1
85/11 85/24 88/8 89/9
90/8 90/13 99/24 100/1
107/15 107/24 107/24
124/7
Susan's [6] 6/9 11/20
11/25 12/9 25/8 106/9
sustained [2] 32/19
95/2
SUV [1] 66/25
sweating [1] 119/7
switches [1] 52/11
swore [2] 81/9 120/6
sworn [4] 4/4 80/24
140/19 141/6
Sykes [5] 69/7 69/15
70/10 120/6 124/15
system [2] 39/21 69/21
systems [2] 40/5 70/11

**T**

Taco [1] 41/2
take [33] 5/10 6/12
18/20 27/14 31/18

38/20 41/13 44/15
45/24 47/7 50/3 50/6
50/7 50/7 54/21 64/10
65/20 66/21 75/3 79/21
80/9 84/19 87/22 87/23
88/11 99/12 106/18
109/4 109/9 113/25
115/12 115/14 135/1
taken [9] 1/15 13/8
56/6 64/16 65/12
115/20 136/6 141/9
142/8
takes [3] 79/17 79/18
132/16
taking [7] 17/19 66/3
67/1 67/2 80/14 99/5
111/12
talk [9] 4/22 7/23 15/21
40/19 62/18 68/16 86/3
105/15 131/9
talked [28] 14/1 14/23
15/5 15/19 16/7 16/19
16/25 17/18 23/20
60/24 65/25 66/7 66/22
67/19 68/14 82/12
93/24 101/20 101/21
101/25 102/5 102/9
103/10 103/10 103/12
103/12 106/3 118/24
talking [19] 5/12 9/16
14/21 23/22 27/9 62/24
66/13 92/22 97/4 100/6
100/7 102/3 102/7
102/12 126/7 127/21
127/21 134/21 134/22
talks [5] 13/14 59/8
61/22 63/13 105/14
tanks [3] 79/7 79/7
79/8
tap [1] 74/20
tapped [1] 74/18
taught [1] 104/22
tax [2] 56/21 56/22
taxes [1] 57/5
TAYLOR [17] 2/3 6/5
7/16 17/6 17/12 25/23
25/24 26/2 27/3 29/16
67/23 68/3 82/11 88/18
115/1 118/23 142/5
Taylor's [1] 84/25
tear [3] 44/16 60/15
78/13
tell [16] 5/11 20/11
20/13 34/2 36/12 37/15
40/1 40/2 40/20 40/21
46/4 54/14 104/22
104/24 128/17 137/3
telling [14] 8/9 46/21
51/19 80/25 81/2 81/14
81/18 81/22 81/25
88/16 89/1 116/14
124/7 125/2
tells [1] 117/8
temperatures [1] 43/6
ten [7] 83/21 108/11
108/11 108/13 115/16
125/20 126/13
tend [1] 6/3
tent [1] 89/17

term [2] 121/18 123/22
terrible [2] 48/9 48/9
TERRY [18] 1/9 66/13
69/6 69/24 94/18 95/21
102/25 105/6 107/7
107/11 111/18 116/6
124/20 129/1 129/6
130/15 130/19 132/1
test [11] 71/3 80/10
80/14 80/16 80/17
80/21 80/22 117/14
117/15 122/18 122/19
testified [22] 4/5 20/6
64/21 112/4 112/6
114/13 114/15 115/8
117/21 119/25 125/11
125/18 126/16 126/20
126/24 127/3 127/17
129/19 130/1 133/22
134/11 138/4
testify [3] 19/25 117/21
141/6
testifying [1] 101/23
testimony [14] 18/7
20/8 24/4 53/20 60/25
84/6 109/13 110/16
124/19 125/22 126/15
128/21 140/2 141/12
Texas [1] 46/9
texting [1] 8/8
than [14] 13/25 17/10
37/18 47/23 70/18
74/11 74/13 74/13 77/5
77/14 102/16 102/16
115/8 126/13
thank [26] 7/7 8/2 13/5
28/3 28/14 28/19 38/24
45/5 58/23 75/23 75/24
76/16 77/9 82/17 83/12
87/2 111/8 111/9
111/14 115/18 115/19
118/1 123/18 138/22
138/23 142/21
Thanks [1] 29/23
that [894]
that's [114] 4/10 8/25
12/25 14/25 14/25 15/9
15/10 16/14 18/20
18/23 18/23 18/24
18/24 18/24 18/24 19/7
19/16 20/10 21/18 22/9
24/13 25/13 25/17
25/19 28/9 30/8 31/1
38/14 38/23 38/23 40/8
42/8 44/6 44/6 44/17
44/20 47/9 48/8 48/11
51/14 51/14 51/15 52/2
54/9 54/22 55/2 55/14
55/22 55/23 55/23
56/15 57/7 58/8 59/10
59/19 62/3 63/16 64/1
65/14 65/16 65/17
65/19 65/23 67/23 68/2
69/7 70/6 71/19 71/25
72/3 72/4 73/13 73/13
76/22 79/2 82/8 82/9
86/1 86/21 88/22 90/25
91/13 91/13 91/13
91/14 93/23 94/6 94/6

94/6 94/7 94/7 94/8
94/12 94/16 97/3 104/9
104/14 105/4 105/25
108/24 108/24 109/16
115/14 117/7 121/3
124/2 124/18 125/24
127/23 129/4 131/24
132/24 134/1 138/10
their [29] 38/9 38/14
38/15 38/15 38/16
38/16 40/12 40/13
40/13 80/9 80/10 80/15
89/20 91/5 92/2 92/2
93/10 93/12 98/10
103/19 104/13 112/22
114/21 115/4 117/5
117/6 129/11 130/9
130/9
them [35] 4/25 24/3
27/21 34/2 38/11 38/14
48/14 48/15 55/13
55/13 66/20 68/15
72/22 77/24 78/1 78/11
79/2 80/9 89/14 92/5
95/17 96/12 98/4 105/9
110/23 114/25 115/2
115/2 117/3 121/8
121/11 125/2 126/7
128/25 129/3
themselves [1] 26/8
then [89] 5/13 12/24
12/25 22/16 23/10
24/12 24/12 24/13
25/11 25/15 27/13
27/13 27/17 27/18
27/25 27/25 30/17
30/23 31/22 32/18
34/15 38/7 39/5 41/3
42/4 43/17 44/3 44/9
44/11 44/12 44/19 45/6
45/24 49/21 50/4 50/16
51/23 52/7 53/22 53/23
54/11 54/24 56/24 59/8
59/8 60/16 60/24 62/17
63/10 64/5 66/6 66/22
68/1 68/4 72/19 72/21
72/25 73/24 74/5 74/18
78/8 78/16 78/24 80/25
81/2 84/12 85/9 85/22
88/24 89/18 90/2 91/17
91/21 92/17 93/23
97/25 107/1 107/1
107/9 107/9 107/9
109/18 124/10 131/4
135/9 137/4 137/4
137/19 138/2
theology [1] 135/6
therapy [1] 99/17
there [107] 5/3 8/11
8/25 9/17 9/22 11/15
12/3 14/6 14/6 18/5
18/11 19/25 20/7 21/22
21/23 22/1 23/14 27/18
27/20 27/21 27/21
31/12 32/19 36/8 40/8
40/13 41/8 41/10 42/4
42/11 43/15 43/17
43/17 43/24 44/14
44/18 45/16 45/20

**T**

there... **[69]** 46/22
46/22 47/4 47/6 47/15
50/4 50/5 50/10 50/11
50/14 51/5 52/12 56/14
58/20 64/5 65/17 68/18
68/18 75/5 78/12 78/24
79/1 80/14 80/14 80/15
80/16 81/16 82/25
83/10 89/15 90/4 98/10
100/8 100/9 102/14
106/8 106/24 107/1
107/1 108/8 108/15
108/15 108/21 108/21
110/3 112/14 114/22
116/13 117/11 117/17
120/20 121/1 121/2
121/3 121/18 122/20
124/12 124/22 124/25
125/10 126/5 129/5
129/9 130/13 135/15
136/21 136/21 137/3
137/24

**there's [36]** 6/17 7/10
8/7 9/17 12/15 12/15
12/16 12/16 13/13
20/22 33/2 33/3 33/4
37/15 40/7 46/4 47/6
47/6 53/23 53/23 62/17
62/17 77/17 77/17
77/18 78/3 83/10 86/20
86/20 100/5 100/13
122/8 122/10 122/10
136/23 137/7

**thereafter [2]** 31/18
141/10

**therefore [1]** 109/25

**these [22]** 21/25 31/7
34/4 40/9 41/18 42/6
42/8 46/20 48/6 55/19
55/21 60/17 98/21
100/14 105/8 115/3
120/19 121/16 122/5
122/5 122/13 129/10

**they [136]** 11/17 11/17
12/20 12/22 19/21
21/16 23/9 23/12 23/16
23/17 23/19 31/22
31/24 31/24 32/16
32/19 32/22 32/22
32/24 35/4 37/12 38/9
38/9 38/10 38/17 39/13
39/13 39/14 39/14
41/13 41/13 41/17 42/1
42/1 42/3 42/15 42/16
42/17 42/17 42/18
42/21 42/22 43/9 43/12
43/13 43/18 43/21
44/15 46/3 46/13 47/11
47/12 47/13 47/23 49/1
49/9 51/9 52/24 52/24
53/2 53/14 61/13 70/4
71/18 72/23 72/24 73/3
73/3 78/16 79/1 79/18
79/25 80/9 80/11 80/12
80/13 83/5 89/14 89/18
89/24 92/3 92/4 92/4
92/16 92/17 93/19

93/19 95/16 98/5 105/7
105/9 108/7 108/7
108/15 108/17 108/18
108/19 108/20 108/22
109/21 109/25 114/24
116/7 116/12 116/15
116/15 117/4 117/4
117/6 117/6 120/16
120/19 120/20 120/24
121/1 121/2 121/2
121/4 121/7 123/3
124/1 124/16 124/25
124/25 125/1 126/5
129/1 129/1 129/2
129/10 130/20 130/22
130/22 136/8 137/11
137/12

**they're [22]** 19/20
19/20 22/14 22/14
38/10 38/13 38/13
41/19 47/8 47/8 47/15
47/21 47/22 59/15
73/16 73/16 78/10 80/8
89/24 90/1 95/21
120/15

**they've [2]** 98/4 98/4

**thick [1]** 73/10

**thing [27]** 6/24 18/25
21/18 33/2 33/6 34/18
47/9 48/9 48/25 51/15
69/3 71/7 72/15 79/25
82/12 87/18 87/20
87/25 88/3 89/6 89/12
91/18 93/15 104/9
116/23 136/18 137/16

**things [14]** 6/23 11/4
12/15 12/17 27/4 39/25
40/2 44/17 45/1 50/13
79/8 81/16 92/23 96/21

**think [27]** 5/1 8/25
10/11 26/2 50/20 59/17
69/5 72/8 81/16 82/6
87/22 87/23 88/15 89/5
90/7 95/16 97/14 97/16
97/16 105/5 106/5
107/17 123/16 127/8
129/10 131/5 135/20

**thinking [5]** 8/7 19/11
75/25 84/18 131/24

**this [155]**

**those [26]** 9/5 9/9 9/14
11/4 13/25 15/4 15/8
22/13 22/13 25/3 26/1
29/25 30/12 34/20
41/25 43/6 56/23 76/10
76/12 78/12 83/21
95/25 100/1 102/16
114/16 121/2

**though [5]** 35/20 72/19
96/19 125/2 137/12

**thought [11]** 12/3
21/16 37/24 54/4 60/22
69/9 82/7 82/8 123/24
129/25 136/20

**threat [7]** 18/16 18/20
97/24 97/24 98/2
123/25 124/18

**threaten [2]** 116/13
117/5

**threatened [1]** 124/5

**threatening [3]** 19/14
93/13 103/1

**threatens [1]** 19/8

**threats [4]** 12/20 49/12
61/4 116/5

**three [15]** 13/25 22/8
22/22 32/3 32/12 34/14
38/25 39/3 44/1 67/21
74/19 95/24 105/1
105/2 105/3

**threshold [1]** 127/7

**through [24]** 12/18
12/19 13/15 23/8 23/25
24/12 29/7 30/13 34/11
44/14 52/7 60/10 75/11
77/1 77/1 83/20 100/15
100/15 100/15 102/10
104/4 104/16 121/8
122/6

**Throughout [1]** 101/19

**thrown [1]** 26/5

**Thursday [1]** 1/16

**tie [1]** 11/11

**ties [1]** 19/21

**tight [1]** 71/17

**time [56]** 6/5 6/5 16/4
17/16 19/10 19/10
26/23 26/24 27/20 35/6
40/4 42/2 43/2 46/23
48/16 48/18 50/1 50/11
50/19 53/7 54/2 56/2
60/3 63/14 63/17 67/12
71/3 71/14 73/6 82/21
96/21 97/23 100/4
104/14 105/23 106/1
107/6 107/10 115/6
116/18 117/20 125/14
125/17 125/23 126/5
126/12 127/25 128/15
132/5 132/11 133/5
137/22 138/22 141/9
142/18 143/14

**times [37]** 6/3 6/9
10/17 10/21 15/21 16/7
16/19 16/23 17/1 17/6
17/18 20/22 46/2 51/16
53/24 67/21 68/10
70/10 72/23 73/18 74/6
74/19 74/19 74/21
92/14 92/21 96/17
100/5 100/10 105/1
105/2 105/3 119/18
119/19 124/8 129/5
129/9

**tiny [6]** 48/13 48/17
48/21 49/6 49/13 49/14

**tires [1]** 78/14

**tminshall [1]** 2/6

**today [19]** 4/22 7/9
8/14 8/21 11/5 14/2
14/5 14/24 17/20 18/8
19/4 20/1 20/8 53/19
66/8 93/3 97/17 110/9
116/9

**today's [2]** 14/19 17/5

**together [5]** 36/21
36/24 46/8 95/16 96/4

**told [25]** 21/19 22/2

25/12 27/21 34/9 38/2
48/12 48/18 50/6 72/22
79/2 79/14 79/17 94/22
109/23 113/2 116/20
123/25 124/8 129/7
129/8 132/16 135/13
135/18 135/25

**too [12]** 21/18 40/11
44/15 47/10 48/21 58/4
70/7 78/25 91/3 103/25
105/21 122/24

**took [24]** 9/10 10/4
13/10 13/18 25/21
64/23 65/11 65/20
65/25 66/11 68/1 68/5
72/7 73/23 74/1 80/6
80/17 85/11 86/1 94/3
94/4 106/19 122/17
122/19

**top [5]** 30/18 39/22
39/25 42/19 56/11

**topic [4]** 5/13 5/15
40/18 86/4

**tore [2]** 52/12 52/12

**torn [1]** 55/7

**tornado [2]** 51/9
102/10

**total [3]** 16/8 16/20
74/8

**totaling [1]** 87/11

**totally [4]** 7/5 53/7
53/12 53/14

**touch [2]** 76/13 124/4

**touched [9]** 70/17
70/18 73/19 74/9 74/11
74/12 76/11 123/20
132/21

**touching [1]** 76/6

**tours [1]** 39/10

**towards [5]** 74/5 107/7
123/24 124/1 124/24

**tower [2]** 47/5 47/5

**town [1]** 122/21

**Township [1]** 59/7

**trailer [7]** 62/9 62/11
89/17 107/16 108/18
129/21 129/23

**trained [1]** 118/12

**training [4]** 113/20
114/3 114/5 114/8

**transcript [4]** 140/1
141/11 142/13 142/25

**transfer [1]** 47/10

**transferred [1]** 44/9

**transformers [1]** 54/17

**transport [1]** 78/9

**trash [2]** 117/5 117/6

**trauma [1]** 122/5

**traumatic [3]** 101/20
102/14 106/4

**travel [1]** 89/17

**traveled [1]** 40/14

**treated [1]** 134/13

**Tree [1]** 105/5

**trees [3]** 60/10 60/11
60/12

**tremendous [1]** 78/3

**trench [1]** 25/25

**trending [2]** 96/21

96/23

**trespassing [2]** 19/20
129/7

**trial [5]** 5/9 142/19
142/20 143/14 143/17

**tried [3]** 12/20 13/11
39/7

**Trinidad [1]** 122/24

**triple [1]** 44/2

**trouble [2]** 120/21
120/23

**truck [15]** 9/25 10/8
19/9 19/11 25/7 32/2
35/19 43/12 50/24
66/10 78/14 101/22
114/25 125/5 133/3

**trucks [2]** 50/13 51/1

**true [5]** 29/25 83/21
97/15 140/2 141/11

**trust [6]** 54/23 59/25
60/4 61/1 61/6 61/15

**trustee [3]** 20/15 59/24
61/1

**truth [9]** 5/11 5/12
54/14 80/25 81/2 81/18
81/22 81/25 141/7

**truthful [7]** 18/7 20/8
37/15 37/18 54/11
54/13 55/23

**truthfully [1]** 20/1

**try [12]** 5/25 7/8 8/19
11/3 11/4 17/4 27/6
31/6 37/20 53/4 100/14
111/24

**trying [18]** 9/19 9/19
11/11 33/4 33/5 33/6
33/18 47/23 71/20
71/25 72/1 80/8 104/11
104/15 104/24 131/7
133/4 133/5

**tub [1]** 55/8

**tube [1]** 43/18

**tubes [3]** 31/22 31/23
43/18

**turn [7]** 56/15 58/11
58/16 66/9 109/10
110/13 110/13

**turned [16]** 25/10
39/13 39/13 71/22 72/2
72/19 73/1 74/5 107/7
108/16 109/6 109/11
110/2 110/4 110/6
110/20

**Turner [2]** 49/25 50/10

**turning [1]** 110/8

**twice [5]** 10/19 10/22
74/9 74/13 93/14

**twin [1]** 37/8 38/7
137/14

**two [15]** 14/23 15/4
25/3 39/2 47/12 74/1
74/6 76/11 80/21 93/14
95/16 95/18 95/24
129/2 130/13

**two-day [1]** 80/21

**TWP [1]** 59/4

**type [4]** 26/25 71/19
119/9 119/15

**typewritten [1]** 141/10

**U**

**U.S.C [1]** 30/20

**uh [3]** 5/20 5/20 5/20

**uh-huh [1]** 5/20

**unable [1]** 20/8

**unclear [1]** 130/2

**under [29]** 6/11 31/1 54/22 54/22 57/16 60/3 69/17 69/22 69/23 70/1 70/1 70/1 79/22 79/22 81/10 82/3 87/9 109/13 124/19 125/11 126/16 126/20 126/24 127/3 127/17 128/18 128/21 129/20 132/7

**understand [8]** 24/4 33/9 48/7 53/20 84/13 103/24 113/9 137/5

**understanding [7]** 11/23 13/2 19/24 35/23 69/8 129/17 130/15

**understood [3]** 7/18 99/2 99/4

**unemployment [2]** 49/16 49/22

**unfortunate [1]** 47/20

**unfortunately [2]** 50/23 130/17

**unholy [1]** 105/15

**UNITED [2]** 1/1 104/18

**unless [6]** 6/8 29/18 36/12 79/17 138/24 138/25

**unloading [1]** 62/10

**unnecessarily [1]** 117/23

**Unsigned [4]** 143/13 143/15 143/17 143/18

**until [9]** 32/3 50/15 53/15 53/19 56/6 115/20 131/8 137/3 137/4

**unzipped [2]** 32/7 32/7

**up [85]** 6/3 18/15 19/6 19/8 19/17 21/7 23/3 27/18 27/21 27/25 31/23 32/6 32/9 32/9 32/25 33/21 33/25 36/21 36/23 37/6 38/8 38/8 38/14 39/22 41/13 41/18 41/21 44/25 45/17 47/4 49/4 50/11 51/1 54/19 55/5 57/22 63/4 66/14 66/20 67/20 67/20 67/23 76/25 78/22 80/2 82/19 84/23 85/8 89/16 89/19 89/22 91/6 91/25 92/2 92/14 92/16 92/20 96/15 96/20 97/19 97/25 98/3 105/16 106/8 107/14 114/20 115/2 116/12 116/13 116/20 117/12 119/6 119/6 119/12 119/12 119/12 119/17 124/22 128/16 129/6 129/8 131/8 139/7 139/8 139/9

**ups [1]** 111/23

**upset [6]** 11/3 18/15 20/12 72/12 72/22 107/12

**upsetting [1]** 10/25

**upward [1]** 96/22

**urologist [1]** 118/19

**us [46]** 5/16 5/23 6/15 7/18 12/22 13/12 13/17 14/15 18/11 18/25 22/6 23/17 23/18 24/14 27/3 27/13 33/6 34/15 37/22 40/22 42/18 42/19 43/9 43/13 43/13 46/4 48/11 50/11 62/10 70/7 72/24 75/20 78/25 89/7 89/16 89/18 90/1 90/3 91/3 91/6 94/18 104/18 105/10 105/22 109/23 130/21

**use [10]** 43/21 63/2 63/4 63/7 73/11 106/2 106/14 115/11 115/15 123/4

**used [25]** 43/3 43/25 44/20 44/25 55/8 62/25 63/2 71/9 73/4 73/5 73/6 88/12 93/16 93/16 119/5 119/10 119/11 120/9 121/19 122/23 126/21 127/10 127/12 130/15 134/24

**using [2]** 31/22 63/5 117/1

**usually [3]** 46/5 78/11 117/17

**V**

**various [1]** 105/14

**vehicle [3]** 18/17 67/7 67/9

**vehicles [1]** 50/13

**verbal [1]** 5/18

**verbatim [1]** 27/5

**VERIFICATION [1]** 30/18

**verify [1]** 110/4

**versed [1]** 37/11

**versus [1]** 20/15

**very [24]** 13/10 13/18 18/12 23/19 37/4 37/11 38/13 38/13 47/8 52/11 59/2 60/21 64/6 70/4 71/10 73/13 74/3 94/2 94/2 100/20 104/3 111/3 113/7 124/5

**vest [1]** 70/25

**Veta [1]** 47/12

**via [1]** 8/4

**VID [1]** 64/18

**video [52]** 3/10 8/13 8/20 8/23 9/5 9/9 9/10 9/16 9/22 9/23 10/2 10/4 10/10 10/13 10/15 10/18 13/6 13/9 13/18 14/1 23/10 64/15 64/23 65/10 65/20 65/24 65/25 66/3 66/7 66/9 66/11 66/20 66/21

**video [1]** 111/23

**6623 06/24/24** 67/2 67/11 68/1 68/5 71/5 75/14 85/11 85/22 85/23 85/24 86/1 86/2 108/12 108/16 108/25 110/11 126/6

**VIDEOCONFERENCE [1]** 1/4

**videos [5]** 9/14 9/17 13/25 15/7 15/9

**village [3]** 2/13 22/12 143/5

**violate [1]** 84/6

**violation [1]** 87/12

**visible [1]** 58/9

**visit [13]** 112/17 112/25 113/14 113/18 114/10 115/23 116/4 118/3 118/4 118/21 123/19 131/1 138/18

**visited [1]** 132/6

**voice [1]** 126/17

**voted [1]** 117/1

**vs [1]** 1/8

**W**

**wage [1]** 54/6

**waitress [1]** 136/22

**waived [1]** 143/10

**waiver [1]** 91/9

**wake [3]** 119/6 119/6 119/12

**walk [4]** 32/13 60/14 60/18 60/19

**walked [3]** 64/6 74/5 124/22

**walking [7]** 48/20 95/18 108/17 108/18 108/22 124/23 124/24

**wall [3]** 44/16 44/16 122/20

**Walsenburg [1]** 47/13

**want [26]** 6/20 14/22 15/19 16/25 23/17 36/15 40/22 47/2 54/11 56/10 62/25 69/10 74/14 76/13 88/23 96/12 104/11 104/12 104/12 111/22 117/23 120/21 126/9 130/2 137/3 137/9

**wanted [20]** 10/20 35/2 36/22 36/25 47/10 47/10 54/15 54/16 54/18 54/21 54/24 55/2 55/11 55/13 78/20 79/1 91/9 121/1 129/1 129/2

**wants [1]** 37/24

**war [1]** 39/6

**warllc.com [1]** 2/18

**warrant [3]** 19/19 129/8 129/12

**was [442]**

**wash [2]** 27/7 32/9

**washer [1]** 55/5

**wasn't [14]** 17/9 32/18 50/24 72/7 84/25 100/4 103/21 105/18 110/3 112/19 128/4 129/24

**watch [3]** 10/10 10/12 89/14

**watched [10]** 10/17 10/19 42/11 42/19 43/7 43/14 102/1 102/6 110/10 110/12

**watching [1]** 27/19

**water [18]** 9/25 13/7 13/13 13/14 13/20 13/24 19/16 28/1 28/2 43/19 43/20 66/10 71/3 85/12 85/25 90/10 119/4 123/4

**watermelon [1]** 33/13

**way [12]** 22/17 23/7 26/7 26/8 28/4 39/22 54/18 64/24 64/25 66/1 66/2 99/21

**we [291]**

**we'll [2]** 99/12 110/15

**we're [35]** 4/22 5/12 7/17 18/2 19/15 19/15 30/17 34/13 48/20 49/3 49/5 54/12 55/22 65/14 76/23 82/15 92/18 94/7 104/10 104/10 104/10 104/11 104/14 104/16 104/16 104/24 116/8 116/9 123/15 124/12 125/2 136/23 139/2 139/8 139/13

**we've [20]** 12/18 12/19 17/11 17/18 47/25 55/6 65/16 77/19 77/19 89/21 101/20 101/21 106/3 114/19 114/20 116/11 135/13 135/13 137/6 137/7

**weak [1]** 73/17

**wear [1]** 78/13

**wearing [6]** 18/23 19/4 19/12 32/18 131/25 136/25

**weed [1]** 21/17

**weeds [3]** 21/18 50/10 50/15

**week [5]** 44/5 78/11 118/5 118/20 123/1

**weight [2]** 73/9 94/10

**welcome [1]** 84/12

**welfare [1]** 50/5

**well [82]** 9/19 12/2 13/15 15/6 19/16 21/13 22/3 23/2 25/5 26/15 27/16 27/24 29/10 29/12 34/6 37/5 37/11 39/7 40/18 40/25 46/4 47/5 48/19 49/8 51/22 53/17 53/21 55/15 56/18 57/8 59/15 65/2 65/13 67/19 68/6 69/4 69/19 71/21 73/22 75/18 79/8 79/15 82/11 86/25 89/2 90/20 90/20 91/19 94/19 94/22 95/9 97/3 98/13 99/11 100/4 102/24 109/20 110/15 110/22 112/19 113/22

**well-versed [1]** 37/11

**Wells [1]** 2/16

**went [26]** 13/15 20/22 24/11 27/14 27/21 39/24 41/1 41/3 43/4 43/8 43/13 43/18 49/23 49/24 50/18 51/3 51/13 52/20 79/10 79/13 93/24 97/19 102/10 108/23 127/23 130/16

**Werber [2]** 2/12 143/4

**were [110]** 8/25 9/17 9/24 10/5 12/4 12/22 13/10 13/11 13/23 14/6 14/6 14/8 14/8 20/23 21/1 21/16 21/23 22/24 23/12 23/19 25/24 27/19 31/22 33/10 33/11 33/12 33/12 33/15 33/18 33/18 33/22 34/4 34/20 36/4 36/23 36/23 36/24 37/25 38/17 42/7 42/8 42/14 43/7 43/10 44/24 45/16 45/16 46/9 51/6 51/7 52/11 54/10 54/15 55/12 60/5 61/5 62/7 64/17 64/24 67/1 70/4 71/2 73/3 78/18 80/13 80/15 80/19 80/24 81/2 81/16 81/17 89/18 90/22 90/23 91/14 92/3 92/5 92/22 101/22 102/11 103/17 103/19 103/20 103/22 108/7 108/8 108/15 108/17 108/18 108/19 108/22 114/24 118/14 120/20 120/25 123/3 125/1 125/1 125/2 125/13 125/22 126/5 126/11 129/5 133/2 135/10 136/6 136/21 139/15

**weren't [7]** 33/17 69/23 80/25 81/18 81/22 93/25 102/22

**West [1]** 59/7

**wet [4]** 13/21 114/15 118/6 119/18

**wetting [9]** 95/12 115/8 115/22 116/3 118/2 118/4 118/15 118/20 119/17

**what [135]** 5/13 8/9 9/1 9/13 9/16 9/24 11/5 11/21 14/20 15/2 15/19 16/10 16/25 18/24 18/25 19/7 19/15 20/17 21/11 21/13 23/2 23/2 25/3 25/4 25/5 25/12 27/8 27/8 27/11 28/16

**W**

**what... [105]** 28/19
30/8 31/16 32/19 33/8
34/9 38/23 40/8 41/21
42/1 42/13 43/19 45/9
45/10 45/22 46/24 48/7
48/11 48/23 48/23 50/7
51/14 52/4 52/20 52/24
54/9 54/15 54/15 54/20
54/21 55/2 55/22 56/1
60/22 62/24 62/24
64/12 64/14 65/2 65/13
65/17 65/19 67/21 68/8
69/4 69/4 69/7 69/8
71/7 71/21 71/21 79/7
79/20 79/20 81/19
81/21 81/23 82/8 82/22
85/5 86/22 87/18 87/21
87/25 88/17 88/23 90/5
90/5 91/14 91/15 94/8
94/17 95/13 97/4 97/10
100/18 100/24 104/4
109/16 112/2 112/3
113/2 114/18 115/5
115/7 120/4 120/4
120/4 121/25 122/12
123/23 124/10 124/12
124/15 125/1 125/16
127/22 128/5 129/4
133/17 135/17 136/1
136/10 136/10 137/3
**what's [9]** 4/14 4/18
28/22 46/25 48/9 88/6
98/7 98/17 125/16
**whatever [23]** 7/4 16/2
19/9 37/13 37/13 41/19
42/14 44/2 44/23 44/23
49/21 63/7 71/16 73/24
82/23 83/4 89/25 91/11
95/25 116/12 121/5
124/2 136/14
**whatsoever [1]** 21/20
**wheel [6]** 9/25 107/15
107/22 107/25 108/2
108/24
**wheelchair [2]** 94/2
94/4
**when [111]** 7/3 9/4
10/5 11/13 11/16 11/16
13/20 14/8 18/16 19/5
19/5 19/6 21/8 21/11
21/21 21/25 23/7 23/18
25/7 25/10 25/13 25/16
25/17 31/7 33/4 33/24
36/24 37/17 37/18
37/21 37/23 39/3 41/1
41/2 41/4 42/24 42/25
43/8 43/8 43/12 44/19
45/11 45/11 45/15 46/9
46/9 48/1 48/25 49/19
50/2 50/21 51/3 51/13
52/10 61/9 61/12 61/12
63/5 64/3 66/13 70/3
70/8 70/18 70/19 71/4
72/2 72/3 72/4 73/4
73/24 80/13 80/24
81/19 81/22 82/20 83/4
90/8 93/9 93/9 93/10

93/10 93/12 97/24
102/10 104/25 105/23
105/25 109/21 112/7
112/7 112/8 114/7
115/16 116/3 116/5
116/7 118/2 118/8
120/9 120/24 121/24
122/3 122/4 122/4
122/18 122/24 123/25
129/3 130/10 132/6
132/12
**Whenever [1]** 34/10
**where [62]** 9/23 11/7
12/23 13/6 22/12 23/10
25/24 31/11 34/1 35/2
40/14 41/12 42/16
43/24 44/24 45/23
48/13 50/12 52/24
54/19 59/3 62/4 63/3
63/3 63/14 63/16 63/17
63/17 64/24 65/5 66/8
68/3 72/13 72/20 76/2
80/2 82/24 82/25 83/5
83/14 83/16 90/7 92/1
92/2 98/3 98/3 98/5
101/22 104/11 105/20
106/6 106/25 107/2
108/12 108/17 110/20
110/20 117/4 120/19
129/12 135/25 137/17
**WHEREOF [1]** 141/16
**WHEREUPON [1]**
139/15
**whether [1]** 134/7
**which [26]** 8/23 12/9
13/2 20/7 23/13 42/2
42/10 42/15 42/16
56/23 66/1 66/23 70/14
79/15 80/6 81/6 81/9
93/20 110/3 115/1
123/3 123/24 124/4
130/18 135/6 143/12
**while [6]** 18/3 21/14
31/21 64/17 108/8
109/15
**white [8]** 13/7 37/16
74/24 74/25 75/7 85/11
85/25 136/9
**who [17]** 8/8 19/3
24/16 66/11 66/24
66/24 69/2 69/2 69/15
98/21 101/5 112/1
114/24 126/3 127/15
131/8 135/18
**whoever [2]** 95/22
98/21
**whole [10]** 5/11 5/12
6/24 17/15 18/25 48/9
69/3 81/2 81/18 81/22
**whom [1]** 67/17
**why [18]** 21/1 27/7
29/13 44/20 49/3 68/24
68/24 70/7 94/7 94/7
94/8 94/12 94/16 94/20
115/15 125/4 127/23
131/24
**wide [2]** 41/19 121/4
**wife [45]** 9/6 11/3 27/1
33/11 34/9 36/5 36/18

46/22 36/23 37/2 37/8
37/10 37/23 48/16 51/5
64/1 75/15 80/9 80/10
88/17 91/3 99/23 103/9
103/10 107/11 111/21
114/2 120/21 122/1
125/11 125/19 126/16
126/20 126/24 127/3
127/11 127/13 127/17
128/2 129/19 130/4
132/25 133/22 135/12
135/14
**wife's [10]** 71/4 95/11
103/16 103/18 103/20
124/18 124/21 125/22
126/14 127/16
**Wildwood [2]** 49/20
50/1
**will [6]** 5/1 5/15 5/23
50/25 58/6 82/16
**WILLIAM [3]** 2/15 22/2
111/18
**Winter [1]** 51/2
**wire [2]** 71/13 71/14
**wish [1]** 13/19
**within [4]** 107/25 108/1
139/15 142/16
**without [2]** 7/16
129/12
**witness [3]** 34/2
132/25 141/16
**woconnell [1]** 2/18
**woke [1]** 32/6
**woman [1]** 95/23
**women [3]** 80/15 80/17
100/6
**wondering [1]** 29/13
**word [5]** 34/23 35/13
88/12 90/23 90/24
**words [4]** 30/19 60/19
118/3 120/9
**work [24]** 40/22 41/2
44/1 44/1 44/14 44/20
44/20 44/21 45/19
45/23 50/3 50/10 52/20
52/21 53/5 60/6 70/14
73/5 78/16 94/7 95/16
97/5 104/20 122/24
**worked [10]** 37/3 39/21
39/23 44/7 49/19 51/16
52/10 53/24 71/13
104/21
**worker [3]** 40/25 44/6
71/22
**workers [4]** 46/11
46/17 70/19 71/2
**workers' [7]** 51/25 52/2
52/4 52/8 52/13 52/18
106/10
**working [9]** 41/10
41/11 45/2 45/3 52/11
80/8 89/10 109/25
136/19
**works [6]** 9/25 66/10
68/13 68/15 69/15
138/8
**world [1]** 137/19
**worse [3]** 97/13 97/17
104/18

**worth [2]** 61/13 115/16
**would [165]**
**wouldn't [6]** 4/25
109/19 116/15 116/15
116/16 124/13
**Wow [2]** 37/24 54/8
**wrap [1]** 119/17
**wrist [1]** 32/14
**wrists [2]** 73/16 82/23
**written [1]** 80/2
**wrong [2]** 64/14
109/18
**wrote [2]** 64/13 133/23

**X**

**XXX [1]** 142/16

**Y**

**y'all [1]** 107/16
**ya [1]** 110/11
**Yaklich [1]** 73/5
**yard [1]** 117/6
**yards [1]** 67/9
**yeah [99]** 5/2 5/4 5/25
7/5 12/25 15/11 15/12
16/22 17/14 17/17 18/3
23/2 24/13 26/15 28/25
29/6 29/22 30/8 31/25
36/10 38/23 40/16 45/9
49/17 49/20 52/9 53/1
53/10 53/13 53/14
53/21 53/21 54/3 54/14
55/17 58/8 59/7 59/22
60/1 61/3 61/15 62/2
62/7 63/16 65/16 65/23
66/15 66/21 68/12
68/18 68/19 81/25 88/8
88/19 89/6 89/25 91/8
95/17 95/20 96/10
96/12 97/19 97/25
100/8 100/13 101/2
101/4 101/4 102/17
103/4 103/8 103/14
106/9 109/10 110/19
112/14 115/15 118/17
118/17 120/4 122/3
126/13 126/23 129/15
129/18 131/10 131/18
133/8 133/11 133/15
133/18 133/18 133/20
134/23 134/24 134/24
135/1 137/13 137/23
**year [8]** 31/16 53/19
85/6 87/19 91/19 91/22
94/3 133/13
**years [23]** 8/17 12/14
17/13 17/14 26/21
34/19 36/24 38/17
38/18 39/20 41/2 56/22
56/23 56/23 79/11
82/23 89/8 92/5 93/2
118/12 122/17 122/18
137/17
**yelling [1]** 71/1
**yellow [1]** 73/2
**yes [141]** 4/10 4/13
5/22 5/22 6/14 6/20
7/14 7/21 8/2 8/6 8/22
9/6 9/11 9/19 10/3

10/11 10/16 11/22
12/11 13/1 13/9 13/18
14/6 14/13 14/17 15/18
17/3 20/25 23/3 24/6
24/8 24/19 25/2 28/8
30/16 30/22 30/25 31/3
31/5 31/8 31/20 32/24
35/22 36/2 36/15 36/16
36/18 45/5 52/15 52/17
52/23 52/23 53/17
53/18 57/4 57/14 57/18
58/6 58/10 58/25 59/6
59/12 60/2 61/3 62/1
62/1 62/16 62/21 63/12
63/25 64/20 65/4 65/7
65/23 66/5 66/15 66/17
66/19 66/21 66/21 67/4
67/15 68/21 72/19
74/17 74/21 74/24
75/15 75/17 75/22
76/20 77/4 81/1 81/4
81/14 82/6 83/15 83/19
83/25 84/14 84/17 85/4
85/13 85/17 85/21 86/1
86/24 87/8 87/17 87/21
93/9 94/23 96/13 97/6
97/8 97/8 98/25 101/24
102/4 102/8 102/13
105/18 107/20 108/6
108/15 110/12 112/21
119/24 121/14 121/18
124/5 124/22 127/2
128/25 130/7 131/18
134/5 135/7 136/2
138/20 139/9
**yesterday [7]** 9/2 9/5
10/14 14/15 14/16
83/23 103/19
**you [841]**
**you're [53]** 4/22 8/3 8/3
10/7 15/3 18/5 20/7
29/14 38/3 38/3 38/3
38/4 38/4 39/18 41/12
48/20 54/5 54/12 54/12
65/13 66/9 81/20 81/23
84/12 86/5 86/5 86/9
86/13 86/17 87/5 94/19
94/19 95/17 95/17 97/4
97/6 101/16 107/17
111/10 111/11 112/2
112/5 119/22 124/10
127/20 129/7 134/2
134/16 134/21 136/13
136/15 137/19 138/18
**you've [14]** 5/13 11/15
21/17 34/10 34/12
60/24 64/5 93/11 95/5
97/7 110/10 117/9
117/9 138/4
**young [5]** 23/16 32/18
48/6 132/17 132/18
**your [157]**
**yuh [1]** 5/20
**yuh-uh [1]** 5/20
**Yvonne [6]** 36/18
36/22 37/2 37/10 37/23
38/15

**Z**

**zoom [6]** 7/22 8/4 56/3
56/14 56/19 58/4