IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB                **EXHIBIT A**

___

DEPOSITION OF SUSAN MARGARET DeHERRERA
January 23, 2025

___

SUSAN DeHERRERA AND JOSE GUERRERO,

Plaintiffs,

vs.

HUERFANO COUNTY, a municipality, JEFF BENSMAN, in his individual capacity, TERRY SANDOVAL, in his individual capacity, and SAM JENSEN, in his individual capacity,

Defendants.

___

PURSUANT TO NOTICE, the deposition of SUSAN DeHERRERA, called for examination by the Defendants herein, was taken remotely, commencing at 9:14 a.m., on Thursday, January 23, 2025 before K. Michelle Dittmer, Registered Professional Reporter and Notary Public in and for the State of Colorado.

```
 1                    P R O C E E D I N G S
 2                           *   *   *
 3                 SUSAN MARGARET DeHERRERA,
 4   having been first duly sworn, was examined and
 5   testified as follows:
 6              MR. HEGARTY:  I'm going to go ahead and go
 7   first.
 8                         EXAMINATION
 9   BY MR. HEGARTY:
10         Q.   Good morning, Susan.
11         A.   Good morning.
12         Q.   We met off the record for the first time.
13   My name is Matthew Hegarty, and I represent Defendant
14   Jeff Bensman in this case.
15              Can you please state your full name and
16   spell your last name for the court reporter.
17         A.   Susan Margaret DeHerrera,
18   D-e-H-e-r-r-e-r-a.
19         Q.   Thank you.
20              May I call you Susan?
21         A.   Yes.  Thanks.
22         Q.   Susan, what's your current home address?
23         A.   935 Cherrycrest Drive, Pueblo --
24         Q.   And is --
25         A.   -- Colorado.
```

```
 1   29 seconds, it says, "J Bar S Ranch."
 2              Do you see that?
 3        A.    Yes.
 4        Q.    And -- all right.  And then Mr. Bensman is
 5   still visible in the frame?
 6        A.    Yes.
 7        Q.    Okay.  Let's just let it play out.  And I
 8   know that it's no sound, but everybody consented to that
 9   because I didn't want to blow out anybody's ears.
10              (Video playing.)
11              (End video.)
12        Q.    (By Mr. Hegarty)  Okay.  Why -- Susan, I'm
13   wondering if you can help me figure out why in the file
14   name is the -- the video have the date of 20210713?
15        A.    I don't know.
16        Q.    Because presumably that's the date on
17   which it was taken, right?
18        A.    Yes.
19        Q.    And I'm not -- I'm not trying to, you
20   know, be a test of anyone's memory or be pedantic or
21   anything, but I'm just trying to get the record straight,
22   that the date that the subject incident occurred, at
23   least if we believe the date on the video, was July 13,
24   2021.
25              Is that correct?
```

```
 1           A.   Hm, yes.
 2           Q.   So if I refer today to the events of
 3   July 13, 2021, do you understand that I'm talking about
 4   the day that Mr. Bensman and Mr. Sandoval came out to the
 5   subject property when the Water Works Plus guys were
 6   there?
 7           A.   Yes.
 8                THE WITNESS:  Shoot, I should have plugged
 9   this in.
10           Q.   (By Mr. Hegarty)  All right.  Well, I've
11   got a couple more videos to show, so let me -- let me go
12   ahead and pull them up.
13                THE WITNESS:  I have my -- my cell phone
14   on the charger right now, so that's why I'm kind of off a
15   little.
16                MR. HEGARTY:  That's okay.  Thank you for
17   telling us.  I appreciate that very much.
18                THE WITNESS:  Okay.
19           Q.   (By Mr. Hegarty)  All right.  Hopefully
20   this next will go a little bit more seamlessly.
21                So I'm showing you what's been marked as
22   Deposition Exhibit 5.
23                Do you see that?
24           A.   Yes.
25           Q.   And Exhibit 4 was "GUERRERO_000087."
```

```
 1    times, a code enforcer that was driving it.  And we've
 2    seen it surveying on -- by -- you know, I mean, they
 3    were -- they would drive by all the time --
 4         Q.   As we're --
 5         A.   -- stop around there.
 6              (Video playing.)
 7              (Video paused.)
 8         Q.   As we're stopped at this video at
 9    Exhibit 6 at 6 seconds, do you know the name of the
10    person who is driving the vehicle that's depicted here?
11         A.   I don't, no.  I -- I don't know who it
12    was.  I --
13         Q.   Okay.
14         A.   Yeah.
15         Q.   That's all right.  If you don't know, you
16    don't know, and that's the truth, right?  That's what
17    we're interested in --
18         A.   Right.
19         Q.   -- the truth.
20              All right.  And do you understand that the
21    defense side has disclosed a body cam video taken by
22    Mr. Bensman?
23         A.   Yes, uh-huh.
24         Q.   And that that video is about 10 minutes
25    and 35 seconds long?
```

```
 1          A.   I don't know the -- the amount of time on
 2   it.
 3          Q.   That's fair.
 4               Have you previously watched that body cam
 5   video clip?
 6          A.   Is that the one at -- at the site, at
 7   the -- on the date?
 8          Q.   Yes.  Susan, it's the one where
 9   Mr. Bensman gets out of his car, and then it lasts
10   about -- well, because he's -- he's driving for about the
11   first minute or so, minute and 15 seconds, then he gets
12   out of his car.  And then he has conversations with
13   Mr. Sandoval, with you, with Joe, with the Water Works
14   guys, and a couple people on radio and on the phone.
15               And then at the end of it, he gets back
16   into his car.
17          A.   Yes.
18          Q.   Does that video sound familiar?
19          A.   Yes.
20          Q.   And you have -- have you seen that video
21   before?
22          A.   Yes.
23          Q.   How many times would you say you watched
24   that video clip?
25          A.   At least two times, when they -- they gave
```

```
 1    us the -- in the documents and then another time,
 2    reviewed it.
 3              Q.   So two times, possibly three, or do you
 4    only remember two?
 5              A.   I -- I don't remember how many times.  I
 6    just -- I know I -- for sure, there were two times.
 7              Q.   All right.  So what -- what I've done is
 8    labeled as exhibits a bunch of screenshots from that
 9    video.
10              A.   Okay.
11              Q.   And so I'm just going to take you through
12    those.
13                   And in the upper left-hand corner of each
14    of these screenshots, there's going to be a time stamp.
15    And that time stamp tells us what time the video was
16    taken in Greenwich Mean Time.
17                   Do you know where Greenwich is?
18              A.   No.
19              Q.   Greenwich is in London, and that's in
20    England.
21              A.   Okay.
22              Q.   And London, England is approximately
23    seven hours ahead of Colorado.
24                   Do you understand that?
25              A.   Okay.
```

```
 1   know, our trailer wasn't that far from -- from the well.
 2            Q.   All right.
 3            A.   It was may- -- you know, a few feet from
 4   the well, and they were on the north side of it.  We were
 5   on the -- the trailer was on the south side of it.  So,
 6   yeah, there was -- there was a distance between us.  I
 7   don't know if it was 100 feet.
 8            Q.   Are you able to approximate the distance
 9   between the wellsite and the trailer that you and
10   Mr. Guerrero were occupying that day?
11            A.   The trailer was only like 10 feet away
12   maybe, and then there was the well, there was their car.
13   I don't know how far in that Terry came -- came.  I know
14   he came up to us.  He was -- you know, and so I don't
15   know.
16            Q.   Well, you certainly were never concerned
17   that Mr. Sandoval would enter the trailer that day,
18   correct?
19            A.   No, I didn't think either one of them
20   would enter -- I didn't know what they were going to do,
21   but I didn't think that would be an issue.
22                 But I didn't think his -- him being there
23   was -- would have been an issue.  He's the building
24   inspector, what is he doing there?
25            Q.   Mr. Sandoval didn't damage your property
```

```
 1                     Now -- yeah, that -- see, that's where
 2   La Deora comes through.  So at Farisita, looking towards
 3   where the well is, I don't know if you can see that
 4   because sometime when we're there, we're trying to find:
 5   Okay, where are the telephone posts?
 6           Q.    Yeah.  I'll ask a more precise question.
 7           A.    Okay.
 8           Q.    If a vehicle is traveling on La Deora
 9   Boulevard close to where your signage is --
10           A.    Yes.
11           Q.    -- do you agree that if the crane's
12   100 feet, a person would likely be able to see that?
13           A.    Yeah.  I don't know if it's 100.  Maybe
14   50 feet because it wasn't as high as the telephone poles.
15           Q.    Okay.
16           A.    And I don't know how high they are.
17           Q.    But even at 50 feet, you would agree that
18   if a vehicle is there, the person occupying the vehicle
19   would likely be able to see that crane, right?
20           A.    I don't know if they could see it from
21   La Deora and Farisita.  That's where Bensman was when he
22   met up with Terry, and that's when they came down
23   La Deora.
24           Q.    Are you able to approximate how many feet
25   Mr. Bensman and Mr. Sandoval parked from the wellsite?
```

1          A.    About, I don't know, 20 feet maybe.   I

2    don't know.

3                I can't really -- because -- I'd have to

4    be down there because the thing is, is that even the

5    pictures are kind of distorted because it's like, okay, I

6    know the -- the well and where the -- the cistern were

7    going and everything, that was on the -- on the north

8    side of where Terry had his vehicle, it was right there.

9    So it wasn't that far away.

10         Q.    Your brother-in-law who passed away, I

11   believe you testified it was November of last year, 2024;

12   is that right?

13         A.    That's correct.

14         Q.    I'm not trying to be -- I'm not trying to

15   pry here, Ms. DeHerrera, but I am curious.

16               Was he ill, or was it an accident in which

17   he passed?

18         A.    He was ill.

19         Q.    Okay.

20         A.    He -- yeah, he had some -- he was on

21   oxygen and everything.  He was ill.

22         Q.    All right.  Had he been ill for quite

23   some -- for a period -- a lengthy period of time before

24   his death?

25         A.    I don't know what his medical condition

```
 1                  My question --
 2           A.     Okay.
 3           Q.     -- is, against you personally, on July 13,
 4   2021, did Mr. Bensman use physical force?
 5           A.     No.
 6           Q.     On July 13, 2021, Mr. Bensman did not
 7   enter the fifth wheel, correct?
 8           A.     No, he did not.
 9           Q.     He did not come within 10 feet of the
10   fifth wheel, correct?
11           A.     No.
12           Q.     He --
13           A.     Well --
14           Q.     -- did not come within --
15           A.     He --
16           Q.     -- 20 feet of the fifth wheel, correct?
17           A.     Yes, he did.  That's where the -- the well
18   was.
19           Q.     So it's your testimony that the well was
20   located between 10 and 20 feet from --
21           A.     No --
22           Q.     -- the (Zoom distortion) --
23           A.     -- not 20 feet.
24           Q.     -- is that right?
25           A.     About 20 feet or more from our RV.
```