IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB    **EXHIBIT B**

_____

VIDEOCONFERENCE DEPOSITION OF JOSE GUERRERO
January 23, 2025

_____

SUSAN DEHERRERA AND JOSE GUERRERO,

Plaintiffs,

vs.

HUERFANO COUNTY, a municipality, JEFF BENSMAN, in his individual capacity, TERRY SANDOVAL, in his individual capacity, and SAM JENSEN, in his individual capacity,

Defendants.

_____

PURSUANT TO NOTICE, the deposition of JOSE GUERRERO, called for examination by the Defendants herein, was taken remotely, commencing at 2:34 p.m., on Thursday, January 23, 2025, before K. Michelle Dittmer, Registered Professional Reporter and Notary Public in and for the State of Colorado.

```
 1                    P R O C E E D I N G S

 2                          *   *   *

 3                       JOSE GUERRERO,

 4   having been first duly sworn, was examined and

 5   testified as follows:

 6                        EXAMINATION

 7   BY MR. HEGARTY:

 8          Q.   Hi, Joe.  May I call you Joe; is that

 9   okay?

10          A.   Yes, that's fine.

11          Q.   Joe, can you please state your full name

12   and spell your last name for the court reporter, please.

13          A.   Yes, it's Jose Guerrero, G-u-e-r-r-e-r-o.

14          Q.   And, Joe, what's your current home

15   address?

16          A.   935 Cherrycrest Drive, Pueblo, Colorado

17   81005.

18          Q.   And, Joe, what's your date of birth?

19          A.   8/8/60.  August 8, 1960.

20          Q.   Joe, my name is Matthew Hegarty.  We never

21   met.  I represent Jeff Bensman in the lawsuit that

22   you're -- we're here to talk about today.

23               I'd like to go over a couple of sort of

24   points to ponder.  If we -- I'm going to do my best to

25   observe them, and if you wouldn't mind doing the same, I
```

```
 1   had the crane before it started.
 2              Did you review that video?
 3       A.    Yes.
 4       Q.    Did you review the video that you took
 5   earlier that day when you were driving?  It's
 6   approximately 30 to 40 seconds long, and about the
 7   24-second mark, you slowed down because you're on one
 8   side of the road and Mr. Bensman is in his truck on the
 9   other side of the road.
10              Did you watch that video?
11       A.    Yes, I -- I think I did.
12       Q.    Did you watch the 10-minute-and-35-second
13   video from Mr. Bensman's body cam?
14       A.    Yesterday, no, I didn't.
15       Q.    Have you ever seen that video?
16       A.    Yes, I have.
17       Q.    How many times have you watched that
18   video?
19       A.    I believe once or twice that I watched
20   that -- it was so disturbing, I -- I just wanted -- you
21   know, I just looked at it a couple of times maybe.
22       Q.    So you only looked at it, at most, twice;
23   is that right?
24       A.    I don't know.  It could have been more.
25   Like I said, it was so upsetting, that -- and disturbing,
```

```
 1   order of court?
 2            A.   I -- well, I -- I'm not really aware with
 3   that.  I thought that there was going to be some
 4   questions that -- that were going to be asked, like our
 5   employment history and stuff like that, so I -- I don't
 6   believe it's limited.  It might be.  I'm not really --
 7   I'm not really sure on that.
 8            Q.   So, Joe, have you read Judge Domenico's
 9   order in which he limited your claim and Susan's claim to
10   the events of July 13, 2021?
11            A.   Yes.
12            Q.   Okay.
13            A.   I -- you know, I -- it -- you know, like I
14   said, this happened, you know, four years ago, so
15   there's -- there's some things that I haven't read
16   recently, but, you know, there's -- there's, you know,
17   some things that -- that -- you know, that -- I mean,
18   we've been going through a lot.
19                 I mean, we've been going through court.
20   You know, they tried putting Susan in jail.  The threats
21   of the -- the fines for $1,000 a day.  I mean, it's
22   just -- I mean, they were going to barricade us.  I mean,
23   where does it -- okay.
24                 So if the judge said that, then I guess
25   then, yeah, that's . . .
```

```
 1            Q.    Yes, sir.   Just confirming your
 2   understanding, which you just admitted, that your claims
 3   are limited to the events of July 13, 2021?
 4            A.    Okay.
 5            Q.    Thank you.
 6                  Did you review the video where Susan is
 7   holding the white hose and water is coming out that was
 8   taken on July 13, 2021?
 9            A.    Yes.  That was the -- the video that I
10   took.  We were very blessed, I'd say.  You know, we -- we
11   tried to be Christians, and we were just -- it was
12   just -- for us, it was just such a blessing that -- that
13   we had water.  I mean, there's a lot of people that --
14   that don't have water.  And in the Bible, it talks about
15   Jacob and his well and everything that he went through
16   with -- with being in a foreign land and stuff like that.
17   For us, it's a -- it's Christian based.
18                  Yes, I took that video, and it was very
19   exciting.  And I wish I would have finished it because
20   Susan, when she was spraying the water in the air, it
21   actually -- she wet herself with it, so it was -- it was
22   pretty -- pretty exciting to -- I hope you can imagine
23   how excited we were to have that crystal-clean glacier
24   water that -- that was coming from the spigot.
25            Q.    Other than those three videos that we
```

```
 1   my wife and not for me, and that's --
 2           Q.   Okay.
 3           A.   -- when I opened -- I opened the door and
 4   he punched me in the -- in the chest with it or in the
 5   stomach, and then he -- he said, "There, you've been
 6   served," and he -- he walked away very quickly.
 7           Q.   And that did not occur on July 13, 2021,
 8   correct?
 9           A.   No.
10           Q.   And so now I'm going to take you to, real
11   quick, Deposition Exhibit 4.
12                We chatted about this with Susan, and what
13   we learned is that she wrote down the date in her
14   calendar wrong.  And let me explain what I mean.
15                The file name of the video that is
16   Deposition Exhibit 4 -- and she identified as being taken
17   by you while you were driving on one of the roads -- is
18   "VID_20210713_112825052."
19                Do you see that?
20           A.   Yes.
21           Q.   And she said -- she testified that this
22   date right here that I'm highlighting (indicating) meant
23   that the video that you took of Jeff Bensman driving,
24   where you were heading one way and he was heading the
25   other way, was obtained on July 13, 2021.
```

 1                    Do you have any basis to dispute that?

 2          A.    Well, what does it say?  Can you elaborate

 3   on that or clarify it?

 4          Q.    Yes, sir.

 5                This date right here, you see where it

 6   says, "20210713"?

 7          A.    Yes.

 8          Q.    That means July 13, 2021, correct?

 9          A.    Okay.

10          Q.    Your phone said that that video that you

11   took of Jeff Bensman before he came onto your property

12   with Mr. Sandoval was taken July 13, 2021, correct?

13          A.    Oh, I see what you're saying.  Well,

14   that -- that's like the statement that we're saying, it

15   was on or about the 13th of July or -- or the 14th.

16   We've had so many incidences, it's -- but yeah, that's --

17   that's what it says on there.

18          Q.    Right.

19                And so because that's what your phone says

20   is the date of the video that you took, we can take it as

21   factual that the incident occurred on July 13, 2021,

22   correct?

23          A.    Yeah, that's probably correct, yes.

24          Q.    And so Susan identified as a video that

25   you took that -- that video that we just talked about,

```
 1   then there was another -- and then there was another

 2   moment where he didn't?

 3              MR. MINSHALL:  Objection.  Form.

 4         Q.   (By Mr. Hegarty)  I'm just asking if you

 5   remember, Joe.

 6         A.   No.  At that point in time, I -- I was --

 7   I was more -- I turned my attention towards Terry

 8   Sandoval, and so I didn't even notice that -- that he did

 9   do that.  So if he did do that, then -- then -- then he

10   did, but my -- my focus at that point in time was -- was

11   keeping Terry Sandoval away from -- from my wife because,

12   you know, she was really upset.

13         Q.   And Mr. Bensman, he never entered the --

14   the -- let me back up.

15              Susan, she gave the name "fifth wheel" to

16   the beige-and-brown camping trailer that y'all had on

17   your property and you lived in and I think you're in

18   right now.

19              Does that sound right to you?

20         A.   Yes.

21         Q.   That day, July 13, 2021, Mr. Bensman did

22   not enter the fifth wheel, correct?

23         A.   No.

24         Q.   And Susan -- Susan said that he didn't

25   come within 10 feet of the fifth wheel, and she said that
```

1  in her opinion, he almost came within 20 feet of the

2  fifth wheel.

3              Does that sound accurate?

4              MR. MINSHALL:  Objection.  Form.

5              Go ahead and answer the question.

6         A.   Yes, because the -- the -- the

7  investigation that they were conducting continued.  They

8  were there for quite a while and --

9         Q.   (By Mr. Hegarty)  Right.

10         A.   -- but --

11         Q.   Ten minutes -- Joe, ten minutes and -- the

12  video where Mr. Bensman is parked on your property goes

13  for a little over ten minutes.

14              Do you remember that?

15         A.   Yes, but they were there -- there longer.

16  That doesn't mean that the video was turned off or shut

17  off at any point.  Because they were walking around where

18  we -- we excavated.  They were walking by our trailer.

19  They were looking down into the -- the excavation that --

20  beneath the -- because they can't see it from the road

21  because there was a large mountain there.

22              So they were walking around and -- and at

23  that point, I mean, I even went into the -- into our

24  fifth wheel or RV and came out.  And that's -- that's not

25  on video.