IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01610-DDD-MDB

SUSAN DEHERRERA; AND
JOSE GUERRERO

Plaintiffs,

v.

HUERFANO COUNTY, A MUNICIPALITY;
JEFF BENSMAN, IN HIS INDIVIDUAL CAPACITY;
TERRY SANDOVAL, IN HIS INDIVIDUAL CAPACITY; AND
SAM JENSEN, IN HIS INDIVIDUAL CAPACITY,

Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

---

Pursuant to D.C.COLO.L.AttyR 5(b), Jason Kosloski of Kosloski Law, PLLC, respectfully moves to withdraw as counsel for Plaintiffs Susan DeHerrera and Jose Guerrero. In support of this motion, undersigned counsel states as follows:

1. Good cause exists for this motion. This Court granted Motions for Summary Judgment filed by each Defendant. A final judgment has entered in the case in favor of the Defendants. Plaintiffs retained undersigned to represent them at the trial court level. Therefore, undersigned counsel's representation in this matter has reached a conclusion. Further, withdrawal can be accomplished without undue hardship to Plaintiffs.

2. Plaintiffs have been advised of the effect of this Court's March 25, 2026, order [ECF 107], and their rights and obligations should they choose to pursue an appeal. Specifically, Plaintiffs are advised that pursuant to Rule 4 of the Federal Rules of

1

Appellate Procedure, "the notice of appeal required by Rule 3 must be filed with the

district clerk within 30 days after entry of the judgment or order appealed from."

Because the order granting Defendants' summary judgment motions was issued on

March 25, 2026, the notice of appeal, if any, would be due no later than April 24, 2026.

3. Under D.C.COLO.LAttyR 5(b), notice of Mr. Kosloski's withdrawal as counsel for

Plaintiffs in this lawsuit has been provided to Plaintiffs and Defendants, as certified in

the Certificate of Service below.

Dated: April 6, 2026.

/s *Jason M Kosloski*
Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street
Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiffs DeHerrera and Guerrero*

I hereby certify that the foregoing pleading complies with the type-volume limitations set forth in
Judge Domenico's Practice Standard III(A)(2).

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, the foregoing **MOTION TO WITHDRAW AS COUNSEL**

**FOR PLAINTIFFS** was filed using the CM/ECF e-filing system, which sends notice to the following:

Leslie L. Schluter
DAGNER | SCHLUTER | WERBER LLC
lschluter@lawincolorado.com
*Attorney for Defendants Huerfano County and Sam Jensen*

William T. O'Connell III
THOMPSON, COE, COUSINS & IRONS LLP
woconnell@thompsoncoe.com
*Attorney for Defendant Terry Sandoval*

Matthew J. Hegarty
HALL & EVANS, L.L.C.
hegartym@hallevans.com
*Attorney for Defendant Jeffrey Bensman*

Notice was further provided to Plaintiffs via e-mail to:

Susan DeHerrera
cfsdeh@gmail.com

Jose Guerrero
Joe.guerrero007@gmail.com

/s/ _____

3