AO 133 (Rev. 12/09) Local
USDC Colo. version
rev. July 2025

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### Bill of Costs

Susan DeHerrera and Jose Guerrero

Case No. 23-cv-01610-DDD-MDB

v.

Huerfano County, et al.

**Judgment having been entered in the above-titled action on** Mar. 25, 2026 **(date) against** Susan DeHerrera and Jose Guerrero **(party), the Clerk is requested to fax the following as costs:**

| Is this cost disputed? | | |
|---|---|---|
| _____ Yes _____ No | Fees of the Clerk  N/A | $ _____ |
| _____ Yes _____ No | Fees for service of summons and complaint  N/A | $ _____ |
| Unanswered by Ps  _____ Yes _____ No | Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case  Dittmer $1740.75 + Ditto Transcripts $29.10 + Transcription Puppy $7.65  23-cv-01610-DDD-MDB | $ 1777.50  Invoices attached |
| _____ Yes _____ No | Fees and disbursements for printing  N/A | $ _____ |
| _____ Yes _____ No | Fees for witnesses (*itemized on next page*)  N/A | $ _____ |
| _____ Yes _____ No | Fees for exemplification and copies of papers necessarily obtained for use in the case  N/A | $ _____ |
| _____ Yes _____ No | Docket fees under 28 U.S.C. § 1923  N/A | $ _____ |
| _____ Yes _____ No | Costs incident to taking of depositions  N/A | $ _____ |
| _____ Yes _____ No | Costs as reflected on mandate of Court of Appeals  N/A | $ _____ |
| _____ Yes _____ No | Other costs (*itemized*) | $ _____ |
| | TOTAL | $ 1777.50 |

*Please review and comply with D.C.COLO.LCivR 54.1 as indicated in* Notice *on following page.*

## DECLARATION
I do hereby declare, under penalty of perjury, that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

A copy hereof has been served on non-prevailing parties in the following manner: by email notification to Jason Kosloski, via CM/ECF

_Leslie L. Schluter_

Signature of Attorney for Prevailing Party

Huerfano County, et al, Defendants

Name of Claiming Party

Leslie L. Schluter

Name of Attorney for Prevailing Party

04/08/2026

Date

| PARTY'S REQUEST FOR HEARING | --- *For Clerk's Office use only* --- |
|---|---|
| Following conferral on Apr. 6-7, 2026 (date), several costs remain in dispute. The parties therefore request that a hearing be scheduled to address these costs. The following dates, occurring at least **28** days from today, are mutually agreeable to both parties.  *Available hearing days are Tuesdays, Wednesdays, and Fridays between the hours of 8:30 – 9:30 am.*  Option #1  Fri. May 8, 2026  Option #2  Tues. May 12, 2026  Option #3  Wed. May 13, 2026 | Costs are hereby taxed in the following amount and are to be considered part of the judgment.  **Costs taxed: $ _____**  By: _____  Deputy Clerk  on behalf of Jeffrey P. Colwell, Clerk of Court  Date: _____ |

**Leslie Schluter**

| | |
|---|---|
| **From:** | K. Michelle Dittmer, Inc. <mailer@waveapps.com> |
| **Sent:** | Thursday, March 6, 2025 5:10 PM |
| **To:** | Leslie Schluter |
| **Subject:** | Payment receipt for Invoice #10361 |

# Payment receipt

## Invoice #10361

for Dagner Schluter Werber LLC
Paid on Mar 6, 2025

**K. Michelle Dittmer, Inc.**
**8053 Fenton Court**
**Arvada, Colorado 80003**
**United States**



Hi Dagner Schluter Werber LLC,

Here's your payment receipt for Invoice #10361, for $1,740.75.

You can always view your receipt online at:

https://link.waveapps.com/9u2hp7-aacy8p.

Thank you,

K. Michelle Dittmer, Inc.

Payment Amount: **$1,740.75**

**PAYMENT METHOD:**  Bank payment (PNC BANK, INDIANA ••• 869)

**View invoice**

Or **View receipt on web**

Thanks for your business. If this invoice was sent in error, please
contact **dittmerreporting@gmail.com**

1

Huerfano-DeHerrera Guerrero
2024.09.04 mjs



**Ditto Transcripts**

3801 E Florida Ave

Suite 500

Denver,CO 80210

afitzgerald@dittotranscripts.com

| **Billing Address** | **Shipping Address:** | **Invoice:** 14447 |
|---|---|---|
| Attn:Marisa Showalter | Attn:Marisa Showalter | **Date:** 08/31/2024 |
| 5105 DTC Parkway Suite 325 | 5105 DTC Parkway Suite 325 | **Due Date:** 09/04/2024 |
| Greenwood Village, CO 80111 | Greenwood Village, CO 80111 | |
| USA | ☎ (303) 221-4661 | |
| ☎ (303) 221-4661 | ✉ mshowalter@lawincolorado.com | |
| ✉ mshowalter@lawincolorado.com | | |

| Product/Services | Qty | Unit Rate | Amount |
|---|---|---|---|
| - 6-10 Business Day Turnaround \| 3+ Speakers \| Verbatim | 1 | $0.00 | $0.00 |
| Legal Transcription - DEF BENSMAN 00002, joe guerrero body cam footage | 10.583 | $2.75 | $29.10 |
| | | Subtotal | $29.10 |
| | | Tax 0.00% | $0.00 |
| | | Total | $29.10 |
| | | Payment | $0.00 |
| | | Balance | $29.10 |

Evolution World Wide Limited    http://transcriptionpuppy.com/dashboard/incoudpaq/projectsID=76012



**Evolution World Wide Limited**
**T/A transcriptionpuppy.com**
Tel: 888-889-5763

## INVOICE / RECEIPT

| Bill to: | | Invoice Number: | 76012 |
|---|---|---|---|
| Leslie Schluter | | Invoice Date: | 03/13/2025 |
| Dagner \| Schluter \| Werber LLC | | Payment Date: | 03/13/2025 |

| Description | Amount |
|---|---|
| Transcription:DeHerrera cellphone video transcript | 7.65 USD |

| **PAYMENT RECEIVED**<br>**Your credit/debit card has been billed under**<br>Evolution World Wide/PayPal | | Invoice Total: | 7.65 USD |
|---|---|---|---|