**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:18 pm, Apr 24, 2026*
**JEFFREY P. COLWELL, CLERK**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 23CV01610-DDD-MDB

SUSAN DEHERRERA AND JOE GUERRERO

Plaintiff(s),

v.

HUERFANO COUNTY, a municipality
JEFF BENSMAN, in his individual capacity
TERRY SANDOVAL, in his individual capacity
SAM JENSEN, in his individual capacity

Defendant(s).

## NOTICE OF APPEAL FROM FINAL JUDGMENT

SUSAN DEHERRERA AND JOE GUERRERO appeal(s) to the United States Court of Appeals

for the Tenth Circuit from:

the final judgment entered on March 25, 2026.

Dated April 24, 2026

_____
Signature

Susan DeHerrera    Joe Guerrero
Printed Name

935 Cherrycrest Drive
Street Address

Pueblo, CO 81005
City      State      Zip

(719)960-6818
Telephone Number

*Rev. 12/2021*

## CERTIFICATE OF SERVICE

I hereby certify that:

X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

On _____ April 24, 2026 _____ I sent a copy of this Notice of Appeal from Final
[date]

Judgment to:

Leslie L. Schluter
Dagner, Schluter, Weber, LLC
8400 E Prentice, Suite 1401
Greenwood Village, CO 80111
e-mail: lschluter@lawincolorado.com

Matthew J. Hegarty, Esq.
Hall & Evans, LLC
1001 17th Street, Ste 300
Denver, CO 80202
email: hegartym@hallevans.com

William T O'Connell III, Esq
Thompson, COE, Cousins & Irons, LLP
1700 Broadway, Suite 900
Denver, CO 80290
Email: woconnell@thompsoncoe.com

the last known address/email address, by

_____ email/mail _____.
[method of service]

4/24/26
Date

Signature