# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*10:44 am, Apr 27, 2026*
**JEFFREY P. COLWELL, CLERK**

Susan DeHerrera and Joe Guerrero

Plaintiff/Petitioner – Appellant,

v.

Huerfano County, a municipality
Jeff Bensman, in his individual capacity
Terry Sandoval, in his individual capacity
Sam Jensen, in his individual capacity

Defendants/Respondents –Appellee.

Case No. 23cv01610-DDD-MDB

Motion for Leave to Proceed
on Appeal Without
Prepayment of Costs or Fees
(non-PLRA)

I/we, _Susan DeHerrera and Joe Guerrero_ , the petitioners/appellants in the captioned case move this court for leave to proceed in forma pauperis.

In support of this motion, I state that because of my poverty, I am unable to pay the costs of said proceedings or give security therefor, I submit the following financial declaration.

A-14    Motion for Leave to Proceed on Appeal without Prepayment of Costs or Fees (Non-PLRA) 12/22    Page
1

# FINANCIAL DECLARATION

## Affidavit to Accompany Motion for Permission to Appeal in Forma Pauperis

I swear or affirm under penalty of perjury that because of my poverty I am unable to pay the docket fees of my appeal or to post a bond for them. I believe I am entitled to a different result than that reached in the district court.

I further swear or affirm under penalty of perjury that the responses which I have made to the questions and instructions below relating to my ability to pay the fees for my appeal are true.

**Instructions. Please complete all questions in this application and then sign it on the last page.** If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

My issues on appeal are:
Whether the district court erred in granting summary judgment by misapplying the open fields doctrine and failing to recognize that Defendants conducted a warrantless investigation intrusion upon Plaintiffs' constitutionally protected property and effects in violation of the Fourth Amendment.
Whether the district court erred in granting qualified immunity where clearly established law prohibits warrantless entry and coercive investigative conduct on private property, and where a reasonable official would have known such conduct was unlawful.
Whether the district court improperly resolved genuine disputes of material fact and drew inferences in favor of Defendants, rather than in favor of Plaintiffs, as required at the summary judgment stage.

1.  Are you or your spouse currently employed?          Yes _____      No __X__

2.  If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay.   Gross pay is pay before any taxes or other deductions are taken.   If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

Yourself:

Name and Address of Employer

_____N/A_____

_____

_____

Length of Employment

__0__   __0__
Years   Months

Monthly Gross Pay  $____0____

Your Spouse:

Name and Address of Employer

_____N/A_____

_____

_____

Length of Employment

__0__   __0__
Years   Months

Monthly Gross Pay  $____0____

3.  If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself ___11/2019___ ; spouse ___4/2020___

Monthly gross pay during last month of employment  $_5000_____

4.  State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Self-employment | Y/N N $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | Y/N N $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | Y/N N $ 0 | $ 0 | $ 0 | $ 0 |

| | | | | |
|---|---|---|---|---|
| Alimony | Y/N _N_ | $ _0_ | $ _0_ | $ _0_ | $ _0_ |
| Child Support | Y/N _N_ | $ _0_ | $ _0_ | $ _0_ | $ _0_ |
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y/N _Y_ | $ _1000_ | $ _1189_ | $ _1000_ | $ _1189_ |
| Disability payments such as social security, other state or federal government, or insurance payments | Y/N _Y_ | $ _856_ | $ _0_ | $ _856_ | $ _0_ |
| Unemployment payments | Y/N _N_ | $ _0_ | $ _0_ | $ _0_ | $ _0_ |
| Public assistance payments such as welfare payments | Y/N _N_ | $ _0_ | $ _0_ | $ _0_ | $ _0_ |
| Other sources of money (specify: __CF&I Fund__ ) | Y/N _Y_ | $ _2900_ | $ _0_ | $ _2900_ | $ _0_ |
| TOTAL | | $ _4756_ | $ _1189_ | $ _4756_ | $ _1189_ |

5. State the amount of cash you and your spouse have: $ ___60___

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| __Bank__ | _checking/savings_ | $ _1589_ | $ _873.55_ |
| | | $ | $ |
| | | $ | $ |

6. State below the assets owned by you and your spouse. **Do not list ordinary household furnishings and clothing.**

| | | |
|---|---|---|
| **Home** | Address:<br>__935 Cherrycrest Drive_____<br>__Pueblo, CO 81005_____ | Value: $ __327,500__<br>Amount owed on mortgages and liens: $ _288,000__ |
| **Other real estate** | Address:<br>_____<br>_____ | Value: $ _____<br>Amount owed on mortgages and liens: $ _____ |
| **Motor vehicle** | Model/Year:<br>_Hyundai/2025_____ | Value: $ _42,000__<br>Amount owed: $ _42,000____ |
| **Motor vehicle** | Model/Year:<br>_Isuzu/1996_____ | Value: $ _400____<br>Amount owed: $ ___0___ |
| **Other** | Description: _____ | Value: $ _____<br>Amount owed: $ _____ |

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| _____N/A_____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

8. State the individuals who rely on you and your spouse for support. Indicate their relationship to you, their age, and whether they live with you.

| Name | Relationship | Age | Does this person live with you? |
|---|---|---|---|
| _____N/A_____ | _____ | _____ | Yes ____ No ____ |
| _____ | _____ | _____ | Yes ____ No ____ |
| _____ | _____ | _____ | Yes ____ No ____ |
| _____ | _____ | _____ | Yes ____ No ____ |

9. Complete this question by estimating the average monthly expenses of you and your family.

Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ _2605_ | $ _0_ |
| Are real estate taxes included? Yes ___ No _X_ | | |
| Is property insurance included? Yes ___ No _X_ | | |
| Utilities: Electricity and heating fuel | $ _100_ | $ _0_ |
| Water and sewer | $ _110_ | $ _0_ |
| Telephone | $ _0_ | $ _211_ |
| Other ___Solar___ | $ _384_ | $ _0_ |
| Home maintenance (Repairs and upkeep) | $ _100_ | $ _0_ |
| Food | $ _0_ | $ _500_ |
| Clothing | $ _0_ | $ _0_ |
| Laundry and dry cleaning | $ _0_ | $ _0_ |
| Medical and dental expenses | $ _50_ | $ _0_ |
| Transportation (not including car payments) | $ _200_ | $ _100_ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ _0_ | $ _0_ |
| Charitable contributions | $ _0_ | $ _100_ |
| Insurance (not deducted from wages or included in home mortgage payments): | | |
| Homeowner's or renter's | $ _0_ | $ _0_ |
| Life | $ _0_ | $ _0_ |
| Health | $ ___ | $ ___ |

|  |  |  |
|---|---|---|
| Auto | $ __525__ | $ _____ |
| Other _____ | $ _____ | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (specify) _____ | $ _____ | $ _____ |
| Installment payments | | |
| Auto: | $ __995__ | $ __0__ |
| Credit Card: (name) ___ENT, Discount Tire__ | $ __200__ | $ __0__ |
| Department Store: (name) _____ | $ __0__ | $ __0__ |
| Other ___Wells Fargo_____ | $ __367__ | $ __0__ |
| Other __Canva___PenFed_____ | $ __723__ | $ __0__ |
| Alimony, maintenance, and support paid to others | $ __0__ | $ __0__ |
| Payments for support of additional dependents not living at your home | $ __0__ | $ __0__ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ __0__ | $ __0__ |
| Other _____ | $ __0__ | $ __0__ |
| **TOTAL MONTHLY EXPENSES** | $ __6359__ | $ __911__ |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? Yes _____ No _X___

    If yes, describe on an attached sheet.

11. Have you spent- or will you be spending- any money for expenses or attorney's fees in connection with this case? Yes __X___ No _____

    If yes, how much? $ 80,000 approx

If yes, provide the name, address, and telephone number of the attorney:

    Taylor Minshall c/o Relevant Law

    1311 Interquest Pkwy, Ste 110

    Colorado Springs, CO 80921

12. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form? Yes _____ No __x___

    If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

13. How much can you pay each month toward the docket fee for your appeal:

    $ ____0____

14. Please provide any other information that helps to explain why you cannot pay the docket fees for your appeal.

Plaintiffs previously received an insurance payout of approximately $33,000 for a destroyed RV; however approximately $12,000 was immediately applied to the outstanding loan balance, and the remaining funds were exhausted on legal representation, including $10,000 for criminal defense counsel and $5000 for civil litigation and related costs. In addition, Plaintiffs currently carry approximately $43,000 in credit card debt incurred for federal legal representation with

monthly payments of approximately $1090, leaving no ability to pay appellate filing fees.

15. State the city and state of your legal residence:

Pueblo, CO

Your daytime phone number: (719) 960-6818

Your age: __66 and 65_____

Years of schooling: __17 and 14_____

[Last four digits of] your social security number: _Susan 2565 and Joe 2261___

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Date: ___4/24/26_____     Signature: _____

# CERTIFICATE OF SERVICE

I hereby certify that:

    X      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

On ___April 24, 2026___ I sent a copy of this Motion for
        [date]

Leave to Proceed on Appeal without Prepayment of Costs or Fees, to:

Leslie L. Schluter
Dagner, Schluter, Weber, LLC
8400 E Prentice, Suite 1401
Greenwood Village, CO 80111
e-mail: lschluter@lawincolorado.com

Matthew J. Hegarty, Esq.
Hall & Evans, LLC
1001 17th Street, Ste 300
Denver, CO 80202
email: hegartym@hallevans.com

William T O'Connell III, Esq
Thompson, COE, Cousins & Irons, LLP
1700 Broadway, Suite 900
Denver, CO 80290
Email: woconnell@thompsoncoe.com

the last known address/email address, by

___email/mail___
       [method of service]

___April 24, 202___
Date

_____
Signature

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23CV01610-DDD-MDB

SUSAN DEHERRERA AND JOE GUERRERO

Plaintiff(s),

v.

HUERFANO COUNTY, a municipality
JEFF BENSMAN, in his individual capacity
TERRY SANDOVAL, in his individual capacity
SAM JENSEN, in his individual capacity

Defendant(s).

## NOTICE OF APPEAL FROM FINAL JUDGMENT

SUSAN DEHERRERA AND JOE GUERRERO appeal(s) to the United States Court of Appeals

for the Tenth Circuit from:

the final judgment entered on March 25, 2026.

Dated April 24, 2026

_____
Signature

Susan DeHerrera    Joe Guerrero
Printed Name

935 Cherrycrest Drive
Street Address

Pueblo, CO 81005
City        State        Zip

(719)960-6818
Telephone Number

Rev. 12/2021

# CERTIFICATE OF SERVICE

I hereby certify that:

    X      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    On     April 24, 2026     I sent a copy of this Notice of Appeal from Final
    [date]

Judgment to:

Leslie L. Schluter
Dagner, Schluter, Weber, LLC
8400 E Prentice, Suite 1401
Greenwood Village, CO 80111
e-mail: lschluter@lawincolorado.com

Matthew J. Hegarty, Esq.
Hall & Evans, LLC
1001 17th Street, Ste 300
Denver, CO 80202
email: hegartym@hallevans.com

William T O'Connell III, Esq
Thompson, COE, Cousins & Irons, LLP
1700 Broadway, Suite 900
Denver, CO 80290
Email: woconnell@thompsoncoe.com

the last known address/email address, by

    email/mail
    [method of service]

4/24/26
Date

Signature