**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Civil Action No. 1:23-cv-01610-DDD-MDB

SUSAN DEHERRERA, and
JOSE GUERRERO,

      Plaintiffs,

v.

HUERFANO COUNTY, a municipality,
JEFF BENSMAN, in his individual capacity,
TERRY SANDOVAL, in his individual capacity, and
SAM JENSEN, in his individual capacity,

      Defendants.

---

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Plaintiffs Susan DeHerrera and Jose Guerrero have filed a Notice of Appeal (Doc. 113) and a Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees (non-PLRA) (Doc. 114). The Court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied.

To be granted leave to proceed *in forma pauperis* ("IFP") on appeal, "an appellant must show a financial inability to pay the required filing fees and the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal." *DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir. 1991).

Pursuant to 28 U.S.C. § 1915(a)(1) and Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure, the Court finds that the plaintiffs did not show a financial inability to pay the required filing fees. Furthermore, the Motion for Leave to

1

Proceed on Appeal Without Prepayment of Costs or Fees (non-PLRA) is deficient because it was not submitted on the proper court-approved form.

Accordingly, it is

ORDERED that the Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees (non-PLRA) (Doc. 114) is DENIED without prejudice to the filing of a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit.

DATED April 28, 2026.

BY THE COURT:

_____

Daniel D. Domenico
Chief United States District Judge

2